| United States Bankruptcy Court<br>**Southern District of New York** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Mesa Air Group, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**85-0302351** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**410 N. 44th Street, Suite 700**<br>**Phoenix, AZ**<br><div align="right">ZIP Code</div>**85008** | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Maricopa** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor     **See Attachment hereto**<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts,    ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as     business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |
|---|---|---|

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>   ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>   ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed<br>to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>   ☐ A plan is being filed with this petition.<br>   ☐ Acceptances of the plan were solicited prepetition from one or more<br>classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors (consolidated)

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets (consolidated)

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities (consolidated)

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Mesa Air Group, Inc.** | |
|---|---|---|
| | | |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location <br> Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location <br> Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: <br> **See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** <br><br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ■ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> **X** _____ <br> Signature of Attorney for Debtor(s)          (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Mesa Air Group, Inc.** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

**X** _____
Signature of Attorney for Debtor(s)

**Robert J. Feinstein RF 2836**
Printed Name of Attorney for Debtor(s)

**Pachulski Stang Ziehl & Jones LLP**
Firm Name

**780 Third Avenue**
**36th Floor**
**New York, NY 10017-2024**

Address

**212/561-7700  Fax: 212/561-7777**
Telephone Number

**01/05/10**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

**Michael J. Lotz**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**01/05/10**
Date

In re   **Mesa Air Group, Inc.** _____      Case No. _____

                                                        Debtor

# FORM 1. VOLUNTARY PETITION
## <u>Pending Bankruptcy Cases Filed Attachment</u>

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **Air Midwest, Inc.**<br>**Southern District of New York** | **Affiliate** | |
| **Freedom Airlines, Inc.**<br>**Southern District of New York** | **Affiliate** | |
| **Mesa Air Group - Airline Inventory Management LLC**<br>**Southern District of New York** | **Affiliate** | |
| **Mesa Air New York**<br>**Southern District of New York** | **Affiliate** | |
| **Mesa Airlines, Inc.**<br>**Southern District of New York** | **Affiliate** | |
| **Mesa In-Flight**<br>**Southern District of New York** | **Affiliate** | |
| **MPD, Inc.**<br>**Southern District of New York** | **Affiliate** | |
| **Nilchi, Inc.**<br>**Southern District of New York** | **Affiliate** | |
| **Patar, Inc.**<br>**Southern District of New York** | **Affilaite** | |
| **Regional Aircraft Services, Inc.**<br>**Southern District of New York** | **Affiliate** | |
| **Ritz Hotel Management Corp.**<br>**Southern District of New York** | **Affiliate** | |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Mesa Air Group, Inc., | Case No. 10-_____ ( ) |
| Debtor. | |

## CORPORATE OWNERSHIP STATEMENT

In accordance with Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 1007-3, Mesa Air Group, Inc. (the "Company") hereby states that the no corporations directly or indirectly own 10% or more of the Company's equity interests.

The Company does not own (directly or indirectly) 10% or more of any class of a corporation's publicly traded equity interest. The Company does own an indirect interest in the following limited liability company and general or limited partnership.

- Indigo Miramar, LLC, a Delaware limited liability company
- Finao Telserra Fund I LLLP, a Delaware limited liability limited partnership

The Company does own an interest in the following limited liability company.

- Mo-Go, LLC, a Delaware limited liability company.

I, the undersigned authorized office of the Company, named as the debtor in this case, declare under penalty of perjury that I have reviewed the foregoing and that it is true and correct to the best of my knowledge, information and belief, with reliance on appropriate corporate counsel.

DATED: _01/05/10_

By: /Michael J. Lotz
Its: /President

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 Case |
| MESA AIR GROUP, INC. | Case No. 10-_____ (__) |
| Debtor. | |

## CONSOLIDATED LIST OF CREDITORS
## HOLDING 30 LARGEST UNSECURED CLAIMS[1]

     Following is a list of creditors holding, as of December 31, 2009, the 30 largest unsecured claims against Mesa Air Group, Inc.[2]

     Except as set forth above, the list of creditors has been prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure. This list does not include (i) persons who come within the definition of "insider" set forth in section 101(31) of chapter 11 of title 11 of the United States Code or (ii) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims.

     The Debtors have listed the estimated aircraft lease rejection claims of the beneficial holders of interest in the aircraft leases that the Debtors expect to seek to reject through motions that will be filed in the first 30 days following the filing of the petitions. In addition, for notice and informational purposes, the Debtors have also listed the "Owner Trustee" that is the nominal Lessor under those aircraft leases. In addition, the Debtors have also included estimates for the contingent guarantee claims that could arise as a result of the expected aircraft lease rejections. The Debtors reserve all rights, claims, defenses, objections, and other remedies at law or equity with respect to these aircraft lease rejection claims and guarantees related thereto.

---

[1] The information herein shall not constitute an admission of liability by, nor is it binding on, the Debtor.

[2] Certain affiliates of the Debtor have also filed chapter 11 cases: Mesa Air Group, Inc. (2351); Mesa Air New York, Inc. (3457); Mesa In-Flight, Inc. (9110); Freedom Airlines, Inc. (9364), Mesa Airlines, Inc. (4800), MPD, Inc. (7849), Ritz Hotel Management Corp. (7688); Regional Aircraft Services, Inc. (1911); Air Midwest, Inc. (6610); Mesa Air Group Airline Inventory Management, LLC (2015); Nilchi, Inc. (5531); and Patar, Inc. (1653). The Debtor and the foregoing affiliates have filed a motion for joint administration of these cases.

| (1) Name of Creditor | (2) Complete mailing address, including zip code; employee, agent, or department of creditor familiar with claim who may be contacted; telephone number, fax, and email | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| Wells Fargo Bank Northwest, NA | 79 South Main Street Salt Lake City, UT 84111 Attn: Corporate Trust Department Tel: 801-246-5819; Fax: 801-246-5053  299 South Main Street Salt Lake City, UT 84111 Attn: Corporate Trust Department Tel: 801 246-5819; Fax: 801 246-5053 | "Owner Trustee" - - Aircraft Lease Rejection | Contingent | Unknown |
| Bombardier, Inc. | Bombardier, Inc. 123 Garratt Boulevard Downsview, Ontario Canada M3K 1Y5 Fax: 416-375-4533 Attn: Cameron Mountenay and Martin Herman Email: cameron.mountenay@aero.bombardier.com martin.herman@aero.bombardier.com | Aircraft Lease Guarantees; Loan; Contract Rejection Damages | Contingent Unliquidated Subject to Setoff | $133,000,000 |
| EMBRAER - Empresa Brasileira de Aeronautica S.A. | EMBRAER - Empresa Brasileira de Aeronautica S.A. Av. Brigadeiro Faria Lima, 2170 12.227-901 Sao Jose dos Campos - SP BRAZIL Tel: +55-12 345 1410 Fax: +55-12 345 1257 Attn: Sergio B. Guedes & Paulo Cesar T: 954 359 3786 F: 954 205 2285 Email: squedes@embraer.com | Aircraft Lease Guarantees | Contingent Unliquidated | $42,000,000 |
| GE Commercial Aviation Services, Inc. | GE Commercial Aviation Services, Inc. 201 High Ridge Road Stamford, CT 06927 Tel: +1 480 778 1393 Fax: +1 480 778 0218 Attn: Nicolas P. Stable (VP & Counsel) Email: nicolas.stable@gecas.com | Aircraft Lease Rejection | Contingent Unliquidated | $34,000,000 |
| Investissement Quebec | Investissement Quebec 393, rue Saint-Jacques, bureau 500 Montreal (Quebec) H2Y 1N9 Tel: 514 873 7159 Fax: 514 873 8490 Attn: Catherine Guillot Email: Catherine.guillot@invest.quebec.com | Aircraft Lease Guarantees | Contingent, Unliquidated | $34,000,000 |

| (1) Name of Creditor | (2) Complete mailing address, including zip code; employee, agent, or department of creditor familiar with claim who may be contacted; telephone number, fax, and email | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| Polaris Holding Company (GECAS) | Polaris Holding Company (GECAS)<br>201 High Ridge Road<br>Stamford, CT 06927<br>Tel: 203 357 4482<br>Fax: 203 357 3201<br>Attn: Nicolas P. Stable - VP & Counsel<br>T: 203 585 5156<br>F: 203 567 8412<br>Email: nicolas.stable@gecas.com | Aircraft Lease Rejection | Unliquidated | $28,000,000 |
| AAR Corp. | AAR Corp.<br>One AAR Place<br>110 N. Wood Dale Road<br>Wood Dale, IL 60191<br>Attn: Jennifer Pulsifer - Senior Counsel<br>T: 630 227 2048<br>F: 630 227 2058<br>Email: jennifer.pulsifer@aarcorp.com | Trade Debt | Contingent Unliquidated | $26,257,453 |
| US Bank National Assoc. | US Bank National Assoc. (Indenture Trustee to Notes)<br>Corporate Trust Services<br>One Federal Street, 3rd Floor<br>Boston, MA 02110<br>Attn: David Ganss<br>T: 617 603 6568<br>F: 617 603 6667<br>Email: david.ganss@usbank.com | 8% Senior Unsecured Notes Due 2012<br><br>6.25% Senior Convertible Notes Due 2023<br><br>3.625% Senior Convertible Notes Due 2024 | | $25,907,087 |
| Philip Morris Capital Corporation | Philip Morris Capital Corporation<br>225 High Ridge Road, Suite 300 West<br>Stamford, CT 06905<br>Attn: Thomas Urbach<br>T: 203 708 8245<br>Email: tom.urbach@us.pm.com | Aircraft Lease Rejection | Contingent Unliquidated | $22,000,000 |
| Fleet National Bank | Fleet National Bank<br>111 Westminster Street<br>RIMO 199<br>Providence, RI 02903<br>Attn: Corporate Trust Administration<br>Tel: 401-278-3766<br>Fax: 401-278-3763 | Aircraft Lease Rejection | Contingent Unliquidated | $18,000,000 |

| (1) Name of Creditor | (2) Complete mailing address, including zip code; employee, agent, or department of creditor familiar with claim who may be contacted; telephone number, fax, and email | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| Raytheon Aircraft Credit Corporation | 8300 E. Thorn Drive, Suite 100<br>Wichita, KS 67226<br>Tel: 316-676-8821<br>Fax: 316-676-7636<br>Attn: Mike Scheidt<br>Email: mike_scheidt@raytheon.com | Aircraft Loans | | $17,525,040 |
| IHI Corporation | IHI Corporation<br>229 Tonogaya, Mizuho-machi, Nishitama-gun<br>Tokyo 190-1297, Japan<br>Attn: Manager, Sales Group - Maintenance Department<br>Fax: 81-42-568-7073 | Trade Debt | | $16,033,806 |
| GE Engine Services, Inc. | GE Engine Services, Inc.<br>One Neumann Way<br>Cincinnati, OH 45215<br>Attn: Senior Counsel | Promissory Note<br>Trade Debt | | $15,759,012 |
| AT&T Capital Services, Inc. (Successor to TransAmerica) | AT&T Capital Services, Inc.<br>2000 W SBC Center Dr<br>Hoffman Estates, IL 60196<br>T: 847 290 5000<br>Attn: Jeffrey Mason<br>T:847 290 5080<br>F:847 290 0199<br>Email: jeffrey.mason@att.com | Aircraft Lease Rejection | Contingent Unliquidated | $15,000,000 |
| Rolls-Royce | Rolls-Royce<br>Rolls-Royce plc<br>65 Buckingham Gate<br>London SW1 6AT England<br>Attn: Company Secretary<br>Fax: 011 44 171 233 1733<br><br>Rolls-Royce North America, Inc.<br>14850 Conference Center Drive, Suite 100<br>Chantilly, VA 20151<br>Attn: Rhonda S. VanLowe - Counsel<br>T: 703 621 2775<br>F: 703 834 5629<br>Email: rhonda.vanlowe@rolls-royce.com<br><br>Rolls-Royce Allinson<br>PO BOX 420, Mail Code U26A<br>Indianapolis, IN 46206-0420<br>Attn: Marc Allinson<br>Email: marc.allinson@rolls-royce.com | Aircraft Lease Guarantees and disputed trade debt | Contingent, Disputed | $12,812,190 |

| (1) Name of Creditor | (2) Complete mailing address, including zip code; employee, agent, or department of creditor familiar with claim who may be contacted; telephone number, fax, and email | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| SW Holding Trust (CIT) | SW Holding Trust (CIT) c/o Wilmington Trust Company, as Owner Trustee Rodney Square North 1100 North Market Street Wilmington, DE 19890-0001 Attn: Corporate Trust Administration Tel: 302-636-6366 Fax: 302-636-4140 SW Holding Corp. c/o the CIT Group 1211 Avenue of the Americas New York, NY 10036 Attn: Chief Counsel Tel: 212-536-1375 Fax: 212-536-1388 | Aircraft Lease Rejection | Contingent Unliquidated | $11,000,000 |
| Transamerica Aviation LLC | Transamerica Aviation LLC (formerly Transamerica Aviation 429/448 Corp) 2700 West Plano Parkway Plano, TX 75075 Attn: Dean Stubbe 972-881-6612 972-881-6620 (fax) Email: dean.stubbe@transamerica.com | Aircraft Lease Rejection | Contingent Unliquidated | $11,000,000 |
| Bank of Hawaii Leasing, Inc. (Successor to Pacific Century Leasing, Inc.) | Bank of Hawaii Leasing, Inc. (formerly Pacific Century Leasing, Inc.) 130 Merchant Street, 19th Floor Honolulu, HI 96813 Tel: 808-537-8198 Fax: 808-526-0964 Email: marc.adelberger@boh.com | Aircraft Lease Rejection | Contingent Unliquidated | $11,000,000 |
| Wondefulworld Holding BV (DVB Bank) | Wondefulworld Holding BV (DVB Bank) DVB Bank SE 60325 Frankfurt/Main, Germany Attn: Carsten Gerlach Tel: +49 69 97504 306 Fax: +49 174 3258597 Cell: +49 69 97504 828 Email: carsten.gerlach@dvbbank.com | Aircraft Lease Rejection | Contingent Unliquidated | $8,000,000 |

| (1) Name of Creditor | (2) Complete mailing address, including zip code; employee, agent, or department of creditor familiar with claim who may be contacted; telephone number, fax, and email | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| PNCEF, LLC dba PNC Equipment Finance, fka National City Commercial Capital Company, LLC | PNCEF, LLC dba PNC Equipment Finance 101 S. 5th Street Louisville, Kentucky 40202 Attn: VP of Operations Attn: Kenneth A. Kilmer T: 513 639 5759 F: 513 639 5413 Email: ken.kilmer@nationalcity.com | Aircraft Lease Rejection | Contingent Unliquidated | $8,000,000 |
| GECAS (ASC) | General Electric Capital Corporation c/o GE Capital Aviation Services, Inc. 201 High Ridge Road Stamford, CT 06927 Tel: (203) 357-4482 Fax (203) 357-3201 Attn: Nicolas P. Stable T: 203 585 5156 F: 203 567 8412 Email: nicolas.stable@gecas.com | Aircraft Lease Rejection | Contingent Unliquidated | $7,000,000 |
| Fluid CRJ One Statutory Trust | Fluid CRJ One Statutory Trust c/o Wells Fargo Bank Northwest, National Association 299 South Main St, 12th Floor Salt Lake City, UT 84111 Attn: Corporate Trust Office Tel: 801-246-5819 Fax: 801-246-5053 Email: michael.arsenault@wellsfargo.com With a copy to: Fluid Aviation, LLC 5131 NE Laurelcrest Lane Seattle, WA 98105 Attn: Sole Member Fax: 206-522-1586 Email: joel.hussey@comcast.net | Aircraft Lease Rejection | Contingent Unliquidated | $6,000,000 |
| Avmax International Aircraft Leasing, Inc. | Avmax International Aircraft Leasing, Inc. 2055 Pegasus Rd. N.E. Calgary, Alberta, T2E 8C3 Canada Attn: Don Parkin, Executive Vice President Tel: 403-291-2464 Fax: 403-291-5304 Email: dparkin@avmax.ca | Aircraft Lease Rejection | Contingent Unliquidated | $6,000,000 |

| (1) Name of Creditor | (2) Complete mailing address, including zip code; employee, agent, or department of creditor familiar with claim who may be contacted; telephone number, fax, and email | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| NCBE Leasing Corp. | NCBE Leasing Corp.<br>227 Main Street<br>Evansville, IN 47708<br>Attn: President<br>Tel: (812) 464-9752 | Aircraft Lease Rejection | Contingent Unliquidated | $6,000,000 |
| Cargill Leasing Corporation | Cargill Leasing Corporation<br>6000 Clearwater Drive<br>Minnetonka, MN 55343 | Aircraft Lease Rejection | Unliquidated | $5,000,000 |
| debis Financial Services LLC | debis Financial Services LLC<br>201 Merritt 7, Suite 700<br>Norwalk, Connecticut 06856<br>Attn: Aircraft Finance<br>Tel: 203 847-4500<br>Fax: 203 750-7079 | Aircraft Lease Rejection | Unliquidated | $4,000,000 |
| Bombardier Services Corp. | Bombardier Services Corporation<br>261 Mountain View Drive<br>Colchester, VT 05446<br>Attn: Cameron Mountenay<br>Fax: 802-654-8434<br>T: 802 764 5203<br>F: 802 238 7245<br>Email:<br>Cameron.mountenay@aero.bombardier.com<br><br>With copy to:<br>Bombardier Aerospace Regional Aircraft<br>Garratt Boulevard M/S N17-27<br>Downsview, Ontario M3K 1Y5<br>Attn: Director, Contracts<br>Fax: 416-375-4573 | Aircraft Lease Rejection | Unliquidated | $3,000,000 |
| Wells Fargo Equipment Finance, Inc. | Wells Fargo Equipment Finance, Inc.<br>733 Marquette Ave.<br>Minneapolis, MN 55402<br>Tel: 612-667-9735<br>richard.e.johnson@wellsfargo.com | Aircraft Lease Rejection | Unliquidated | $3,000,000 |
| General Electric Capital Corporation | General Electric Capital Corporation<br>c/o GE Capital Aviation Services, Inc.<br>201 High Ridge Road<br>Stamford, CT 06927<br>Attn: Nicholas Stable & Todd Freeman<br>Tel: (203) 357-4482<br>Fax (203) 357-3201<br>Email: nicolas.stable@gecas.com &<br>todd.freeman@gecas.com | Aircraft Lease Rejection | Unliquidated | $2,000,000 |

| (1)  Name of Creditor | (2)  Complete mailing address, including zip code; employee, agent, or department of creditor familiar with claim who may be contacted; telephone number, fax, and email | (3)  Nature of claim (trade debt, bank loan, government contract, etc.) | (4)  Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)  Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| Northstar Avlease Ltd. | Northstar Avlease Ltd.<br>600 Palmer Road NE<br>Calgary, Alberta<br>T2E 7R3<br>Attn: Peter Scheiwiller - Director<br>Tel: 403 717 1231<br>Email: peter@northgateaviation.ca | Aircraft Lease Rejection | Unliquidated | $2,000,000 |
| Transwestern Phoenix Gateway LLC | Transwestern Phoenix Gateway LLC<br>c/o Transwestern Investment Company, LLC<br>150 North Wacker Drive<br>Chicago, IL 60606<br>Tel: 312 499-1900<br>Fax: 312-499-1909 | Real Estate Lease Rejection | Contingent Unliquidated | $1,228,000 |

**DECLARATION UNDER PENALTY OF PERJURY:**

I, the undersigned officer of Mesa Air Group, Inc., named as the debtor in this case (the "Debtor"), declare under penalty of perjury that I have read the foregoing Consolidated List of Creditors Holding the 30 Largest Unsecured Claims against the Debtor and that the list is true and correct to the best of my information and belief.

January 5, 2010

_____
Michael J. Lotz
President

# United States Bankruptcy Court
## Southern District of New York

In re   **Mesa Air Group, Inc.**

Debtor

Case No. _____

Chapter _____ **11** _____

# Exhibit "A" to Voluntary Petition

1. If any of debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is __00015495_____.

2. The following financial data is the latest available information and refers to debtor's condition on __September 30, 2009_____.

    a. Total assets      $__975,487,000.00

    b. Total debts (including debts listed in 2.c.,below)      $__868,591,000.00

                                                Approximate number of holders

    c. Debt securities held by more than 500 holders.

| | | | | Approximate number of holders |
|---|---|---|---|---|
| secured / / | unsecured / / | subordinated / / | $ 0.00 | 0 |
| secured / / | unsecured / / | subordinated / / | $ 0.00 | 0 |
| secured / / | unsecured / / | subordinated / / | $ 0.00 | 0 |
| secured / / | unsecured / / | subordinated / / | $ 0.00 | 0 |
| secured / / | unsecured / / | subordinated / / | $ 0.00 | 0 |

    d. Number of shares of preferred stock      0      0

    e. Number of shares of common stock      146,611,621      0

    Comments, if any:

3. Brief description of debtor's business:
    **Mesa Air Group, Inc. is a holding company whose principal direct and indirect subsidiaries operate as regional air carriers providing scheduled passenger and airfreight service**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
    **LC Capital Master Fund, Ltd.**
    **Goldman Sachs**
    **Zazove Associates, LLC**
    **Deutsche Bank**
    **AAR Corp.**

# ACTION BY UNANIMOUS WRITTEN CONSENT

# OF THE BOARD OF DIRECTORS OF MESA AIR GROUP INC.

(Adopted by the Board of Directors as of December 31, 2009)

The undersigned, being all of the directors of Mesa Air Group, Inc. (the "Company"), a Nevada corporation, and constituting the entire board of directors of the Company (the "Board of Directors"), acting pursuant to applicable law, hereby waive any and all requirements for the holding of a meeting, including, without limitations, any requirements as to call and notice thereof, and consent to the adoption of the following recitals and resolutions and to the actions set forth herein as of the date set forth above, which actions shall have the same force and effect as if taken by unanimous affirmative vote at a meeting of the Board of Directors duly called and held:

WHEREAS, the Board of Directors has reviewed and considered the financial and operational condition of the Company and the Company's business on the date hereof, including the historical performance of the Company, the assets of the Company, the current and long-term liabilities of the Company, and the market for the Company's products and services;

WHEREAS, the Board of Directors has received, reviewed and considered the recommendations of the senior management of the Company and the Company's legal, financial and other advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under the provisions of chapter 11 of title 11 of the United States Code (the "Chapter 11");

NOW, THEREFORE, BE IT RESOLVED that, in the judgment of the Board of Directors, it is desirable and in the best interests of the Company, its creditors, stockholders and other interested parties, that a voluntary petition be filed by the Company under the provisions of Chapter 11 (the "Chapter 11 Case");

RESOLVED FURTHER that the officers of the Company be, and they hereby are, authorized to execute and file on behalf of the Company all petitions, schedules, lists and other papers or documents, and to take any and all action which they deem necessary or proper to obtain such relief;

RESOLVED FURTHER that the officers of the Company be, and they hereby are, authorized and directed to employ the law firm or Pachulski Stang Ziehl & Jones LLP as general bankruptcy counsel to the Company to represent and assist the Company in carrying out its duties under title 11 of the United States Code (the "Bankruptcy Code"), and to take any and all actions to advance the Company's rights, including the preparation of pleadings and filings in the Chapter 11 Case, and in connection therewith, the officers of the Company are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case, and to cause to be filed appropriate applications for authority to retain the services of Pachulski Stang Ziehl & Jones LLP;

RESOLVED FURTHER that the officers of the Company be, and they hereby are, authorized and directed to employ the investment banking firm of Imperial Capital LLC to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and in connection therewith, the officers of the Company are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case, and to cause to be filed appropriate applications for authority to retain the services of Imperial Capital LLC;

1

RESOLVED FURTHER that the officers of the Company be, and they hereby are, authorized and directed to employ any other individual and/or firm as professionals or consultants or financial advisors to the Company as are deemed necessary to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and in connection therewith, the officers of the Company are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case, and to cause to be filed an appropriate application for authority to retain the services of such firms;

RESOLVED FURTHER that the officers of the Company be, and they hereby are, authorized and empowered for, in the name of, and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such instruments as each, in his or her discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions; and

RESOLVED FURTHER that all of the acts and transactions relating to matters contemplated by the foregoing resolutions of management and members of the Board of Directors of the Company, in the name and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified.

IN WITNESS WHEREOF, the undersigned, being all of the members of the Board of Directors of the Company, have hereto signed their names and adopted the above resolutions as of the above date and hereby direct a fully signed copy of this Action by Unanimous Written Consent of the Board of Directors.

This Action by Unanimous Written Consent of the Board of Directors may be executed in any number of counterparts, each of which shall be deemed an original, but all of which taken together shall constitute but one and the same Unanimous Written Consent of the Board of Directors of the Company.

_____
Jonathan G. Ornstein
Chairman of the Board


_____
Daniel J. Altobello, Director


_____
Robert Beleson, Director


_____
Carlos E. Bonilla, Director


_____
Joseph L. Manson, Director

_____
Peter F. Nostrand, Director

2

RESOLVED FURTHER that the officers of the Company be, and they hereby are, authorized and directed to employ any other individual and/or firm as professionals or consultants or financial advisors to the Company as are deemed necessary to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and in connection therewith, the officers of the Company are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case, and to cause to be filed an appropriate application for authority to retain the services of such firms;

RESOLVED FURTHER that the officers of the Company be, and they hereby are, authorized and empowered for, in the name of, and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such instruments as each, in his or her discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions; and

RESOLVED FURTHER that all of the acts and transactions relating to matters contemplated by the foregoing resolutions of management and members of the Board of Directors of the Company, in the name and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified.

IN WITNESS WHEREOF, the undersigned, being all of the members of the Board of Directors of the Company, have hereto signed their names and adopted the above resolutions as of the above date and hereby direct a fully signed copy of this Action by Unanimous Written Consent of the Board of Directors.

This Action by Unanimous Written Consent of the Board of Directors may be executed in any number of counterparts, each of which shall be deemed an original, but all of which taken together shall constitute but one and the same Unanimous Written Consent of the Board of Directors of the Company.

Jonathan G. Ornstein
Chairman of the Board

_Daniel J. Altobello_
Daniel J. Altobello, Director

_____
Robert Beleson, Director

_____
Carlos E. Bonilla, Director

_____
Joseph L. Manson, Director

_____
Peter F. Nostrand, Director

DOCS_SF:69010.1

RESOLVED FURTHER that the officers of the Company be, and they hereby are, authorized and directed to employ any other individual and/or firm as professionals or consultants or financial advisors to the Company as are deemed necessary to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and in connection therewith, the officers of the Company are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case, and to cause to be filed an appropriate application for authority to retain the services of such firms;

RESOLVED FURTHER that the officers of the Company be, and they hereby are, authorized and empowered for, in the name of, and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such instruments as each, in his or her discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions; and

RESOLVED FURTHER that all of the acts and transactions relating to matters contemplated by the foregoing resolutions of management and members of the Board of Directors of the Company, in the name and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified.

IN WITNESS WHEREOF, the undersigned, being all of the members of the Board of Directors of the Company, have hereto signed their names and adopted the above resolutions as of the above date and hereby direct a fully signed copy of this Action by Unanimous Written Consent of the Board of Directors.

This Action by Unanimous Written Consent of the Board of Directors may be executed in any number of counterparts, each of which shall be deemed an original, but all of which taken together shall constitute but one and the same Unanimous Written Consent of the Board of Directors of the Company.

_____
Jonathan G. Ornstein
Chairman of the Board


_____
Daniel J. Altobello, Director

_____
Robert Beleson, Director


_____
Carlos E. Bonilla, Director


_____
Joseph L. Manson, Director


_____
Peter F. Nostrand, Director

RESOLVED FURTHER that the officers of the Company be, and they hereby are, authorized and directed to employ any other individual and/or firm as professionals or consultants or financial advisors to the Company as are deemed necessary to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and in connection therewith, the officers of the Company are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case, and to cause to be filed an appropriate application for authority to retain the services of such firms;

RESOLVED FURTHER that the officers of the Company be, and they hereby are, authorized and empowered for, in the name of, and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such instruments as each, in his or her discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions; and

RESOLVED FURTHER that all of the acts and transactions relating to matters contemplated by the foregoing resolutions of management and members of the Board of Directors of the Company, in the name and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified.

IN WITNESS WHEREOF, the undersigned, being all of the members of the Board of Directors of the Company, have hereto signed their names and adopted the above resolutions as of the above date and hereby direct a fully signed copy of this Action by Unanimous Written Consent of the Board of Directors.

This Action by Unanimous Written Consent of the Board of Directors may be executed in any number of counterparts, each of which shall be deemed an original, but all of which taken together shall constitute but one and the same Unanimous Written Consent of the Board of Directors of the Company.

Jonathan G. Ornstein
Chairman of the Board

Daniel J. Altobello, Director

Robert Beleson, Director

Carlos E. Bonilla, Director

Joseph L. Manson, Director

Peter F. Nostrand, Director

2

DOCS_SF 69010 1

RESOLVED FURTHER that the officers of the Company be, and they hereby are, authorized and directed to employ any other individual and/or firm as professionals or consultants or financial advisors to the Company as are deemed necessary to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and in connection therewith, the officers of the Company are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case, and to cause to be filed an appropriate application for authority to retain the services of such firms;

RESOLVED FURTHER that the officers of the Company be, and they hereby are, authorized and empowered for, in the name of, and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such instruments as each, in his or her discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions; and

RESOLVED FURTHER that all of the acts and transactions relating to matters contemplated by the foregoing resolutions of management and members of the Board of Directors of the Company, in the name and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified.

IN WITNESS WHEREOF, the undersigned, being all of the members of the Board of Directors of the Company, have hereto signed their names and adopted the above resolutions as of the above date and hereby direct a fully signed copy of this Action by Unanimous Written Consent of the Board of Directors.

This Action by Unanimous Written Consent of the Board of Directors may be executed in any number of counterparts, each of which shall be deemed an original, but all of which taken together shall constitute but one and the same Unanimous Written Consent of the Board of Directors of the Company.

_____
Jonathan G. Ornstein
Chairman of the Board

_____
Daniel J. Altobello, Director

_____
Robert Beleson, Director

_____
Carlos E. Bonilla, Director

_____
Joseph L. Manson, Director

_____
Peter F. Nostrand, Director

RESOLVED FURTHER that the officers of the Company be, and they hereby are, authorized and directed to employ any other individual and/or firm as professionals or consultants or financial advisors to the Company as are deemed necessary to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and in connection therewith, the officers of the Company are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case, and to cause to be filed an appropriate application for authority to retain the services of such firms;

RESOLVED FURTHER that the officers of the Company be, and they hereby are, authorized and empowered for, in the name of, and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such instruments as each, in his or her discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions; and

RESOLVED FURTHER that all of the acts and transactions relating to matters contemplated by the foregoing resolutions of management and members of the Board of Directors of the Company, in the name and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified.

IN WITNESS WHEREOF, the undersigned, being all of the members of the Board of Directors of the Company, have hereto signed their names and adopted the above resolutions as of the above date and hereby direct a fully signed copy of this Action by Unanimous Written Consent of the Board of Directors.

This Action by Unanimous Written Consent of the Board of Directors may be executed in any number of counterparts, each of which shall be deemed an original, but all of which taken together shall constitute but one and the same Unanimous Written Consent of the Board of Directors of the Company.

_____
Jonathan G. Ornstein
Chairman of the Board

_____
Daniel J. Altobello, Director

_____
Robert Beleson, Director

_____
Carlos E. Bonilla, Director

_____
Joseph L. Manson, Director

_____
Peter F. Nostrand, Director

DOCS_SF:69010.1

_____
Maurice A. Parker, Director

_____
Richard R. Thayer, Director

3

Maurice A. Parker, Director

Richard R. Thayer, Director

3

## Location of Debtors' Substantial Assets, Books and Records

The Debtors have assets in every location from which they operate their businesses, including the premises listed on Schedule 6 annexed to the Declaration of Michael J. Lotz that was filed contemporaneously with this petition. The majority of the Debtors' cash is held in Arizona. To the best of my knowledge, the Debtors have no substantial assets outside the United States, other than aircraft that continuously fly between the United States and certain foreign locations.

| Debtor | Location of Substantial Asset |
| --- | --- |
| Air Midwest, Inc. | Phoenix, AZ |
| Freedom Airlines, Inc. | Phoenix, AZ |
| Mesa Air Group Airline Inventory Management, LLC. | Phoenix, AZ |
| Mesa Air Group, Inc. | Phoenix, AZ |
| Mesa Air New York, Inc. | Phoenix, AZ |
| Mesa Airlines, Inc. | Phoenix, AZ |
| Mesa In-Flight, Inc. | Phoenix, AZ |
| MPD, Inc. | Phoenix, AZ |
| Nilchi, Inc. | Phoenix, AZ |
| Patar, Inc. | Phoenix, AZ |
| Regional Aircraft Services, Inc. | Phoenix, AZ |
| Ritz Hotel Management Corp. | Mesa, AZ |

## Books and Records

| Debtor | Location of Books and Records |
| --- | --- |
| Air Midwest, Inc. | 410 N. 44th Street, Suite 700, Phoenix, AZ |
| Freedom Airlines, Inc. | 410 N. 44th Street, Suite 700, Phoenix, AZ |
| Mesa Air Group Airline Inventory Management, LLC. | 410 N. 44th Street, Suite 700, Phoenix, AZ |
| Mesa Air Group, Inc. | 410 N. 44th Street, Suite 700, Phoenix, AZ |
| Mesa Air New York, Inc. | 410 N. 44th Street, Suite 700, Phoenix, AZ |
| Mesa Airlines, Inc. | 410 N. 44th Street, Suite 700, Phoenix, AZ |
| Mesa In-Flight, Inc. | 410 N. 44th Street, Suite 700, Phoenix, AZ |
| MPD, Inc. | 410 N. 44th Street, Suite 700, Phoenix, AZ |
| Nilchi, Inc. | 410 N. 44th Street, Suite 700, Phoenix, AZ |
| Patar, Inc. | 410 N. 44th Street, Suite 700, Phoenix, AZ |
| Regional Aircraft Services, Inc. | 410 N. 44th Street, Suite 700, Phoenix, AZ |
| Ritz Hotel Management Corp. | 410 N. 44th Street, Suite 700, Phoenix, AZ |