PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: 212-561-7700
Facsimile: 212-561-7777
Richard M. Pachulski (*pro hac vice* pending)
Laura Davis Jones (*pro hac vice* pending)
Debra I. Grassgreen (*pro hac vice* pending)
Maria A. Bove
John W. Lucas

Proposed Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| MESA AIR GROUP, INC., *et al*., | Case No. 10-10018 (MG) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF DEBTORS' MOTION FOR AUTHORIZATION
PURSUANT TO SECTIONS 105, 363, 554, AND 1110 OF THE BANKRUPTCY
CODE AND BANKRUPTCY RULES 6003, 6004 AND 6007 TO (I) ABANDON
CERTAIN AIRCRAFT, ENGINES, AND OTHER RELATED EQUIPMENT,
(II) TRANSFER TITLE TO CERTAIN AIRCRAFT, ENGINES, AND OTHER
RELATED EQUIPMENT, AND (III) SATISFY THE SURRENDER AND
<u>RETURN REQUIREMENTS UNDER THE BANKRUPTCY CODE</u>**

**PLEASE TAKE NOTICE** that a hearing on the *Motion for Authorization*

*Pursuant To Sections 105, 363, 554, and 1110 Of The Bankruptcy Code And Bankruptcy Rules*

*6003, 6004 and 6007 to (I) Abandon Certain Aircraft, Engines, And Other Related Equipment,*

*(II) Transfer Title To Certain Aircraft, Engines, And Other Related Equipment, And (III) Satisfy*

*The Surrender And Return Requirements Under The Bankruptcy Code*, [Docket No. 9] (the

"<u>Motion</u>") filed on January 5, 2010 by Mesa Air Group Inc., and certain of its subsidiaries and

---

[1] The Debtors are: Mesa Air Group, Inc. (2351); Mesa Air New York, Inc. (3457); Mesa In-Flight, Inc. (9110); Freedom Airlines, Inc. (9364); Mesa Airlines, Inc. (4800); MPD, Inc. (7849); Ritz Hotel Management Corp. (7688); Regional Aircraft Services, Inc. (1911); Air Midwest, Inc. (6610); Mesa Air Group Airline Inventory Management, LLC (2015); Nilchi, Inc. (5531); and Patar, Inc. (1653).

affiliates, as debtors and debtors in possession (collectively, the "Debtors") will be held before the Honorable Martin Glenn, at the United States Bankruptcy Court, Alexander Hamilton Customs House, One Bowling Green, New York, New York, 10004, Courtroom 501, **at 4:00 p.m. on January 12, 2010** (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must be in writing, conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court for the Southern District of New York, set forth the name of the objecting party, the basis for the objection, and the specific grounds thereof, shall be filed electronically with the Bankruptcy Court electronically in accordance with General Order M-242 (General Order M-242 and the User's Manual for the Electronic Case Filing System may be found at www.nysb.uscourts.gov, the official website for the Bankruptcy Court) by registered users of the Bankruptcy Court's case filing system, and by all other parties in interest on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), and be served upon: (a) Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 36th Floor, New York, New York 10017, Attn: Maria A. Bove; Pachulski Stang Ziehl & Jones LLP, 150 California Street, 15th Floor, San Francisco, California 94111, Attn: Debra Grassgreen, attorneys for the Debtors, (b) Mesa Air Group, Inc., Law Department 410 N. 44th St. Suite 700, Phoenix, Arizona 85008, (Attn: Brian S. Gillman, Esq.); (c) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn: Andrea B. Schwartz; (d) the Debtors' thirty (30) largest unsecured creditors (on a consolidated basis); (e) the Debtors' five (5) largest pre-petition secured creditors or any agent therefore; and (h) any other party entitled to receive notice in these cases (collectively, the "Notice Parties"), so

as to be received no later than **January 8, 2010, at 5:00 p.m. (Prevailing Eastern Time)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that any replies to objections to the Motion must be filed with the Court and served on the Notice Parties and any party having filed an objection no later than **January 11, 2010 at 12:00 p.m. (Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** if an objection to the Motion is not received by the Objection Deadline, the relief requested shall be deemed unopposed, and the Bankruptcy Court may enter an order granting the relief sought in the Motion.

Dated: January 6, 2010
      New York, New York

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Maria A. Bove*
Richard M. Pachulski
Laura Davis Jones
Debra I. Grassgreen
Maria A. Bove
John W. Lucas
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

Proposed Attorneys for Debtors
and Debtors in Possession