PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: 212-561-7700
Facsimile: 212-561-7777
Richard M. Pachulski (*pro hac vice* pending)
Laura Davis Jones (*pro hac vice* pending)
Debra I. Grassgreen (*pro hac vice* pending)
Maria A. Bove
John W. Lucas

Proposed Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| MESA AIR GROUP, INC., *et al.*, | Case No. 10-10018 (MG) |
| Debtors.[1] | (Jointly Administered) |

**DEBTORS' APPLICATION FOR AN ORDER,**
**PURSUANT TO SECTION 327(e) OF THE BANKRUPTCY**
**CODE, BANKRUPTCY RULES 2014 AND 2016 AND LOCAL**
**BANKRUPTCY RULES 2014-1 AND 2016-1, AUTHORIZING DEBTORS TO**
**EMPLOY AND RETAIN JONES DAY AS SPECIAL COUNSEL WITH RESPECT**
**TO DESIGNATED MATTERS, *NUNC PRO TUNC* TO THE PETITION DATE**

TO THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE:

Mesa Air Group, Inc. ("Mesa") and certain of its direct and indirect subsidiaries

and affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases

(collectively with Mesa, the "Debtors"), hereby file this application (the "Application") and

respectively represent as follows:

---

[1] The Debtors are: Mesa Air Group, Inc. (2351); Mesa Air New York, Inc. (3457); Mesa In-Flight, Inc. (9110); Freedom Airlines, Inc. (9364); Mesa Airlines, Inc. (4800); MPD, Inc. (7849); Ritz Hotel Management Corporation (7688); Regional Aircraft Services, Inc. (1911); Air Midwest, Inc. (6610); Mesa Air Group Airline Inventory Management, LLC (2015); Nilchi, Inc. (5531); and Patar, Inc. (1653).

## Background

1.      On January 5, 2010 (the "<u>Petition Date</u>"), the Debtors each commenced with this Court a voluntary case under chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"). The Debtors are authorized to continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.      By an order of the Court entered on the Petition Date (Docket No. 33), the Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>").

3.      The Office of the United States Trustee for the Southern District of New York (the "<u>U.S. Trustee</u>") has not yet appointed any creditors' committee in these chapter 11 cases. No trustee or examiner has been appointed.

## The Debtors' Businesses

4.      Mesa is a holding company whose principal direct and indirect subsidiaries operate as regional air carriers providing scheduled passenger and airfreight service. As of the Petition Date, the Debtors' airline operations serve approximately 127 cities in 41 states, the District of Columbia, Canada and Mexico. The Debtors operate a fleet of approximately 130 aircraft with approximately 700 daily system departures. The Debtors employ approximately 3,400 full and part-time employees.

5.      Debtor Mesa Airlines, Inc. ("<u>Mesa Airlines</u>") operates regional jet and turboprop aircraft under the names of regional carriers of certain major airlines pursuant to code-share agreements, and also maintains certain independent operations. Specifically, Mesa Airlines operates as (a) US Airways Express under code-share agreements with US Airways, Inc.

ATI-2404277v6
56772-001\DOCS_NY:19809.1

("US Air"); (b) as United Express under a code-share agreement with United Airlines, Inc. ("United"); and (c) independently in Hawaii as go! Mokulele ("go!"). Debtor Freedom Airlines, Inc. ("Freedom Airlines") operates regional jet aircraft as Delta Connection under code-share agreements with Delta Air Lines, Inc. ("Delta"). The remaining Debtors operate businesses, or own interests in businesses, that facilitate or enhance the Debtors' regional or independent air carrier services. Debtors Nilchi, Inc. and Patar, Inc. hold investments.

6.     As of September 30, 2009, the Debtors had consolidated assets of approximately $975 million, and consolidated liabilities of approximately $869 million. The Debtors' consolidated 2009 revenues were approximately $968 million.

## The Prepetition Litigation

### The Delta Litigation

7.     Mesa, Freedom Airlines and Delta are parties to the Delta Connection Agreement, dated May 3, 2005, as amended by Amendment Number One, dated March 13, 2007, and a Second Amendment dated March 10, 2009 (as further amended, the "ERJ Agreement"). The ERJ Agreement provides for operation by Freedom Airlines of up to 36 ERJ-145 50-seat regional jet aircraft for Delta. In addition, Mesa, Freedom Airlines and Delta are parties to that certain Delta Connection Agreement, dated March 13, 2007 (the "CRJ Agreement"). The CRJ Agreement provides for operation by Freedom Airlines of 14 CRJ-900 76-seat regional jet aircraft for Delta.

8.     In March 2008, Delta asserted that it terminated the ERJ Agreement. In response, Mesa and Freedom Airlines initiated a lawsuit against Delta on April 7, 2008 in the United States District Court for the Northern District of Georgia (the "Georgia District Court") to enjoin the alleged termination, which case is captioned *Mesa Air Group, Inc. and Freedom Airlines, Inc. v. Delta Air Lines, Inc.*, Case No. 1:08-CV-1334-CC (the "ERJ Litigation").

Following a hearing, the Georgia District Court issued a preliminary injunction in favor of Mesa and Freedom Airlines and against Delta in the ERJ Litigation. Delta appealed the Georgia District Court's issuance of the preliminary injunction. In July 2009, the United States Court of Appeals for the Eleventh Circuit affirmed the Georgia District Court's decision in the ERJ Litigation, finding that Mesa had demonstrated a substantial likelihood of success on the merits. A trial date has not yet been set by the Georgia District Court.

9. In addition, in August 2008, Delta notified Mesa of the termination of the CRJ Agreement citing an alleged failure of Mesa to meet certain contractual benchmarks. On March 20, 2009, Mesa and Freedom Airlines filed a complaint in the Georgia District Court against Delta for the relief from the termination of the CRJ Agreement, which case is captioned *Mesa Air Group, Inc. and Freedom Airlines, Inc. v. Delta Air Lines, Inc.*, Case No. 1:09-CV-0772-ODE (the "CRJ Litigation"). Delta responded by asserting counterclaims against Mesa and Freedom Airlines in the CRJ Litigation. By the CRJ Litigation, Mesa and Freedom Airlines are seeking money damages resulting from Delta's wrongful termination of the CRJ Agreement. In the original complaint initiating the CRJ Litigation, Mesa and Freedom Airlines asserted damages in the total amount of between $8 million and $15 million; however, as a result of updated damages calculations, the Debtors currently believe the damages could be as high as $40 million. The CRJ Litigation remains pending.

10. Mesa also is involved in litigation with Delta regarding the termination of an engine maintenance Memorandum of Understanding under which Delta had been performing overhaul work on certain Mesa aircraft engines. On August 6, 2008, Mesa filed a complaint against Delta in the United States District Court for the District of Arizona (the "Arizona District Court") following Delta's unauthorized retention of seven aircraft engines, which case is captioned *Mesa Air Group, Inc. v. Delta Air Lines, Inc.*, Case No. 2:08-CV-01449-DGC

ATI-2404277v6
56772-001\DOCS_NY:19809.1

(the "Engine Litigation"). On August 12, 2008, Delta agreed to return the engines to Mesa and, on August 22, 2008, Delta filed a mechanics' lien on the engines along with a counterclaim seeking to foreclose on the liens. Mesa moved for judgment on the pleadings as to Delta's liens due to Delta's failure to comply with the Georgia lien statute. On November 14, 2008, the Arizona District Court ruled that Delta had forfeited its lien claims. On November 20, 2008, Delta filed a notice of appeal to the United States Court of Appeals for the Ninth Circuit. The issues raised by Delta on appeal have been fully briefed and await decision by the Ninth Circuit. During the pendency of the appeal, the parties have concluded discovery on the substantive claims, and Mesa's motion for summary judgment is pending.

11.    In addition, Delta initiated an action against Mesa and Freedom Airlines in the Georgia District Court on August 19, 2009, alleging that Mesa and Freedom Airlines breached the ERJ Agreement regarding a "most favored nation" provision, which case is captioned *Delta Air Lines, Inc. v. Mesa Air Group, Inc. and Freedom Airlines, Inc.*, Case No. 1:09-CV-2267-CC (the "Base Rate Litigation" and, collectively with the ERJ Litigation, the CRJ Litigation and the Engine Litigation, the "Delta Litigation"). Delta sought a declaratory judgment that, among other things, Mesa was in material breach of the ERJ Agreement. On September 25, 2009, Mesa filed a motion, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss the Base Rate Litigation as it related to the assertion that the alleged breach was material. The Georgia District Court has not yet ruled on Mesa's motion to dismiss. Mesa anticipates filing a counterclaim against Delta in the Base Rate Litigation related to (a) Delta's failure to utilize Mesa's aircraft on a "full time basis" as required in the code-share agreement and (b) Delta's refusal to comply with the annual rate setting provisions of the code-share agreement.

ATI-2404277v6
56772-001\DOCS_NY:19809.1

*The United Litigation*

12.     Mesa is a defendant in an action for declaratory relief initiated by United prior to the Petition Date. Under the United code-share agreement, Mesa has the right to place ten 70-seat aircraft (each, an "RJ 70") in service for a term through October 31, 2018. In October 2009, Mesa tendered notice of its intention to exercise its rights concerning the ten RJ-70 aircraft and provided United with the in-service dates for the aircraft as required under the United code-share agreement. United has asserted that Mesa's notice was not in accordance with the terms of the code-share agreement. Placement of the RJ 70's into service with United is important for Mesa's future growth. On or about November 23, 2009, United commenced a declaratory judgment action in the United States District Court for the Northern District of Illinois, which case is captioned *United Air Lines, Inc. v. Mesa Air Group, Inc.*, Case No. 1:09-CV-07352 (the "United Litigation" and, together with the Delta Litigation, the "Prepetition Litigation"), seeking a determination regarding whether Mesa's notice to United was in compliance with the terms of the United code-share agreement, as amended. The United Litigation remains pending.

## Jurisdiction

13.     This Court has jurisdiction to consider this application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## Relief Requested

14.     By this Application, the Debtors request the entry of an order, pursuant to sections 327(e) of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016 and Rules 2014-1 and 2016-1 of the Local Bankruptcy Rules for the Bankruptcy Court for the Southern District of New York (the "Local Bankruptcy Rules"), authorizing the Debtors to employ and retain the law firm

of Jones Day as special counsel to the Debtors, *nunc pro tunc* to the Petition Date,[2] with respect

to the Prepetition Litigation and any related or similar litigation. In support of this Application,

the Debtors submit herewith, and incorporate herein by reference, (a) the Declaration of G. Lee

Garrett, Jr., a partner of Jones Day (the "Garrett Declaration"), a copy of which is attached hereto

as Exhibit A; and (b) Jones Day's Disclosure of Compensation (the "Disclosure of

Compensation"), a copy of which is attached hereto as Exhibit B.

## Basis for Relief

15.     Section 327(e) of the Bankruptcy Code authorizes a debtor in possession

to employ one or more attorneys to represent the debtor on specified matters as long as those

attorneys do not represent or hold any interest adverse to the debtor or to the estate with respect

to the matter on which they are to be employed. See 11 U.S.C. § 327(e). Moreover,

section 1107(b) of the Bankruptcy Code provides that "a person is not disqualified for

employment under section 327 . . . solely because of such person's employment by or

representation of the debtor before the commencement of the case." See 11 U.S.C. § 1107(b).

16.     Accordingly, section 327(e) of the Bankruptcy Code authorizes the

retention of counsel who previously represented a debtor prepetition, *provided that*: (a) the

appointment is in the best interest of the debtor's estate; (b) counsel does not hold an interest

adverse to the estate with respect to the matter for which counsel is to be employed; and (c) the

specified special purpose for which counsel is being retained does not rise to the level of

conducting the bankruptcy case for the debtor in possession. See In re DeVlieg, Inc., 174 B.R.

497, 502-05 (N.D. Ill. 1994); In re AroChem Corp., 176 F.3d 610, 622 (2d Cir. 1999) (noting

---

[2]     *Nunc pro tunc* retention is appropriate because (a) this Application was filed promptly after the Petition Date, (b) Jones Day has continued and will continue to provide services to the Debtors from and after the Petition Date and (c) a final hearing on this Application will not be conducted, and an order will not be entered, until after the Petition Date.

ATI-2404277v6
56772-001\DOCS_NY:19809.1

that "where the interest of the special counsel and the interest of the estate are identical *with respect to the matter for which special counsel is retained*, there is no conflict and the representation can stand")(emphasis in original).

17.    As explained more fully below, the Debtors submit that each of these factors is satisfied with respect to Jones Day and, therefore, Jones Day's retention should be approved under section 327(e) of the Bankruptcy Code.

### Retention of Jones Day

18.    As discussed extensively in the Declaration of Michael J. Lotz in Support of First Day Motions Pursuant to Local Bankruptcy Rule 1007-2 (Docket No. 2) (the "Lotz Declaration"), the Debtor's code-share relationships (and other business relationships) with Delta, United and US Air serve as the foundation of their business operations and are critical to the success of their restructuring efforts. In fact, approximately 96% of the Debtors' consolidated passenger revenues for the fiscal year ending September 30, 2009 were derived from their code-share "revenue guarantee" agreements with Delta, United and US Air.[3] Accordingly, preserving or defending these relationships, and related rights and claims, will be a critical component of the Debtors' overall restructuring in these cases.

19.    These issues are directly implicated by the Prepetition Litigation. For example, as discussed in the Lotz Declaration, the Debtors have asserted in the Delta Litigation that Delta owes or is otherwise liable to the Debtors for more than $70 million in damages, including, without limitation, (a) the Debtors' significant profits that would have been gained over the term of the CRJ Agreement (improperly terminated by Delta) that is the subject matter of the CRJ Litigation; (b) the Debtors' substantial damages caused by Delta's failure to properly utilize the Debtors' aircraft fleet on a full-time basis in accordance with the ERJ Agreement;

---

[3]    The Debtors' remaining passenger revenues are generated from their independent go! operations in Hawaii.

ATI-2404277v6
56772-001\DOCS_NY:19809.1

(c) the Debtors' damages caused by Delta's refusal to engage in the annual rate setting procedures set forth in the ERJ Agreement; (d) the Debtors' damages caused by Delta's wrongful interference with the Debtors' possessory interests in certain aircraft engines; and (e) the Debtors' claims for attorneys' fees and costs, punitive damages and other damages.

20.     Under the circumstances, as a fundamental component of their reorganization, the Debtors are compelled to pursue, and to pursue promptly, claims against Delta and to defend claims asserted or to be asserted by Delta or United in connection with the Prepetition Litigation and any related or similar litigation.

21.     The Debtors, therefore, seek to continue the retention of Jones Day, pursuant to the terms of this Application. Specifically, the Debtors wish to retain Jones Day as special counsel pursuant to sections 327(e) of the Bankruptcy Code to perform the following services related to the Prepetition Litigation and any related or similar litigation or disputes (collectively, the "Services"):

a.     Advise and counsel the Debtors on all aspects of the Prepetition Litigation, including any appeals therefrom or other related proceedings and any efforts to resolve such litigation;

b.     Represent the Debtors in any litigation or contested matter related to the Prepetition Litigation and perform all other necessary legal services in furtherance of Jones Day's role as special counsel for the Debtors with respect to the Prepetition Litigation;

c.     Perform such other specific litigation-related services as requested by the Debtors and agreed to be performed by Jones Day, including, but not limited to, services relating to any dispute arising out of or related to the Prepetition Litigation or any related or similar litigation or disputes; and

d.     Assist the Debtors' bankruptcy professionals from time to time in connection with any issues relating to the Prepetition Litigation or other similar or related matters, including, by way of example and not limitation, matters relating to (i) the treatment of the Debtors' contracts that are the subject of the Prepetition Litigation, (ii) the impact of the automatic stay on the Prepetition Litigation and (iii) any claims or settlements related to the Prepetition Litigation.

ATI-2404277v6
56772-001\DOCS_NY:19809.1

22. The Debtors' decision to retain Jones Day as special counsel in these chapter 11 cases is based on a number of considerations, most of which informed the decision of Mesa and Freedom Airlines to retain Jones Day at the outset of the Prepetition Litigation. Jones Day is a full service law firm with over 2,500 attorneys in 32 offices throughout the world. Jones Day has a reputation for exceptional client service, and its clientele includes numerous Fortune 100 and 500 companies. Jones Day has one of the largest and most sophisticated litigation practices in the nation, as well as a top tier bankruptcy and restructuring practice. Jones Day has extensive experience in complex, commercial litigation of all types. In particular, Jones Day attorneys have represented air carriers on a broad range of litigation and bankruptcy issues.

23. In addition, through its efforts in the Prepetition Litigation to date, Jones Day has developed extensive knowledge of the Debtors, their businesses and the factual and legal issues underlying the Prepetition Litigation. As such, Jones Day is especially well positioned to be able to respond quickly and effectively to the issues likely to be raised in, and in connection with, the Prepetition Litigation. Jones Day, therefore, is both well qualified and uniquely able to represent the Debtors' interests in connection with the Prepetition Litigation, and in any related or similar litigation, during the pendency of these chapter 11 case as special counsel employed pursuant to section 327(e) of the Bankruptcy Code.

24. In addition, to the best of the Debtors' knowledge, based on the Garrett Declaration and as set forth below, the Debtors are unaware of any interest held or represented by Jones Day that would impede its ability to act as special counsel in accordance with applicable requirements of the Bankruptcy Code and Bankruptcy Rules. If the Debtors are required to retain counsel other than Jones Day in connection with the specific matters upon which Jones Day's advice and engagement is sought, the Debtors, their estates and all parties in

interest would be unduly prejudiced by the time and expense necessary to replicate Jones Day's ready familiarity with the Debtors and the Prepetition Litigation.

25. The Debtors also are seeking the retention of Pachulski, Stang, Ziehl & Jones LLP ("Pachulski Stang") as lead restructuring counsel. The Debtors may file further applications with the Court to retain additional counsel. Because of their respective well-defined roles, Pachulski Stang and Jones Day and other professionals retained in these cases will not duplicate the services they provide to the Debtors and will function cohesively to ensure that legal services provided to the Debtors are not duplicative.

26. Accordingly, the Debtors request that the Court approve the retention of Jones Day as special counsel in accordance with the terms and conditions set forth in this Application and the Garrett Declaration.

## Compensation and Fee Applications

27. Jones Day will charge for its Services in these cases at Jones Day's customary hourly rates that are in effect from time to time and will seek reimbursement for its actual and necessary expenses incurred in connection with performing the Services. The Jones Day attorneys and paraprofessionals currently expected to be most active with respect to the Prepetition Litigation and the Debtors' chapter 11 cases, and such parties' respective positions, practice groups, resident offices and current hourly rates, are as follows:[4]

| Name | Position | Practice Group | Resident Office | Hourly Billing Rate as of 1/7/10 |
|------|----------|----------------|-----------------|----------------------------------|
| G. Lee Garrett, Jr. | Partner | Trial Practice | Atlanta | $675 |

---

[4] The following list is not intended to be, and is not, a comprehensive list and is provided only to identify certain Jones Day lawyers and paraprofessionals currently expected to have a significant role in this representation. It is anticipated that other or different Jones Day lawyers and paraprofessionals will be involved in these cases to provide Services to the Debtors as necessary or appropriate.

| David M. Monde | Partner | Trial Practice | Atlanta | $625 |
|---|---|---|---|---|
| Morgan Hirst | Associate | Trial Practice | Chicago | $525 |
| Paula Quist | Associate | Trial Practice | Chicago | $500 |
| Robert Schmoll | Associate | Trial Practice | Atlanta | $400 |
| Jason Burnette | Associate | Issues & Appeals | Atlanta | $325 |
| Kacy Romig | Associate | Trial Practice | Atlanta | $325 |
| Megan Taylor | Associate | Trial Practice | Atlanta | $275 |
| Trixie Jones | Paralegal | Trial Practice | Atlanta | $200 |
| Jeff Grogan | Trial Practice Project Coordinator | Trial Practice | Atlanta | $150 |

Jones Day adjusts its hourly rates from time to time in accordance with its established billing practices and procedures.

28.     The Debtors respectfully submit that Jones Day's hourly rates are reasonable and comparable to the rates other firms charge for similar services. The hourly rates charged by Jones Day professionals differ based on, among other things, such professional's experience and the rates normally charged in the location of the offices in which such professional is resident.

29.     The Debtors understand that Jones Day intends to apply separately to the Court for allowances of compensation and reimbursement of expenses in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, the guidelines established by the U.S. Trustee (the "U.S. Trustee Guidelines") and all relevant orders of this Court governing fees for professional services performed and related expenses incurred from and after the Petition Date. To that end, Jones Day has agreed to submit

-12-

applications for interim and/or final allowance of compensation and reimbursement of expenses, and interim monthly fee statements, pursuant to sections 330 and 331 of the Bankruptcy Code and the rules and orders of this Court. Jones Day will maintain and submit with its fee statements and applications (a) detailed daily time entries for each individual in one-tenth of hour increments describing the Services provided and (b) a categorized summary of all disbursements and expenses for which Jones Day is seeking reimbursement. Given the nature of its engagement, Jones Day expects that it may be required to redact certain of its time entries as necessary or appropriate to protect confidential or privileged information relating to the Prepetition Litigation or otherwise.

### Disclosure Concerning Disinterestedness

30.     To the best of the Debtors' knowledge, (a) Jones Day does not represent or hold any interest adverse to the Debtors or their estates with respect to the matters on which Jones Day seeks to be employed, and Jones Day does not and will not represent any interest adverse to the Debtors in these chapter 11 cases; and (b) except as set forth in the Garrett Declaration, Jones Day does not have any known connection with (i) the Debtors, (ii) their largest creditors or other identified parties in interest in these cases or their respective attorneys and accountants or (iii) the U.S. Trustee or any of its employees. Jones Day, thus, is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code.

### Disclosure Concerning Compensation

31.     In the one-year period from January 5, 2009 to the Petition Date, Jones Day received $1,669,013.91 in compensation from the Debtors for prepetition advice and assistance, as further described in the attached Disclosure of Compensation. The Debtors are

estimated to owe $10,743.75 to Jones Day on account of services rendered and expenses incurred on behalf of the Debtors prior to the Petition Date (the "Prepetiton Claim").[5]

32.     Jones Day has agreed not to pursue the Prepetition Claim against the Debtors or their estates.  As such, Jones Day does not have an interest in these cases as a creditor.  In any event, even if Jones Day were a prepetition creditor of the Debtors, such status would not be an impediment to Jones Day's retention under section 327(e) of the Bankruptcy Code.  COLLIER ON BANKRUPTCY, ¶ 327.04[9][d] at 327-63-64 (15th ed. 2008) ("the disinterested test of section 327(a) does not apply to section 327(e) because the attorney may, in fact, be a creditor of the debtor for fees related to such prepetition representation of the debtor").

## Conclusion

33.     The Debtors submit that the relief requested herein is necessary and appropriate, is in the best interest of their estates and creditors, and should be granted in all respects.

## Notice

34.     The Debtors have served notice of this Application on (a) the U.S. Trustee; (b) those creditors holding the 30 largest unsecured claims against the Debtors' estates on a consolidated basis, as identified in the Debtors' chapter 11 petitions; (c) those creditors or their agents holding the five largest secured claims against the Debtors' estates; (d) the Internal Revenue Service; (e) the Securities and Exchange Commission; and (f) all parties who have requested notice in these chapter 11 cases.

---

[5]     The exact amount owed as of the Petition Date has not been determined and may change due to, among other things, late reported time and delays in the billing cycle for certain prepetition expenses.

## No Prior Request

35.     No previous request for the relief sought herein has been made to this or

any other Court.

WHEREFORE, the Debtors request that the Court (a) enter an order in

substantially the form attached hereto as Exhibit C, granting the relief requested herein; and

(b) grant such other and further relief as is just and proper.


Dated: January 8, 2010

> MESA AIR GROUP, INC.; MESA AIR NEW
> YORK, INC.; MESA IN-FLIGHT, INC.;
> FREEDOM AIRLINES, INC.; MESA AIRLINES,
> INC.; MPD, INC.; RITZ HOTEL MANAGEMENT
> CORPORATION; REGIONAL AIRCRAFT
> SERVICES, INC.; AIR MIDWEST, INC.; MESA
> AIR GROUP AIRLINE INVENTORY
> MANAGEMENT, LLC; NILCHI, INC.; AND
> PATAR, INC.


> */s/ Michael J. Lotz*
> By:  Michael J. Lotz
> Its:  President

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| MESA AIR GROUP, INC., *et al.*, | Case No. 10-10018 (MG) |
| Debtors.[1] | (Jointly Administered) |

**DECLARATION OF G. LEE GARRETT, JR. IN
SUPPORT OF DEBTORS' APPLICATION FOR AN ORDER,
PURSUANT TO SECTION 327(e) OF THE BANKRUPTCY
CODE, BANKRUPTCY RULES 2014 AND 2016 AND LOCAL
BANKRUPTCY RULES 2014-1 AND 2016-1, AUTHORIZING THE DEBTORS TO
EMPLOY AND RETAIN JONES DAY AS SPECIAL COUNSEL WITH RESPECT
TO DESIGNATED MATTERS, *NUNC PRO TUNC* TO THE PETITION DATE**

G. LEE GARRETT, JR., being duly sworn, deposes and says:

1.      I am a partner in the law firm of Jones Day, resident in Jones Day's

Atlanta office located at 1420 Peachtree Street, N.E., Suite 800, Atlanta, Georgia 30309, and I

have been duly admitted to practice law in the State of Georgia.  The facts set forth in this

Declaration are personally known to me and, if called as a witness, I could and would testify

thereto.

2.      I am duly authorized to make this declaration (the "Declaration") on behalf

of Jones Day.  This Declaration is submitted in support of the *Debtors' Application for an Order,*

*Pursuant to Section 327(e) of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016 and Local*

*Bankruptcy Rules 2014-1 and 2016-1, Authorizing the Debtors to Employ and Retain Jones Day*

---

[1]    The Debtors are:  Mesa Air Group, Inc. (2351); Mesa Air New York, Inc. (3457); Mesa In-Flight, Inc. (9110); Freedom Airlines, Inc. (9364), Mesa Airlines, Inc. (4800); MPD, Inc. (7849); Ritz Hotel Management Corporation (7688); Regional Aircraft Services, Inc. (1911); Air Midwest, Inc. (6610); Mesa Air Group Airline Inventory Management, LLC (2015); Nilchi, Inc. (5531); and Patar, Inc. (1653).

*as Special Counsel with Respect to Designated Matters, Nunc Pro Tunc to the Petition Date* (the "Application").[2]

**Jones Day's Qualifications**

3.     Jones Day is a full service law firm with over 2,500 attorneys in 32 offices throughout the world. Jones Day has a reputation for exceptional client service, and its clientele includes numerous Fortune 100 and 500 companies. Jones Day has one of the largest and most sophisticated litigation practices in the nation, as well as a top tier bankruptcy and restructuring practice. Jones Day has extensive experience in complex, commercial litigation of all types. In particular, Jones Day attorneys have represented air carriers on a broad range of litigation and bankruptcy issues.

4.     In addition, through its efforts in the Prepetition Litigation to date, Jones Day has developed extensive knowledge of the Debtors, their businesses and the factual and legal issues underlying the Prepetition Litigation. As such, Jones Day is especially positioned to be able to respond quickly and effectively to the issues likely to be raised in and in connection with the Prepetition Litigation. Jones Day, therefore, is both well qualified and uniquely able to represent the Debtors interests in connection with the Prepetition Litigation, and in any related or similar litigation, during the pendency of these chapter 11 case as special counsel employed pursuant to section 327(e) of the Bankruptcy Code.

**Services to Be Provided by Jones Day**

5.     Jones Day will provide the following legal services related to the Prepetition Litigation and any related or similar litigation or disputes (collectively, the "Services"):

---

[2]   Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Application.

ATI-2404277v6
56772-001\DOCS_NY:19809.1

a. Advise and counsel the Debtors on all aspects of the Prepetition Litigation, including any appeals therefrom or other related proceedings and any efforts to resolve such litigation;

b. Represent the Debtors in any litigation or contested matter related to the Prepetition Litigation and perform all other necessary legal services in furtherance of Jones Day's role as special counsel for the Debtors with respect to the Prepetition Litigation;

c. Perform such other specific litigation-related services as requested by the Debtors and agreed to be performed by Jones Day, including, but not limited to, services relating to any dispute arising out of or related to the Prepetition Litigation or any related or similar litigation or disputes; and

d. Assist the Debtors' bankruptcy professionals from time to time in connection with any issues relating to the Prepetition Litigation or other similar or related matters, including, by way of example and limitation, matters relating to (i) the treatment of the Debtors' contracts that are the subject of the Prepetition Litigation, (ii) the impact of the automatic stay on the Prepetition Litigation and (iii) any claims or settlements related to the Prepetition Litigation.

## **Compensation and Fee Applications**

6. Jones Day will charge for its Services in these cases at Jones Day's customary hourly rates that are in effect from time to time and will seek reimbursement for its actual and necessary expenses incurred in connection with performing the Services. The Jones Day attorneys and paraprofessionals currently expected to be most active with respect to the Prepetition Litigation and the Debtors' chapter 11 cases, and such parties' respective positions, practice groups, resident offices and current hourly rates, are as follows:[3]

---

[3] The following list is not intended to be, and is not, a comprehensive list and is provided only to identify certain Jones Day lawyers and paraprofessionals currently expected to have a significant role in this representation. It is anticipated that other or different Jones Day lawyers and paraprofessionals will be involved in these cases to provide Services to the Debtors as necessary or appropriate.

| Name | Position | Practice Group | Resident Office | Hourly Billing Rate as of 1/7/10 |
|---|---|---|---|---|
| G. Lee Garrett, Jr. | Partner | Trial Practice | Atlanta | $675 |
| David M. Monde | Partner | Trial Practice | Atlanta | $625 |
| Morgan Hirst | Associate | Trial Practice | Chicago | $525 |
| Paula Quist | Associate | Trial Practice | Chicago | $500 |
| Robert Schmoll | Associate | Trial Practice | Atlanta | $400 |
| Jason Burnette | Associate | Issues & Appeals | Atlanta | $325 |
| Kacy Romig | Associate | Trial Practice | Atlanta | $325 |
| Megan Taylor | Associate | Trial Practice | Atlanta | $275 |
| Trixie Jones | Paralegal | Trial Practice | Atlanta | $200 |
| Jeff Grogan | Trial Practice Project Coordinator | Trial Practice | Atlanta | $150 |

Jones Day adjusts its hourly rates from time to time in accordance with its established billing practices and procedures.

7.     The hourly rates charged by Jones Day professionals differ based on, among other things, such professional's experience and the rates normally charged in the location of the offices in which such professional is resident. For all of these reasons, Jones Day's rates are reasonable and appropriate.

8.     Jones Day intends to apply separately to the Court for allowances of compensation and reimbursement of expenses in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, the U.S. Trustee

Guidelines and all relevant orders of this Court governing fees for professional services performed and related expenses incurred from and after the Petition Date. To that end, Jones Day has agreed to submit applications for interim and/or final allowance of compensation and reimbursement of expenses, and interim monthly fee statements, pursuant to sections 330 and 331 of the Bankruptcy Code and the rules and orders of this Court. Jones Day will maintain and submit with its fee statements and applications (a) detailed daily time entries for each individual in one-tenth of hour increments describing the Services provided and (b) a categorized summary of all disbursements and expenses for which Jones Day is seeking reimbursement. Given the nature of its engagement, Jones Day expects that it may be required to redact certain of its time entries as necessary or appropriate to protect confidential or privileged information relating to the Prepetition Litigation or otherwise.

### Disclosure Concerning Disinterestedness

9.      To the best of my knowledge, (a) Jones Day does not represent or hold any interest adverse to the Debtors or their estates with respect to the matters on which Jones Day seeks to be employed, and Jones Day does not and will not represent any interest adverse to the Debtors in these chapter 11 cases; and (b) except as set forth in the herein, Jones Day does not have any known connection with (i) the Debtors, (ii) their largest creditors or other identified parties in interest in these cases or their respective attorneys and accountants or (iii) the U.S. Trustee or any of its employees. Jones Day, thus, is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code.

10.      The Debtors have provided Jones Day with a preliminary list of the names of individuals or institutions in the following categories (collectively, the "Interested Parties"):

a. the Debtors;

b. the Debtors' officers and directors;

c. the Debtors' primary bankruptcy professionals;

d. entities in which the Debtors have an indirect interest;

e. holders of at least 5% of the Debtors' equity securities;

f. parties to significant litigation with the Debtors, including the parties to the Prepetition Litigation; and

g. the Debtors' largest creditors, including the 30 largest unsecured creditors as identified in the Debtors' chapter 11 petitions.

The Interested Parties are identified on <u>Schedule 1</u> hereto and incorporated herein by reference. Jones Day understands that the Debtors are working to identify additional parties to add to the list of Interested Parties. Once those additional parties are identified, Jones Day will supplement its disclosure herein as soon as reasonably possible.

11. To check and clear potential conflicts of interest in these cases, as well as to determine all "connections" (as such term is used in Bankruptcy Rule 2014) to the Debtors, their creditors, other parties in interest, their respective attorneys and accountants, the U.S. Trustee or any person employed in the office of the U.S. Trustee, Jones Day researched its client database for the past two years to determine whether it had any relationships with the Interested Parties. To the extent that Jones Day's research of its relationships with the Interested Parties to date indicates that Jones Day has represented in the past two years, or currently represents, any of these entities in matters unrelated to these chapter 11 cases, the identities of these parties and their relationships to the Debtors and connections to Jones Day, are set forth in <u>Schedule 2</u> hereto.

12. To the best of my knowledge and belief, insofar as I have been able to ascertain after reasonable inquiry, neither I, nor Jones Day nor any partner or associate thereof

has any connection with the Debtors, their creditors, the U.S. Trustee or any other party with an actual or potential interest in these chapter 11 cases, or their respective attorneys or accountants, except as set forth below and in Schedule 2 hereto:

a. Jones Day has not, does not and will not represent any entities other than the Debtors in matters related to the Prepetition Litigation or these chapter 11 cases. Jones Day will not represent any entity adverse to the Debtors in connection with these chapter 11 cases, the Prepetition Litigation or otherwise.

b. In matters unrelated to the Debtors, these chapter 11 cases or the Prepetition Litigation, Jones Day formerly represented Delta, the adverse party in the Delta Litigation. In particular, Jones Day formerly represented Delta in various matters unrelated to the Debtors, their agreements with Delta or any other aspect of their commercial relationships. Jones Day's representation of Delta terminated in 2008, at the time of Jones Day's engagement by the Debtors with respect to the ERJ Litigation. Jones Day has not provided any services to Delta since June 2008. See also Schedule 2 hereto.

c. In connection with the Engine Litigation brought by Mesa against Delta, Wells Fargo Bank NW, N.A. ("Wells Fargo") and SW Holdings Trust have been brought into the litigation by Delta as "cross-claim defendants." In matters unrelated to the Debtors, these chapter 11 cases or the Prepetition Litigation, Jones Day currently represent Wells Fargo. See also Schedule 2 hereto.

d. Jones Day currently represents Airline Reporting Corporation ("ARC"), an organization in which both Delta and United (the adverse parties in the Prepetition Litigation) have an equity interest, as do creditors Southwest Airlines Cargo and US Air. ARC is a technology solutions company providing transaction settlement and data information services in the travel industry. Jones Day represents ARC in matters unrelated to the Debtors, the Prepetition Litigation or these chapter 11 cases. See also Schedule 2 hereto.

e. As described herein and in the Application, prior to the Petition Date, Jones Day performed legal services for certain of the Debtors with respect to the Prepetition Litigation. As described in the Disclosure of Compensation, the Debtors are estimated to owe Jones Day approximately $10,743.75 for services performed prior to the Petition Date; however, Jones Day is not seeking to collect this amount from the Debtors' or their estates.

f.  In addition to the specific parties identified above, in matters
    unrelated to the Debtors, the Prepetition Litigation or these chapter 11
    cases, Jones Day currently represents, formerly represented or may in
    the future represent certain other entities that are or may be
    (i) creditors in these cases, (ii) parties to executory contracts and
    unexpired leases with the Debtors, (iii) parties involved in litigation or
    other disputes with the Debtors or (iv) otherwise directly or indirectly
    affiliated with creditors or other parties in interest in these cases. As
    described above, however, Jones Day has undertaken a detailed
    search to determine whether it represents or has represented any
    significant creditors, insiders or other parties in interest in such
    unrelated matters, and all such known representations within the last
    two years with respect to the Interested Parties are identified in
    Schedule 2 hereto. Jones Day does not and will not represent any of
    these entities in matters relating to the Debtors, their chapter 11 cases
    or the Prepetition Litigation.

g.  Jones Day has more than 2,500 attorneys and thousands of other
    employees in 32 offices around the world. Certain Jones Day
    attorneys or employees, including attorneys or employees that are or
    may be involved in the Debtors' chapter 11 cases, are or may have
    been customers of the Debtors. It also is possible that certain Jones
    Day attorneys or employees hold interests in investments directly or
    indirectly relating to the Debtors.

13.  Despite the efforts described above to identify and disclose connections

with parties in interest in these cases, because the Debtors are a large enterprise with thousands

of potential creditors and other relationships, and because Jones Day is an international firm with

more than 2,500 attorneys and thousands of employees worldwide, Jones Day is unable to state

with certainty that every client representation or other connection of Jones Day has been

disclosed. In this regard, if Jones Day discovers additional information that requires disclosure,

Jones Day will file supplemental disclosures with the Court.

Dated: January 8, 2010

/s/ G. Lee Garrett, Jr.
G. Lee Garrett, Jr.
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia  30309
Telephone:  (404) 581-3939
Facsimile:  (404) 581-8330

ONE OF THE PROPOSED SPECIAL
COUNSEL FOR DEBTORS AND DEBTORS
IN POSSESSION

ATI-2404277v6
56772-001\DOCS_NY:19809.1

**Interested Parties**

**The Debtors**

Air Midwest, Inc.
Freedom Airlines, Inc.
Mesa Air Group Airline Inventory Management LLC
Mesa Air New York, Inc.
Mesa Airlines, Inc.
Mesa In-Flight, Inc.
MPD, Inc.
Nilchi, Inc.
Patar, Inc.
Regional Aircraft Services, Inc.
Ritz Hotel Management Corporation

**Directors of the Debtors**

Daniel J. Altobello
Robert Beleson
Carlos E. Bonilla
Brian Gillman,
Michael Lotz
Joseph L. Manson
Peter F. Nostrand
Jonathan Ornstein
Christopher Pappaioanou
Maurice A. Parker
Richard R. Thayer

**Entities in Which the Debtors
Have an Indirect Interest**

Finao Telserra Fund I LLP
Indigo Miramar LLC
Mo-Go LLC

**5% Equity Shareholders of the Debtors**

AAR Corporation
Deutsche Bank AG
Goldman Sachs
LC Capital Master Fund, Ltd.
Zazove Associates

**Debtors' Professionals**

Imperial Capital LLC
Jones Day
Pachulski Stang Ziehl & Jones LLP

**Counterparties to Litigation with the Debtors**

Association of Flight Attendants
Delta Airlines, Inc.
Federal Aviation Administration
Jodi Harmon
Robert Herbstreith
Brenda Hiderbrand
Randy Klinckhardt
Mike Monroney Aeronautical Center
SW Holdings Trust
TSA
United Air Lines, Inc.
Walter Hilderbrand
Wells Fargo Bank Northwest, N.A.

**Owner Participant Under Aircraft Leases**

GE Commercial Aviation Services

**Owner/Trustee Lessor Under Aircraft Leases**

Wells Fargo

**Indenture Trustee for Bond Issuances**

U.S. Bank, National Association

**30 Largest Unsecured Creditors as
Identified in Chapter 11 Petitions**

AAR Corporation
AT&T Capital Services, Inc. (Successor to
    TransAmerica)
Avmax International Aircraft Leasing, Inc.
Bank of Hawaii Leasing, Inc. (Successor to Pacific
    Century Leasing, Inc.)
Bombardier Services Corporation
Bombardier, Inc.
Cargill Leasing Corporation
Debis Financial Services LLC
EMBRAER – Empresa Brasileira de Aeronautica
    S.A.
Fleet National Bank
Fluid CRJ One Statutory Trust
GE Commercial Aviation Services, Inc.
GE Engine Services, Inc.
GECAS (ASC)
General Electric Capital Corporation
IHI Corporation

Investissement Quebec
NCBE Leasing Corporation
Northstar Avlease, Ltd.
Philip Morris Capital Corporation
PNCEF, LLC d/b/a PNC Equipment Finance, f/k/a
    National City Commercial Capital Company
    LLC
Polaris Holding Company (GECAS)
Raytheon Aircraft Credit Corporation
Rolls-Royce Corporation
SW Holding Trust (CIT)
Transamerica Aviation LLC
Transwestern Phoenix Gateway LLC
US Bank, National Association
Wells Fargo Bank Northwest, N.A.
Wells Fargo Equipment Finance, Inc.
Wonderfulworld Holding BV (DVB Bank)

**Unsecured Creditors**

2023 Sr Convertible Notes
2024 Sr Convertible Notes
3 Points Aviation
4 Pretzels, Inc.
A.K. Transportation
A/B Ace Hardware
A-1 Limousine & Taxi, Inc.
AAA Air Support
Aaxico Sales, Inc.
ABC Rapid Delivery, Inc.
Able Body Labor
Accessory Overhaul Group, Inc
Act II Transportation, Inc.
Ads Aviation Maintenance, Inc.
Advance Airport Taxi Service, Inc.
Aero Hardware & Supply
Aero Industries, Inc.
Aero Instrument & Avionics
Aero Quality Sales
Aero Specialties, Inc.
Aerodata, Inc.
Aerorepair Corporation
Aerospace Fittings, Inc.
Aerospace Products International, Inc.
Aetna Building Maintenance
Affiliated Carriage Systems, Inc.
Air BP, Ltd.
Air Host, Inc.
Air Services, Inc.
Air Wilmington, Inc.
Aircraft Engine Specialists, Inc.
Aircraft Instrument & Radio Services, Inc.
Aircraft Propeller Service
Aircraft Service International Group FBO
Aircraft Technicians, Inc.
Airgas East

Airgas Great Lakes, Inc.
Airgas Intermountain, Inc.
Airgas National Welders
Airgas North Central
Airline Apps, Inc.
Airline Clearing House
Airline Luggage Delivery Service, Inc.
Airlines Committee Of Hawaii, Inc.
Airport 2000 Concessions, LLC
Airport Connection
Airport Express Shuttle, Inc.
Airport Management Services
Airport Settle Inn
Airport Shuttle
Airport Taxi, Inc.
Albany Airport LLC
AL-COR Identification Solutions
All Copy Products
All Spares, Inc.
Aloha Contract Services
Alphagraphics
Alpine Express
Alpine Taxi/Limo, Inc.
Alsco
Alsco-GJ
Amber D. Smith
American Class Taxi, Inc.
American Energy
American Heritage Trails LLC
American Spirit Shuttle
American Taxi
America's Best Value Inn
Americinn
Amerisuites
Amerisuites-Chantilly
Ameritech Credit Corporation
Ametek Aerospace
Ampco System Parking
Amsafe, Inc.
Anchor Taxi, Inc.
Andrews International, Inc.
Animas Ground Services, Inc.
Anton Airfood
API-A Photo Identification
Applied Technical Services Corporation
APR Aviation
Aramark Uniform Services
Arcadia Transit, Inc.
Arinc Incorporated
Arrowhead Mountain Spring Water Company
Aspen Bar & Grill
Astro Shuttle & Trans
Atchison Charter Services
Atco, Inc.
Atlanta Baggage & Express Company
Atlantic Aviation-FWA

Atrium Hotel
Auntie Annes
Automm Ohm
Avcraft Support Services
AV-DEC
Avdyne Aeroservices LLC
AV-EX Aviation Excellence
Avfllght Corporation
Aviation Consultants, Inc.
Aviation Direct Arizona
Aviation Express Incorporated
Aviation Maintenance Solutions
Aviation Quality Group
Aviation Repair Technologies
Aviation Representatives
Avio Diepen, Inc.
Avion Graphics
Avionco Global Support Services
Avstat Aviation, Inc.
Awesome Aircraft Maintenance Service
Axon Products
Ayala's, Inc.
B & B Tritech, Inc.
B/E Aerospace, Inc.
BA Merchant Services
Badger State Bus Lines
Bailey Coach
Bay City Transport, Inc.
Bayard Advertising Agency
Baymont Inn & Suites
BBA Rime Garden Inn & Suites
BBC Van Service, Inc.
BCI
Bearden Baggage Delivery
Beartooth Inn of Cody
Ben & Jerry's LLC B Concourse
Berghoff Cafe
Best Delivery Service
Best Value Passenger Services
Best Western
Beth Mann-Hoenshell
Bill's LLC
Bombardier 2008
Bombardier Smoothing Loans
Boulevard Cabs
Bowtie Taxi
Brady Industries, Inc.
Brafco
Brenda M. Stewart
Brian Mann LLC
Brian J. Vlassis
Broadview Hotel
Brookhurst
Brothers Aviation Maintenance Service, Inc.
Brown Aviation Tool Supply Company
Buffalo Transportation, Inc.

Burbank Air Services
Burney Hearing Center
Burrito Beach LLC
C & D Zodiac, Inc.
C Terminal, L.P.
CAE, Inc.
Calence, Inc.
Callahan Aircraft Services LLC
Caltor-Dulles LLC
Cambria Suites
Camino Real Hotel
Candlewood Suites
Candlewood Suites Sterling VA
Cantina Grill Concourse B
Capitol Transport LLC
Car One of Allentown
Carey Transportation
Carole Diamond
Carolina Aircraft Service LLC
Casa Linda Inn
Cascade Water/Coffee Service
Celeste Industries Corporation
Central Coast Audiology, Inc.
Century Transportation
Cereus Graphics, Inc.
Certo Foods/La Cafe
Charlie T's
Charlotte/Douglas International
The Chateau
Checker Cab of Nashville
Checker Cab Transit Corporation
Chicago West Hotel
Chipotle Mexican Grill
Choice Aviation LLC
Christopher Lee Rauch
Clara Dawn/Steak Escape
Cintas First Aid & Safety
Cirilo's, Inc.
CIT Group
Citicorp North America, Inc.
Citta, Inc.
City Dispatch Service
City of Alamogordo
City of Atlanta
City of Phoenix
City of San Jose
City of Santa Barbara
Cityof Visalia
CKMC Enterprises, Ltd.
Clarion Hotel
Clarion Hotel-Greensboro
Clarion Resort on the Lake
Cleannet of Charlotte, Inc.
Coach USA Indiana
Cobmex Apparel, Ltd.
Coffee Atlanta

Colorado Cab Company LLC
Colorado Mountain Express
Colorado Springs Shuttle LLC
Columbia Metropolitan Airport
Comfort Inn & Suites
Comfort Inn-Denver International Airport
Computershare Trust Company
Comtek Advanced Structures, Inc.
Concentra Medical Centers
Concessions Carolina LLC
Concessions Colorado
Concessions Denver LLC
Concessions Michigan LLC
Concessions/Panda Express J.V.
Concessions-Paschals
Constant Aviation
Copperstate Battery, Inc.
Corporate Express Document & Print Management
Cottage Cafe, Inc.
Cottage Inn Pizza
Country Inn & Suites
Courtyard By Marriott
Courtyard Columbia Downtown
Crane -Eldec Corporation
Creed Ice Company, Inc.
Crowne Plaza
Crowne Plaza Detroit Metro Airport
Crystal Inn
Cummins Rocky Mountain LLC
Curtis Richard Hanel
Custom Limousine Service
DW Delivery
D.C. Concessions, Inc.
Danka
Dash 8 Claims
David S. Palko
Days Inn
Days Inn & Suites of Traverse City
Days Inn Hotel-Buffalo Airport
Days Inn O'Hare West
Days Inn-Savannah
DeAnJoy LLC
Debbi J. Scott
Deep Rock
De-Icing and Specialty Systems
Del Monte Aviation-Million Air
Deloitte & Touche LLP
Delta Air Lines, Inc.-GA
Delta Global Services, Inc.
Deluxe Taxi
Denny's
Denver International Airport
Des Moines Flying Service, Inc.
Desarrolladora Turistica de Tomatlan
Deutsche Bank AG
Devore Aviation

DHL Global Forwarding
DIA Baked Goods LLC d/b/a Cinnabites
Diamond Spring Water
Dickey's Bar BQ DFW Airport
DirecTV
DNC Travel Hospitality Services
Dolphin Capital Corporation
Donald J. Weismann
Doubletree Club Hotel-Atlanta
Doubletree Hotel
Dunkin Donuts, Baskin Robbins, Togos
Durango Jet Center
Durango Transportation, Inc.
DVD Pool Service
D-Velco Aviation Service
Eagle Vail Bar & Grille
East Coast Aviation Supplies, Inc.
Eastside Transportation
Econo Lodge Inn & Suites-Windsor Locks
EDC
EDMO Distributors, Inc.
EG Delivery
El Paso Aero, Inc.
Elite Limousine Service, Inc.
Embassy Suites
Embassy Suites LAX-North
Embassy Suites Rosemont
Embraer Aircraft Maintenance Services, Inc.
Emily Gillette
EML LLC
The Employers Association
Endevco
Essex PB & R Corporation
Eugene D. Kraybil
Europan / Atlanta Bread Company
Ewing-Dunn, Inc.
Excell Express Courier
Execucar Transportation
Executive Connection
Executive Delivery of GRR, Inc.
Exel Inn
Extended Stay America
F & B Concessions LLC
F Terminal, L.P.
F&E Aircraft Maintenance
F&E Aircraft Maintenance (New York) LLC
Faber, Coe & Gregg, Inc.
Fairfield Inn
Famiglia-Debartolo Operations LLC
Farmer Brothers Company
FBO Air of Garden City, Inc.
Fedex
FGR Food Corporation
Filtrona Extrusion, Inc.
First Class Air Repair
First Wave Interiors, Inc.

First Wave MRO
Flame Enterprises, Inc.
Flamers
Flight Dimensions International
Flight Line, Inc.
Flight Options
Flight Services & Systems, Inc.
Flight Station, Inc.
Fluid Aviation
Flying J Travel Plaza
Fokker Services, Inc.
Foodbrand
FormCenter
Four Points Sheraton
Fox Valley Cab
Freedom Airlines, Inc.
Fresno's North Syracuse, Inc.
G&K Services
GA Telesis SW LLC
Garza Aviation Services LLC
GE (General Electric Co., Inc.)
GE Aircraft Engines
GE Engines
GE On Wing Support, Inc.
Geiger Brothers
General Mitchell International Airport
Gibson & Barnes
G-Neil
Golden Rule BBQ
Goldman Sachs
Goodrich Aerospace Canada, Ltd.
Goodrich Corporation
Google, Inc.
Gotham Enterprises LLC
Grand County
Grand Gateway Hotel
Grand Vista Hotel
Gray Line of Denver
Great Food Services, Inc.
Greater San Antonio Transportation Company
Greater Toronto AP Authority
Grove, Inc.
H & E Equipment Services, Inc.
H & H Uniforms
Hamilton-Sundstrand Corporation
Hampton Inn
Hansair Logistics, Inc.
Harlan Global Manufacturing LLC.
Hartsfield Hospitality LLC
Hawaii Stationery Co., Ltd
Hawaiian Ice
Hawaiian Telecom
Hawker Beechcraft Corporation
Hawthorn Suites
Haynes Security, Inc.
Heartland Inn

Hiatt & Associates
Hilo Fire Extinguishers
Hilton Boston Logan Airport
Hilton Fort Wayne at Grand Wayne Center
Hilton Garden Inn
Hilton Garden Inn Allentown Airport
Hilton Garden Inn Millenium Center
Hilton Harden Inn Tysons Corner
Hilton Hotels
Hilton Raleigh/Durham
Hilton Springfield
HMS Host
Hogue Printing
Hojeij Branded Foods, Inc.
Holiday Inn
Holiday Inn Express Hotel
Holiday Inn Express-Palatine
Holiday Inn Harrisburg
Holiday Inn Select Hotel
Holiday Inn-Columbia
Holiday Inn-Lansing
Homestead Studio Suites
Homewood Suites by Hilton Dulles
Honeywell International, Inc.
The Honolulu Advertiser
Honolulu Star-Bulletin
Hotel Alex Johnson
Hotel Sierra Dulles
Howard Johnson Plaza Hotel
HPI Direct
HSH Interplan USA, Inc.
Hudson News Company
Hungrey's Restaurants, Inc.
Huston-Lynn Enterprises
Hyatt
Hyatt Place
Hyatt Regency
Hyatt Regency Pittsburgh Airport
ICE Deliveries, L.P.
Ikon Financial Services
Ikon Office Solutions
Imagetag, Inc.
Independent Taxi
Independent Taxi Owners Association
Industrial Tire Service of Arizona, Inc.
The Inn at Aspen
Innovair Aircraft Services
Insight
Insyst Incorporation
International Aircraft Maintenance
Intertrade A Rockwell Collins Company
Inventory Locator Service LLC
Iron Mountain OSDP
Island Tech Office Equipment, Inc.
ISS Facility Services
J & B Prompt Delivery

J & J Luxury Transportation
Jack Frost Ice Services, Inc.
Jack's Do It Shop
Jackson Hole Aviation LLC
James Horn
Jan-Pro Commercial Cleaning of Columbia
Jardel Enterprises, Inc.
Jefferson County Treasurer
Jet Aircraft Maintenance
Jet X Aerospace LLC
Jetmark Aircraft Interiors LLC
Jets NDT and Jetnology
Jetstream Ground Services, Inc.
Jett Pro Line Maintenance, Inc.
Jett Pro Maintenance Corporation
Jetway Cafe
Jim Kidwell Refrigeration, Inc.
JJ's Juice And Java
John's Delivery Service JDS
Joll Cellini Corporation
John Sinapati
Jon Alberts Yellow Cab
Jumer's Casino & Hotel
Justin Isacco
Kanawha Regional Aviation Maintenance
Kar Products, Inc.
Kasa Enterprises LLC
Keenan Technical Industries, Inc.
Kenton County Airport Board
Kettle Restaurants
Kew Gardens Car Service
Kimball Midwest
Kings Transportation Group, Inc.
KMO Ventures LLC
Koolau Aviation Services, Inc.
La Guardia Airport Hotel
La Quinta Inn & Suites
Lab One, Inc.
Labelmaster
LaGuardia USA LLC
Lamers Bus Lines, Inc.
Landmark Aviation
Lansdowne Resort
Lansing Flight Support
Larsen Vending
Lasership
Lawrence Enterprises Partnership
Lawson Products, Inc.
LAX Luggage Service
LC Capital Master Fund, Ltd.
Leah Lynn McKay
Lehigh Valley Transportation Services, Inc.
Lektro
Lex Express
LGT International
Liebherr-Aerospace, Inc.

Logistechs, Inc.
Lonely Luggage Delivery
Lori's Diner International, Inc.
Lorrmatt LLC
LSG/Sky Chefs
L-Towne Cab
Luxury Limousine Service
Lyddon Aero Center, Inc.
M & M Delivery Service
M & M Hi-Tech Fab LLC
M&M Aerospace Services
Mack II, Inc.
Macke Water Systems, Inc.
Magellan Aircraft Services LLP
Main Event Transportation, Inc.
Mainstay Suites
Maintenance Mart
Mansfield Oil Company
Mar Air Foods, Inc.
Mario's Pizza & Restaurant
Marriott
Marriott International
Maxair Inc
Mayflower Transit LLC
MBE Delivery
McDonald's Restaurants
McGean-Rohco, Inc.
MCI Express, Inc.
McKinley Air, Inc.
McMaster-Carr Supply Company
Medaire, Inc.
Melton's Carpet Cleaning
Meranti Limousine
Merriman St Grill
Merus Water Systems Inc. and Coffee Express
Messier Services Americas
Metro Cab of Grand Rapids
The Metropolitan Hotel
Metropolitan Washington Airports Authority
Meyers Holdings-FW Cafe 1 Series (Term 3)
Miami-Dade Aviation Department
Michael Dwain Talley
Michael Lewis Company
Microtel Inn & Suites
Microtel Raleigh
Mid-Coast Fire Protection, Inc.
Mid-Continent Instruments Co., Inc.
Midfield Pizza Group LLC
Midwest Aero Support, Inc.
Millennium Airport Hotel Buffalo
Mini-Bus Systems, Inc.
MIS Associates, Inc.
Mission Linen
Mission Yogurt, Inc.
Mitchell DC LLC
Mitchell Motorcoach, Ltd.

Mobile Mini
Monogram Systems TIA Division
Moran Pizza, Inc.
Moredirect, Inc.
Motel 6
Motortek
MSC, Inc.
MSE Branded Foods of Greenville LLC
MSE International of Florida LLC
Multirestaurants Concepts, Ltd.
Napa Auto Parts
National City Leasing Corporation
Nationwide Travelers
Navtech Systems Support, Inc.
Nettime Solutions LLC
NGSI
NIACC Technology, Inc.
Nittany Express, Inc.
Nixon Exterminating, Inc.
Norcross Air, Inc.
Nordisk Systems, Inc.
North American Aircraft Services, Inc.
Northeast Airmotive, Inc.
Northern Aero Industries
Northwestern Aviation Specialties, Inc.
NRB Enterprises, Inc.
Office Depot
Ohana Honolulu Airport Hotel and Best Western
O'Hare Courtyard By Marriott
O'Hare Inn & Suites LLC
Olympic Airporter
O'Melveny & Myers LLP
One Source Auto Parts
Oracle Corporation
Oregon Department of Agriculture
OTG DCA Venture LLC
OTG Management DCA LLC.
OTG Org Venture LLC
Overland Airport Taxi
Pacific Scientific
Packaging Systems, Inc.
Pan American Tools, Inc.
Panda Express, Inc.
Panos Consulting Services
Pape Rents
Paradies CVG LLC
Paradies Metro Ventures, Inc.
Paradise Beverages, Inc.
Paradise Cafe and Bakery
Paragon Ski & Sport
Parking Permit Sales Office
Parkway Plaza Hotel-Casper
Parkway Suites Hotel
Parts 2 Go Trading Corporation
Paul Kenneth Skellon
Pear Tree Inn

Peoria Charter Coach Company
Pep Boys
Perform Air International
Phillip Morris Credit Corporation
Phoenix Air Repair
Phoenix Aviation Services LLC
Phoenix Welding Supply Company
Piccadilly Inn Hotels
Pikes Peak Tours & Charters
Pilot Air Freight
PJJB Enterprises, Inc.
PJJD Enterprises, Inc.
Plane Detail LLC
The Plaza Hotel
Polygon Aerospace
Port Authority of New York
Portland Baggage
Posten Taxi, Inc.
Potbelly Sandwich Works LLC
PPG Industries, Inc.
Pratt & Whitney Canada Corporation
Pratt & Whitney Engine Service
PRC-Desoto International, Inc.
Precision Electronics, Inc.
President Abraham Lincoln Hotel & Conference
    Center
Prime Time Shuttle of Los Angeles
The Printer Works, Inc.
Prior Aviation Services, Inc.
Professional Aircraft Access
Pronto Taxi-Bork
PS Air, Inc.
Quality Inn & Suites
Quality Suites
Quick Bags
Quizno's Master LLC
R & N Transportation LLC
R&S Seve Corporation
Race Com, Inc.
Radisson Hotel & Conference Center
Radisson Hotels
Rainbow Express Courier & Shuttle Service
Ramada at Bradley International Airport
Ramada Airport North
Ramada Atlanta Airport Conference Center
Ramada Detroit Airport
Ramada Hotel
Ramada Inn & Suites
Ramada Inn and Conference Center
Ramada Inn Charleston Airport
Ramada Inn Syracuse
Ramada Inn-DFW North
Ramada Inn-Getzville
Ramada Inn-Newark
Ramada Limited and Suites
Ramada Plaza Hotel

Ramada-Cleveland Airport South-Middleburg
Ramblin Express, Inc.
RAMG, Inc.
Raspro
Raytheon
RCI Corporation
Recall Secure Destruction Services, Inc.
Red Lion
Red Lion-Seattle
Red Roof Inns
Regional Aircraft Service
Regional Airline Support Group
Reliable Corporation
Reliable Courier Systems, Inc.
Renaissance Hotel
Republic Parking System
Research In Motion Corporation
Residence Inn
Richard J. Mackey
Roanoke Airport Transportation
Roanoke Lodging
Robert O. Harris - Arbitration
Rockwell Collins, Inc.
Rocky Mountain Renassnce Co. LLC
Rose Garden Inn
Rosemount Aerospace
Rosmik, Inc.
Roy Oliver
Rush 24/7
Ryan Bridgeman LLC
Sabre, Inc.
Safety Kleen
Sage Parts Plus, Inc.
Sam Snead's Tavern
San Francisco Airport Commission
San Francisco Soup Company
San Luis Jet Center
San Tan Aviation LLC
Santa Barbara Ice Company
SAS Management, Inc.
Satair USA, Inc.
Savannah Airport Commission
Saywell International, Inc.
SB&J Enterprises, Inc.
Sbarro, Inc.
Schenker, Inc.
Scott Eugene Christiansen
Seal Dynamic
Sealed Air Corporation
Selected Hotels Group LLC
Senior Aerospace, SSP
Sensorlab, Inc.
Service, Inc.
Servisair & Shell Fuel Services LLC
Shangri-La Tea & Coffee
Sharel Ventures LLC

Shealy Environmental Services, Inc.
Sheraton Hotel
Sheraton Bradley Hotel
Sheraton Harrisburg Hersey
Sheraton Hotel Gateway
Sheraton Music City
Sheraton Reston Hotel
Sheraton-Charlotte Airport Hotel
Shi International Corporation
Short Brothers Plc
Sierra Springs
Signature Flight Support
Simeon Dwight Langston
Sita Information Networking Computing USA
Sky Partners, L.P.
Sky-Land Express Delivery Company
Skyport Companies, Inc.
Skyservice FBO, Inc.
Sleep Inn & Suites
Sleep Inn-Greensboro
Snow King Resort, Inc.
Sofitel Chicago O'Hare
SOS Shuttle One Services
Southern Hospitality Baggage Delivery
Southwest Airlines Cargo
Southwest Vending
Sparkletts
Specmat Technologies, Inc.
Spotlight Hawall Publishing
Springhill Suites
Springhill Suites Savannah Airport
SSI-Pmg LLC
SSP America
Standard Aero Alliance, Inc.
Standard Parking
Staples Business Advantage
Starline Systems, Inc.
State of Hawaii
Staybridge Suites
Stealth Aerospace
Stelex Corporation
Stevens Aviation, Inc.
Stoney Creek Inn
Strom Aviation, Inc.
STS Line Maintenance
Subway
Subway Airport West, Inc.
Sun Devil Maintenance
Sun Taxi Association
Super Cleaners Janitorial Service
Surfside Motel
Swissport Fueling
Syracuse Executive Air Service, Inc.
TALX UC Express
Tammy Marie Arrington
Tandem GSE LLC

Taste, Inc.
Taxi Affiliation Services LLC
Taxi Solutions
TCBY Yogurt
Telluride Express
Terminix
Tersylbran, Inc.
Testamerica Laboratories, Inc.
Teton Delivery Service LLC
Texas Air Composites
Texas Pretzels, Inc.
TGI Fridays
Thales Avionics, Inc.
Thompson Delivery Service
Tidewater Landing-Regan
The Timbers
Torrington Distributors, Inc.
Touch of Class Limousine & Transport, Inc.
Towneplace Suites
Trajen Flight Support
Transair Concessions LLC
Transamerica
Travelpro International, Inc.
Tri Cities Aviation
Triad Transportation, Inc.
Triumph Accessory Services
Tucker Oil Co., Inc.
Tucson Airport Authority
TW Metals, Inc.
Tyco Electronics Corporation
Tysons Westpark Hotel
UFC Aerospace Corporation
Uline
Union Cab of Madison Cooperative, Inc.
United Rentals
Universal Asset Management, Inc.
Universal Cab Co., Inc.
UPS Supply Chain Solutions, Inc.
US Airports Flight Support LLC
US Airways, Inc.
Valeri Martinov
Valley Oil Company
Van Galder Bus Company
Varga Enterprises
VEP1, Inc.
Vision Aerospace, Inc.
Volvo Aero Services, L.P.
W.W. Grainger, Inc.
Warner Propeller and Governor Co. LLC
Washington County Commissioners
Washington Execu-Coach Sedan Service
Washington Flyer
Wayfarer Inn
Weathervane Terrace Inn & Suites
Wencor West, Inc.
Wespax Company

West Star Aviation, Inc.
Western Pacific Aviation Management Corporation
Westin Atlanta Airport
The Westin Chicago North Shore
The Westin Hotel
Wieland Designs
Wiggins Airways
Wilkerson Company, Inc.
Wilkes-Barre/Scranton International Airport
William Henry Hampton
Williams Gateway Airport Authority
Windstar Lines, Inc.
Wingate Inn
Wings Restaurant & Bar
Wisconsin Aviation-Four Lakes, Inc.
Wisconsin Coach Lines, Inc.
Wok & Roll of Newark NJ
Wolfgang Puck Express
Worldwide Flight Services
Worthington Aviation Parts, Inc.
WR Delivery
Wright Bros Aero, Inc.
WSI Corporation
WW Stage Lines, Inc.
Wyndham Garden Hotel
Wyndham Hotel
Wyndham Suites Glenview
Wyoming Inn
Yankee Clipper Food Service 1 Corporation
Yellow Cab Company
Yellow Cab Company of Pittsburgh
Yellow Cab Metro, Inc.
Yellow Cab of Colorado Springs
Zazove Associates LLC

**SCHEDULE 2**

**MESA AIR GROUP, INC., *ET AL.***

**SCHEDULE OF INTERESTED PARTIES THAT CURRENTLY EMPLOY
OR HAVE FORMERLY EMPLOYED JONES DAY IN MATTERS
UNRELATED TO THE DEBTORS OR THEIR CHAPTER 11 CASES**

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| **PARTIES IN INTEREST (OR AFFILIATED ENTITIES) WHO ARE CURRENT CLIENTS OR WERE CLIENTS WITHIN THE LAST TWO YEARS[1]** | | |
| AAR Corporation | 5% Equity Shareholder of the Debtors | • Affiliate company *AAR Advisory Services Limited* is a current client. |
| Air BP Ltd. f/k/a BP Aviation Services Limited | Unsecured Creditor | • Affiliate company BP Alfa Petroleum Limited is a partner of current client *TNK-BP*; and<br>• Parent company BP Plc and affiliate company BP Exploration Alaska are former clients (both closed 2008). |
| Airgas East; Airgas Great Lakes, Inc.; Airgas Intermountain, Inc.; Airgas National Welders; and Airgas North Central | Unsecured Creditors | • Parent company Airgas, Inc. is a former client (closed 2009). |
| AMPCO System Parking | Unsecured Creditor | • Parent company *ABM Industries, Inc.* is a current client. |
| Aramark Uniform Services | Unsecured Creditor | • Parent company *Aramark Corporation* is a current client. |
| ARINC Incorporated | Unsecured Creditor | • Affiliate company *ARINC Asia Pacific Division* is a current client. |
| Atlantic Aviation FWA (name given) | Unsecured Creditor | • *Atlantic Aviation Corporation* is a current client. |
| AT&T Capital Services, Inc. (successor to | Top 30 Unsecured | • Parent company *AT&T, Inc.* and |

---

[1] The names of current clients of Jones Day appear in bold and italics. The disclosure of stockholder interests or other affiliate relationships among potentially related entities reflects only information known to Jones Day through its conflict reporting system. Jones Day has not performed independent research to identify all stockholder interests or other affiliate relationships with respect to interested parties. Moreover, Jones Day has not disclosed representations of trade associations and similar industry or special interest organizations in which interested parties are members.

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| TransAmerica) | Creditor | affiliate companies *AT&T California*, *AT&T Mobility LLC* (f/k/a Cingular Wireless, LLC) and *Sterling Commerce, Inc.* are current clients;<br><br>• Related entity AT&T Pension Trust is a partner of current client *Morgan Stanley RE Fund II*;<br><br>• Related entity AT&T Master Pension Trust is a limited partner of former client MS Real Estate Fund, Inc. (closed 2009);<br><br>• An individual affiliated with parent company and current client *AT&T, Inc.* is a former Jones Day client (closed 2008); and<br><br>• Affiliate company Ameritech Publishing, Inc. is a former client (closed 2009). |
| B/E Aerospace, Inc. | Unsecured Creditor | • B/E Aerospace, Inc. is the parent company of former client ATS Japan Corporation (closed 2008). |
| Best Western | Unsecured Creditor | • Best Western is a tradestyle for current client *Best Western International, Inc.* |
| Bombardier, Inc.; and Bombardier Services Corporation | Top 30 Unsecured Creditors | • Affiliate companies *Bombardier Transportation*, *Bombardier Aerospace* and *Bombardier Trust (Canada)* are current clients; and<br><br>• Affiliate company and former client Bombardier – Power (Mauritius) Limited (closed 2008) is a joint venture participant with former client Power Pacific Corporation Limited (closed 2009).<br><br>• *See also* entry below for Short Brothers Plc regarding related disclosure. |
| *CAE, Inc.* | Unsecured Creditor | • *CAE, Inc.* is a current client. |

CLI-1770610v2
56772-001\DOCS_NY:19811.1

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Citicorp North America Corporation | Unsecured Creditor | • Parent company *Citigroup, Inc.* and affiliate companies *Citigroup Global Markets Asia Limited*, *Citigroup Global Markets Limited* and *TST George V S.A.R.L.* are current clients;<br><br>• Affiliate company Citicorp Venture Capital is: (a) a major shareholder of current client *Hilite International, Inc.*; and (b) a former shareholder of former client Hancor Holding Corporation (closed 2008);<br><br>• Citibank, N.A. is a joint venture participant with current client *Astro Studios*;<br><br>• Affiliate company Citigroup Global Markets, Inc. is a member of current client *Ad Hoc Committee of Noteholders of Chemtura Corporation*;<br><br>• Affiliate company Citigroup Financial Products, Inc. is a stockholder of current client *International Automotive Components Group LLC*;<br><br>• Affiliate company National Benefit Life Insurance is a member of former client Ad Hoc Committee of Thomson S.A. Noteholders (closed 2009); and<br><br>• Affiliate company Honma Golf Co., Ltd. is a former client (closed 2009). |
| Cargill Leasing Corporation | Top 30 Unsecured Creditor | • Parent company Cargill Incorporated is a joint venture partner in current client *Allied Mills Australia Pty, Ltd.*; and<br><br>• Affiliate company Cargill Ventures is a former client (closed 2008). |
| CIT Group | Unsecured Creditor | • Affiliate companies *CIT Group/Business Credit*, *CIT Developments Limited* and *CIT Europe Limited* are current clients. |
| City of San Jose, California | Unsecured Creditor | • The City of San Jose, California is a former client (closed 2009). |
| Corporate Express Document and Print Management; and Staples Business Advantage | Unsecured Creditors | • Parent company Staples, Inc. is a former client (closed 2009). |

CLI-1770610v2
56772-001\DOCS_NY:19811.1

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Courtyard by Marriott; Courtyard Columbia Downtown; Marriott International, Inc.; Renaissance Hotel; and Residence Inn | Unsecured Creditors | • Affiliated company *Sodexho, Inc.* (f/k/a Sodexho Marriott Services) is a current client; and<br><br>• Affiliate company Marriott Hotel Services, Inc. is a former client (closed 2009). |
| Danka (name given) | Unsecured Creditor | • To the extent it may be or is related to the named party in interest, a company named *Danka Business Systems* is a current client. |
| Delta Air Lines, Inc.<br><br>Delta Air Lines, Inc. - GA | Counterparty to Prepetition Litigation with the Debtors<br><br>Unsecured Creditor<br><br>Major Contract Counterparty | • Delta Air Lines, Inc. is: (a) a former client (closed 2008); and (b) a stockholder of current client *Airline Reporting Corporation*. |
| Deutsche Bank AG | 5% Equity Shareholder of the Debtors<br><br>and<br><br>Unsecured Creditor | • Deutsche Bank AG is: (a) a former client (closed 2009); (b) a major equity stockholder of current client *Borders Group, Inc.*; (c) the former parent of Deutsche Bank Venture Capital, a major stockholder of current client *Timebase Pty Limited*; (d) a member of current client *Ad Hoc Committee of Geo Specialty Chemicals, Inc.*; (e) the parent company of Pyramid Ventures, a minority interest owner of former client Geobiotics LLC (closed 2009); (f) the employer of an individual who is a current Jones Day client; and (g) a joint venture participant with former client ORIX Corporation (closed 2009);<br><br>• Affiliate companies *Deutsche Bank AG New York* and *Ald Autoleasing D GmbH* are current clients;<br>• Affiliate companies Deutsche Bank AG London (a former client closed 2009), DB Structured Products, Inc. and Deutsche Bank AG, Cayman Islands are members of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*; |

CLI-1770610v2
56772-001\DOCS_NY:19811.1

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| | | • Affiliate company Deutsche Bank Securities is a member of current client ***Ad Hoc Committee of Noteholders of Chemtura Corporation***; <br><br> • Affiliate company and former client Deutsche Bank AG London (closed 2009) is a minority interest owner of current client ***Deutsche Software Limited***; <br><br> • Affiliate company and former client Deutsche Bank Trust Company Americas (closed 2009) is a stockholder of current client ***International Automotive Components Group LLC***; and <br><br> • Affiliate companies Deutsche Equities India Pvt. Ltd. (closed 2008) and Deutsche Bank Trust Company Americas, Deutsche Bank AG, Hong Kong Branch, DB Trustees (Hong Kong) Limited, Deutsche Bank AG, Taipei Branch and Deutsche Bank International (Asia) Limited (all closed 2009) are former clients. |
| DirecTV | Unsecured Creditor | • ***The DirecTV Group, Inc.*** is: (a) a current client; (b) the parent of current client ***Hughes Network Systems***; and (c) a co-client in a current matter with current client ***Philips Electronics North America Corporation***. |
| DHL Global Forwarding | Unsecured Creditor | • Affiliate company ***Deutsche Postbank AG*** is a current client; and <br><br> • Parent company Deutsche Post AG is a former client (closed 2009). |

CLI-1770610v2
56772-001\DOCS_NY:19811.1

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Doubletree Club Hotel – Atlanta; Doubletree Hotel; and Hampton Inn | Unsecured Creditors | • Doubletree and Hampton are brands of current client *Hilton Hotel Corporation*, a wholly-owned subsidiary of current client *The Blackstone Group*; <br><br>• Current client *Hilton Hotel Corporation* is a co-client in a current matter with current client *R. J. Reynolds Company*; <br><br>• Doubletree Hotel is affiliated with current client *THG Management Company and CAMI Hotel Investment*; and <br><br>• Hampton Inn is a tradestyle of Western Hospitality and Resort LLC, the parent company of Hampton Inn Tropicana, an affiliated entity of current client *Jackson-Shaw Company*. <br><br>• *See also* entries below for Hilton Boston Logan Airport, et al. and Wyndham Garden Hotel, Wyndham Hotel Co., Inc. and Wyndham Suites Glenview regarding related disclosure. |
| D-Velco Aviation Service | Unsecured Creditor | • Parent company *North Star Aerospace, Inc.* is a current client. |
| Dunkin' Donuts, Baskin Robbins, Togos | Unsecured Creditor | • Dunkin' Donuts is the tradestyle for current client *Dunkin Brands, Inc.* |
| Endevco | Unsecured Creditor | • Parent company *Meggitt Plc* and affiliate company *Meggitt-USA, Inc.* are current clients. |
| European/Atlanta Bread Company | Unsecured Creditor | • Parent company *Atlanta Bread Company International, Inc.* is a current client. |
| *FedEx Corporation* | Unsecured Creditor | • *FedEx Corporation* is a current client; <br><br>• Affiliate company *Federal Express Corporation* is: (a) a current client; and (b) a member of current client *UFEX*; and <br><br>• Affiliate companies Fedex Express (closed 2008) and Fedex Ground Package System, Inc. (closed 2009) are former clients. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Flying J Travel Plaza | Unsecured Creditor | • Parent company *Flying J, Inc.* is a current client. |
| GE Commercial Aviation Services<br><br><br>GE (General Electric);<br>GE Aircraft Engines;<br>GE Engines; and<br>GE On Wing Support, Inc.<br><br>GE Engine Services, Inc.; and<br>General Electric Capital Corporation | Owner Participant Under Aircraft Leases<br><br>and<br><br>Top 30 Unsecured Creditor<br><br>Unsecured Creditors<br><br><br>Top 30 Unsecured Creditors | • Parent company *General Electric Co., Inc.* is: (a) a current client; (b) the employer of an individual who is a current Jones Day client (opened 2008); and (c) a joint venture participant with former client NVC Industrial Development Co. Ltd. (closed 2008);<br><br>• Affiliate company General Electric Capital Corporation is a member of current client *Ad Hoc Committee of Lenders to Euramax*;<br><br>• Affiliate company *GE Capital Corporation Prop Ltd.* is a co-client in a current matter with current client *Allied Irish Banks Plc*; and<br><br>• Affiliate company Genworth Mortgage Insurance Corporation is a former client (closed 2009).<br><br>• *See also* entry below for Polaris Holding Company (GECAS) regarding related disclosure. |
| Goldman Sachs | 5% Equity Shareholder of the Debtors<br><br>and<br><br>Unsecured Creditor | • Parent company The Goldman Sachs Group, Inc. is: (a) a stockholder of current client *Healthmarkets, Inc.*; (b) a member of current client *Bondholders Committee of Mandra Forestry Finance Limited*; (c) the parent of GS Capital Partners VI Fund, L.P., an entity affiliated with former client Altel Corporation (closed 2009); and (d) an investor in former client Sun Edison LLC (closed 2009);<br><br>• Affiliate companies *Goldman Sachs Gao Hua Securities Company Ltd.* and *Goldman Sachs International* are current clients;<br><br>• Affiliate company *Goldman Sachs & Co.* is: (a) a current client; (b) a co-client with current client *Illinois Finance Authority*; and (c) a stockholder of current client *International Automotive Components Group LLC*; |

CLI-1770610v2
56772-001\DOCS_NY:19811.1

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| | | • Affiliate company Goldman Sachs Capital Partners is: (a) a co-owner of current client *Education Management Corporation*; (b) a participant in a joint venture with Cypress Group LLC that owns current client *Cooper Standard Automotive Group*; and (c) an investor in current client *Molycorp Minerals LLC*;<br><br>• Affiliate company *Goldman Sachs (Singapore) Pte* is a current client and co-client with current client *Kotak Mahindra Capital Company*;<br><br>• Affiliate company Goldman Sachs Credit Partners, L.P. is a member of current client *Service Net Solutions Ad Hoc Committee*; and<br><br>• Affiliate company J. Aron & Company (U.K.) is a former client (closed 2008). |
| Goodrich Aerospace Canada, Ltd. | Unsecured Creditor | • Parent company *Goodrich Corporation* is: (a) a current client; and (b) the former parent of former client Noveon, Inc. (closed 2009).<br><br>• *See also* entry below for Rosemount Aerospace, Inc. regarding related disclosure. |
| Google, Inc. | Unsecured Creditor | • Affiliate company Google Italy S.R.L. is a former client (closed 2009). |
| Hilton Boston Logan Airport; Hilton Fort Wayne at Grand Wayne Center; Hilton Garden Inn; Hilton Garden Inn Allentown Airport; Hilton Garden Inn Millenium Center Hilton Garden Inn Tyson's Corners; Hilton Hotels; Hilton Raleigh/Durham; and Hilton Springfield | Unsecured Creditors | • Parent company *The Blackstone Group* is: (a) a current client; (b) a majority stockholder of current client *Healthmarkets, Inc.*; (c) a joint venture participant with current client *Koch Industries, Inc.*; and (d) affiliated with current client *WHM LLC*;<br><br>• Affiliate companies *Travelport, Inc.* and *Catalent Pharma Solutions, Inc.* are current clients;<br><br>• Affiliate company *Hilton Hotels Corporation* is: (a) a current client; and (b) a co-client in a current matter with current client *R. J. Reynolds Tobacco Company*; |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| | | • Affiliate company Blackport Capital Fund, Ltd. is a member of former client Ad Hoc Committee of Bondholders of Caraustar Industries, Inc. (closed 2009); and<br><br>• Affiliated companies Las Vegas (Hilton) Corporation and LQ Management LLC are former clients (both closed 2008).<br><br>• *See also* entry above for Doubletree Club Hotel – Atlanta, Doubletree Hotel and Hampton Inn; and entry below for Wyndham Garden Hotel, Wyndham Hotel Co., Inc. and Wyndham Suites Glenview regarding related disclosure. |
| Holiday Inn;<br>Holiday Inn Columbia<br>Holiday Inn Express Harrisburg;<br>Holiday Inn Express Hotel;<br>Holiday Inn Express-Palatine;<br>Holiday Inn Lansing; and<br>Holiday Inn Select Hotel | Unsecured Creditors | • Parent company *Inter Continental Hotels Corporation* is a current client;<br><br>• An individual affiliated with Holiday Inn Hotels is a current Jones Day client; and<br><br>• Affiliate company HH France Holdings S.A.R.L. is a former client (closed 2009). |
| Honeywell International, Inc. | Unsecured Creditor | • Honeywell International, Inc. is a stockholder of current client *Covergint Technologies LLC*. |
| Howard Johnson Plaza Hotel | Unsecured Creditor | • *Howard Johnson* is a current client. |
| Ikon Financial Services; and<br>Ikon Office Solutions | Unsecured Creditors | • Parent company *Ricoh Corporation* is a current client. |

CLI-1770610v2
56772-001\DOCS_NY:19811.1

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Insight (name given) | Unsecured Creditor | • To the extent either company may be or is related to the named party in interest, a company named *Insight Global, Inc.* and a company named *Insight Technology Solutions GmbH* are current clients;<br><br>• To the extent it may be or is related to the named party in interest, a company named Insight Direct USA, Inc. is the parent company of current client *Software Spectrum, Inc.*; and<br><br>• To the extent either company may be or is related to the named party in interest, a company named Insight Video Net LLC and a company named Insight Venture Management are former clients (both closed 2009). |
| Inventory Locator Service LLC | Unsecured Creditor | • Parent company *The Boeing Company* is a current client; and<br><br>• Affiliate company Boeing Satellite Systems, Inc. is a former client (closed 2008). |
| Jack Frost Ice Services, Inc. | Unsecured Creditor | • Parent company *Artic Glacier, Inc.* is a current client. |
| Lawson Products, Inc. | Unsecured Creditor | • Lawson Products, Inc. is the employer of an individual who is a current Jones Day client. |
| LSG/Sky Chefs, Inc. | Unsecured Creditor | • LSG/Sky Chefs is the brand name of LSG Lufthansa Service Holding AG, a subsidiary of current client *Deutsche Lufthansa AG*. |
| McDonald's Restaurants | Unsecured Creditor | • Parent company *McDonald's Corporation* is a current client. |
| Messier Services America | Unsecured Creditor | • Parent company and current client *Safran Group* is the former parent company and a minority interest owner of current client *Sagem Wireless*, whose current parent, *Sofinnova Partners*, is also a current client. |

CLI-1770610v2
56772-001\DOCS_NY:19811.1

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Microtel Inn & Suites, Inc.; and Microtel Raleigh | Unsecured Creditors | • Parent company Wyndham Worldwide Corporation is an affiliated entity of former client Group RCI, Inc. (closed 2009).<br><br>• *See also* entry below for Wyndham Garden Hotel, Wyndham Hotel Co., Inc. and Wyndham Suites Glenview regarding related disclosure. |
| Mini Bus Systems, Inc. | Unsecured Creditor | • Ultimate parent company *Veolia Environnement* and affiliate company *Dalkia International* are current clients. |
| Motel-6; Red Roof Inns, Inc.; and Sofitel Chicago O'Hare | Unsecured Creditors | • Parent company Accor S.A. (closed 2009) and affiliate company Accor North America (closed 2008) are former clients; and<br><br>• Affiliate company *Carlson Wagonlit Travel* is a current client. |
| National City Leasing Corporation | Unsecured Creditor | • Parent company *PNC Financial Services Group* and related entity *Administrative Committee of PNC Financial Services Group* are current clients;<br><br>• Affiliate company *National City Bank* is: (a) a current client; (b) a member of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*; and (c) the employer of an individual who is a current Jones Day client;<br><br>• Affiliate company *PNC Bank, National Association* is: (a) a current co-client and co-trustee with two individuals who are current Jones Day clients (both opened 2008); and (b) a member of current client *Allegheny Health Education Research Foundation (AHERF) Creditors' Committee*; and<br><br>• Former parent company National City Corporation is a former client (closed 2009). |

CLI-1770610v2
56772-001\DOCS_NY:19811.1

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| | | • *See also* entry below for PNCEF, LLC d/b/a PNC Equipment Finance, f/k/a National City Commercial Capital Company, LLC regarding related disclosure. |
| Office Depot, Inc. | Unsecured Creditor | • Office Depot, Inc. is the employer of an individual who is a current Jones Day client (opened 2008). |
| O'Melveny & Myers LLP | Unsecured Creditor | • O'Melveny & Myers LLP is a former client (closed 2009). |
| Panda Express, Inc. | Unsecured Creditor | • Parent company ***Panda Restaurant Group, Inc.*** is a current client. |
| PNCEF, LLC d/b/a PNC Equipment Finance, f/k/a National City Commercial Capital Company LLC | Top 30 Unsecured Creditor | • Parent company ***PNC Financial Services Group*** and related entity ***Administrative Committee of PNC Financial Services Group*** are current clients. <br><br> • *See also* entry above for National City Leasing Corporation regarding related disclosure. |
| Polaris Holding Company (GECAS) | Top 30 Unsecured Creditor | • Parent company ***General Electric Co., Inc.*** is: (a) a current client; (b) the employer of an individual who is a current Jones Day client (opened 2008); and (c) a joint venture participant with former client NVC Industrial Development Co. Ltd. (closed 2008). <br><br> • *See also* entry above for GE Commercial Aviation Services, et al. regarding related disclosure. |
| Port Authority of New York | Unsecured Creditor | • The Port Authority of New York and New Jersey is a former client (closed 2009); and <br><br> • Related state entity New York State Common Retirement Fund, was among the largest shareholders of General Motors Corporation (n/k/a current client ***General Motors Company***) and an interested party in the GM chapter 11 cases in which Jones Day was retained as special litigation counsel for the debtors. |

CLI-1770610v2
56772-001\DOCS_NY:19811.1

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Potbelly Sandwich Works LLC | Unsecured Creditor | • Potbelly Sandwich Works LLC is a former client (closed 2009). |
| PPG Industries, Inc. | Unsecured Creditor | • PPG Industries, Inc. is a former client (closed 2009). |
| *Research in Motion Limited* | Unsecured Creditor | • *Research in Motion Limited* is a current client. |
| Rosemount Aerospace, Inc. | Unsecured Creditor | • Parent company *Goodrich Corporation* is: (a) a current client; and (b) the former parent of former client Noveon, Inc. (closed 2009).<br><br>• *See also* entry above for Goodrich Aerospace Canada, Ltd. regarding related disclosure. |
| San Francisco Airport Commission | Unsecured Creditor | • Related city/county agency *San Francisco Office of the Public Defender* is a current client. |
| Schenker, Inc. | Unsecured Creditor | • Schenker, Inc. is the employer of two individuals who are current Jones Day clients (opened 2008 and 2009, respectively). |
| *Sealed Air Corporation* | Unsecured Creditor | • *Sealed Air Corporation* is a current client. |
| Short Brothers Plc | Unsecured Creditor | • Affiliate companies *Bombardier Transportation, Bombardier Aerospace* and *Bombardier Trust (Canada)* are current clients;<br><br>• Affiliate company and former client Bombardier – Power (Mauritius) Limited (closed 2008) is a joint venture participant with former client Power Pacific Corporation Limited (closed 2009).<br><br>• *See also* entry above for Bombardier 2008; Bombardier Smoothing Loans regarding related disclosure. |

CLI-1770610v2
56772-001\DOCS_NY:19811.1

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Southwest Airlines Cargo | Unsecured Creditor | • Parent company Southwest Airlines Company is: (a) the employer of an individual who is a current Jones Day client (opened 2008); and (b) a stockholder of current client *Airline Reporting Corporation*. |
| Staybridge Suites | Unsecured Creditors | • Affiliate company HH France Holdings S.A.R.L. is a former client (closed 2009). |
| Swissport Fueling | Unsecured Creditor | • Affiliate company Swissport Ground Handling GmbH is a former client (closed 2009). |
| The Terminix International Company, L.P. (Terminix) | Unsecured Creditor | • Parent company *The ServiceMaster Company* is a current client. |
| TGI Friday's U.S.A. | Unsecured Creditor | • TGI Friday's U.S.A. is a former client (closed 2009). |
| Thales Avionics, Inc. | Unsecured Creditor | • Parent company *Thales S.A.* and affiliate companies *Thales Services SAS* and *Racal Acoustics Limited* are current clients; and • Affiliate company Thales Holdings Ltd. is a member of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*. |
| Transamerica (name given) | Unsecured Creditor | • To the extent it is the named party in interest, Transamerica Life Insurance Company is: (a) a member of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*; and (b) a member of former client Ad Hoc Committee of Thomson S.A. Noteholders (closed 2009); and • Affiliate company *Aegon USA Realty Advisors, Inc.* is a current client. |
| Uline, Inc. | Unsecured Creditor | • Uline, Inc. is a former client (closed 2008). |
| UPS Supply Chain Solutions, Inc. | Unsecured Creditor | • Ultimate parent company *United Parcel Service, Inc. (UPS)* is: (a) a current client; and (b) a member of current client *UFEX*. |

CLI-1770610v2
56772-001\DOCS_NY:19811.1

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| United Air Lines, Inc. | Counterparty to Perpetition Litigation with the Debtors<br><br>and<br><br>Major Contract Counterparty | • United Air Lines, Inc. is a stockholder of current client *Airline Reporting Corporation*. |
| United Rentals, Inc. | Unsecured Creditor | • Related entity Litigation Committee United Rentals Board of Directors is a former client (closed 2009); and<br><br>• Certain independent directors of United Rentals, Inc. are former Jones Day clients (closed 2009). |
| *US Airways, Inc.* | Unsecured Creditor<br><br>and<br><br>Major Contract Counterparty | • *US Airways, Inc.* is a current client; and<br><br>• Parent company US Airways Group, Inc. is a stockholder of current client *Airline Reporting Corporation*. |
| *U.S. Bank, National Association* | Indenture Trustee for Bond Issuances<br><br>and<br><br>Top 30 Unsecured Creditor | • *U.S. Bank, National Association* is: (a) a current client; and (b) a member of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*. |
| Volvo Aero Services, L.P. | Unsecured Creditor | • Volvo Aero Services, L.P. is a former client (closed 2008); and<br><br>• Parent company *Renault S.A.* is a current client. |
| W. W. Grainger, Inc. | Unsecured Creditor | • W. W. Grainger, Inc. is a former client (closed 2009). |

CLI-1770610v2
56772-001\DOCS_NY:19811.1

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Wells Fargo (name given)<br><br>Wells Fargo Bank Northwest, N.A. | Owner/Trustee Lessor Under Aircraft Leases<br><br>and<br><br>Top 30 Unsecured Creditor<br><br>Counterparty to Prepetition Litigation with the Debtors | • *Wells Fargo Bank, N.A.* and affiliate companies *Wells Fargo Foothill, Inc.*, *Wachovia Corporate Services* and *Wachovia Capital Markets* are current clients;<br>• Parent company Wells Fargo & Co. is a stockholder of former client Wiltel Communications Group, Inc. (closed 2008); and<br>• Affiliate company Wachovia Securities is a limited partner that has a majority interest ownership in Chipwill LLC, the parent company of current client *KW Investment K.K.* |
| Wonderfulworld Holding BV (DVB Bank) | Top 30 Unsecured Creditor | • DZ Bank AG, the parent company of DVB Bank, is: (a) a member of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*; and (b) the parent of current client *Union Asset Management Holding AG.* |

CLI-1770610v2
56772-001\DOCS_NY:19811.1

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Wyndham Garden Hotel; Wyndham Hotel Co, Inc.; and Wyndham Suites Glenview | Unsecured Creditors | • Parent company Wyndham Worldwide Corporation is an affiliated entity of former client Group RCI, Inc. (closed 2009); and<br><br>• Ultimate parent company Parent company *The Blackstone Group* is: (a) a current client; (b) a majority stockholder of current client *Healthmarkets, Inc.*; (c) a joint venture participant with current client *Koch Industries, Inc.*; and (d) affiliated with current client *WHM LLC*;<br><br>• Affiliate companies *Travelport, Inc.* and *Catalent Pharma Solutions, Inc.* are current clients;<br><br>• Affiliated company *Hilton Hotels Corporation* is: (a) a current client; and (b) a co-client in a current matter with current client *R. J. Reynolds Tobacco Company*;<br><br>• Affiliate company Blackport Capital Fund, Ltd. is a member of former client Ad Hoc Committee of Bondholders of Caraustar Industries, Inc. (closed 2009); and<br><br>• Affiliated companies Las Vegas (Hilton) Corporation and LQ Management LLC are former clients (both closed 2008).<br><br>• *See also* entries above for Doubletree Club Hotel – Atlanta, Doubletree Hotel, and Hampton Inn; Hilton Boston Logan Airport, et al.; and Microtel Inn & Suites and Microtel Raleigh regarding related disclosure. |

CLI-1770610v2
56772-001\DOCS_NY:19811.1

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| MESA AIR GROUP, INC., *et al.*, | Case No. 10-10018 (MG) |
| Debtors.[1] | (Jointly Administered) |

## DISCLOSURE OF COMPENSATION OF JONES DAY

Pursuant to section 329(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2016(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), G. Lee Garrett, Jr. hereby certifies as follows:

1.      I am a partner in the law firm of Jones Day and am duly authorized to make this Disclosure of Compensation on behalf of Jones Day in connection with the *Debtors' Application for Order, Pursuant to Section 327(e) of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016 and Local Bankruptcy Rules 20-14-1 and 2016-1, Authorizing Debtors to Employ and Retain Jones Day as Special Counsel with Respect to Designated Matters, Nunc Pro Tunc to the Petition Date* (the "Application").[2] The facts set forth in this Disclosure of Compensation are personally known to me and, if called as a witness, I could and would testify thereto.

2.      Jones Day has received no compensation from the Debtor in the one year period prior to the Petition Date for services rendered or to be rendered in contemplation of or in connection with the Debtors' chapter 11 cases. However, in the year from January 5, 2009 to the Petition Date, Jones Day received payments totaling $1,669,013.91 from the Debtors

---

[1]    The Debtors are:  Mesa Air Group, Inc. (2351); Mesa Air New York, Inc. (3457); Mesa In-Flight, Inc. (9110); Freedom Airlines, Inc. (9364); Mesa Airlines, Inc. (4800); MPD, Inc. (7849); Ritz Hotel Management Corporation (7688); Regional Aircraft Services, Inc. (1911); Air Midwest, Inc. (6610); Mesa Air Group Airline Inventory Management, LLC (2015); Nilchi, Inc. (5531); and Patar, Inc. (1653).

[2]    Capitalized terms not otherwise defined herein have the meanings given to them in the Application.

ATI-2404277v6
56772-001\DOCS_NY:19809.1

(collectively, the "Payments") with respect to legal services rendered by Jones Day, and related expenses incurred, in connection with the Prepetition Litigation. A schedule identifying the Payments is attached hereto as Annex 1 and is incorporated herein by reference. Upon information and belief, the source of the Payments was the Debtors' operating cash.

3. To the best of my knowledge, information and belief, insofar as I have been able to ascertain after reasonable inquiry, neither I, nor Jones Day nor any partner or associate thereof has received or been promised any compensation for legal services rendered or to be rendered in any capacity in connection with the Debtors' chapter 11 cases, other than as permitted by the Bankruptcy Code. Jones Day has not agreed to share compensation received in connection with these cases with any other person, except as permitted by section 504(b) of the Bankruptcy Code and Bankruptcy Rule 2016(b) in respect of the sharing of compensation among Jones Day's partners.

Dated: January 8, 2010

/s/ G. Lee Garrett, Jr.
G. Lee Garrett, Jr.
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Telephone: (404) 581-3939
Facsimile: (404) 581-8330

ONE OF THE PROPOSED SPECIAL
COUNSEL FOR DEBTORS AND DEBTORS
IN POSSESSION

ATI-2404277v6
56772-001\DOCS_NY:19809.1

# Annex 1

## Schedule of Payments

## January 5, 2009 through January 4, 2010

| Date of Payment | Amount of Payment |
|---|---|
| April 11, 2009 | $2,071.25 |
| April 11, 2009 | $1,426.71 |
| April 11, 2009 | $1,300.00 |
| April 11, 2009 | $285.64 |
| April 11, 2009 | $139.40 |
| April 14, 2009 | $40,973.41 |
| April 14, 2009 | $40,528.75 |
| April 14, 2009 | $25,557.84 |
| April 14, 2009 | $13,518.75 |
| April 14, 2009 | $4,323.96 |
| April 14, 2009 | $1,510.56 |
| April 14, 2009 | $431.62 |
| April 14, 2009 | $372.84 |
| April 14, 2009 | $19.93 |
| April 14, 2009 | $11.93 |
| May 13, 2009 | $86,517.57 |
| May 13, 2009 | $31,626.25 |
| May 13, 2009 | $17,393.75 |
| May 13, 2009 | $ 4,176.86 |
| May 13, 2009 | $2,468.75 |
| May 13, 2009 | $1,916.91 |

| | |
|---|---|
| May 13, 2009 | $605.75 |
| May 13, 2009 | $446.73 |
| May 13, 2009 | $350.00 |
| May 13, 2009 | $328.64 |
| May 13, 2009 | $67.90 |
| May 18, 2009 | $6,275.00 |
| May 18, 2009 | $287.50 |
| May 18, 2009 | $18.74 |
| June 30, 2009 | $1,205.89 |
| June 30, 2009 | $1,137.50 |
| June 30, 2009 | $352.96 |
| June 30, 2009 | $225.00 |
| July 31, 2009 | $245,778.72 |
| July 31, 2009 | $45,222.18 |
| July 31, 2009 | $39,130.00 |
| July 31, 2009 | $14,597.50 |
| July 31, 2009 | $10,787.43 |
| July 31, 2009 | $6,399.43 |
| July 31, 2009 | $2,885.78 |
| July 31, 2009 | $2,419.26 |
| July 31, 2009 | $1,248.95 |
| July 31, 2009 | $585.58 |
| July 31, 2009 | $352.96 |
| July 31, 2009 | $217.92 |

| | |
|---|---|
| July 31, 2009 | $86.55 |
| July 31, 2009 | $74.16 |
| July 31, 2009 | $16.19 |
| August 19, 2009 | $23,181.89 |
| August 24, 2009 | $97,701.54 |
| September 14, 2009 | $85,226.25 |
| September 14, 2009 | $2,708.82 |
| September 14, 2009 | $1,976.45 |
| September 14, 2009 | $308.89 |
| October 31, 2009 | $22,375.00 |
| October 31, 2009 | $1,192.03 |
| October 31, 2009 | $598.80 |
| November 20, 2009 | $11,343.75 |
| November 20, 2009 | $632.23 |
| November 20, 2009 | $353.20 |
| November 23, 2009 | $15,080.00 |
| November 23, 2009 | $620.88 |
| November 23, 2009 | $6.88 |
| November 30, 2009 | $5,750.00 |
| November 30, 2009 | $2,752.66 |
| November 30, 2009 | $2,700.00 |
| November 30, 2009 | $1,196.88 |
| November 30, 2009 | $970.46 |
| November 30, 2009 | $786.51 |

| | |
|---|---|
| November 30, 2009 | $81.25 |
| November 30, 2009 | $49.92 |
| December 7, 2009 | $40,532.50 |
| December 7, 2009 | $22,330.00 |
| December 7, 2009 | $2,758.22 |
| December 7, 2009 | $94.87 |
| December 7, 2009 | $12.05 |
| December 7, 2009 | $11.71 |
| December 24, 2009 | $113,908.75 |
| December 24, 2009 | $106,242.50 |
| December 24, 2009 | $95,647.04 |
| December 24, 2009 | $68,753.75 |
| December 24, 2009 | $43,903.75 |
| December 24, 2009 | $23,881.25 |
| December 24, 2009 | $21,756.25 |
| December 24, 2009 | $18,937.50 |
| December 24, 2009 | $10,487.50 |
| December 24, 2009 | $9,641.25 |
| December 24, 2009 | $5,300.66 |
| December 24, 2009 | $3,288.27 |
| December 24, 2009 | $2,707.41 |
| December 24, 2009 | $2,211.57 |
| December 24, 2009 | $1,846.05 |
| December 24, 2009 | $1,748.21 |

| | |
|---|---|
| December 24, 2009 | $1,512.56 |
| December 24, 2009 | $1,107.20 |
| December 24, 2009 | $1,031.90 |
| December 24, 2009 | $981.85 |
| December 24, 2009 | $902.32 |
| December 24, 2009 | $783.32 |
| December 24, 2009 | $524.46 |
| December 24, 2009 | $487.50 |
| December 24, 2009 | $368.96 |
| December 24, 2009 | $359.68 |
| December 24, 2009 | $340.48 |
| December 24, 2009 | $273.54 |
| December 24, 2009 | $145.62 |
| December 24, 2009 | $44.82 |
| December 24, 2009 | $17.27 |
| December 24, 2009 | $14.94 |
| December 24, 2009 | $11.00 |
| December 24, 2009 | $6.15 |
| December 24, 2009 | $5.55 |
| December 24, 2009 | $4.72 |
| December 24, 2009 | $0.32 |
| December 31, 2009 | $32,106.25 |
| December 31, 2009 | $16,702.50 |
| December 31, 2009 | $11,437.50 |

56772-001\DOCS_NY:19812.2
ATI-2405415v2

| | |
|---|---|
| December 31, 2009 | $6,688.08 |
| December 31, 2009 | $6,525.00 |
| December 31, 2009 | $5,337.50 |
| December 31, 2009 | $3,373.32 |
| December 31, 2009 | $1,148.54 |
| December 31, 2009 | $1,107.37 |
| December 31, 2009 | $519.43 |
| December 31, 2009 | $194.06 |
| December 31, 2009 | $35.68 |
| December 31, 2009 | $30.97 |
| December 31, 2009 | $0.80 |
| January 4, 2010 | $43,610.50 |
| | |
| **Total** | **$1,669,013.91** |

# EXHIBIT C

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| MESA AIR GROUP, INC., *et al.*, | Case No. 10-10018 (MG) |
| Debtors.[1] | (Jointly Administered) |

## ORDER, PURSUANT TO SECTION 327(e) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 2014 AND 2016 AND LOCAL BANKRUPTCY RULES 2014-1 AND 2016-1, AUTHORIZING DEBTORS TO EMPLOY AND RETAIN JONES DAY AS SPECIAL COUNSEL WITH RESPECT TO DESIGNATED MATTERS, NUNC PRO TUNC TO THE PETITION DATE

This matter coming before the Court on the Debtors' Application for Order, Pursuant to Section 327(e) of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016 and Local Bankruptcy Rules 20-14-1 and 2016-1, Authorizing Debtors to Employ and Retain Jones Day as Special Counsel with Respect to Designated Matters, *Nunc Pro Tunc* to the Petition Date (the "Application"),[2] filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"); the Court having reviewed the Application, the Declaration of G. Lee Garrett, Jr. in support the of Application and attached thereto as Exhibit A (the "Garrett Declaration") and Jones Day's Disclosure of Compensation attached to the Application as Exhibit B (the "Disclosure of Compensation") and having heard the statements of counsel and the evidence adduced with respect to the Application at a hearing before the Court

---

[1]    The Debtors are:  Mesa Air Group, Inc. (2351); Mesa Air New York, Inc. (3457); Mesa In-Flight, Inc. (9110); Freedom Airlines, Inc. (9364); Mesa Airlines, Inc. (4800); MPD, Inc. (7849); Ritz Hotel Management Corporation (7688); Regional Aircraft Services, Inc. (1911); Air Midwest, Inc. (6610); Mesa Air Group Airline Inventory Management, LLC (2015); Nilchi, Inc. (5531); and Patar, Inc. (1653).

[2]    Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Application.

(the "Hearing"); the Court having determined that Jones Day represents no interest adverse to Debtors' estates with respect to the matters upon which it is to be engaged and is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code; the Court having further determined that (a) the relief granted herein is in the best interests of the Debtors' estates, their creditors and other parties in interest (b) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (c) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (d) venue of this proceeding and this Application in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409, (e) the Application, the Garrett Declaration and the Disclosure of Compensation are in full compliance with the Bankruptcy Code, the Bankruptcy Rules and the Local Bankruptcy Rules and (f) notice of the Application and the relief granted herein was appropriate and sufficient under the circumstances; and, after due deliberation, the Court having determined that the legal and factual bases set forth in the Application, the Garrett Declaration and the Disclosure of Compensation and at the Hearing establish sufficient cause for the relief granted herein,

IT IS HEREBY ORDERED THAT:

1.      The Application is GRANTED.

2.      Pursuant to section 327(e) of the Bankruptcy Code and Bankruptcy Rules 2014(a) and 2016(b) and Local Bankruptcy Rules 2014-1 and 2016-1, the Debtors are authorized to employ and retain Jones Day as special counsel, effective *nunc pro tunc* as of the Petition Date, on the terms set forth in the Application and the Garrett Declaration.

3.      Jones Day shall be compensated for its services and reimbursed for any related expenses in accordance with applicable provisions of the Bankruptcy Code (including

section 330 and 331 thereof), the Bankruptcy Rules, the Local Bankruptcy Rules and any other applicable orders or procedures of this Court.

       4.    The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation or enforcement of this Order.

Dated: _____, 2010
      New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

ATI-2404277v6
56772-001\DOCS_NY:19809.1