SHIPMAN & GOODWIN LLP
Corrine L. Burnick (CB9072)
One Constitution Plaza
Hartford, CT 06103-1919
Telephone: 860-251-5614
Facsimile: 860-251-5312
Email: bankruptcy@goodwin.com

*Counsel for U.S. Bank National Association, as Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| IN RE: | : CHAPTER 11 |
| | : |
| | : CASE NO. 10-10018-MG |
| MESA AIR GROUP, INC. et al, | : |
| | : JOINTLY ADMINISTERED |
| | : |
| DEBTORS. | : JANUARY 11, 2010 |

---

## NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES AND PLEADINGS

Please enter my appearance as attorney for U.S. Bank National Association, as Trustee, creditor and party-in-interest in the above-captioned matter.

Pursuant to 11 U.S.C. Section 1109(b) and Bankruptcy Rules 2002(g), 2015(c), and 3017(a), the undersigned requests that she receive copies of all notices, reports, motions, briefs, memoranda, pleadings, proposed plan, disclosure statements, proposed orders, and any other documents filed in the above-referenced matter. All such documents should be served upon the following:

> Corrine L. Burnick, Esq.
> Shipman & Goodwin LLP
> One Constitution Plaza
> Hartford, CT 06103-1919
> Telephone: (860) 251-5614
> Facsimile: (860) 251-5312
> Email: bankruptcy@goodwin.com

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. 1109(b), the foregoing demand includes notices of applications, motions, petitions, and pleadings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, telephone, telephone, telex, telecopy, facsimile or otherwise, which affects the Debtors or the property of the Debtors.

Dated at Hartford, Connecticut, this 11th day of January 2010.

By /s/ Corrine L. Burnick
Corrine L. Burnick (CB9072)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
bankruptcy@goodwin.com

*Counsel for U.S. Bank National Association, as Trustee*

1370123v1