**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
In re                                              : Chapter 11
                                                   : Case No. 10-10018 (MG)
**Mesa Air Group, Inc., <u>et</u> <u>al.</u>,**   :
                                                   : (Jointly Administered)
                                        Debtors.   :
-----------------------------------------------------------x

## NOTICE OF APPOINTMENT OF COMMITTEE
## OF UNSECURED CREDITORS

  Diana G. Adams, the United States Trustee for Region 2, pursuant to 11 U.S.C. §§ 1102(a) and (b), hereby appoints the following unsecured creditors who are willing to serve to the Official Committee of Unsecured Creditors of Mesa Air Group, Inc. and affiliated debtors in possession.

1.  Bombardier, Inc.
    123 Garratt Boulevard
    Downsview Ontario M3K 1Y5
    Attention: Guy Belliveau, Director
    Telephone: (416) 375-3073
    Fax: (416) 375-4282

2.  Embraer-Empresa Brasilieire de Aeronautica S.A.
    c/o Embraer Aircraft Holding Inc.
    276 S.W. 34th Street
    Ft. Lauderdale, Florida 33315
    Attention: Sergio B. Guedes, Vice President
    Telephone: (954) 359-3786
    Fax: (954) 359-3701

3.  U.S. Bank National Association
    60 Livingston Avenue
    St. Paul, Minnesota 55107-2292
    Attention: Timothy Sandell, Vice President
    Telephone: (651) 495-3959
    Fax: (651) 495-8100

4. AT&T Capital Services
   One AT&T Way, Room 3A218
   Bedminster, New Jersey 07921
   Attention: James W. Grudus, Esq.
   Telephone: (908) 234-3318
   Fax: (908) 213-0157

5. Wilmington Trust Company
   Rodney Square North
   1100 North Market Street
   Wilmington, Delaware 19890
   Attention: David A. Vanaskey, Jr., Vice President
   Telephone: (302) 636-6019
   Fax: (302) 636-4140

6. IHI Corporation
   Toyosu 3-1-1 Koto-ku
   Tokyo 135-8710
   Japan
   Attention: Naoya Noguchi, Manager
   Telephone: 81-(3)-6204-7800
   Fax: 81-(3)-6204-8800

7. Air Line Pilots Association
   668 N. 44th Street, Suite E-253
   Phoenix, Arizona 85008
   Attention: Brian Bruce, Pilot Representative
   Telephone: (602) 306-1116
   Fax: (602) 306-4119

Dated: New York, New York
January 14, 2010

DIANA G. ADAMS
UNITED STATES TRUSTEE

By */s/ Andrea B. Schwartz*
    Andrea B. Schwartz
    Trial Attorney
33 Whitehall Street, 21st Floor
New York, New York 10004
Tel. No. (212) 510-0500
Fax: (212) 668-2255