PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: 212-561-7700
Facsimile:  212-561-7777
Richard M. Pachulski
Laura Davis Jones
Debra I. Grassgreen
Maria A. Bove
John W. Lucas

Proposed Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| MESA AIR GROUP, INC., *et al.*, | Case No. 10-10018 (MG) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF CONTINUANCE OF HEARING
ON CERTAIN APPLICATIONS AND MOTIONS**

**PLEASE TAKE NOTICE** that the hearing to consider the following applications and motions (the "Motions") has been continued from **January 26, 2010 at 10:00 a.m. Prevailing Eastern Time** to **February 3, 2010 at 10:00 a.m. Prevailing Eastern Time**:

1. Debtors' Motion For Interim And Final Orders Pursuant To Sections 105(a), 345(b), 363(c), 364(c) And 507(a) And Bankruptcy Rules 6003 And 6004 To (I) Continue Using Existing Cash Management System; (II) Maintain Existing Bank Accounts And Business Forms; And (III) Granting Related Relief [Docket No. 17] (To Be Heard on Final Basis.);

2. Debtors' Motion For Order Authorizing Debtors To Continue And Renew Letter Of Credit And Surety Bond Programs [Docket No. 73];

---

[1] The Debtors are:  Mesa Air Group, Inc. (2351); Mesa Air New York, Inc. (3457); Mesa In-Flight, Inc. (9110); Freedom Airlines, Inc. (9364); Mesa Airlines, Inc. (4800); MPD, Inc. (7849); Ritz Hotel Management Corp. (7688); Regional Aircraft Services, Inc. (1911); Air Midwest, Inc. (6610); Mesa Air Group Airline Inventory Management, LLC (2015); Nilchi, Inc. (5531); and Patar, Inc. (1653).

3. Debtors' Application For An Order, Pursuant To 11 U.S.C. § 327(a), Fed R. Bankr. P. 2014(a), 2016(b) And 5002, And Local Rule 2014, Authorizing Employment And Retention Of Pachulski Stang Ziehl & Jones LLP As Counsel For The Debtors [Docket Nos. 74 and 75];

4. Debtors' Application For Order Under Sections 327(a) and 328(a) Of The Bankruptcy Code Authorizing The Employment And Retention Of Imperial Capital, LLC As Financial Advisor To The Debtors And Debtors In Possession *Nunc Pro Tunc* To The Petition Date [Docket No. 76]; and

5. Debtors' Application for An Order, Pursuant to 11 U.S.C. § 327(e) And Fed R. Bankr. P. 2014(a), 2016(b), Authorizing The Debtors To Employ And Retain Jones Day LLP As Special Counsel [Docket No. 77].

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the final relief sought in the Motions must be filed with the Bankruptcy Court and served upon: (i) the chambers of the Honorable Martin Glenn, One Bowling Green, New York, New York 10004, Courtroom 501; (ii) Pachulski Stang Ziehl & Jones LLP, 150 California Street, 15th Floor, San Francisco, California 94111 (Attn: Debra I. Grassgreen and Joshua M. Fried), and Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 36th Floor, New York, New York 10017 (Attn: Maria A. Bove), counsel for the Debtors; (iii) Mesa Air Group, Inc., Law Department 410 N. 44th St. Suite 700, Phoenix, Arizona 85008, (Attn: Brian S. Gillman, Esq.); (iv) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, NY 10004 (Attn: Andrea B. Schwartz); (v) Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, NY 10104-0050 (Attn: Brett H. Miller, Lorenzo Marinuzzi and Todd M. Goren), counsel for the Official Committee of Unsecured Creditors; and (vi) any person or entity with a particularized interest in the subject matter of a Motion, on or before **January 27, 2010**.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE FINAL RELIEF REQUESTED IN THE MOTIONS WITHOUT FURTHER NOTICE.**

Dated: January 22, 2010
      New York, New York

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Maria A. Bove*
Richard M Pachulski
Laura Davis Jones
Debra I. Grassgreen
Maria A. Bove
John W. Lucas
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

Proposed Attorneys for Debtors
and Debtors in Possession