# EXHIBIT A

### Excess Owned Equipment to be Abandoned

### Date: January 25, 2010

| Secured Party / Address | Debtor | Airframe Mfr. & Model | Mfr. Airframe Serial Number | U.S. Reg. No. | P&WC Engine Gas Gen/Pwr Sec. Serial Numbers & Propeller Serial Numbers | Location |
|---|---|---|---|---|---|---|
| Raytheon Aircraft Credit Corporation 8300 East Thorn Drive Suite 100 Wichita, KS 67226 | Mesa Airlines, Inc.* *Mesa Air Group, Inc. is also jointly and severally liable on all of these obligations. | Beech Model 1900D | UE-126 | N126YV | Installed Engines: LH: 114163/114252; RH: 114248/114158  Installed Propellers: LH: KX-542 RH: KX-179 | Airframe Location: Yingling Aviation Ramp ("ICT") Wichita Airport Authority; 2010 Airport Rd.; Wichita, KS 67209; Dennis Simmons, Director Facilities; Tel: 316-943- 3246; Fax: 316-945-9291 |
| Raytheon Aircraft Credit Corporation 8300 East Thorn Drive Suite 100 Wichita, KS 67226 | Mesa Airlines, Inc. | Beech Model 1900D | UE-127 | N127ZV | Installed Engines: LH:PS0028/114273; RH:114404/PS0022  Installed Propellers: LH: HJ-741 RH: HJ-629 | Airframe Location: ("ICT") Wichita Airport Authority; 2010 Airport Rd.; Wichita, KS 67209; Dennis Simmons, Director Facilities; Tel: 316-943- 3246; Fax: 316-945-9291 |
| Raytheon Aircraft Credit Corporation 8300 East Thorn Drive Suite 100 Wichita, KS 67226 | Mesa Airlines, Inc. | Beech Model 1900D | UE-133 | N133YV | Installed Engines: LH: 114221/114261; RH:114222/114066  Installed Propellers: LH: HJ-1492 RH: HJ-1864 | Airframe Location: Salina Airport; 3237 Arnold Ave.; Salina, KS 67401; Shelli R. Swanson, Manager of Administration and Finance (A/C on N. Ramp) |
| Raytheon Aircraft Credit Corporation 8300 East Thorn Drive Suite 100 Wichita, KS 67226 | Mesa Airlines, Inc. | Beech Model 1900D | UE-135 | N135YV | Installed Engines: LH:1 14004/114007; RH:114007/114229  Installed Propellers: LH: HJ-1949 RH: HJ-1003 | Airframe Location: Salina Airport; 3237 Arnold Ave.; Salina, KS 67401; Shelli R. Swanson, Manager of Administration and Finance (A/C on N. Ramp) |

| Secured Party / Address | Debtor | Airframe Mfr. & Model | Mfr. Airframe Serial Number | U.S. Reg. No. | P&WC Engine Gas Gen/Pwr Sec. Serial Numbers & Propeller Serial Numbers | Location |
|---|---|---|---|---|---|---|
| Raytheon Aircraft Credit Corporation 8300 East Thorn Drive Suite 100 Wichita, KS 67226 | Mesa Airlines, Inc. | Beech Model 1900D | UE-138 | N138YV | Installed Engines: LH: 114182/114023; RH: 114242/114287  Installed Propellers: LH: HJ-287 RH: HJ-1871 | Airframe Location: ("ICT") Wichita Airport Authority; 2010 Airport Rd.; Wichita, KS 67209; Dennis Simmons, Director of Customer Service & Facilities; Tel: 316-943-3246; Fax: 316-945-9291 |
| Raytheon Aircraft Credit Corporation 8300 East Thorn Drive Suite 100 Wichita, KS 67226 | Mesa Airlines, Inc. | Beech Model 1900D | UE-142 | N142ZV | Installed Engines: LH:1 14348/114019; RH:1 14347/PS0020  Installed Propellers: LH: KX-287 RH: HJ-1829 | Airframe Location: ("ICT") Wichita Airport Authority; 2010 Airport Rd.; Wichita, KS 67209; Dennis Simmons, Director Facilities; Tel: 316-943-3246; Fax: 316-945-9291 |
| Raytheon Aircraft Credit Corporation 8300 East Thorn Drive Suite 100 Wichita, KS 67226 | Mesa Airlines, Inc. | Beech Model 1900D | UE-143 | N143YV | LH: n/a RH: n/a  (Engines removed) (Propellers removed) | Airframe Location: Salina Airport; 3237 Arnold Ave.; Salina, KS 67401; Shelli R. Swanson, Manager of Administration and Finance (A/C on N. Ramp) |
| Raytheon Aircraft Credit Corporation 8300 East Thorn Drive Suite 100 Wichita, KS 67226 | Mesa Airlines, Inc. | Beech Model 1900D | UE-146 | N146ZV | Installed Engines: LH: 114315/114082; RH:114065/114370  Installed Propellers: LH: HJ-1688 RH: HJ-1872 | Airframe Location: Salina Airport; 3237 Arnold Ave.; Salina, KS 67401; Shelli R. Swanson, Manager of Administration and Finance (A/C on N. Ramp) |

| Raytheon Aircraft Credit Corporation 8300 East Thorn Drive Suite 100 Wichita, KS 67226 | Mesa Airlines, Inc. | Beech Model 1900D | UE-155 | N155ZV | LH: n/a RH: n/a  (Engines removed) (Propellers removed) | Airframe Location: Salina Airport; 3237 Arnold Ave.; Salina, KS 67401; Shelli R. Swanson, Manager of Administration and Finance (A/C on N. Ramp) |

| Secured Party / Address | Debtor | Airframe Mfr. & Model | Mfr. Airframe Serial Number | U.S. Reg. No. | P&WC Engine Gas Gen/Pwr Sec. Serial Numbers & Propeller Serial Numbers | Location |
|---|---|---|---|---|---|---|
| Raytheon Aircraft Credit Corporation 8300 East Thorn Drive Suite 100 Wichita, KS 67226 | Mesa Airlines, Inc. | Beech Model 1900D | UE-159 | N159YV | Installed Engines: LH:PS0038/114134; RH:114202/114145 Installed Propellers: LH: HJ-459 RH: HJ-481 | Airframe Location: ("ICT") Signature Flight Support; 1980 Airport Rd.; Wichita, KS 67209; Bryan L. Orr, General Manager; Tel: 316-522-2010; Direct: 316-522-2021 |
| Raytheon Aircraft Credit Corporation 8300 East Thorn Drive Suite 100 Wichita, KS 67226 | Mesa Airlines, Inc. | Beech Model 1900D | UE-161 | N161YV | Installed Engines: LH:PS0052/1 14219; RH: 114124/114317 Installed Propellers: LH: HJ-1837 RH: HJ-1236 | Airframe Location: ("ICT") Signature Flight Support; 1980 Airport Rd.; Wichita, KS 67209; Bryan L. Orr, General Manager; Tel: 316-522-2010; Direct: 316-522-2021 |
| Raytheon Aircraft Credit Corporation 8300 East Thorn Drive Suite 100 Wichita, KS 67226 | Mesa Airlines, Inc. | Beech Model 1900D | UE-162 | N162ZV | Installed Engines: LH:114075/1 14194; RH:114141/114278 Installed Propellers: LH: HJ-383 RH: HJ-1873 | Airframe Location: Salina Airport; 3237 Arnold Ave.; Salina, KS 67401; Shelli R. Swanson, Manager of Administration and Finance (A/C on N. Ramp) |
| Raytheon Aircraft Credit Corporation 8300 East Thorn Drive Suite 100 Wichita, KS 67226 | Mesa Airlines, Inc. | Beech Model 1900D | UE-163 | N163YV | Installed Engines: LH: n/a RH:114178/114299 Installed Propellers: LH: n/a RH: HJ-1559 | Airframe Location: Salina Airport; 3237 Arnold Ave.; Salina, KS 67401; Shelli R. Swanson, Manager of Administration and Finance (A/C on N. Ramp) |
| Raytheon Aircraft Credit Corporation 8300 East Thorn Drive Suite 100 Wichita, KS 67226 | Mesa Airlines, Inc. | Beech Model 1900D | UE-166 | N166YV | Installed Engines: LH:1 14026/114180; RH:114389/114182 Installed Propellers: LH: HJ-1923 RH: HJ-457 | Airframe Location: Salina Airport; 3237 Arnold Ave.; Salina, KS 67401; Shelli R. Swanson, Manager of Administration and Finance (A/C on N. Ramp) |

| Secured Party / Address | Debtor | Airframe Mfr. & Model | Mfr. Airframe Serial Number | U.S. Reg. No. | P&WC Engine Gas Gen/Pwr Sec. Serial Numbers & Propeller Serial Numbers | Location |
|---|---|---|---|---|---|---|
| Raytheon Aircraft Credit Corporation 8300 East Thorn Drive Suite 100 Wichita, KS 67226 | Mesa Airlines, Inc. | Beech Model 1900D | UE-167 | N167YV | Installed Engines: LH:PS0022/114037; RH:1 14367/114382 <br><br>Installed Propellers: LH: HJ-345A RH: HJ-929 | Airframe Location: Salina Airport; 3237 Arnold Ave.; Salina, KS 67401; Shelli R. Swanson, Manager of Administration and Finance (A/C on N. Ramp) |
| Raytheon Aircraft Credit Corporation 8300 East Thorn Drive Suite 100 Wichita, KS 67226 | Mesa Airlines, Inc. | Beech Model 1900D | UE-174 | N174YV | Installed Engines: LH:1 14047/114005; RH: 114260/114015 <br><br>Installed Propellers: LH: HJ-1883 RH: HJ-1451 | Airframe Location: Salina Airport; 3237 Arnold Ave.; Salina, KS 67401; Shelli R. Swanson, Manager of Administration and Finance (A/C on N. Ramp) |
| Raytheon Aircraft Credit Corporation 8300 East Thorn Drive Suite 100 Wichita, KS 67226 | Mesa Airlines, Inc. | Beech Model 1900D | UE-176 | N176YV | Installed Engines: LH:1 14482/114020; RH: 114219/114361 <br><br>Installed Propellers: LH: HJ-1903 RH: HJ-534 | Airframe Location: ("ICT") Signature Flight Support; 1980 Airport Rd.; Wichita, KS 67209; Bryan L. Orr, General Manager; Tel: 316-522-2010; Direct: 316-522-2021 |
| Raytheon Aircraft Credit Corporation 8300 East Thorn Drive Suite 100 Wichita, KS 67226 | Mesa Airlines, Inc. | Beech Model 1900D | UE-229 | N10675 | Installed Engines: LH:1 14024/PS0086; RH: 114058/114031 <br><br>Installed Propellers: LH: HJ-1747 RH: HJ-1904 | Airframe Location: ("ICT") Wichita Airport Authority; 2010 Airport Rd.; Wichita, KS 67209; Dennis Simmons, Director of Customer Service & Facilities; Tel: 316-943-3246; Fax: 316-945-9291 |
| Raytheon Aircraft Credit Corporation 8300 East Thorn Drive Suite 100 Wichita, KS 67226 | Mesa Airlines, Inc. | Beech Model 1900D | UE-242 | N242YV | Installed Engines: LH:1 14022/114112; RH: 114479/114368 <br><br>Installed Propellers: LH: HJ-1505 RH: HJ-1834 | Airframe Location: ("ICT") Signature Flight Support; 1980 Airport Rd.; Wichita, KS 67209; Bryan L. Orr, General Manager; Tel: 316-522-2010; Direct: 316-522-2021 |

| Secured Party / Address | Debtor | Airframe Mfr. & Model | Mfr. Airframe Serial Number | U.S. Reg. No. | P&WC Engine Gas Gen/Pwr Sec. Serial Numbers & Propeller Serial Numbers | Location |
|---|---|---|---|---|---|---|
| Raytheon Aircraft Credit Corporation 8300 East Thorn Drive Suite 100 Wichita, KS 67226 | Mesa Airlines, Inc. | Beech Model 1900D | UE-244 | N244YV | Installed Engines: LH:1 14252/114473; RH: 114340/114390  Installed Propellers: LH: HJ-1746 RH: KX-279 | Airframe Location: ("ICT") Signature Flight Support; 1980 Airport Rd.; Wichita, KS 67209; Bryan L. Orr, General Manager; Tel: 316-522-2010; Direct: 316-522-2021 |
| Raytheon Aircraft Credit Corporation 8300 East Thorn Drive Suite 100 Wichita, KS 67226 | Mesa Airlines, Inc. | | | | Stored Engines: 1 14167/PS0052  Stored Propellers: HJ-627 HJ-1776 | Engine Location: ("ICT") Wichita Airport Authority Terminal Concourse storage space under GATE 9, Dennis Simmons, Director, Facilities Tel: 316-943-3246 |
| Raytheon Aircraft Credit Corporation 8300 East Thorn Drive Suite 100 Wichita, KS 67226 | Mesa Airlines, Inc. | | | | Stored Engines: PS0034 /114051 *  * Exchanged by Mesa for 114322 with P&WC | Engine Location: ("ICT") Wichita Airport Authority Terminal Concourse storage space under GATE 9, Dennis Simmons, Director, Facilities Tel: 316-943-3246 |
| Raytheon Aircraft Credit Corporation 8300 East Thorn Drive Suite 100 Wichita, KS 67226 | Mesa Airlines, Inc. | | | | Stored Engines: 114368 /114389 | Engine Location: ("ICT") Wichita Airport Authority Terminal Concourse storage space under GATE 9, Dennis Simmons, Director, Facilities Tel: 316-943-3246 |

| Raytheon Aircraft Credit Corporation<br>8300 East Thorn Drive<br>Suite 100<br>Wichita, KS 67226 | Mesa Airlines, Inc. | | | | Stored Engines:<br>114061/114482 | Engine Location: ("ICT") Wichita Airport Authority Terminal Concourse storage space under GATE 9, Dennis Simmons, Director, Facilities Tel: 316-943-3246 |

| Secured Party / Address | Debtor | Airframe Mfr. & Model | Mfr. Airframe Serial Number | U.S. Reg. No. | P&WC Engine Gas Gen/Pwr Sec. Serial Numbers & Propeller Serial Numbers | Location |
|---|---|---|---|---|---|---|
| Raytheon Aircraft Credit Corporation 8300 East Thorn Drive Suite 100 Wichita, KS 67226 | Mesa Airlines, Inc. | | | | Gas Gen 114350 | Engine Location: ("ICT") Hawker Beechcraft Services 1980 Airport Rd. Fred Zimblemann, General MGR Tel: 316-946-4300 |
| Raytheon Aircraft Credit Corporation 8300 East Thorn Drive Suite 100 Wichita, KS 67226 | Mesa Airlines, Inc. | | | | Pwr Sec. 114331 | Engine Location: ("ICT") Wichita Airport Authority Terminal Concourse storage Under GATE 9, Dennis Simmons Director, Facilities Tel: 316-943-3246 |
| Raytheon Aircraft Credit Corporation 8300 East Thorn Drive Suite 100 Wichita, KS 67226 | Mesa Airlines, Inc | | | | Propellers in storage: KX-124 KX-149 HJ-423 | Storage Location: Salina Airport Authority Hangar 703 3237 Arnold Ave.; Salina, KS 67401; Shelli R. Swanson, Manager of Administration and Finance |

| Secured Party / Address | Debtor | Airframe Mfr. & Model | Mfr. Airframe Serial Number | U.S. Reg. No. | AIRCRAFT RECORDS & Removed Parts | Location |
|---|---|---|---|---|---|---|
| Raytheon Aircraft Credit Corporation 8300 East Thorn Drive Suite 100 Wichita, KS 67226 | Mesa Airlines, Inc | | | | Misc. REMOVED LRU's Starter Generators, harnesses, lines, batteries, etc. | Engine Location: ("ICT") Wichita Airport Authority Terminal Concourse storage space under GATE 9, Dennis Simmons, Director, Facilities |
| Raytheon Aircraft Credit Corporation 8300 East Thorn Drive Suite 100 Wichita, KS 67226 | Mesa Airlines, Inc | | | | All aircraft records and related documents. | Engine Location:("ICT") Tel 316-943-3246_____ Wichita Airport Authority Terminal Concourse storage space under GATE 9, Dennis Simmons, Director, Facilities |
| | **Owner** | | | | **Misc. ground support items and Misc. Spare parts/components** | **Location** |
| | Mesa Airlines, Inc | | | | Misc. spare parts, components and equipment, including, without limitation, towing tug, ground power unit (GPU) and Nicad battery charger. | Wichita Airport Authority Terminal Concourse storage space under GATE 9, Dennis Simmons, Director, Facilities |