Mark G. Worischeck/Bar No. 011147
Nicholas A. Bender/Bar No. 027271
*Admitted Pro Hac Vice*
**SANDERS & PARKS, P.C.**
3030 North Third Street, Suite 1300
Phoenix, AZ  85012-3099
Phone:          (602) 532-5795
Facsimile:     (602) 230-5054
Mark.Worischeck@SandersParks.com
Nicholas.Bender@SandersParks.com

Attorneys for Movants Randy and Maria
     Klinckhardt, husband and wife

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re:<br><br>MESA AIR GROUP, INC.[1], *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case No. 10-10018(MG)<br><br>(Jointly Administered) |
|---|---|

### AMENDED NOTICE OF HEARING

### (To Correct Date for Deadline to File Response/Objection to Motion for Relief from Stay)

TO: (i) the Office of the United States Trustee; (ii) the Debtors and Debtors in Possession; (iii) affected parties; and (iv) those persons who have requested notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE NOTICE** that on January 19, 2010, Movants Randy and Maria Klinckhardt filed a Motion for Relief From Stay. [Dkt. #111].

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the relief sought in the Motion for Relief From Stay will be held **February 24, 2010 at 10:00 a.m. Prevailing Eastern**

---

[1] "Mesa Air Group, Inc." includes Mesa Air Group, Inc. (2351) and Mesa Airlines, Inc. (4800), both of which are Defendants in Maricopa County, State of Arizona, Cause No. CV2009-013787.

**Time** before the Honorable Martin Glenn, United States Bankruptcy Judge at the United States Bankruptcy Court for the District of New York, One Bowling Green, New York, New York 10004, Courtroom 501.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the relief sought in Movants Randy and Maria Klinckhardt's Motion for Relief From Stay must be filed with the Bankruptcy Court and served upon: (i) the chambers of the Honorable Martin Glenn, One Bowling Green, New York, New York 10004, Courtroom 501; (ii) Sanders & Parks, P.C., 3030 North Third Street, Suite 1300, Phoenix, Arizona 85012-3099 (Attn: Nicholas A. Bender); (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andrea B. Schwartz); (iv) counsel to any statutory committee(s) appointed in these chapter 11 cases; and (v) any person or entity with a particularized interest in the subject matter of the Motion for Relief From Stay, on or before **February 17, 2010 at 4:00 p.m. Prevailing Eastern Time.**

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE SUBJECT MOTION WITHOUT FURTHER NOTICE.**

DATED this 28th day of January, 2010.

**SANDERS & PARKS, P.C.**

By  /s/ Nicholas A. Bender
   Mark G. Worischeck
   Nicholas A. Bender
   3030 North Third Street, Suite 1300
   Phoenix, Arizona  85012-3099
   Attorneys for Movants Randy Klinckhardt and
   Maria Klinckhardt, husband and wife

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Movants Randy and Maria Klinckhardt's Notice of Hearing was sent electronically via transmission of a Notice of Electronic Filing generated by CM/ECF to those counsel or parties who are authorized to receive electronically Notices of Electronic Filing and via First Class Mail, postage paid, to the following on this 28th day of January, 2010:

Richard M. Pachulski,
**PACHULSKI STANG ZIEHL & JONES LLP**
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067-4100
*Counsel for Debtors and Debtors in Possession*

Brian S. Gillman, Esq.
**MESA AIR GROUP, INC. LAW DEPARTMENT**
410 N. 44th St., Ste. 700
Phoenix, AZ 85008
*Debtors and Debtors in Possession*

**PARCELS, INC.**
230 N. Market Street
P. O. Box 27
Wilmington, DE 19899

John Dean
**AIR LINE PILOTS ASSOCIATION MAG MED**
Two Gateway, Suite 340
432 North 44th Street
Phoenix, AZ 85008

Bernard F. Diederich, Senior Attorney
**OFFICE OF GENERAL COUNSEL, C-60**
US Department of Transportation
1200 New Jersey Avenue
SE Washington, DC 20590

Damon Walker, Transportation Industry Analyst
Air Carrier Fitness, X-56
Office of Aviation Analysis
**US DEPARTMENT OF TRANSPORTATION**
1200 New Jersey Avenue, SE
Washington, DC 20590

**INTERNAL REVENUE SERVICE**
P.O. Box 21126
Philadelphia, PA 19114-0326

**DEPARTMENT OF THE TREASURY**
500 Pennsylvania Ave, NW
Washington, DC 20220

**SECURITIES AND EXCHANGE COMMISSION**
SEC Headquarters 100 F Street, NE
Washington, DC 20549

**SECURITIES AND EXCHANGE COMMISSION**
Northeast Regional Office
Attn: George S. Canellos, Regional Director
3 World Financial, Suite 400
New York, NY 10281-1022

Neil Berger
Michael D. Hamersky
**TOGUT SEGAL & SEGAL LLP**
One Penn Plaza, Ste. 3335
New York, NY 10119-3335
*Counsel for Aloha Contract Services, Inc.*

Timothy J. Lynes
**KATTEN MUCHIN ROSENMAN LLP**
2900 K Street NW, Suite 200
Washington, DC 20007-5118
*Counsel for Embraer Aircraft Maintenance Services, Inc. and Embraer-Empresa Brasileira de Aeronautica S.A.*

Jeff J. Friedman
Merrit A. Pardini
**KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue
New York, NY 10022-2585
*Counsel for Embraer Aircraft Maintenance Services, Inc. and Embraer-Empresa Brasileira de Aeronautica S.A.*

**EPIQ BANKRUPTCY SOLUTIONS, LLC CLAIMS AGENT**
(f/k/a Bankruptcy Services LLC)
757 Third Avenue, 3rd Floor
New York, NY 10017

H. Slayton Dabney
**KING & SPALDING LLP**
1185 Avenue of the Americas
New York, NY 10036-4003
*Counsel for Delta Air Lines, Inc.*

Sarah R. Borders
Harris Winsberg
Michelle L. Carter
**KING & SPALDING LLP**
1180 Peachtree Street
Atlanta, Georgia 30309-3521
*Counsel for Delta Air Lines, Inc.*

Stephanie W. Mai
**BINGHAM MCCUTCHEN LLP**
399 Park Avenue
New York, NY 10022
*Counsel for Raytheon Aircraft Credit Corporation*

Peter D. Schellie
**BINGHAM MCCUTCHEN LLP**
2020 K Street, NW
Washington, DC 20006-1806
*Counsel for Raytheon Aircraft Credit Corporation*

Stephen H. Gross
**HODGSON RUSS LLP**
35 Old Sport Hill Road
Easton, CT 06612
*Counsel for Willis Lease Finance Corporation*

Alexandra Kelly
**VINSON & ELKINS LLP**
666 5th Avenue
New York, NY 10103

**CRAFT**
c/o Bombardier, as Servicer to CRAFT
261 Mountain View Drive
P.O. Box 991
Colchester, VT 05446

**BOMBARDIER CAPITAL INC.**
Attn: Martin Herman
261 Mountain View Drive
P.O. Box 991
Colchester, VT 05446

Rosa R. Orenstein
**SULLIVAN & HOLSTON**
4131 North Central Expwy., Suite 980
Dallas, TX 75204
*Counsel for Dallas/Fort Worth International Airport Board*

Maria A. Milano
**RIDDELL WILLIAMS P.S.**
1001 4th Avenue, Suite 4500
Seattle, WA 98154-1065
*On behalf of Interested Party Microsoft Corporation and Microsoft Licensing, GP*

Edward R. Glady, Jr.
Eric S. Rothblum
**POLSINELLI SHUGHART, P.C.**
Security Title Plaza
3636 N. Central Avenue, Suite 1200
Phoenix, AZ 85012
*Attorneys for Defendants in Maricopa County, Arizona, Superior Court Cause No. CV 2009-013787*

*Via Foreign First Class Mail*

**EXPORT DEVELOPMENT CANADA**
Attn: Sean Mitchell
151 O'Conner Street
Ottawa, Ontario K1A 1K3 Canada

**CANADIAN REGIONAL AIRCRAFT FINANCE**
Transaction No. 1 Limited
Attn: Cameron Mountenay
22 Grenville Street
St. Helier,
Jersey-Channel Islands

/s/ Nicholas A. Bender
Nicholas A. Bender