UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>MESA AIR GROUP, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 10-10018 (MG)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                   )  ss.:
COUNTY OF NEW YORK )

Christina F. Pullo, being duly sworn, deposes and says, under the penalty of perjury:

1. I am a Vice President and Senior Consultant of Epiq Bankruptcy Solutions, LLC ("Epiq") located at 757 Third Avenue, 3rd Floor, New York, New York 10017. I am authorized to submit this affidavit on behalf of Epiq. I am over the age of eighteen years and am not a party to the above-captioned action. Unless otherwise stated, I have personal knowledge of the facts hereinafter set forth.

2. I supervised service of the following materials:

    a. Notice of (A) Notification Procedures Applicable to Substantial Holders of Claims and Equity Securities and (B) Notification and Hearing Procedures for Trading in Claims and Equity Securities, dated January 26, 2010 (the "NOL Notice"), a copy of which is attached hereto as Exhibit 1; and

    b. Order Pursuant to Sections 105, 362 and 541 of the Bankruptcy Code and Bankruptcy Rule 3001 Establishing Notification and Hearing Procedure for Trading in Claims and Equity Securities,

---

[1] The Debtors are: Mesa Air Group, Inc. (2351); Mesa Air New York, Inc. (3457); Mesa In-Flight, Inc. (9110); Freedom Airlines, Inc. (9364); Mesa Airlines, Inc. (4800); MPD, Inc. (7849); Ritz Hotel Management Corp. (7688); Regional Aircraft Services, Inc. (1911); Air Midwest, Inc. (6610); Mesa Air Group Airline Inventory Management, LLC (2015); Nilchi, Inc. (5531); and Patar, Inc. (1653).

dated January 26, 2010 (the "NOL Order"), a copy of which is attached hereto as Exhibit 2.

3. On January 27, 2010, I caused to be delivered by hand or overnight delivery to the brokerage firms, banks, agents or other nominees (the "Nominees") identified on Exhibit 3 attached hereto, sufficient copies of the NOL Notice and NOL Order, as well as a Memorandum (which is attached hereto as Exhibit 4) instructing the Nominees to distribute those materials to the beneficial owners of the Debtors' public securities referenced therein.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

_/s/ Christina F. Pullo_
Christina F. Pullo

SUBSCRIBED AND SWORN TO BEFORE ME
this 28th day of January, 2010.

_/s/ Notary_
Notary Public

**LUCY MERINO**
Notary Public, State of New York
No. 01ME6207468
Qualified in New York County
Commission Expires June 15, 2013

2