REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Telephone: 212.521.5400
Facsimile: 212.521.5450
Edward J. Estrada (EE-6416)
Christopher A. Lynch (CL-3290)

MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28202
Telephone: 704.331.1000
Facsimile: 704.409.1159
Steve Gruendel, Esq.
Luis M. Lluberas-Oliver, Esq.

*Attorneys for Wells Fargo Bank, N.A.*
*and Wells Fargo Equipment Finance, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **MESA AIR GROUP, INC., et al.,** | Case No. 10-10018 (MG) |
| Debtors. | (Jointly Administered) |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Reed Smith LLP and Moore & Van Allen PLLC hereby give notice pursuant to Bankruptcy Rule 9010(b) that they are appearing in the above-captioned bankruptcy case on behalf of Wells Fargo Bank, N.A. and Wells Fargo Equipment Finance, Inc. (collectively, "Wells Fargo"). Reed Smith LLP and Moore & Van Allen PLLC request that they receive all notices and all other papers served or filed in this case (including pleadings, motions,

applications, orders, plans, disclosure statements, financial and other reports). Pursuant to Bankruptcy Rule 2002(g), all notices and papers should be sent to the following addresses:

| | |
|---|---|
| Edward J. Estrada, Esq. | Steve Gruendel, Esq. |
| Christopher A. Lynch, Esq. | Luis M. Lluberas-Oliver, Esq. |
| REED SMITH LLP | MOORE & VAN ALLEN PLLC |
| 599 Lexington Avenue, 22nd Floor | 100 North Tryon Street, Suite 4700 |
| New York, New York 10022 | Charlotte, North Carolina 28202 |
| Telephone: 212.521.5400 | Telephone: 704.331.1000 |
| Facsimile: 212.521.5450 | Facsimile: 704.331.1159 |
| eestrada@reedsmith.com | luislluberas@mvalaw.com |
| clynch@reedsmith.com | stevegruendel@mvalaw.com |

Reed Smith LLP and Moore & Van Allen PLLC further request that they be added to the appropriate lists and matrixes in this case.

This request for notice is intended, without limitation, to constitute such request for service as is required by Bankruptcy Rules 2002(i) and 3017(a), and a request for court designated service as set forth in Bankruptcy Rules 3019, 3020(b)(1), 4001(a)(1), 6006(c), 9007, 9013 and 9019.

PLEASE TAKE FURTHER NOTICE that neither this Entry of Appearance and Request for Notices nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Wells Fargo's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable in any case, controversy or adversary proceeding; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Wells Fargo is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: February 1, 2010  Respectfully submitted,

**REED SMITH LLP**

By: _/s/Edward J. Estrada_
    Edward J. Estrada, Esq. (EE-6416)
    Christopher A. Lynch, Esq. (CL-3290)
    599 Lexington Avenue, 22nd Floor
    New York, New York 10022
    Telephone: 212.521.5400
    Facsimile: 212.521.5450

    -and

    MOORE & VAN ALLEN PLLC
    Steve Gruendel, Esq.
    Luis M. Lluberas-Oliver, Esq.
    100 North Tryon Street, Suite 4700
    Charlotte, North Carolina 28202
    Telephone: 704.331.1000
    Facsimile: 704.409.1159

    *Attorneys for Wells Fargo Bank, N.A.*
    *and Wells Fargo Equipment Finance, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
                                                                 :
In re:                                                           :  Chapter 11
                                                                 :
MESA AIR GROUP, INC., et al.,                                    :  Case No. 10-10018 (MG)
                                                                 :
                        Debtors.                                 :  (Jointly Administered)
                                                                 :
---------------------------------------------------------------- X

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 1st day of February, 2010, a true and correct copy of the attached **NOTICE OF APPEARANCE AND REQUEST FOR NOTICES** was caused to be served via ECF Electronic Notification to all parties having appeared and via First-Class US Mail to the parties set forth below.


Dated: February 1, 2010                     */s/Amanda Leonard*
       New York, New York                    AMANDA LEONARD


**SERVICE LIST:**

Debra Grassgreen
Pachulski Stang Ziehl & Jones, LLP
150 California Street, 15th Floor
San Francisco, CA 94111

Laura Davis Jones
Pachulski , Stang, Ziehl & Jones, LLP
919 N. Market Street , 17th Floor
Wilmington, DE 19899

Maria A. Bove
Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, NY 10017-2024

Ross Barr
Jones Day
222 E. 41st Street
New York, NY 10017

Andrea B. Schwartz
Dep't of Justice - Office of U.S.Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017

Lorenzo Marinuzzi
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104