GREENBERG TRAURIG LLP
200 Park Avenue
New York, NY  10166
Telephone:  212-801-9200
Fax:  212-801-6400 fax
   *and*
GREENBERG TRAURIG, LLP
Diane E. Vuocolo, Esquire
Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone:  215-988-7803
Fax:  215-717-5230
E-mail:  vuocolod@gtlaw.com
*Attorneys for Bank of Hawaii*

**UNITED STATES BANKRUPTCY COURT**
**THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **MESA AIR GROUP, INC.** *et al.* | ) | **Case No. 10-10018-MG** |
| | ) | |
| Debtors[1] | ) | **(Jointly Administered)** |
| | ) | |

**CERTIFICATE OF SERVICE**

  I, Diane E. Vuocolo, Esquire, of Greenberg Traurig, LLP, attorneys for Bank of Hawaii, hereby certify that on the 2nd day of February 2010, I have caused a copy of the following pleading:

**Bank of Hawaii Leasing, Inc.'s Objection To Debtors' Motion For Order Pursuant To Sections 105, 363, 365, 554, And 1110 Of The Bankruptcy Code And Bankruptcy Rules 6004, 6006, And 6007 For (I) Authorization To (A) Reject Leases Relating To Certain Aircraft And Other Related Equipment, (B) Abandon Certain Aircraft, Engines, And Other Related Equipment, (C) Transfer Title To Certain Aircraft, Engines, And Other Related Equipment,**

---

[1]  The Debtors are:  Mesa Air Group, Inc. (2351); Mesa Air New York, Inc. (3457); Mesa In-Flight, Inc. (9110); Freedom Airlines, Inc. (9364); Mesa Airlines, Inc. (4800); MPD, Inc. (7849); Ritz Hotel Management Corp. (7688); Regional Aircraft Services, Inc. (1911); Air Midwest, Inc. (6610); Mesa Air Group Airline Inventory Management, LLC (2015); Nilchi, Inc. (5531); and Patar, Inc. (1653).

**And (D) Satisfy The Surrender And Return Requirements Under The Bankruptcy Code, And (II) Approval Of Related Notices And Procedures**

to be served upon the interested parties listed on the attached Service List in the manner indicated.

Dated: February 2, 2010

*/s/ Diane E. Vuocolo*
Diane E. Vuocolo, Esquire (4080941)
GREENBERG TRAURIG LLP
200 Park Avenue
New York, NY  10166
Telephone:  212-801-9200
Fax:  212-801-6400 fax
    *and*
GREENBERG TRAURIG, LLP
Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone:  215-988-7803
Fax: 215-717-5230
E-mail:  vuocolod@gtlaw.com
*Attorneys for Bank of Hawaii Leasing, Inc.*

*PHI 316,539,068v1*

MESA AIR GROUP, INC., *et al*
BANKRUPTCY CASE NO. 10-10018-MG
(Jointly Administered)
<u>SERVICE LIST</u>

| **VIA EMAIL, FEDEX PRIORITY AM DELIVERY AND REGULAR MAIL**<br>Maria Bove, Esquire<br>Robert J. Fienstein, Esquire<br>**Pachulski Stang Ziehl & Jones LLP**<br>780 Third Avenue, 36th Floor<br>New York, NY 10017-2024<br>Phone: 212-561-7700<br>Fax: 212-561-7777<br>Email: mbove@pszjlaw.com<br>Email: rfeinstein@pszj.law.com<br>*Attorneys for Debtors* | **VIA FEDEX PRIORITY AM DELIVERY AND REGULAR MAIL**<br>Mesa Air Group, Inc.<br>Law Department<br>Attention: Brian S. Gillman, Esquire<br>410 N. 44th Street, Suite 700<br>Phoenix, AZ 85008 |
|---|---|
| **VIA EMAIL (to Debra Grassgreen), FEDEX PRIORITY AM DELIVERY AND REGULAR MAIL**<br>Debra Grassgreen, Esquire<br>Joshua M. Fried, Esquire<br>**Pachulski Stang Ziehl & Jones LLP**<br>150 California Street, 15th Floor<br>San Francisco, CA 94111<br>Phone: 415-263-7000<br>Fax: 415-263-7010<br>Email: dgrassgreen@pszjlaw.com<br>*Attorneys for Debtors* | Laura Davis Jones, Esquire<br>**Pachulski Stang Ziehl & Jones LLP**<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19899<br>Phone: 302-652-4100<br>Fax: 302-652-4400<br>Email: ljones@pszjlaw.com<br>*Attorneys for Debtors* |
| Ross Barr, Esquire<br>**Jones Day**<br>222 E. 41st Street<br>New York, NY 10017<br>Phone: 212-326-7887<br>Fax: 212-755-7306<br>Email: rsbarr@jonesday.com<br>*Attorneys for Debtors* | |
| **VIA EMAIL, FEDEX PRIORITY AM DELIVERY AND REGULAR MAIL**<br>Andrea B. Schwartz, Esquire<br>**Dept of Justice**<br>**Office of the United States Trustee**<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004<br>Phone: 212-510-0500<br>Fax: 212-668-2255<br>Email: andrea.b.schwartz@usdoj.gov<br>*U.S. Trustee* | Jeff J. Friedman, Esquire<br>Merritt A. Pardini, Esquire<br>**Katten Muchin Rosenman LLP**<br>575 Madison Avenue<br>New York, NY 10022-2585<br>Phone: 212-940-6742<br>Fax: 212-894-5742<br>*Attorneys for Embraer Aircraft Maintenance Services, Inc. and Embraer-Empresa Brasileira de Aeronautica S.A.* |

*PHI 316,539,068v1*

| | |
|---|---|
| Timothy J. Lynes, Esquire<br>**Katten Muchin Rosenman LLP**<br>2900 K Street NW<br>Suite 200<br>Washington, DC  20007-5118<br>*Attorneys for Embraer Aircraft Maintenance Services, Inc. and Embraier-Empresa Brasileira de Aeronautica S.A.* | Peter S. Partee, Esquire<br>Scott H. Bernstein, Esquire<br>Robert A. Rich, Esquire<br>**Hunton & Williams LLP**<br>200 Park Avenue, 53rd Floor<br>New York, NY  10166<br>Phone:  212-309-1000<br>Fax:  212-309-1100 (Partee)<br>Fax:  212-309-1875 (Bernstein)<br>Fax:  212-309-1884 (Rich)<br>Email:  ppartee@hunton.com<br>Email:  sbernstein@hunton.com<br>Email:  rrich2@hunton.com<br>*Attorneys for Phillip Morris Capital Corporation* |
| Jay R. Bender, Esquire<br>Jennifer Harris Henderson, Esquire<br>Molly Taylor, Esquire<br>**Bradley Arant Boult Cummings LLP**<br>One Federal Place<br>1819 Fifth Avenue North<br>Birmingham, AL  35203<br>Phone:  215-521-8000<br>Fax:  205-521-8800<br>Email:  jbender@babc.com<br>Email:  jhenderson@babc.com<br>Email:  mtaylor@babc.com<br>*Attorneys for Fokker Services, Inc.* | Michael T. Conway, Esquire<br>**LeClairRyan, PC**<br>830 Third Avenue, 5th Floor<br>New York, NY  10022<br>Phone:  212-430-8032<br>Fax:  212-430-8062<br>Email:  michael.conway@leclairryan.com<br>*Attorneys for Airlines Reporting Corporation* |
| C. Erik Gustafson, Esquire<br>**LeClairRyan, PC**<br>2318 Mill Road, Suite 1100<br>Alexandria, VA  22314<br>Phone:  703-647-5902<br>Fax:  703-684-8075<br>*Attorneys for Airlines Reporting Corporation* | Richard M. Seltzer, Esquire<br>Thomas N. Ciantra, Esquire<br>**Cohen, Weiss and Simon LLP**<br>330 West 42nd Street<br>New York, NY  10036<br>Phone:  212-563-4100<br>Fax:  212-695-5436<br>Email:  rseltzer@cwsny.com<br>Email:  tciantra@cwsny.com<br>*Attorneys for Air Line Pilots Association, International ("ALPA")* |
| John Dean<br>Air Line Pilots Association MAG MEC<br>Two Gateway, Suite 340<br>432 North 44th Street<br>Phoenix, AZ  85008<br>Phone:  602-306-1116<br>Fax:  602-306-4119<br>Email:  john.dean@alpa.org<br>*Attorneys for Air Line Pilots Association, International ("ALPA")* | Neal D. Colton, Esquire<br>Eric L. Scherling, Esquire<br>**Cozen O'Connor**<br>1900 Market Street<br>Philadelphia, PA  19103<br>Phone:  215-665-2060/2042<br>Fax:  215-701-2060/2081<br>Email:  ncolton@cozen.com<br>Email:  scherling@cozen.com<br>*Attorneys for Coventry Health Care, Inc.* |

2

| | |
|---|---|
| Diane E. Vuocolo, Esquire<br>**Greenberg Traurig, LLP**<br>Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103<br>Phone: 215-988-7803<br>Fax: 215-717-5230<br>***Attorneys for Bank of Hawaii*** | Elizabeth Banda Calvo, Esquire<br>**Perdue, Brandon, Fielder, Collins & Mott, LLP**<br>P.O. Box 13430<br>Arlington, TX 76094-0430<br>Phone: 817-461-3344<br>Fax: 817-860-6509<br>Email: ebcalvo@pbfcm.com<br>***Attorneys for City of Grapevine & Grapevine-Colleyville ISD*** |
| Richard G. Smolev, Esquire<br>Philip J. Gross, Esquire<br>**Kaye Scholer LLP**<br>425 Park Avenue<br>New York, NY 10022<br>Phone: 212-836-8000<br>Fax: 212-836-6316<br>Email: smolev@kayescholer.com<br>Email: philip.gross@kayescholer.com<br>***Attorneys for Bank of America, National Association, as Successor to Fleet National Bank and AT&T Capital Services, Inc., f/k/a Ameritech Credit Corporation*** | Richard G. Smolev, Esquire<br>Philip J. Gross, Esquire<br>**Kaye Scholer LLP**<br>425 Park Avenue<br>New York, NY 10022<br>Phone: 212-836-8000<br>Fax: 212-836-6316<br>Email: smolev@kayescholer.com<br>Email: philip.gross@kayescholer.com<br>***Attorneys for Universal Asset Management, Inc. Aircraft Solutions CRJ-200LR, LLC, and Aircraft Solutions ERJ-145, LLC*** |
| H. Slayton Dabney, Esquire<br>**KING & SPALDING LLP**<br>1185 Avenue of the Americas<br>New York, NY 10036-4003<br>Phone: 212-556-2100-<br>Fax: 212-556-2222<br>Email: sdabney@kslaw.com<br>***Attorneys for Delta Air Lines, Inc.*** | Sarah R. Borders, Esquire<br>Harris Winsberg, Esquire<br>Michelle L. Carter, Esquire<br>**KING & SPALDING LLP**<br>1180 Peachtree Street<br>Atlanta, GA 30309<br>Phone: 404-572-4600<br>Fax: 404-572-5128<br>Email: sborders@kslaw.com<br>         hwinsberg@kslaw.com<br>***Attorneys for Delta Air Lines, Inc.*** |
| Peter D. Schellie, Esquire<br>**Bingham McCutchen LLP**<br>2020 K Street, N.W.<br>Washington, DC 20006<br>Phone 202-373-6150<br>Fax: 202-373-6001<br>Email: peter.schellie@bingham.com<br>***Attorneys for Raytheon Aircraft Credit Corporation*** | Stephanie W. Mai, Esquire<br>**Bingham McCutchen LLP**<br>399 Park Avenue<br>New York, NY 10022<br>Phone 212-705-7000<br>Fax: 212-752-5378<br>Email: stephanie.mai@bingham.com<br>***Attorneys for Raytheon Aircraft Credit Corporation*** |
| Matthew A. Hamermesh, Esquire<br>Joseph A. Dworetzky, Esquire<br>**Hangley Aronchick Segal & Pudlin**<br>One Logan Square, 27th floor<br>Philadelphia, PA 19103<br>Phone 215-568-6200<br>Fax: 215-568-0300<br>***Attorneys for Sunoco, Inc. (R&M)*** | Stephen H. Gross, Esquire<br>35 Old Sport Hill Road<br>Easton, CT 06612<br>Email: shgross5@yahoo.com<br>***Attorneys for Willis Lease Finance Corporation*** |

3

| | |
|---|---|
| Richard P. Krasnow, Esquire<br>Kelly DiBlasi, Esquire<br>**Weil, Gotshal & Manges LLP**<br>767 Fifth Avenue<br>New York, NY  10153<br>Phone:  212-310-8000<br>Fax:  212-310-8007<br>Email:  richard.krasnow@weil.com<br>Email:  kelly.diblasi@weil.com<br>*Attorneys for GE Capital Aviation Services LLC and GE Capital Aviation Services Limited* | Corrine L. Burnick, Esquire<br>**Shipman & Goodwin LLP**<br>One Constitution Plaza<br>Hartford, CT  06103-1919<br>Phone:  860-251-5614<br>Fax:  860-251-5312<br>Email:  bankruptcy@goodwin.com<br>*Attorneys for U.S. Bank National Association, as Trustee* |
| Kathleen M. LaManna, Esquire<br>**Shipman & Goodwin LLP**<br>One Constitution Plaza<br>Hartford, CT  06103-1919<br>Phone:  860-251-5603<br>Fax:  860-251-5218<br>Email:  bankruptcy@goodwin.com<br>*Attorneys for U.S. Bank National Association, as Trustee* | **VIA EMAIL, FEDEX PRIORITY AM DELIVERY AND REGULAR MAIL**<br>Brett Miller, Esquire<br>Lorenzo Marinuzzi, Esquire<br>Todd Goren, Esquire<br>**Morrison & Foerster LLP**<br>1290 Avenue of the Americas<br>New York, NY  10104<br>Phone: 212-468-800<br>Fax: 212-468-7900<br>Email:  BMiller@mofo.com<br>            LMarinuzzi@mofo.com<br>            TGoren@mofo.com<br>*Attorneys for the Official Committee of Unsecured Creditors of Mesa Air Group, Inc., et al.* |
| Rosa R. Orenstein, Esquire<br>**Sullivan & Holston**<br>4131 North Central Expressway, Suite 980<br>Dallas, TX  75204<br>Phone:  214-528-9560<br>Fax:  214-528-9581<br>*Attorneys for Dallas/Fort Worth International Airport Board* | Michael G. Burke, Esquire<br>Sidley Austin LLP<br>787 Seventh Avenue<br>New York, NY  10019<br>Phone:  212-839-5300<br>Fax:  212-839-5599<br>Email:  mburke@sidley.com<br>*Attorneys for Bombardier Inc., Bombardier Capital Inc. and Bombardier Services Corporation* |
| Neil Berger, Esquire<br>Michael D. Hamersky, Esquire<br>One Penn Plaza, Suite 3335<br>New York, NY  10119<br>Phone:  212-594-5000<br>Fax:  212-967-4258<br>Email:  neilberger@teamtogut.com<br>            mhamersky@teamtogut.com<br>*Attorneys for Aloha Contract Services, Inc.* | Raniero D'Aversa, Jr., Esquire<br>Laura D. Metzger, Esquire<br>**Orrick, Herrington & Sutcliffe LLP**<br>666 Fifth Avenue<br>New York, NY  10103-0001<br>Phone:  212-506-5000<br>Fax:  212-506-5151<br>Email:  rdaversa@orrick.com<br>            Lmetzger@orrick.com<br>*Attorneys for Wilmington Trust Company* |

4

*PHI 316,539,068v1*

| | |
|---|---|
| David A. Vanaskey, Jr., Vice President<br>Wilmington Trust Company<br>Rodney Square North<br>1100 North Market Street<br>Wilmington, DE  19890<br>Phone:  302-636-6019<br>Fax:  302-636-4140<br>Email:  dvanaskey@wilmingtontrust.com | Albert F. Nasuti, Esquire<br>Thompson, O'Brien, Kemp & Nasuti, P.C.<br>40 Technology Parkway South, Suite 300<br>Norcross, GA  30092<br>Phone:  770-925-0111<br>***Attorneys for Mansfield Oil Company*** |

5