OLASOV + HOLLANDER
Rachel L. Hollander
1325 Avenue of the Americas
27th Floor
New York, New York 10019
Telephone: 212-763-8416
Facsimile:  212-763-8414


CALLISTER NEBEKER & McCULLOUGH
T. Richard Davis
Carolyn Montgomery
10 East South Temple, Suite 900
Salt Lake City, UT  84133
Telephone: (801) 530-7300
Facsimile: (801) 364-9127
[Admission Pro Hac Vice Pending]

*Attorneys for Zions Credit Corporation*

Hearing Date: February 9, 2010
Hearing Time: 3:00 p.m.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------

In re:

    MESA AIR GROUP, INC., *et al*.,

Chapter 11

Case No. 10-10018 (MG)

(Jointly Administered)

------------------------------------------------------------------

**ZIONS CREDIT CORPORATION'S OBJECTION TO DEBTORS' MOTION FOR ORDER PURSUANT TO SECTIONS 105, 363, 365, 554, AND 1110 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 6004, 6006, AND 6007 FOR (I) AUTHORIZATION TO (A) REJECT LEASES RELATING TO CERTAIN AIRCRAFT AND OTHER RELATED EQUIPMENT, (B) ABANDON CERTAIN AIRCRAFT, ENGINES AND OTHER RELATED EQUIPMENT, (C) TRANSFER TITLE TO CERTAIN AIRCRAFT, ENGINES AND OTHER RELATED EQUIPMENT, AND (D) SATISFY THE SURRENDER AND RETURN REQUIREMENTS UNDER THE BANKRUPTCY CODE, AND (II) APPROVAL OF RELATED NOTICES AND PROCEDURES**

TO THE HONORABLE MARTIN GLENN:

Zions Credit Corporation ("Zions"), by and through its counsel of record, hereby responds to the *Debtors' Motion for Order Pursuant to Sections 105, 363, 365, 554, and 1110 of the Bankruptcy Code and Bankruptcy Rules 6004, 6006, and 6007 for (I) Authorization to (A) Reject Leases Relating to Certain Aircraft and Other Related Equipment, (B) Abandon Certain Aircraft, Engines and Other Related Equipment, (C) Transfer Title to Certain Aircraft, Engines and Other Related Equipment, and (D) Satisfy the Surrender and Return Requirements under the Bankruptcy Code, and (II) Approval of Related Notices and Procedures* (the "Rejection Procedures Motion"), filed on behalf of the Debtors on January 25, 2010 [Docket No. 168], and respectfully represents as follows:

## FACTUAL BACKGROUND

1. Zions is owner participant with respect to a certain de Havilland DHC 8-202 aircraft bearing United States Registration Number N445YV (the "N445YV Aircraft") pursuant to a certain Trust Agreement between Zions, as owner participant, and First Security Bank, n/k/a/ Wells Fargo Bank Northwest, N.A., as owner trustee (the "Owner Trustee"); and that certain Trust Indenture between the Owner Trustee and Fleet National Bank, as indenture trustee (the "Indenture Trustee").

2. The Owner Trustee leased the N445YV Aircraft to Mesa Air Group, Inc. pursuant to that certain Lease Agreement dated as of September 27, 1996 between the Owner Trustee and Mesa Air Group, Inc.

3. Zions is owner participant with respect to a certain de Havilland DHC 8-202 aircraft bearing United States Registration Number N446YV (the "N446YV Aircraft") pursuant to a certain Trust Agreement between Zions, as owner participant, and the Owner Trustee; and that certain Trust Indenture between the Owner Trustee and the Indenture Trustee.

4.      The Owner Trustee leased the N446YV Aircraft to Mesa Airlines, Inc. pursuant to that certain Lease Agreement dated as of December 12, 1996 between the Owner Trustee and Mesa Airlines, Inc.

**PROCEDURAL BACKGROUND**

5.      On January 25, 2010 the Debtors filed the Rejection Procedures Motion seeking entry of an order to establish procedures for giving notices of rejection regarding certain leases of aircraft, engines and related equipment and procedures for satisfying Debtors' surrender and return requirements under 11 U.S.C. § 1110(c).

6.      On February 2, 2010, the following parties in interest filed Objections to the Rejection Procedures Motion (the "Objections"):

      a.      Bank of Hawaii Leasing, Inc.  [Docket No. 212]

      b.      M&T Bank [Docket No. 218]

      c.      Integra Bank, N.A. and IBNK Leasing Corp. [Docket No. 220]

**ARGUMENT**

7.      Zions joins in the Objections and the arguments set forth therein and on that basis requests that the Rejection Procedures Motion be denied.

**RESERVATION OF RIGHTS**

8.      Zions reserves its right to further object to the Rejection Procedures Motion on any and all grounds prior to any hearing on the Rejection Procedures Motion.

[Remainder of page intentionally left blank]

WHEREFORE, Zions Credit Corporation respectfully requests that the Court deny the relief requested in the Rejection Procedures Motion and grant such other and further relief as the Court deems just and equitable.

Dated: February 2, 2010

        OLASOV + HOLLANDER

        By: /s/ Rachel L. Hollander\_\_\_\_
        Rachel L. Hollander, Esq.
        1325 Avenue of the Americas
        27th Floor
        New York, New York 10019
        Telephone: 212-763-8416
        Facsimile: 212-763-8414
        Email: RHollander@olasov.com

        CALLISTER NEBEKER &
        McCULLOUGH

        By: /s/ Carolyn Montgomery\_\_\_
        T. Richard Davis, Esq.
        Carolyn Montgomery, Esq.
        10 East South Temple, Suite 900
        Salt Lake City, UT 84133
        Telephone: (801) 530-7300
        Facsimile: (801) 364-9127
        Email: trdavis@cnmlaw.com
              cmontgomery@cnmlaw.com
        [Admission Pro Hac Vice Pending]

        *Attorneys for Zions Credit Corporation*