UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re:

MESA AIR GROUP, INC., *et al.*,

                         Debtors.[1]

Chapter 11

Case No. 10-10018 (MG)

(Jointly Administered)

---------------------------------------------------------------x

## **NOTICE OF STATUS AS A SUBSTANTIAL CLAIMHOLDER[2]**

       PLEASE TAKE NOTICE that Bank of America, National Association, as successor to Fleet National Bank ("BofA") is a Substantial Claimholder with respect to claims against Mesa Air Group, Inc. ("Mesa") and its affiliated debtors and debtors-in-possession (the "Debtors") in Case No.10-10018 (MG), pending in the United States Bankruptcy Court for the Southern District of New York.

       PLEASE TAKE FURTHER NOTICE that, as of February 5, 2010, BofA beneficially owns claims in an aggregate principal amount in excess of $25,000,000.00 against the Debtors. The following table sets forth the name of the Debtor issuer, a summary of the terms, and the date on which BofA acquired or otherwise became the beneficial owner of each such claim:

| Debtor | Terms | Date Acquired |
|---|---|---|
| Mesa Airlines, Inc. | Lease – MSN 145517 | July 17, 2002 |
| Mesa Airlines, Inc. | Lease – MSN 145530 | July 17, 2002 |
| Mesa Airlines, Inc. | Lease – MSN 145534 | July 17, 2002 |
| Mesa Airlines, Inc. | Lease – MSN 145568 | July 17, 2002 |
| Mesa Airlines, Inc. | Lease – MSN 145572 | July 17, 2002 |
| Mesa Airlines, Inc. | Lease – MSN 145567 | July 17, 2002 |

---

[1] The Debtors are: Mesa Air Group, Inc. (2351); Mesa Air New York, Inc. (3457); Mesa In-Flight, Inc. (9110); Freedom Airlines, Inc. (9364); Mesa Airlines, Inc. (4800); MPD, Inc. (7849); Ritz Hotel Management Corp. (7688); Regional Aircraft Services, Inc. (1911); Air Midwest, Inc. (6610); Mesa Air Group Airline Inventory Management, LLC (2015); Nilchi, Inc. (5531); and Patar, Inc. (1653).

[2] For purposes of this Notice: (i) a "Substantial Claimholder" is any person or entity that beneficially owns (A) an aggregate principal amount of claims against the Debtors or any controlled entity through which a Substantial Claimholder beneficially owns an indirect interest in claims against the Debtors, (B) a lease or leases under which one or more of the Debtors are lessees and pursuant to which payments are or will become due, or (C) any combination of (A) and (B), in each case, in an amount equal to or exceeding $25,000,000; (ii) "beneficial ownership" of claims includes direct and indirect ownership (e.g, a holding company would be considered to beneficially own all shares owned or acquired by its subsidiaries), ownership by family members and any group of persons acting pursuant to a formal or informal understanding to make a coordinated acquisition of claims, and ownership of claims which such holder has an option to acquire; and (iii) an "option" to acquire claims includes any contingent purchase, put, contract to acquire a claim(s) or similar interest, regardless of whether it is contingent or otherwise not currently exercisable.

| Debtor | Terms | Date Acquired |
|---|---|---|
| Mesa Airlines, Inc. | Lease – MSN 145464 | July 3, 2002 |
| Mesa Airlines, Inc. | Lease – MSN 145490 | July 10, 2002 |
| Mesa Airlines, Inc. | Lease – MSN 145614 | August 5, 2002 |
| Mesa Airlines, Inc. | Lease – MSN 145626 | August 22, 2002 |

PLEASE TAKE FURTHER NOTICE that the taxpayer identification number of BofA will be provided to the Debtors upon request.

**PLEASE TAKE FURTHER NOTICE** that, under penalties of perjury, BofA hereby declares that it has examined this Notice, and, to the best of its knowledge and belief, this Notice is true, correct and complete.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to that certain Order Under 11 U.S.C. §§ 105, 362 and 541 and Bankruptcy Rule 3001 Establishing Notice and Hearing Procedures for Trading in Claims and Equity Securities, this Notice is being (A) filed with the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York, 10004, and (B) served upon (i) the Debtors, Mesa Air Group, Inc., 401 N. 44th Street, Suite 100, Phoenix, AZ 85008, Attn: Brian S. Gillman, (ii) Pachulski Stang Ziehl & Jones LLP, counsel to the Debtors, 780 Third Avenue, 36th Floor, New York, New York 10017, Attn: Debra I. Grassgreen, Joshua M. Fried, Maria A. Bove.

[The remainder of the page is intentionally left blank]

This Notice is given in addition to, and not as a substitute for, any requisite notice under Rule 3001(e) of the Federal Rules of Bankruptcy Procedure.

>Respectfully submitted,
>
>**Bank of America, National Association, as successor to Fleet National Bank**
>
>By: /s/ Dawn L. Kinney
>
>Name: Dawn L. Kinney
>
>Title: Senior Vice President
>
>Address: 555 California Street, 4th Floor
>
>San Francisco, CA 94104
>
>Tel: 415-765-7359
>
>Fax: 415-765-7373

Date: February 5, 2010