PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: 212-561-7700
Facsimile: 212-561-7777
Richard M. Pachulski
Laura Davis Jones
Debra I. Grassgreen
Joshua M. Fried
Maria A. Bove

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MESA AIR GROUP, INC., *et al*.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 10-10018 (MG)<br><br>(Jointly Administered) |

**NOTICE OF CONTINUANCE OF STATUS CONFERENCE**
**AND TELEPHONIC PROCEDURES THEREFOR**

**PLEASE TAKE NOTICE** that the telephonic status conference (the "Status Conference") regarding the *Debtors' Motion for Authorization Pursuant to Section 365 of the Bankruptcy Code to Assume Code-Share Agreement, as Amended, with Delta Air Lines, Inc.* [Docket No. 112] has been continued from Tuesday, February 16, 2010, at 4:00 P.M. to **Thursday, April 15, 2010, at 10:00 A.M.**

**PLEASE TAKE FURTHER NOTICE** that counsel for Mesa Air Group, Inc., *et al.* (the "Debtors") have arranged the necessary telephonic conference procedures with CourtCall LLC ("CourtCall") for the Status Conference.

---

[1] The Debtors are: Mesa Air Group, Inc. (2351); Mesa Air New York, Inc. (3457); Mesa In-Flight, Inc. (9110); Freedom Airlines, Inc. (9364); Mesa Airlines, Inc. (4800); MPD, Inc. (7849); Ritz Hotel Management Corp. (7688); Regional Aircraft Services, Inc. (1911); Air Midwest, Inc. (6610); Mesa Air Group Airline Inventory Management, LLC (2015); Nilchi, Inc. (5531); and Patar, Inc. (1653).

**PLEASE TAKE FURTHER NOTICE** that each party wishing to appear telephonically at the Status Conference must call CourtCall at 866-582-6878 **BEFORE 4:30 P.M. (EASTERN TIME) on WEDNESDAY, APRIL 14, 2010**, and provide the following information:

|  |  |
|---|---|
| Case Name: | Mesa Air Group, Inc. |
| Case No.: | 10-10018 (MG) |
| Jurisdiction: | U.S. Bankruptcy Court, Southern District of New York |
| Dept/Judge: | Honorable Martin Glenn |
| Proceeding: | Status Conference on Debtors' Motion for Authorization Pursuant to Section 365 of the Bankruptcy Code to Assume Code Share Agreement, as Amended, with Delta Air Lines, Inc. [Docket No. 112] |
| Date/Time: | Thursday, April 15, 2010, at 10:00 a.m. (Eastern Time) |

Dated: February 16, 2010
New York, New York

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Maria A. Bove*
Richard M Pachulski
Laura Davis Jones
Debra I. Grassgreen
Joshua M. Fried
Maria A. Bove
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

Attorneys for Debtors
and Debtors in Possession

