PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: 212-561-7700
Facsimile:  212-561-7777
Richard M. Pachulski
Laura Davis Jones
Debra I. Grassgreen
Joshua M. Fried
Maria A. Bove

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| MESA AIR GROUP, INC., *et al.*, | Case No. 10-10018 (MG) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF CONTINUANCE OF HEARING
## ON BONUS PAYMENTS PURSUANT TO DEBTORS' MOTION, PURSUANT TO SECTIONS 105(a), 363(b), AND 503(b) OF THE BANKRUPTCY CODE, AUTHORIZING, BUT NOT DIRECTING, DEBTORS TO (I) PAY CERTAIN PREPETITION WAGES, COMPENSATION AND EMPLOYEE BENEFITS; (II) CONTINUE PAYMENT OF WAGES, COMPENSATION AND EMPLOYEE BENEFITS IN THE ORDINARY COURSE OF BUSINESS; AND (III) AUTHORIZING AND DIRECTING APPLICABLE BANKS AND OTHER FINANCIAL INSTITUTIONS TO PROCESS AND PAY ALL CHECKS PRESENTED FOR PAYMENT AND TO HONOR ALL FUNDS TRANSFER REQUESTS MADE BY DEBTORS <u>RELATING TO THE FOREGOING</u>

**PLEASE TAKE NOTICE** that the hearing to consider approval of the request to

pay (i) the Incentive Plan Obligations to Michael L. Ferverda, David K. Butler, Paul F. Foley,

Brian S. Gillman, Keith C. Kranzow and Gary W. Appling and (ii) the Executive Bonuses

(collectively the "<u>Bonus Payments</u>"), as set forth in the *Debtors' Motion For Entry Of An Interim*

---

[1] The Debtors are:  Mesa Air Group, Inc. (2351); Mesa Air New York, Inc. (3457); Mesa In-Flight, Inc. (9110); Freedom Airlines, Inc. (9364); Mesa Airlines, Inc. (4800); MPD, Inc. (7849); Ritz Hotel Management Corp. (7688); Regional Aircraft Services, Inc. (1911); Air Midwest, Inc. (6610); Mesa Air Group Airline Inventory Management, LLC (2015); Nilchi, Inc. (5531); and Patar, Inc. (1653).

*And Final Order Pursuant To Sections 105(a), 363(b), And 503(b) Of The Bankruptcy Code Authorizing, But Not Directing, Debtors To (I) Pay Certain Prepetition Wages, Compensation And Employee Benefits; (II) Continue Payment Of Wages, Compensation And Employee Benefits In The Ordinary Course Of Business; (III) Authorizing And Directing Applicable Banks And Other Financial Institutions To Process And Pay All Checks Presented For Payment And To Honor All Funds Transfer Requests Made By Debtors Relating To The Foregoing; And (IV) Schedule Final Hearing For The Foregoing Relief Sought Herein* [Docket No. 15] (the "Motion")[2] filed by Mesa Air Group, Inc., *et al.*, debtors and debtors in possession in the above-captioned cases, on January 5, 2010, has been continued from February 24, 2010 at 10:00 a.m. (Prevailing Eastern Time) to **March 3, 2010 at 3:00 p.m. (Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the Bonus Payments must be filed with the Bankruptcy Court and served upon: (i) the chambers of the Honorable Martin Glenn, One Bowling Green, New York, New York 10004, Courtroom 501; (ii) Pachulski Stang Ziehl & Jones LLP, 150 California Street, 15th Floor, San Francisco, California 94111 (Attn: Debra I. Grassgreen and Joshua M. Fried), and Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 36th Floor, New York, New York 10017 (Attn: Maria A. Bove), counsel for the Debtors; (iii) Mesa Air Group, Inc., Law Department 410 N. 44th St. Suite 700, Phoenix, Arizona 85008, (Attn: Brian S. Gillman, Esq.); (iv) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, NY 10004 (Attn: Andrea B. Schwartz); (v) Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, NY 10104-0050 (Attn: Brett H. Miller, Lorenzo Marinuzzi and Todd M. Goren), counsel for the Official Committee of Unsecured Creditors; and (vi) any person or entity with a particularized interest in the subject matter, on or before **February 24, 2010**.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Dated: February 16, 2010
New York, New York

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Maria A. Bove*
Richard M Pachulski
Laura Davis Jones
Debra I. Grassgreen
Maria A. Bove
John W. Lucas
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

Attorneys for Debtors
and Debtors in Possession