**DORSEY & WHITNEY LLP**
250 Park Avenue
New York, New York 10177
Telephone: (212) 415-9200
Facsimile: (212) 953-7201
Eric Lopez Schnabel (ES 5553)

Attorneys for U.S. Bank National Association, in its individual capacity

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **MESA AIR GROUP, INC., *et al.*,** | Case No. 10-10018 (MG) |
| **Debtors.** | (Jointly Administered) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES AND PAPERS**

      **PLEASE TAKE NOTICE** that Dorsey & Whitney LLP hereby appears in the above-referenced Chapter 11 case as attorneys for U.S. Bank National Association ("U.S. Bank") and pursuant to Bankruptcy Rules 2002 and 9010(b) and § 1109(b) of the Bankruptcy Code, request that all copies of all notices and pleadings given or filed in this case be given and served upon the following at the below addresses and facsimile numbers:

Eric Lopez Schnabel, Esquire
Dorsey & Whitney LLP
250 Park Avenue
New York, NY 10177
schnabel.eric@dorsey.com
Facsimile: (212) 953-7201

Steven J. Heim, Esquire
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
heim.steven@dorsey.com
Facsimile: (612) 340-2643

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive U.S. Bank's (i) right to have final orders in non-core matters entered only after de novo review by a higher court;  (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which U.S. Bank is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated:  February 23, 2010

Respectfully submitted,

DORSEY & WHITNEY LLP

By: /s/ Eric Lopez Schnabel
Eric Lopez Schnabel, Esq.
250 Park Avenue
New York, New York 10177
Telephone:  (212) 415-9200
Facsimile:  (212) 953-7201
schnabel.eric@dorsey.com

and

Steven J. Heim, Esq.
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone:  (612) 340-5696
Facsimile:  (612) 340-2643
heim.steven@dorsey.com

Attorneys for U.S. Bank National Association, in its individual capacity