**Objection Deadline: March 11, 2010**

**Redacted by Court Order**

PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: 212-561-7700
Facsimile:  212-561-7777
Richard M. Pachulski
Laura Davis Jones
Debra I. Grassgreen
Joshua M. Fried
Maria A. Bove

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| MESA AIR GROUP, INC., et al., | Case No. 10-10018 (MG) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF ELECTION PURSUANT TO
SECTION 1110(a) OF THE BANKRUPTCY CODE
[RE: CERTAIN CRJ-900 AIRCRAFT LISTED ON SCHEDULE I]**

TO:  Parties Set Forth on **Schedule I**:

PLEASE TAKE NOTICE that Mesa Air Group, Inc. ("Mesa Air") and its affiliate debtors and debtors in possession in the above-captioned chapter 11 cases ("Debtors") hereby give notice to the parties set forth on **Schedule I** attached hereto (the "1110(a) Notice Parties") that the Court has entered the *Order (A) Establishing Procedures Authorizing Debtors, Subject to Subsequent Court Approval, to Perform Obligations and*

---

[1] The Debtors are:  Mesa Air Group, Inc. (2351); Mesa Air New York, Inc. (3457); Mesa In-Flight, Inc. (9110); Freedom Airlines, Inc. (9364); Mesa Airlines, Inc. (4800); MPD, Inc. (7849); Ritz Hotel Management Corp. (7688); Regional Aircraft Services, Inc. (1911); Air Midwest, Inc. (6610); Mesa Air Group Airline Inventory Management, LLC (2015); Nilchi, Inc. (5531); and Patar, Inc. (1653).

DOCS_LA:216619.2

*Cure Defaults Pursuant to Section 1110(a) of the Bankruptcy Code and to Enter Into Agreements to Extend the 60-Day Period Specified in Section 1110(a) Pursuant to Section 1110(b) of the Bankruptcy Code and (B) Authorizing the Filing of Redacted Section 1110(a) Election Notices and Section 1110(b) Agreements Under Seal* (the "Order").  All capitalized terms not defined herein have the meaning ascribed to them in the Order.

PLEASE TAKE FURTHER NOTICE that, in accordance with and subject to the terms of the Order and with respect to the Aircraft Equipment[2] identified by U.S. Federal Aviation Administration Number or serial number, as the case may be, on **Schedule I** attached hereto that is the subject of certain leases and secured financings (those certain agreements, associated with the 1110(a) Notice Parties identified on **Schedule I**, the "Aircraft Agreements")[3], the Debtors agree:[4]

(a) To perform all obligations of the Debtors under the Aircraft Agreements with respect to the Aircraft Equipment; and

(b) That for a default, other than a default of a kind specified in section 365(b)(2) of the Bankruptcy Code, under the Aircraft Agreements with respect to the Aircraft Equipment:

(1) that occurred before the filing of the Debtors' chapter 11 cases (the "Petition Date"), such default shall be cured before the expiration of the period ending on Saturday, March 6, 2010 at 11:59 p.m. (the "1110(a) Deadline");

---

[2] For the purposes of this Notice, "Aircraft Equipment" shall consist of all aircraft, spare engines, spare parts and related equipment that are owned by or leased to any of the Debtors.

[3] For the purposes of this Notice, "Aircraft Agreements" shall consist of all leases, secured financings and related agreements under which Debtors have obligations related to the Aircraft Equipment.

[4] Nothing herein shall be construed as an admission or concession by the Debtors that any 1110(a) Notice Party or any other party in interest with respect to any Aircraft Agreement or Aircraft Equipment has rights under section 1110 of the Bankruptcy Code or that the Debtors are legally required to pay default interest, and the Debtors expressly reserve all rights and defenses with respect thereto.

(2) that occurred or occurs after the Petition Date and before the 1110(a) Deadline, such default shall be cured before the later of:

(x) the date that is 30 days after the date of the default; or

(y) the 1110(a) Deadline; and

(3) that occurs on or after the 1110(a) Deadline, such default shall be cured in compliance with section 1110(a)(2)(B)(iii) of the Bankruptcy Code and the terms of the Aircraft Agreements with respect to the Aircraft Equipment, if a cure is permitted under such Aircraft Agreements.[5]

PLEASE TAKE FURTHER NOTICE that **Schedule I** attached hereto sets forth the amounts, if any (the "Cure Amounts"), that the Debtors believe they must pay under the Aircraft Agreements in order to cure all defaults, if any, required to be cured pursuant to section 1110(a)(2) of the Bankruptcy Code with respect to the Aircraft Equipment. **IF NO OBJECTION IS TIMELY FILED AND SERVED AS SET FORTH IN THE NEXT PARAGRAPH, THE 1110(a) NOTICE PARTIES SHALL BE FOREVER BARRED FROM OBJECTING TO THE CURE AMOUNTS TO THE EXTENT PROVIDED IN THE ORDER**.

PLEASE TAKE FURTHER NOTICE that, in accordance with the terms of the Order, any party in interest may object to this 1110(a) Election Notice or any Cure Amount (or, for non-monetary cures, other type of cure) stated herein by filing a written objection on or before 4:00 p.m. (prevailing Eastern Time) on March 11, 2010 (the "Objection Deadline"). An objection shall be considered timely only if, on or before the Objection Deadline, it is (i) filed with the Court and (ii) served upon each of the

---

[5] Neither this 1110(a) Election Notice nor any agreement made hereunder shall constitute an assumption by the Debtors of any Aircraft Agreement under section 365 of the Bankruptcy Code (to the extent that such section is applicable), and nothing contained herein shall be construed to constitute such an assumption.

following parties: (a) Pachulski Stang Ziehl & Jones LLP, 150 California Street, 15th Floor, San Francisco, California 94111, Attention: Debra Grassgreen (such service may be effected by e-mail (to dgrassgreen@pszjlaw.com) if a courtesy copy is also sent by overnight courier) and Joshua M. Fried, and Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 36th Floor, New York, New York 10017, Attention: Maria A. Bove, attorneys for the Debtors; (b) Mesa Air Group, Inc., Law Department 410 N. 44th St. Suite 700, Phoenix, Arizona 85008, Attention: Brian S. Gillman, Esq.; (c) Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, New York 10104, Attention: Lorenzo Marinuzzi, attorneys for the Committee, and (d) the Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attention: Andrea B. Schwartz.

PLEASE TAKE FURTHER NOTICE that, if no objection is timely filed, the Debtors' agreement to perform under section 1110(a)(2)(A) shall be deemed approved, the Debtors' compliance with section 1110(a)(2)(B) shall be deemed authorized, and the automatic stay of section 362 shall remain in place as long as the Debtors comply with their section 1110(a) obligations.

PLEASE TAKE FURTHER NOTICE that, if an objection has been timely filed with respect to a specific item of Aircraft Equipment listed on **Schedule I** hereto (an "1110(a) Objection") and any dispute relating to such 1110(a) Objection (each an "1110(a) Dispute") is not resolved consensually among the parties within five (5) days of such 1110(a) Objection, the Debtors shall (i) notify (within five (5) days of the receipt of such 1110(a) Objection) the applicable Aircraft Parties of the withdrawal of the applicable 1110(a) Election (in which case the 1110(a) Election shall be deemed to be void *ab initio* and of no effect); *provided*, *however*, that the Debtors shall only be permitted to withdraw an 1110(a) Election if the amount of the applicable 1110(a) Dispute is material in relation to both the proposed Cure Amount and the average

monthly amount payable by the Debtors under the applicable Aircraft Agreement in the preceding 12 month period, or (ii) schedule a hearing to resolve the 1110(a) Dispute at the next scheduled omnibus hearing scheduled after the expiry of such 5-day period; *provided, however*, that any party may seek (by order to show cause) the permission of the Court to schedule a hearing to resolve the 1110(a) Dispute in advance of the next scheduled omnibus hearing.  To the extent that an 1110(a) Dispute is not resolved at such next scheduled omnibus hearing, the applicable 1110(a) Notice Party may request that the Court order the Debtors to hold in escrow the amounts subject to the applicable 1110 Dispute, and the Debtors, the Committee and all other parties reserve their rights to object to any such request.  Within five days following entry of a final unstayed order resolving an 1110(a) Dispute with respect to particular Aircraft Equipment, the Debtors shall cure all defaults, if any, required to be cured pursuant to section 1110(a)(2) of the Bankruptcy Code in respect of such Aircraft Equipment (in which case the applicable 1110(a) Election shall be deemed effective as of March 6, 2010).

PLEASE TAKE FURTHER NOTICE that the Debtors reserve the right to withdraw and revoke this 1110(a) Election at any time in their sole discretion.

Dated: March 4, 2010
New York, New York

PACHULSKI STANG ZIEHL & JONES LLP

/s/ *Debra Grassgreen*
Richard M Pachulski
Laura Davis Jones
Debra I. Grassgreen
Joshua M. Fried
Maria A. Bove

780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

Attorneys for Debtors
and Debtors in Possession

Redacted by Court Order

## SCHEDULE I

| Item No. | 1110(a) NOTICE PARTIES | AIRCRAFT TYPE | AIRCRAFT U.S. FEDERAL AVIATION ADMINISTRATION REGISTRATION NUMBERS | MANUFACTURER SERIAL NUMBERS | FINANCING TYPE | CURE AMOUNTS |
|---|---|---|---|---|---|---|
| 1 | **Beneficiary:** Bombardier Services Corporation; 261 Mountain View Drive; PO Box 991; Colchester, VT 05446; Attn: Director, Aircraft Securitization Servicing; Fax: 802 625 8434<br>**With a copy to:** Bombardier Inc.; 800 Rene Levesque Boulevard West; Montreal, Quebec H3B 1YB Canada; Attn: SVP & General Counsel; Fax: 514 281 2746<br>**Servicer:** Bombardier Service Corporation; 261 Mountain View Drive; PO Box 991; Colchester, VT 05446; Attn: Director, Aircraft Securitization Servicing; Fax: 802 654 8434<br>**With a copy to:** Bombardier Inc.; 800 Rene Levesque Boulevard West; Montreal, Quebec H3B 1YB Canada; Attn: SVP & General Counsel; Fax: 514 281 2746<br>**Lessor:** RASPRO Trust 2005; c/o Wilmington Trust Company; Rodney Square North; 1100 N. Market Street; Wilmington, DE 19890-0001; Attn: Corporate Trust Administration; Fax: 302 636 4140; Confirmation: 302 636 6000<br>**Collateral Agent:** Wilmington Trust Company; Rodney Square North; 1100 N. Market Street; Wilmington, DE 19890-0001; Fax: 302 636 4140; Confirmation: 302 636 6000; Ref: RASPRO Trust 2005<br>**Head Lessor:** Wells Fargo Bank Northwest, NA; 299 South Main Street, 12th Floor; Salt Lake City, UT 84111; Attn: Corporate Trust Services; Fax: 801 246 5053; Confirmation: 801 246 5630 | CRJ-900 | N922FJ | 15022 | Lease | REDACTED |
| 2 | **Beneficiary:** Bombardier Services Corporation; 261 Mountain View Drive; PO Box 991; Colchester, VT 05446; Attn: Director, Aircraft Securitization Servicing; Fax: 802 625 8434<br>**With a copy to:** Bombardier Inc.; 800 Rene Levesque Boulevard West; Montreal, Quebec H3B 1YB Canada; Attn: SVP & General | CRJ-900 | N923FJ | 15023 | Lease | REDACTED |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Counsel; Fax: 514 281 2746<br>**Servicer:** Bombardier Service Corporation; 261 Mountain View Drive; PO Box 991; Colchester, VT 05446; Attn: Director, Aircraft Securitization Servicing; Fax: 802 654 8434<br>**With a copy to:** Bombardier Inc.; 800 Rene Levesque Boulevard West; Montreal, Quebec H3B 1YB Canada; Attn: SVP & General Counsel; Fax: 514 281 2746<br>**Lessor:** RASPRO Trust 2005; c/o Wilmington Trust Company; Rodney Square North; 1100 N. Market Street; Wilmington, DE 19890-0001; Attn: Corporate Trust Administration; Fax: 302 636 4140; Confirmation: 302 636 6000<br>**Collateral Agent:** Wilmington Trust Company; Rodney Square North; 1100 N. Market Street; Wilmington, DE 19890-0001; Fax: 302 636 4140; Confirmation: 302 636 6000; Ref: RASPRO Trust 2005<br>**Head Lessor:** Wells Fargo Bank Northwest, NA; 299 South Main Street, 12th Floor; Salt Lake City, UT 84111; Attn: Corporate Trust Services; Fax: 801 246 5053; Confirmation: 801 246 5630 | | | | | | |
| 3 | **Beneficiary:** Bombardier Services Corporation; 261 Mountain View Drive; PO Box 991; Colchester, VT 05446; Attn: Director, Aircraft Securitization Servicing; Fax: 802 625 8434<br>**With a copy to:** Bombardier Inc.; 800 Rene Levesque Boulevard West; Montreal, Quebec H3B 1YB Canada; Attn: SVP & General Counsel; Fax: 514 281 2746<br>**Servicer:** Bombardier Service Corporation; 261 Mountain View Drive; PO Box 991; Colchester, VT 05446; Attn: Director, Aircraft Securitization Servicing; Fax: 802 654 8434<br>**With a copy to:** Bombardier Inc.; 800 Rene Levesque Boulevard West; Montreal, Quebec H3B 1YB Canada; Attn: SVP & General Counsel; Fax: 514 281 2746<br>**Lessor:** RASPRO Trust 2005; c/o Wilmington Trust Company; Rodney Square North; 1100 N. Market Street; Wilmington, DE 19890-0001; Attn: Corporate Trust Administration; Fax: 302 636 4140; Confirmation: 302 636 6000<br>**Collateral Agent:** Wilmington Trust Company; Rodney Square | CRJ-900 | N924FJ | 15024 | Lease | REDACTED |

DOCS_LA:216619.2                                            2

| | | | | | | |
|---|---|---|---|---|---|---|
| | North; 1100 N. Market Street; Wilmington, DE 19890-0001; Fax: 302 636 4140; Confirmation: 302 636 6000; Ref: RASPRO Trust 2005<br>**Head Lessor:** Wells Fargo Bank Northwest, NA; 299 South Main Street, 12th Floor; Salt Lake City, UT 84111; Attn: Corporate Trust Services; Fax: 801 246 5053; Confirmation: 801 246 5630 | | | | | |
| 4 | **Beneficiary:** Bombardier Services Corporation; 261 Mountain View Drive; PO Box 991; Colchester, VT 05446; Attn: Director, Aircraft Securitization Servicing; Fax: 802 625 8434<br>**With a copy to:** Bombardier Inc.; 800 Rene Levesque Boulevard West; Montreal, Quebec H3B 1YB Canada; Attn: SVP & General Counsel; Fax: 514 281 2746<br>**Servicer:** Bombardier Service Corporation; 261 Mountain View Drive; PO Box 991; Colchester, VT 05446; Attn: Director, Aircraft Securitization Servicing; Fax: 802 654 8434<br>**With a copy to:** Bombardier Inc.; 800 Rene Levesque Boulevard West; Montreal, Quebec H3B 1YB Canada; Attn: SVP & General Counsel; Fax: 514 281 2746<br>**Lessor:** RASPRO Trust 2005; c/o Wilmington Trust Company; Rodney Square North; 1100 N. Market Street; Wilmington, DE 19890-0001; Attn: Corporate Trust Administration; Fax: 302 636 4140; Confirmation: 302 636 6000<br>**Collateral Agent:** Wilmington Trust Company; Rodney Square North; 1100 N. Market Street; Wilmington, DE 19890-0001; Fax: 302 636 4140; Confirmation: 302 636 6000; Ref: RASPRO Trust 2005<br>**Head Lessor:** Wells Fargo Bank Northwest, NA; 299 South Main Street, 12th Floor; Salt Lake City, UT 84111; Attn: Corporate Trust Services; Fax: 801 246 5053; Confirmation: 801 246 5630 | CRJ-900 | N925FJ | 15025 | Lease | REDACTED |
| 5 | **Beneficiary:** Bombardier Services Corporation; 261 Mountain View Drive; PO Box 991; Colchester, VT 05446; Attn: Director, Aircraft Securitization Servicing; Fax: 802 625 8434<br>**With a copy to:** Bombardier Inc.; 800 Rene Levesque Boulevard West; Montreal, Quebec H3B 1YB Canada; Attn: SVP & General Counsel; Fax: 514 281 2746 | CRJ-900 | N926LR | 15026 | Lease | REDACTED |

| | | | | | | |
|---|---|---|---|---|---|---|
| | **Servicer:** Bombardier Service Corporation; 261 Mountain View Drive; PO Box 991; Colchester, VT 05446; Attn: Director, Aircraft Securitization Servicing; Fax: 802 654 8434<br>**With a copy to**: Bombardier Inc.; 800 Rene Levesque Boulevard West; Montreal, Quebec H3B 1YB Canada; Attn: SVP & General Counsel; Fax: 514 281 2746<br>**Lessor:** RASPRO Trust 2005; c/o Wilmington Trust Company; Rodney Square North; 1100 N. Market Street; Wilmington, DE 19890-0001; Attn: Corporate Trust Administration; Fax: 302 636 4140; Confirmation: 302 636 6000<br>**Collateral Agent:** Wilmington Trust Company; Rodney Square North; 1100 N. Market Street; Wilmington, DE 19890-0001; Fax: 302 636 4140; Confirmation: 302 636 6000; Ref: RASPRO Trust 2005<br>**Head Lessor:** Wells Fargo Bank Northwest, NA; 299 South Main Street, 12th Floor; Salt Lake City, UT 84111; Attn: Corporate Trust Services; Fax: 801 246 5053; Confirmation: 801 246 5630 | | | | | |
| 6 | **Beneficiary:** Bombardier Services Corporation; 261 Mountain View Drive; PO Box 991; Colchester, VT 05446; Attn: Director, Aircraft Securitization Servicing; Fax: 802 625 8434<br>**With a copy to:** Bombardier Inc.; 800 Rene Levesque Boulevard West; Montreal, Quebec H3B 1YB Canada; Attn: SVP & General Counsel; Fax: 514 281 2746<br>**Servicer:** Bombardier Service Corporation; 261 Mountain View Drive; PO Box 991; Colchester, VT 05446; Attn: Director, Aircraft Securitization Servicing; Fax: 802 654 8434<br>**With a copy to**: Bombardier Inc.; 800 Rene Levesque Boulevard West; Montreal, Quebec H3B 1YB Canada; Attn: SVP & General Counsel; Fax: 514 281 2746<br>**Lessor:** RASPRO Trust 2005; c/o Wilmington Trust Company; Rodney Square North; 1100 N. Market Street; Wilmington, DE 19890-0001; Attn: Corporate Trust Administration; Fax: 302 636 4140; Confirmation: 302 636 6000<br>**Collateral Agent:** Wilmington Trust Company; Rodney Square North; 1100 N. Market Street; Wilmington, DE 19890-0001; Fax: | CRJ-900 | N927LR | 15027 | Lease | REDACTED |

DOCS_LA:216619.2                                              4

| | | | | | | |
|---|---|---|---|---|---|---|
| | 302 636 4140; Confirmation: 302 636 6000; Ref: RASPRO Trust 2005<br>**Head Lessor:** Wells Fargo Bank Northwest, NA; 299 South Main Street, 12th Floor; Salt Lake City, UT 84111; Attn: Corporate Trust Services; Fax: 801 246 5053; Confirmation: 801 246 5630 | | | | | |
| 7 | **Beneficiary:** Bombardier Services Corporation; 261 Mountain View Drive; PO Box 991; Colchester, VT 05446; Attn: Director, Aircraft Securitization Servicing; Fax: 802 625 8434<br>**With a copy to**: Bombardier Inc.; 800 Rene Levesque Boulevard West; Montreal, Quebec H3B 1YB Canada; Attn: SVP & General Counsel; Fax: 514 281 2746<br>**Servicer:** Bombardier Service Corporation; 261 Mountain View Drive; PO Box 991; Colchester, VT 05446; Attn: Director, Aircraft Securitization Servicing; Fax: 802 654 8434<br>**With a copy to**: Bombardier Inc.; 800 Rene Levesque Boulevard West; Montreal, Quebec H3B 1YB Canada; Attn: SVP & General Counsel; Fax: 514 281 2746<br>**Lessor:** RASPRO Trust 2005; c/o Wilmington Trust Company; Rodney Square North; 1100 N. Market Street; Wilmington, DE 19890-0001; Attn: Corporate Trust Administration; Fax: 302 636 4140; Confirmation: 302 636 6000<br>**Collateral Agent:** Wilmington Trust Company; Rodney Square North; 1100 N. Market Street; Wilmington, DE 19890-0001; Fax: 302 636 4140; Confirmation: 302 636 6000; Ref: RASPRO Trust 2005<br>**Head Lessor:** Wells Fargo Bank Northwest, NA; 299 South Main Street, 12th Floor; Salt Lake City, UT 84111; Attn: Corporate Trust Services; Fax: 801 246 5053; Confirmation: 801 246 5630 | CRJ-900 | N928LR | 15028 | Lease | REDACTED |
| 8 | **Beneficiary:** Bombardier Services Corporation; 261 Mountain View Drive; PO Box 991; Colchester, VT 05446; Attn: Director, Aircraft Securitization Servicing; Fax: 802 625 8434<br>**With a copy to**: Bombardier Inc.; 800 Rene Levesque Boulevard West; Montreal, Quebec H3B 1YB Canada; Attn: SVP & General Counsel; Fax: 514 281 2746<br>**Servicer:** Bombardier Service Corporation; 261 Mountain View | CRJ-900 | N929LR | 15029 | Lease | REDACTED |

DOCS_LA:216619.2                                              5

| | | | | | | |
|---|---|---|---|---|---|---|
| | Drive; PO Box 991; Colchester, VT 05446; Attn: Director, Aircraft Securitization Servicing; Fax: 802 654 8434<br>**With a copy to:** Bombardier Inc.; 800 Rene Levesque Boulevard West; Montreal, Quebec H3B 1YB Canada; Attn: SVP & General Counsel; Fax: 514 281 2746<br>**Lessor:** RASPRO Trust 2005; c/o Wilmington Trust Company; Rodney Square North; 1100 N. Market Street; Wilmington, DE 19890-0001; Attn: Corporate Trust Administration; Fax: 302 636 4140; Confirmation: 302 636 6000<br>**Collateral Agent:** Wilmington Trust Company; Rodney Square North; 1100 N. Market Street; Wilmington, DE 19890-0001; Fax: 302 636 4140; Confirmation: 302 636 6000; Ref: RASPRO Trust 2005<br>**Head Lessor:** Wells Fargo Bank Northwest, NA; 299 South Main Street, 12th Floor; Salt Lake City, UT 84111; Attn: Corporate Trust Services; Fax: 801 246 5053; Confirmation: 801 246 5630 | | | | | |
| 9 | **Beneficiary:** Bombardier Services Corporation; 261 Mountain View Drive; PO Box 991; Colchester, VT 05446; Attn: Director, Aircraft Securitization Servicing; Fax: 802 625 8434<br>**With a copy to:** Bombardier Inc.; 800 Rene Levesque Boulevard West; Montreal, Quebec H3B 1YB Canada; Attn: SVP & General Counsel; Fax: 514 281 2746<br>**Servicer**: Bombardier Service Corporation; 261 Mountain View Drive; PO Box 991; Colchester, VT 05446; Attn: Director, Aircraft Securitization Servicing; Fax: 802 654 8434<br>**With a copy to:** Bombardier Inc.; 800 Rene Levesque Boulevard West; Montreal, Quebec H3B 1YB Canada; Attn: SVP & General Counsel; Fax: 514 281 2746<br>**Lessor:** RASPRO Trust 2005; c/o Wilmington Trust Company; Rodney Square North; 1100 N. Market Street; Wilmington, DE 19890-0001; Attn: Corporate Trust Administration; Fax: 302 636 4140; Confirmation: 302 636 6000<br>**Collateral Agent**: Wilmington Trust Company; Rodney Square North; 1100 N. Market Street; Wilmington, DE 19890-0001; Fax: 302 636 4140; Confirmation: 302 636 6000; Ref: RASPRO Trust | CRJ-900 | N930LR | 15030 | Lease | REDACTED |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 2005<br>**Head Lessor:** Wells Fargo Bank Northwest, NA; 299 South Main Street, 12th Floor; Salt Lake City, UT 84111; Attn: Corporate Trust Services; Fax: 801 246 5053; Confirmation: 801 246 5630 | | | | | |
| 10 | **Beneficiary:** Bombardier Services Corporation; 261 Mountain View Drive; PO Box 991; Colchester, VT 05446; Attn: Director, Aircraft Securitization Servicing; Fax: 802 625 8434<br>**With a copy to:** Bombardier Inc.; 800 Rene Levesque Boulevard West; Montreal, Quebec H3B 1YB Canada; Attn: SVP & General Counsel; Fax: 514 281 2746<br>**Servicer:** Bombardier Service Corporation; 261 Mountain View Drive; PO Box 991; Colchester, VT 05446; Attn: Director, Aircraft Securitization Servicing; Fax: 802 654 8434<br>**With a copy to**: Bombardier Inc.; 800 Rene Levesque Boulevard West; Montreal, Quebec H3B 1YB Canada; Attn: SVP & General Counsel; Fax: 514 281 2746<br>**Lessor**: RASPRO Trust 2005; c/o Wilmington Trust Company; Rodney Square North; 1100 N. Market Street; Wilmington, DE 19890-0001; Attn: Corporate Trust Administration; Fax: 302 636 4140; Confirmation: 302 636 6000<br>**Collateral Agent:** Wilmington Trust Company; Rodney Square North; 1100 N. Market Street; Wilmington, DE 19890-0001; Fax: 302 636 4140; Confirmation: 302 636 6000; Ref: RASPRO Trust 2005<br>**Head Lessor:** Wells Fargo Bank Northwest, NA; 299 South Main Street, 12th Floor; Salt Lake City, UT 84111; Attn: Corporate Trust Services; Fax: 801 246 5053; Confirmation: 801 246 5630 | CRJ-900 | N931LR | 15031 | Lease | REDACTED |
| 11 | **Beneficiary:** Bombardier Services Corporation; 261 Mountain View Drive; PO Box 991; Colchester, VT 05446; Attn: Director, Aircraft Securitization Servicing; Fax: 802 625 8434<br>**With a copy to:** Bombardier Inc.; 800 Rene Levesque Boulevard West; Montreal, Quebec H3B 1YB Canada; Attn: SVP & General Counsel; Fax: 514 281 2746<br>**Servicer:** Bombardier Service Corporation; 261 Mountain View Drive; PO Box 991; Colchester, VT 05446; Attn: Director, | CRJ-900 | N932LR | 15032 | Lease | REDACTED |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Aircraft Securitization Servicing; Fax: 802 654 8434<br>**With a copy to:** Bombardier Inc.; 800 Rene Levesque Boulevard West; Montreal, Quebec H3B 1YB Canada; Attn: SVP & General Counsel; Fax: 514 281 2746<br>**Lessor:** RASPRO Trust 2005; c/o Wilmington Trust Company; Rodney Square North; 1100 N. Market Street; Wilmington, DE 19890-0001; Attn: Corporate Trust Administration; Fax: 302 636 4140; Confirmation: 302 636 6000<br>**Collateral Agent:** Wilmington Trust Company; Rodney Square North; 1100 N. Market Street; Wilmington, DE 19890-0001; Fax: 302 636 4140; Confirmation: 302 636 6000; Ref: RASPRO Trust 2005<br>**Head Lessor:** Wells Fargo Bank Northwest, NA; 299 South Main Street, 12th Floor; Salt Lake City, UT 84111; Attn: Corporate Trust Services; Fax: 801 246 5053; Confirmation: 801 246 5630 | | | | | | |
| 12 | **Beneficiary:** Bombardier Services Corporation; 261 Mountain View Drive; PO Box 991; Colchester, VT 05446; Attn: Director, Aircraft Securitization Servicing; Fax: 802 625 8434<br>**With a copy to**: Bombardier Inc.; 800 Rene Levesque Boulevard West; Montreal, Quebec H3B 1YB Canada; Attn: SVP & General Counsel; Fax: 514 281 2746<br>**Servicer:** Bombardier Service Corporation; 261 Mountain View Drive; PO Box 991; Colchester, VT 05446; Attn: Director, Aircraft Securitization Servicing; Fax: 802 654 8434<br>**With a copy to:** Bombardier Inc.; 800 Rene Levesque Boulevard West; Montreal, Quebec H3B 1YB Canada; Attn: SVP & General Counsel; Fax: 514 281 2746<br>**Lessor:** RASPRO Trust 2005; c/o Wilmington Trust Company; Rodney Square North; 1100 N. Market Street; Wilmington, DE 19890-0001; Attn: Corporate Trust Administration; Fax: 302 636 4140; Confirmation: 302 636 6000<br>**Collateral Agent:** Wilmington Trust Company; Rodney Square North; 1100 N. Market Street; Wilmington, DE 19890-0001; Fax: 302 636 4140; Confirmation: 302 636 6000; Ref: RASPRO Trust 2005 | CRJ-900 | N933LR | 15033 | Lease | REDACTED |

DOCS_LA:216619.2                                                                                                8

| | | | | | | |
|---|---|---|---|---|---|---|
| | **Head Lessor:** Wells Fargo Bank Northwest, NA; 299 South Main Street, 12th Floor; Salt Lake City, UT 84111; Attn: Corporate Trust Services; Fax: 801 246 5053; Confirmation: 801 246 5630 | | | | | |
| 13 | **Beneficiary:** Bombardier Services Corporation; 261 Mountain View Drive; PO Box 991; Colchester, VT 05446; Attn: Director, Aircraft Securitization Servicing; Fax: 802 625 8434<br>**With a copy to:** Bombardier Inc.; 800 Rene Levesque Boulevard West; Montreal, Quebec H3B 1YB Canada; Attn: SVP & General Counsel; Fax: 514 281 2746<br>**Servicer:** Bombardier Service Corporation; 261 Mountain View Drive; PO Box 991; Colchester, VT 05446; Attn: Director, Aircraft Securitization Servicing; Fax: 802 654 8434<br>**With a copy to:** Bombardier Inc.; 800 Rene Levesque Boulevard West; Montreal, Quebec H3B 1YB Canada; Attn: SVP & General Counsel; Fax: 514 281 2746<br>**Lessor:** RASPRO Trust 2005; c/o Wilmington Trust Company; Rodney Square North; 1100 N. Market Street; Wilmington, DE 19890-0001; Attn: Corporate Trust Administration; Fax: 302 636 4140; Confirmation: 302 636 6000<br>**Collateral Agent**: Wilmington Trust Company; Rodney Square North; 1100 N. Market Street; Wilmington, DE 19890-0001; Fax: 302 636 4140; Confirmation: 302 636 6000; Ref: RASPRO Trust 2005<br>**Head Lessor:** Wells Fargo Bank Northwest, NA; 299 South Main Street, 12th Floor; Salt Lake City, UT 84111; Attn: Corporate Trust Services; Fax: 801 246 5053; Confirmation: 801 246 5630 | CRJ-900 | N934FJ | 15034 | Lease | REDACTED |
| 14 | **Beneficiary:** Bombardier Services Corporation; 261 Mountain View Drive; PO Box 991; Colchester, VT 05446; Attn: Director, Aircraft Securitization Servicing; Fax: 802 625 8434<br>**With a copy to:** Bombardier Inc.; 800 Rene Levesque Boulevard West; Montreal, Quebec H3B 1YB Canada; Attn: SVP & General Counsel; Fax: 514 281 2746<br>**Servicer:** Bombardier Service Corporation; 261 Mountain View Drive; PO Box 991; Colchester, VT 05446; Attn: Director, Aircraft Securitization Servicing; Fax: 802 654 8434 | CRJ-900 | N935LR | 15035 | Lease | REDACTED |

| | | | | | | |
|---|---|---|---|---|---|---|
| | **With a copy to:** Bombardier Inc.; 800 Rene Levesque Boulevard West; Montreal, Quebec H3B 1YB Canada; Attn: SVP & General Counsel; Fax: 514 281 2746<br>**Lessor:** RASPRO Trust 2005; c/o Wilmington Trust Company; Rodney Square North; 1100 N. Market Street; Wilmington, DE 19890-0001; Attn: Corporate Trust Administration; Fax: 302 636 4140; Confirmation: 302 636 6000<br>**Collateral Agent**: Wilmington Trust Company; Rodney Square North; 1100 N. Market Street; Wilmington, DE 19890-0001; Fax: 302 636 4140; Confirmation: 302 636 6000; Ref: RASPRO Trust 2005<br>**Head Lessor:** Wells Fargo Bank Northwest, NA; 299 South Main Street, 12th Floor; Salt Lake City, UT 84111; Attn: Corporate Trust Services; Fax: 801 246 5053; Confirmation: 801 246 5630 | | | | | |
| 15 | **Beneficiary:** Bombardier Services Corporation; 261 Mountain View Drive; PO Box 991; Colchester, VT 05446; Attn: Director, Aircraft Securitization Servicing; Fax: 802 625 8434<br>**With a copy to**: Bombardier Inc.; 800 Rene Levesque Boulevard West; Montreal, Quebec H3B 1YB Canada; Attn: SVP & General Counsel; Fax: 514 281 2746<br>**Servicer:** Bombardier Service Corporation; 261 Mountain View Drive; PO Box 991; Colchester, VT 05446; Attn: Director, Aircraft Securitization Servicing; Fax: 802 654 8434<br>**With a copy to:** Bombardier Inc.; 800 Rene Levesque Boulevard West; Montreal, Quebec H3B 1YB Canada; Attn: SVP & General Counsel; Fax: 514 281 2746<br>**Lessor:** RASPRO Trust 2005; c/o Wilmington Trust Company; Rodney Square North; 1100 N. Market Street; Wilmington, DE 19890-0001; Attn: Corporate Trust Administration; Fax: 302 636 4140; Confirmation: 302 636 6000 | CRJ-900 | N938LR | 15038 | Lease | REDACTED |

DOCS_LA:216619.2

10