PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: 212-561-7700
Facsimile: 212-561-7777
Richard M. Pachulski
Laura Davis Jones
Debra I. Grassgreen
Maria A. Bove
John W. Lucas

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| MESA AIR GROUP, INC., *et al.*, | Case No. 10-10018 (MG) |
| Debtors.[1] | (Jointly Administered) |
| | **Related to Docket No. 442** |

## AFFIDAVIT OF SERVICE

Michele Santore, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, counsel for the Debtor and Debtor in Possession in the above-captioned case, and that on the 6th day of March, 2010, she caused a copy of the following document to be served upon the attached service list in the manner indicated.

---

[1] The Debtors are: Mesa Air Group, Inc. (2351); Mesa Air New York, Inc. (3457); Mesa In-Flight, Inc. (9110); Freedom Airlines, Inc. (9364); Mesa Airlines, Inc. (4800); MPD, Inc. (7849); Ritz Hotel Management Corp. (7688); Regional Aircraft Services, Inc. (1911); Air Midwest, Inc. (6610); Mesa Air Group Airline Inventory Management, LLC (2015); Nilchi, Inc. (5531); and Patar, Inc. (1653).

56772-001\DOCS_DE:156488.8

**Notice of Filing of Section 1110(B) Agreement Between Debtors and Export Development Canada Regarding DHC 8-202 Aircraft [Tail Nos.: N434YV, N436YV, N437YV, N449YV, N444YV, N447YV, N448YV, N445YV, N446YV, N454YV, N455YV, and N456YV]**

*Michele Santore*
Michele Santore

SWORN TO AND SUBSCRIBED
by me on this 8th day of March, 2010.

_____
Notary Public
My Commission Expires: _____

MONICA A. MOLITOR
Notary Public - State of Delaware
My Comm. Expires July 20, 2010

Mesa Air 2002 (Master) Service List
Case No. 10-10018
Document No. 156408
03 – Interoffice Mail
63 – First Class Mail

(Counsel for Debtors and Debtors in Possession )
Laura Davis Jones, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899

**Interoffice Mail**
(Counsel for Debtors and Debtors in Possession )
Richard M. Pachulski, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067-4100

**Interoffice Mail**
(Counsel for Debtors and Debtors in Possession )
Debra I. Grassgreen, Esquire
Joshua M. Fried, Esquire
John W. Lucas, Esquire
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500

**Interoffice Mail**
(Counsel for Debtors and Debtors in Possession )
Maria A. Bove, Esquire
David A. Abadir, Esquire
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, NY 10017-2024

**First Class Mail**
(U.S. Trustee)
United States Trustee
Andrea B. Schwartz, Esquire
33 Whitehall Street, 21st Floor
New York, NY 10004

**First Class Mail**
(Counsel for the Official Committee of Unsecured Creditors)
Brett Miller, Esquire
Lorenzo Marinuzzi, Esquire
Todd Goren, Esquire
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

**First Class Mail**
(Counsel for Airlines Reporting Corporation)
Michael T. Conway, Esquire
LeClairRyan, a Professional Corporation
830 Third Avenue, Fifth Floor
New York, NY 10022

**First Class Mail**
(Counsel for Airlines Reporting Corporation)
C. Erik Gustafson, Esquire
LeClairRyan, a Professional Corporation
2318 Mill Road, Suite 1100
Alexandria, VA 22314

**First Class Mail**
(Counsel for Air Line Pilots Association, International)
Richard M. Seltzer, Esquire
Thomas N. Ciantra, Esquire
Cohen, Weiss and Simon LLP
330 West 42nd Street
New York, NY 10036

**First Class Mail**
)
John Dean, Contract Administrator
Mesa Air Group, Inc.
533 Airport Blvd., Suite 400
Burlingame, CA 94010

**First Class Mail**
(Counsel for Fokker Services, Inc.)
Jay R. Bender, Esquire
Jennifer Harris Henderson, Esquire
Molly Taylor, Esquire
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203

**First Class Mail**
)
Bernard F. Diederich, Senior Attorney
Office of General Counsel, C-60
US Department of Transportation
1200 New Jersey Avenue, SE
Washington, DC 20590

**First Class Mail**
)
Damon Walker, Transportation Industry Analyst
Air Carrier Fitness, X-56
Office of Aviation Analysis
US Department of Transportation
1200 New Jersey Avenue, SE
Washington, DC 20590

**First Class Mail**
)
Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114-0326

**First Class Mail**
)
Department of The Treasury
1500 Pennsylvania Avenue, NW
Washington, DC 20220

**First Class Mail**
)
Securities and Exchange Commission
SEC Headquarters
100 F Street, NE
Washington, DC 20549

**First Class Mail**
)
Securities and Exchange Commission
Northeast Regional Office
Attn: George S. Canellos, Regional Director
3 World Financial, Suite 400
New York, NY 10281-1022

**First Class Mail**
(Counsel for Embraer Aircraft Maintenance Services, Inc. and Embraer-Empresa Brasileira de Aeronautica S.A.)
Jeff J. Friedman, Esquire
Merritt A. Pardini, Esquire
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022-2585

**First Class Mail**
(Counsel for Embraer Aircraft Maintenance Services, Inc. and Embraer-Empresa Brasileira de Aeronautica S.A.)
Timothy J. Lynes, Esquire
Katten Muchin Rosenman LLP
2900 K Street NW, Suite 200
Washington, DC 20007-5118

**First Class Mail**
(Counsel for Coventry Health Care, Inc.)
Neal D. Colton, Esquire
Eric L. Scherling, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

**First Class Mail**
(Counsel for Bank of Hawaii)
Diane E. Vuocolo, Esquire
Greenberg Traurig, LLP
Two Commerce Square
2001 Market Street
Philadelphia, PA  19103

**First Class Mail**
(Counsel for Fleet National Bank; AT&T Capital Services, Inc., f/k/a Ameritech Credit Corporation; Universal Asset Mgmt., Inc., Aircraft Solutions CRJ-200LR, LLC ; and Aircraft Solutions ERJ-145, LLC)
Richard G. Smolev, Esquire
Philip J. Gross, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022

**First Class Mail**
(Counsel for Delta Air Lines Inc.)
H. Slayton Dabney, Esquire
King & Spalding LLP
1185 Avenue of the Americas
New York, NY  10036-4003

**First Class Mail**
(Counsel for Delta Air Lines Inc.)
Sarah R. Borders, Esquire
Harris Winsberg, Esquire
Michelle L. Carter, Esquire
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA  30309

**First Class Mail**
)
City of Grapevine, Grapevine-Colleyville ISD
c/o Elizabeth Banda Calvo, Esquire
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
P.O. Box 13430
Arlington, TX  76094-0430

**First Class Mail**
(Counsel for Raytheon Aircraft Credit Corporation)
Peter D. Schellie, Esquire
Bingham McCutchen LLP
2020 K Street, NW
Washington, DC  20006-1806

**First Class Mail**
(Counsel for Raytheon Aircraft Credit Corporation)
Stephanie W. Mai, Esquire
Bingham McCutchen LLP
399 Park Avenue
New York, NY  10022

**First Class Mail**
(Counsel for Sunoco, Inc.)
Matthew A. Hamermesh, Esquire
Joseph A. Dworetzky, Esquire
Hangley Aronchick Segal & Pudlin
One Logan Square, 27th Floor
Philadelphia, PA  19103

**First Class Mail**
(Counsel for GE Capital Aviation Services LLC)
Richard P. Krasnow, Esquire
Kelly DiBlasi, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

**First Class Mail**
(Counsel for U.S. Bank National Association)
Corrine L. Burnick, Esquire
Kathleen M. LaManna, Esquire
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT  06103-1919

**First Class Mail**
(Counsel for Willis Lease Finance
Corporation)
Stephen H. Gross, Esquire
35 Old Sport Hill Road
Easton, CT 06612

**First Class Mail**
(Counsel for Dallas/Fort Worth International
Airport Board)
Rosa R. Orenstein, Esquire
Sullivan & Holston
4131 North Central Expwy., Suite 980
Dallas, TX 75204

**First Class Mail**
(Counsel for Bombardier Capital Inc. and
Bombardier Services Corporation)
Michael G. Burke, Esquire
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

**First Class Mail**
(Counsel for Aloha Contract Services, Inc.)
Neil Berger, Esquire
Michael D. Hamersky, Esquire
Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, NY 10119

**First Class Mail**
)
Citigroup Global Markets Inc.
Attn: Edward F. Gurbacki
388 Greenwich Street
New York, NY 10013

**First Class Mail**
(Counsel for Citicorp North America, Inc.)
Seven Rivera, Esquire
Bonnie Dye, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

**First Class Mail**
(Counsel for Zions Credit Corporation)
Rachel L. Hollander, Esquire
Olasov + Hollander LLP
1325 Avenue of the Americas, 27th Floor
New York, NY 10019

**First Class Mail**
(Counsel for Zions Credit Corporation)
T. Richard Davis, Esquire
Carolyn Montgomery, Esquire
Callister Nebeker & McCullough
10 East South Temple
Salt Lake City, UT 84133

**First Class Mail**
(Counsel for Mansfield Oil Company)
Albert F. Nasuti, Esquire
Thompson, O'Brien, Kemp & Nasuti, P.C.
40 Technology Parkway South, Suite 300
Norcross, GA 30092

**First Class Mail**
(Counsel for Export Development Canada;
Transamerica Aviation LLC; NIBC Bank
N.V.; Rolls Royce plc; Fortis N.V.)
Michael J. Edelman, Esquire
Vedder Price P.C.
1633 Broadway, 47th Floor
New York, NY 10019

**First Class Mail**
(Counsel for Export Development Canada;
Rolls Royce plc)
Dean N. Gerber, Esquire
Theresa M. Peyton, Esquire
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL 60601

**First Class Mail**
(Counsel for NIBC Bank N.V.; Fortis N.V.;
Transamerica Aviation LLC)
Ronald Scheinberg, Esquire
Vedder Price P.C.
1633 Broadway, 47th Floor
New York, NY 10019

**First Class Mail**
(Counsel for Transamerica Aviation LLC)
Geoffrey R. Kass, Esquire
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL 60601

**First Class Mail**
(Counsel for the United States of America)
Preet Bharara, Esquire
United States Attorney, Southern District of
New York
86 Chambers Street, 3rd Floor
New York, NY 10007

**First Class Mail**
(Counsel for Compass Bank)
Jonathan I. Levine, Esquire
Andrews Kurth LLP
450 Lexington Avenue, 15th Floor
New York, NY 10017

**First Class Mail**
(Counsel for Compass Bank)
Steven D. Jerome, Esquire
Snell & Wilmer L.L.P.
One Arizona Center
400 East Van Buren
Phoenix, AZ 85004-2202

**First Class Mail**
(Counsel for Pima County)
Terri A. Roberts, Esquire
Troy E. Larkin, Esquire
Deputy County Attorneys
32 North Stone Avenue, Suite 2100
Tucson, AZ 85701

**First Class Mail**
(Counsel for Goodrich Corporation)
Carren Shulman, Esquire
Jane Qin, Esquire
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza, Suite 2400
New York, NY 10112

**First Class Mail**
(Counsel for Goodrich Corporation)
Beth Hansen, Esquire
Goodrich Corporation
Four Coliseum Centre
2730 West Tyvola Road
Charlotte, NC 28217-4578

**First Class Mail**
Counsel for Missouri Department of
Revenue)
Steven A. Ginther, Esquire
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO 65105-0475

**First Class Mail**
(Counsel for Microsoft Corporation)
Maria Ann Milano, Esquire
Riddell Williams P.S.
1001 – 4th Avenue, Suite 4500
Seattle, WA 98154

**First Class Mail**
(Counse for Transamerica Aviation LLC
and Transamerica Finance Corporation)
Wilbur F. Foster, Jr., Esquire
Risa M. Rosenberg, Esquire
Charles M. Rubio, Esquire
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413

**First Class Mail**
(Counsel for Oracle USA, Inc.)
Shawn M. Christianson, Esquire
Buchalter Nemer, A Professional
Corporation
333 Market Street, 25th Floor
San Francisco, CA 94105-2126

**First Class Mail**
(Counsel for Integra Bank, N.A.; IBNK
Leasing Corp.)
Mark E. Miller, Esquire
Greg A. Granger, Esquire
Bowers Harrison, LLP
25 N.W. Riverside Drive, 2nd Floor
P.O. Box 1287
Evansville, IN 47706-1287

**First Class Mail**
(Counsel for Wells Fargo Bank, N.A. and
Wells Fargo Equipment Finance, Inc.)
Edward J. Estrada, Esquire
Christopher A. Lynch, Esquire
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022

**First Class Mail**
(Counsel for Wells Fargo Bank, N.A. and
Wells Fargo Equipment Finance, Inc.)
Steve Gruendel, Esquire
Luis M. Lluberas-Oliver, Esquire
Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202

**First Class Mail**
(Counsel for Avmax International Aircraft
Leasing, Inc. and NorthStar Avlease, Ltd.)
David E. Runck, Esquire
Fafinski Mark & Johnson, P.A.
400 Flagship Corporate Center
775 Prairie Center Drive
Eden Prairie, MN 55344

**First Class Mail**
(Counsel for Volvo Aero Services Corp.)
Mark T. Power, Esquire
Joseph Orbach, Esquire
Hahn & Hessen LLP
488 Madison Avenue, 15th Floor
New York, NY 10022

**First Class Mail**
(Counsel for Donna & James Fuzi)
Joshua N. Bleichman, Esquire
268 Route 59 West
Spring Valley, NY 10977

**First Class Mail**
(Counsel for Engine Lease Finance
Corporation)
Harvey A. Strickon, Esquire
Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, NY 10022-3205

**First Class Mail**
(Counsel for ACE Companies)
Margery N. Reed, Esquire
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103

**First Class Mail**
(Counsel for ACE Companies)
Wendy M. Simkulak, Esquire
Duane Morris LLP
1540 Broadway
New York, NY 10036

**First Class Mail**
(Counsel for Maricopa County)
Barbara Lee Caldwell, Esquire
Aiken Schenk Hawkins & Ricciardi P.C.
4742 North 24th Street, Suite 100
Phoenix, AZ 85016

**First Class Mail**
(Counsel for Delaware North Companies
Travel Hospitality Services, Inc.)
Marvin T. Dubin, Esquire
Dubin & Dubin, LLP
600 Rand Building
14 Lafayette Square
Buffalo, NY 14203

**First Class Mail**
(Counsel for U.S. Bank National
Association)
Eric Lopez Schnabel, Esquire
Dorsey & Whitney LLP
250 Park Avenue
New York, NY 10177

**First Class Mail**
(Counsel for U.S. Bank National
Association)
Steven J. Heim, Esquire
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498

**First Class Mail**
)
The Port Authority of New York and New
Jersey
Office of Milton H. Pachter
Attn: Margaret Taylor Finucane
225 Park Avenue South, 13th Floor
New York, NY 10003

Mesa Air **Section 1110 Email Service List**
(Section 1110(b) Agreement)
Case No. 10-10018
Document No. 158014
67 – Electronic Delivery

**Email: ljones@pszjlaw.com**
(Counsel for Debtors and Debtors in Possession )
Laura Davis Jones, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899

**Email: rpachulski@pszjlaw.com**
(Counsel for Debtors and Debtors in Possession )
Richard M. Pachulski, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067-4100

**Email: dgrassgreen@pszjlaw.com;
jfried@pszjlaw.com;
jlucas@pszjlaw.com**
(Counsel for Debtors and Debtors in Possession )
Debra I. Grassgreen, Esquire
Joshua M. Fried, Esquire
John W. Lucas, Esquire
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500

**Email: mbove@pszjlaw.com;
dabadir@pszjlaw.com**
(Counsel for Debtors and Debtors in Possession )
Maria A. Bove, Esquire
David A. Abadir, Esquire
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, NY 10017-2024

**Email: Andrea.B.Schwartz@usdoj.gov**
(U.S. Trustee)
United States Trustee
Andrea B. Schwartz, Esquire
33 Whitehall Street, 21st Floor
New York, NY 10004

**Email: BMiller@mofo.com;
LMarinuzzi@mofo.com;
TGoren@mofo.com**
(Counsel for the Official Committee of Unsecured Creditors)
Brett Miller, Esquire
Lorenzo Marinuzzi, Esquire
Todd Goren, Esquire
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

**Email: Michael.conway@leclairryan.com**
(Counsel for Airlines Reporting Corporation)
Michael T. Conway, Esquire
LeClairRyan, a Professional Corporation
830 Third Avenue, Fifth Floor
New York, NY 10022

**Email: erik.gustafson@leclairryan.com**
(Counsel for Airlines Reporting Corporation)
C. Erik Gustafson, Esquire
LeClairRyan, a Professional Corporation
2318 Mill Road, Suite 1100
Alexandria, VA 22314

**Email: rseltzer@cwsny.com;
tciantra@cwsny.com**
(Counsel for Air Line Pilots Association, International)
Richard M. Seltzer, Esquire
Thomas N. Ciantra, Esquire
Cohen, Weiss and Simon LLP
330 West 42nd Street
New York, NY 10036

**Email: john.dean@alpa.org**
)
John Dean, Contract Administrator
Mesa Air Group, Inc.
533 Airport Blvd., Suite 400
Burlingame, CA 94010

**Email: jbender@babc.com;
jhenderson@babc.com;
mtaylor@babc.com**
(Counsel for Fokker Services, Inc.)
Jay R. Bender, Esquire
Jennifer Harris Henderson, Esquire
Molly Taylor, Esquire
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203

**Email: bernard.diederich@dot.gov**
)
Bernard F. Diederich, Senior Attorney
Office of General Counsel, C-60
US Department of Transportation
1200 New Jersey Avenue, SE
Washington, DC 20590

**Email: newyork@sec.gov**
)
Securities and Exchange Commission
Northeast Regional Office
Attn: George S. Canellos Regional Director
3 World Financial, Suite 400
New York, NY 10281-1022

**Email: jeff.friedman@kattenlaw.com;
merritt.pardini@kattenlaw.com**
nyc.bknotices@kattenlaw.com
(Counsel for Embraer Aircraft Maintenance Services,
Inc. and Embraer-Empresa Brasileira de Aeronautica
S.A.)
Jeff J. Friedman, Esquire
Merritt A. Pardini, Esquire
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022-2585

**Email: timothy.lynes@kattenlaw.com**
(Counsel for Embraer Aircraft Maintenance Services,
Inc. and Embraer-Empresa Brasileira de Aeronautica
S.A.)
Timothy J. Lynes, Esquire
Katten Muchin Rosenman LLP
2900 K Street NW, Suite 200
Washington, DC 20007-5118

**Email: ncolton@cozen.com;
escherling@cozen.com**
(Counsel for Coventry Health Care, Inc.)
Neal D. Colton, Esquire
Eric L. Scherling, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

**Email: vuocolod@gtlaw.com**
(Counsel for Bank of Hawaii)
Diane E. Vuocolo, Esquire
Greenberg Traurig, LLP
Two Commerce Square
2001 Market Street
Philadelphia, PA 19103

**Email: rsmolev@kayescholer.com;
philip.gross@kayescholer.com**
(Counsel for Fleet National Bank; AT&T Capital
Services, Inc., f/k/a Ameritech Credit Corporation;
Universal Asset Mgmt., Inc., Aircraft Solutions CRJ-
200LR, LLC ; and Aircraft Solutions ERJ-145, LLC)
Richard G. Smolev, Esquire
Philip J. Gross, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

**Email: sdabney@kslaw.com**
(Counsel for Delta Air Lines Inc.)
H. Slayton Dabney, Esquire
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003

Email: sborders@kslaw.com;
hwinsberg@kslaw.com;
mcarter@kslaw.com
(Counsel for Delta Air Lines Inc.)
Sarah R. Borders, Esquire
Harris Winsberg, Esquire
Michelle L. Carter, Esquire
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA 30309

Email: ebcalvo@pbfcm.com
City of Grapevine, Grapevine-Colleyville ISD
c/o Elizabeth Banda Calvo, Esquire
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
P.O. Box 13430
Arlington, TX 76094-0430

Email: peter.schellie@bingham.com
(Counsel for Raytheon Aircraft Credit Corporation)
Peter D. Schellie, Esquire
Bingham McCutchen LLP
2020 K Street, NW
Washington, DC 20006-1806

Email: stephanie.mai@bingham.com
(Counsel for Raytheon Aircraft Credit Corporation)
Stephanie W. Mai, Esquire
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

Email: mah@hangley.com;
jad@hangley.com
(Counsel for Sunoco, Inc.)
Matthew A. Hamermesh, Esquire
Joseph A. Dworetzky, Esquire
Hangley Aronchick Segal & Pudlin
One Logan Square, 27th Floor
Philadelphia, PA 19103

Email: richard.krasnow@weil.com;
kelly.diblasi@weil.com
(Counsel for GE Capital Aviation Services LLC)
Richard P. Krasnow, Esquire
Kelly DiBlasi, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Email: bankruptcy@goodwin.com
(Counsel for U.S. Bank National Association)
Corrine L. Burnick, Esquire
Kathleen M. LaManna, Esquire
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919

Email: shgross5@yahoo.com
(Counsel for Willis Lease Finance Corporation)
Stephen H. Gross, Esquire
35 Old Sport Hill Road
Easton, CT 06612

Email: mgburke@sidley.com
(Counsel for Bombardier Capital Inc. and Bombardier Services Corporation)
Michael G. Burke, Esquire
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Email: neilberger@teamtogut.com;
mhamersky@teamtogut.com
(Counsel for Aloha Contract Services, Inc.)
Neil Berger, Esquire
Michael D. Hamersky, Esquire
Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, NY 10119

Email: ROrenstein@sullivanholston.com
(Counsel for Dallas/Fort Worth International
Airport Board)
Rosa R. Orenstein, Esquire
Sullivan & Holston
4131 North Central Expwy., Suite 980
Dallas, TX 75204

Email: Edward.gurbacki@citi.com
Citigroup Global Markets Inc.
Attn: Edward F. Gurbacki
388 Greenwich Street
New York, NY 10013

Email: srivera@chadbourne.com;
bdye@chadbourne.com
(Counsel for Citicorp North America, Inc.)
Seven Rivera, Esquire
Bonnie Dye, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Email: RHollander@olasov.com
(Counsel for Zions Credit Corporation)
Rachel L. Hollander, Esquire
Olasov + Hollander LLP
1325 Avenue of the Americas, 27th Floor
New York, NY 10019

Email: trdavis@cnmlaw.com;
cmontgomery@cnmlaw.com
(Counsel for Zions Credit Corporation)
T. Richard Davis, Esquire
Carolyn Montgomery, Esquire
Callister Nebeker & McCullough
10 East South Temple
Salt Lake City, UT 84133

Email: anasuti@tokn.com
(Counsel for Mansfield Oil Company)
Albert F. Nasuti, Esquire
Thompson, O'Brien, Kemp & Nasuti, P.C.
40 Technology Parkway South, Suite 300
Norcross, GA 30092

Email: mjedelman@vedderprice.com
(Counsel for Export Development Canada;
Transamerica Aviation LLC; NIBC Bank
N.V.; Rolls Royce plc; Fortis N.V.)
Michael J. Edelman, Esquire
Vedder Price P.C.
1633 Broadway, 47th Floor
New York, NY 10019

Email: dgerber@vedderprice.com;
tpeyton@vedderprice.com
(Counsel for Export Development Canada;
Rolls Royce plc)
Dean N. Gerber, Esquire
Theresa M. Peyton, Esquire
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL 60601

Email: rscheinberg@vedderprice.com
(Counsel for NIBC Bank N.V.; Fortis N.V.;
Transamerica Aviation LLC)
Ronald Scheinberg, Esquire
Vedder Price P.C.
1633 Broadway, 47th Floor
New York, NY 10019

Email: gkass@vedderprice.com
(Counsel for Transamerica Aviation LLC)
Geoffrey R. Kass, Esquire
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL 60601

Email: Jean-David.Barnea@usdoj.gov
(Counsel for the United States of America)
Preet Bharara, Esquire
United States Attorney, Southern District of
New York
86 Chambers Street, 3rd Floor
New York, NY 10007

Email:
jonathanlevine@andrewskurth.com
(Counsel for Compass Bank)
Jonathan I. Levine, Esquire
Andrews Kurth LLP
450 Lexington Avenue, 15th Floor
New York, NY 10017

Email: sjerome@swlaw.com
(Counsel for Compass Bank)
Steven D. Jerome, Esquire
Snell & Wilmer L.L.P.
One Arizona Center
400 East Van Buren
Phoenix, AZ 85004-2202

Email: terri.roberts@pcao.pima.gov
troy.larkin@pcao.pima.gov
(Counsel for Pima County)
Terri A. Roberts, Esquire
Troy E. Larkin, Esquire
Deputy County Attorneys
32 North Stone Avenue, Suite 2100
Tucson, AZ 85701

Email: cshulman@sheppardmullin.com
jqin@sheppardmullin.com
(Counsel for Goodrich Corporation)
Carren Shulman, Esquire
Jane Qin, Esquire
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza, Suite 2400
New York, NY 10112

Email: beth.hansen@goodrich.com
(Counsel for Goodrich Corporation)
Beth Hansen, Esquire
Goodrich Corporation
Four Coliseum Centre
2730 West Tyvola Road
Charlotte, NC 28217-4578

Email: Steven.Ginther@dor.mo.gov
Counsel for Missouri Department of Revenue)
Steven A. Ginther, Esquire
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO 65105-0475

Email: mmilano@riddellwilliams.com
(Counsel for Microsoft Corporation)
Maria Ann Milano, Esquire
Riddell Williams P.S.
1001 – 4th Avenue, Suite 4500
Seattle, WA 98154

Email: wfoster@milbank.com
rrosenberg@milbank.com
crubio@milbank.com
(Counse for Transamerica Aviation LLC
and Transamerica Finance Corporation)
Wilbur F. Foster, Jr., Esquire
Risa M. Rosenberg, Esquire
Charles M. Rubio, Esquire
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413

Email: schristianson@buchalter.com
(Counsel for Oracle USA, Inc.)
Shawn M. Christianson, Esquire
Buchalter Nemer, A Professional
Corporation
333 Market Street, 25th Floor
San Francisco, CA 94105-2126

Email: mem@bowersharrison.com
(Counsel for Integra Bank, N.A.)
Mark E. Miller, Esquire
Bowers Harrison, LLP
25 N.W. Riverside Drive, 2nd Floor
P.O. Box 1287
Evansville, IN 47706-1287

Email: eestrada@reedsmith.com;
clynch@reedsmith.com
(Counsel for Wells Fargo Bank, N.A. and
Wells Fargo Equipment Finance, Inc.)
Edward J. Estrada, Esquire
Christopher A. Lynch, Esquire
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022

Email: stevegruendel@mvalaw.com;
luislluberas@mvalaw.com
(Counsel for Wells Fargo Bank, N.A. and
Wells Fargo Equipment Finance, Inc.)
Steve Gruendel, Esquire
Luis M. Lluberas-Oliver, Esquire
Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202

Email: david.runck@fmjlaw.com
(Counsel for Avmax International Aircraft
Leasing, Inc. and NorthStar Avlease, Ltd.)
David E. Runck, Esquire
Fafinski Mark & Johnson, P.A.
400 Flagship Corporate Center
775 Prairie Center Drive
Eden Prairie, MN 55344

Email: mpower@hahnhessen.com;
jorbach@hahnhessen.com
(Counsel for Volvo Aero Services Corp.)
Mark T. Power, Esquire
Joseph Orbach, Esquire
Hahn & Hessen LLP
488 Madison Avenue, 15th Floor
New York, NY 10022

Email: harveystrickon@paulhastings.com
(Counsel for Engine Lease Finance
Corporation)
Harvey A. Strickon, Esquire
Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, NY 10022-3205

Email: GAG@bowersharrison.com
(Counsel for Integra Bank N.A. and IBNK
Leasing Corp.)
Greg A. Granger, Esquire
Bowers Harrison LLP
25 N.W. Riverside Drive, 2nd Floor
Evansville, IN 47708

Email: mreed@duanemorris.com
(Counsel for ACE Companies)
Margery N. Reed, Esquire
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103

Email: wmsimkulak@duanemorris.com
(Counsel for ACE Companies)
Wendy M. Simkulak, Esquire
Duane Morris LLP
1540 Broadway
New York, NY 10036

Email: blc@ashrlaw.com
(Counsel for Maricopa County)
Barbara Lee Caldwell, Esquire
Aiken Schenk Hawkins & Ricciardi P.C.
4742 North 24th Street, Suite 100
Phoenix, AZ 85016

Email: mdubin@nycollect.com
(Counsel for Delaware North Companies
Travel Hospitality Services, Inc.)
Marvin T. Dubin, Esquire
Dubin & Dubin, LLP
600 Rand Building
14 Lafayette Square
Buffalo, NY 14203

Email: schnabel.eric@dorsey.com
(Counsel for U.S. Bank National
Association)
Eric Lopez Schnabel, Esquire
Dorsey & Whitney LLP
250 Park Avenue
New York, NY 10177

**Email: heim.steven@dorsey.com**
(Counsel for U.S. Bank National Association)
Steven J. Heim, Esquire
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498