**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------X

In re: Mesa Air Group Inc, et al    :
                                    :    In Proceedings For A
                                    :    Reorganization Under
                                         Chapter 11
                                         Case No: 10-10018(MG)


                                    :
        Debtor.
                                    :
-----------------------------------X


**CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER**


THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN
ORDER OF THE BANKRUPTCY COURT, DATED February 23, 2010 ,
DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.