PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: 212-561-7700
Facsimile:  212-561-7777
Richard M. Pachulski
Laura Davis Jones
Debra I. Grassgreen
Maria A. Bove
John W. Lucas

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| MESA AIR GROUP, INC., *et al.*, | Case No. 10-10018 (MG) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF ADJOURNED MEETING OF CREDITORS**
**PURSUANT TO 11 U.S.C. §341**

**PLEASE TAKE NOTICE** that the continued meeting of creditors of Mesa Air Group, Inc., et al., debtors and debtors in possession (the "Debtors") in the chapter 11 cases captioned *In re Mesa Air Group, Inc.*, *et al.,* Case No. 10-10018 (MG), pursuant to 11 U.S.C. §341, has been adjourned from February 26, 2010 at 1:00 p.m. to April 16, 2010 at 2:00 p.m., as may be adjourned from time to time, at the Office of the United States Trustee, 80 Broad Street, 2nd Floor, New York, New York 10009.

---

[1] The Debtors are:  Mesa Air Group, Inc. (2351); Mesa Air New York, Inc. (3457); Mesa In-Flight, Inc. (9110); Freedom Airlines, Inc. (9364); Mesa Airlines, Inc. (4800); MPD, Inc. (7849); Ritz Hotel Management Corp. (7688); Regional Aircraft Services, Inc. (1911); Air Midwest, Inc. (6610); Mesa Air Group Airline Inventory Management, LLC (2015); Nilchi, Inc. (5531); and Patar, Inc. (1653).

**PLEASE TAKE FURTHER NOTICE** that the Debtors' representatives, as specified in Bankruptcy Rule 9001(5), are required to appear at the meeting of creditors on the date and at the place set forth herein for the purpose of being examined under oath. Attendance by creditors at the meeting is welcomed, but not required. At the meeting, the creditors may examine the Debtors and transact such other business as may properly come before the meeting. The meeting may be continued or adjourned from time to time by notice at the meeting, without further written notice to creditors.

Dated: New York, New York
March 10, 2010

PACHULSKI, STANG, ZIEHL & JONES LLP.

*/s/ Maria A. Bove*
Richard M. Pachulski
Laura Davis Jones
Debra I. Grassgreen
Maria A. Bove
John W. Lucas
780 Third Avenue, 36th Floor
New York, NY 10017-2024
Telephone: 212/561-7700
Facsimile: 212/561-7777

Attorneys for Debtors and Debtors in Possession