THE VAKULA LAW FIRM, P.C.
11240 N. Tatum Blvd.
Suite 120
Phoenix, Arizona 85028
(480) 905-9114

Nicholas E. Vakula
State Bar ID No. 009876
Attorneys for Plaintiff

RECEIVED FEB 22 2010 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>MESA AIR GROUP, INC. | In Proceedings Under Chapter 11<br><br>**NO.** 10-10018-MG |
| JODI HARMON, a single Woman,<br><br>Movant,<br><br>v.<br><br>MESA AIR GROUP, INC.,<br><br>Debtor. | **MOTION FOR RELIEF FROM AUTOMATIC STAY** |

Movant, by and through undersigned counsel, hereby moves the Court for Relief from the Automatic Stay. This motion is supported by the following Memorandum of Points and Authorities.

### MEMORANDUM OF POINTS AND AUTHORITIES

1. The filing of this motion commences a contested matter pursuant to Bankruptcy Rule 9014.

2. That on or about July 30, 2007, while riding as a passenger on an aircraft owned by Mesa Air Group, Inc., Jodi Harmon suffered injuries. Debtor and/or their employees were inattentive and/or otherwise negligent in causing Movant's injuries and damages.

3. That on June 30, 2009, counsel for Movant filed a civil lawsuit against Debtor Mesa

Air Group, Inc. as Maricopa County Superior Court Case Number CV2009-053303.

4. Upon information and belief, Mesa Air Group, Inc. filed a Notice of Filing Bankruptcy, claiming to have invoked the provisions of the automatic stay.

5. The Automatic Stay of 11 U.S.C. §362(a) should be vacated so Movant Jodi Harmon may pursue all remedies available to her under non-bankruptcy law against any and all property of Mesa Air Group, Inc. and all applicable insurance policies for Mesa Air Group, Inc.

**WHEREFORE, MOVANT REQUESTS AN ORDER GRANTING THE FOLLOWING RELIEF:**

1. The Automatic Stay under 11 U.S.C. §362(a) as well as all other applicable stays and injunctions are vacated as to pending litigation in Maricopa County Superior Court as Case No. CV2009-053303, as to any and all property of Mesa Air Group, Inc. and all applicable insurance policies for Mesa Air Group, Inc.

2. Permitting Movant to pursue all remedies available to them under non-bankruptcy laws against any and all property of Mesa Air Group, Inc. and all applicable insurance policies for Mesa Air Group, Inc.

3. For such other and further relief as the Court may deem just and proper.

**RESPECTFULLY SUBMITTED** this _18_ day of February, 2010.

THE VAKULA LAW FIRM, P.C.

By: _____
Nicholas E. Vakula
11240 N. Tatum Blvd.
Suite 120
Phoenix, AZ 85028
Attorneys for Movant

ORIGINAL mailed this _18th_ day of February, 2010, to:

2

| | |
|---|---|
| 1 | U.S. Bankruptcy Court |
|   | Southern District of New York |
| 2 | One Bowling Green |
|   | New York, New York 10004-1408 |
| 3 | |
|   | and copies mailed to: |
| 4 | |
|   | Robert J. Feinstein, RF2836 |
| 5 | Pachulski Stang Ziehl & Jones, LLP |
|   | 780 Third Avenue |
| 6 | 36yh Floor |
|   | New York, New York 10017-2024 |
| 7 | Attorney for Debtor |
| 8 | |
|   | Edward R. Glady, Jr. |
| 9 | Eric S. Rothblum |
|   | POLSINELLI SHUGHART, P.C. |
| 10 | Security Title Plaza |
|    | 3636 N. Central, Suite 1200 |
| 11 | Phoenix, Arizona 85012 |
|    | Attorneys for Mesa Air Group |
| 12 | |
|    | By *C. Reynolds* (signature) |
| 13 | |

THE VAKULA LAW FIRM, P.C.
11240 N. Tatum Blvd.
Suite 120
Phoenix, Arizona 85028
(480) 905-9114
Nicholas E. Vakula
State Bar ID No. 009876
Attorneys for Plaintiff

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>MESA AIR GROUP, INC.<br><br>―――――――<br><br>JODI HARMON, a single Woman,<br><br>Movant,<br><br>v.<br><br>MESA AIR GROUP, INC.,<br><br>Debtor. | In Proceedings Under Chapter 11<br><br>NO. 10-10018-MG<br><br>**ORDER TO LIFT AUTOMATIC STAY** |

Movant Jodi Harmon, having filed a Motion for Relief from Automatic Stay, and the Court having found good cause to grant said motion, therefore;

**IT IS ORDERED THAT:**

1. The Automatic Stay under 11 U.S.C. §362(a) as well as all other applicable stays and injunctions are vacated as to pending litigation in Maricopa County Superior Court as Case No. CV2009-053303 as to any and all property of Mesa Air Group, Inc. and all applicable insurance policies for Mesa Air Group, Inc.

2. Permitting Movant to pursue all remedies available to them under non-bankruptcy laws against any and all property of Mesa Air Group, Inc. and all applicable insurance policies for Mesa Air Group, Inc.

1    3.   For such other and further relief as the Court may deem just and proper.

2    DATED: _____

3

4
                                                    _____
                                                    JUDGE OF THE BANKRUPTCY COURT
5

6  ORIGINAL file with the Court and
   copy mailed this ___ day of February,
7  2010, to:

8  Nicholas E. Vakula
   THE VAKULA LAW FIRM
9  11240 N. Tatum Blvd., Suite 120
   Phoenix, Arizona 85028
10 Attorney for Movant

11 Robert J. Feinstein, RF2836
   Pachulski Stang Ziehl & Jones,LLP
12 780 Third Avenue
   36yh Floor
13 New York, New York 10017-2024
   Attorney for Debtor
14

15 Edward R. Glady, Jr.
   Eric S. Rothblum
16 POLSINELLI SHUGHART, P.C.
   Security Title Plaza
17 3636 N. Central, Suite 1200
   Phoenix, Arizona 85012
18 Attorneys for Mesa Air Group

19 By_____

20

21

22

23

24

25

26
                                    2