PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: 212-561-7700
Facsimile: 212-561-7777
Richard M. Pachulski
Laura Davis Jones
Debra I. Grassgreen
Joshua M. Fried
Maria A. Bove

Attorneys for Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> MESA AIR GROUP, INC., et al., <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 10-10018 (MG) <br><br> (Jointly Administered) |

**NOTICE OF PARTIAL SUPERSEDING OF DEBTORS' FIRST NOTICE OF
INTENT TO REJECT LEASES RELATING TO CERTAIN AIRCRAFT ENGINES
PURSUANT TO DEBTORS' PROCEDURES SET FORTH IN AMENDED
ORDER ENTERED ON FEBRUARY 24, 2010 (RE: WILLIS LEASE FINANCE
CORPORATION, LESSOR, AND WELLS FARGO BANK NORTHWEST, N.A.,
AS OWNER TRUSTEE AS TO CERTAIN ENGINES)**

**PLEASE TAKE NOTICE** that the *Debtors' First Notice of Intent to Reject Leases Relating to Certain Aircraft Engines Pursuant to Debtors' Procedures Set Forth in Amended Order Entered on February 24, 2010 (Re: Willis Lease Finance Corporation, Lessor, and Wells Fargo Bank Northwest, N.A., as Owner Trustee as to Certain Engines)* [Docket No. 361] (the "Willis Rejection Notice") filed on February 24, 2010, has been partially superseded by the subsequent filing under seal of that certain *Stipulation Pursuant to Section 1110(b) of the*

---

[1] The Debtors are: Mesa Air Group, Inc. (2351); Mesa Air New York, Inc. (3457); Mesa In-Flight, Inc. (9110); Freedom Airlines, Inc. (9364); Mesa Airlines, Inc. (4800); MPD, Inc. (7849); Ritz Hotel Management Corp. (7688); Regional Aircraft Services, Inc. (1911); Air Midwest, Inc. (6610); Mesa Air Group Airline Inventory Management, LLC (2015); Nilchi, Inc. (5531); and Patar, Inc. (1653).

*Bankruptcy Code Between Debtors and Willis Lease Finance Corporation and WEST Engine Funding LLC, Regarding the Extension of the Automatic Stay With Respect to Certain Spare Engines of the Debtors* [Docket No. 447] (the "1110(b) Stipulation").

**PLEASE TAKE FURTHER NOTICE** that the 1110(b) Stipulation supersedes the Rejection Notice with respect to the leases governing ESN PCE-123005, ESN PCE-AG0074, ESN CAE312234, and ESN 194264 (the "Superseded Engine Leases"), such that the Superseded Engine Leases are not deemed rejected.

**PLEASE TAKE FURTHER NOTICE** that the 1110(b) Stipulation does not supersede the Rejection Notice with respect to ESN CAE311498 (the "Rejected Engine Lease"), such that the Rejected Engine Lease is deemed rejected on March 8, 2010 pursuant to the Rejection Notice.

Dated: March 17, 2010　　　　　　　　PACHULSKI STANG ZIEHL & JONES LLP
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　/s/ Debra I. Grassgreen
　　　　　　　　　　　　　　　　　　　Richard M. Pachulski
　　　　　　　　　　　　　　　　　　　Laura Davis Jones
　　　　　　　　　　　　　　　　　　　Debra I. Grassgreen
　　　　　　　　　　　　　　　　　　　Maria A. Bove
　　　　　　　　　　　　　　　　　　　John W. Lucas
　　　　　　　　　　　　　　　　　　　780 Third Avenue, 36th Floor
　　　　　　　　　　　　　　　　　　　New York, New York 10017
　　　　　　　　　　　　　　　　　　　Telephone: (212) 561-7700
　　　　　　　　　　　　　　　　　　　Facsimile: (212) 561-7777

　　　　　　　　　　　　　　　　　　　Attorneys for Debtors and Debtors in Possession