**TARTER KRINSKY & DROGIN LLP**
*Attorneys for Carole Faye Diamond*
1350 Broadway, 11th Floor
New York, New York 10018
(212) 216-8000
Scott S. Markowitz, Esq.
Ira R. Abel, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MESA AIR GROUP, INC., et al., | : | Case No.: 10-10018 (MG) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------ x

### NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND GRANTING RELATED RELIEF

TO:  (I) THE OFFICE OF THE UNITED STATES TRUSTEE; (II) THE DEBTORS, BY THEIR COUNSEL; (III) THE COMMITTEE, BY ITS COUNSEL; AND (IV) ALL PARTIES THAT HAVE REQUESTED NOTICE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2002

**PLEASE TAKE NOTICE**, that Carole Faye Diamond ("Diamond"), by her counsel, has filed the attached Motion for (a) relief from automatic stay; (b) for production of certain documentary and testimonial evidence; and (c) for related relief (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion must be filed on or before April 8, 2010 at 4:00 p.m. (EST) (the "Objection Deadline") with the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004. At the same time, you must serve a copy of the objection upon Diamond's undersigned counsel so as to be received on or before the

Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE MOTION WILL BE HELD APRIL 15, 2010 AT 10:00 A.M. (EST) BEFORE THE HONORABLE MARTIN GLENN, AT THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK, ALEXANDER HAMILTON CUSTOM HOUSE, ONE BOWLING GREEN, NEW YORK, NEW YORK 10004, COURTROOM 501.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND ON OR BEFORE THE OBJECTION DEADLINE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: New York, New York
March 17, 2010

        **TARTER KRINSKY & DROGIN LLP**
        *Attorneys for Carole Faye Diamond*

        By: /s/ Scott S. Markowitz
            Scott S. Markowitz
            Ira R. Abel
            1350 Broadway, 11th Floor
            New York, New York 10018
            (212) 216-8000