**ORIGINAL**

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 1 9 2009

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| DELTA AIR LINES, INC.  )<br>  )<br>           Plaintiff,  )<br>  )<br>v.  )<br>  )<br>MESA AIR GROUP, INC., and  )<br>FREEDOM AIRLINES, INC.  )<br>  )<br>           Defendants.  )<br>  ) | CIVIL ACTION FILE<br>NO. 1 09-CV-2267<br><br>TCB |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT FOR PLAINTIFF DELTA AIR LINES, INC.

Pursuant to Local Rule 3.3, Northern District of Georgia, and Federal Rule of Civil Procedure 7.1, Delta Air Lines, Inc. hereby submits its Certificate of Interested Persons and Corporate Disclosure Statement.

(1) The undersigned counsel of record for the plaintiff to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Plaintiff:  Delta Air Lines, Inc.

Defendants: Mesa Air Group, Inc.
            Freedom Airlines, Inc.

Delta Air Lines, Inc. certifies that there is no publicly-held company that owns 10% or more of Delta Air Lines, Inc.'s common stock.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

Delta Air Lines, Inc. is not aware, at this time, of any other such persons.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the plaintiff in this proceeding:

Catherine M. O'Neil, David E. Meadows, and Joseph P. Rockers, King & Spalding LLP

Submitted this 19th day of August, 2009.

Catherine M. O'Neil
Georgia Bar No. 553714
David E. Meadows
Georgia Bar No. 500352
Joseph P. Rockers
Georgia Bar No. 611220
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309-3521
Telephone: (404) 572-4600
Fax: (404) 572-5100

Counsel for Plaintiff
Delta Air Lines, Inc.

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 1 9 2009

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **DELTA AIR LINES, INC.**<br><br>Plaintiff,<br><br>v.<br><br>**MESA AIR GROUP, INC.,** and **FREEDOM AIRLINES, INC.**<br><br>Defendants. | CIVIL ACTION FILE<br>NO. 1 09-CV-2267 |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT FOR PLAINTIFF DELTA AIR LINES, INC.** will be served upon counsel this day via hand delivery:

G. Lee Garrett, Jr.
David M. Monde
Jones Day
1420 Peachtree Street, N.E.
Atlanta, Georgia 30309

This 19th day of August, 2009.

_____
Catherine M. O'Neil
Georgia Bar No. 553714