**ORIGINAL**

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 19 2009

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| DELTA AIR LINES, INC. | ) |
| Plaintiff, | ) CIVIL ACTION FILE |
| v. | ) NO.: _____ |
| MESA AIR GROUP, INC., and FREEDOM AIRLINES, INC. | ) 1 09-CV-2267 |
| Defendants. | ) |

TCB

### DELTA AIR LINES, INC.'S MOTION TO FILE COMPLAINT UNDER SEAL

Plaintiff Delta Air Lines, Inc. ("Delta"), by its attorneys, submits this motion and requests that the enclosed Complaint be filed under seal. The Complaint refers to certain sections and provisions of a Delta Connection Agreement between the parties. That Delta Connection Agreement contains a confidentiality provision, prohibiting disclosure of the terms and conditions of the Agreement. In view of that provision, Delta respectfully moves for the enclosed Complaint to be filed under seal. A proposed order is attached.

Respectfully submitted, this 19th day of August, 2009.

_____
Catherine M. O'Neil
Georgia Bar No. 553714
David E. Meadows

Georgia Bar No. 500352
Joseph P. Rockers
Georgia Bar No. 611220

KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia  30309-3521
Telephone:  (404) 572-4600
Fax:  (404) 572-5100

Counsel for Plaintiff
Delta Air Lines, Inc.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
AUG 19 2009
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| DELTA AIR LINES, INC.                ) | |
|                                      ) | |
|              Plaintiff,              ) | CIVIL ACTION FILE |
| v.                                   ) | NO.: 1 09-CV-2267 |
|                                      ) | |
| MESA AIR GROUP, INC., and            ) | |
| FREEDOM AIRLINES, INC.               ) | |
|                                      ) | |
|              Defendants.             ) | |

### CERTIFICATE OF SERVICE

I certify that on August 19, 2009, I served **DELTA AIR LINES, INC.'S MOTION TO FILE COMPLAINT UNDER SEAL**, with the **COMPLAINT**, on the following counsel of record via hand delivery:

> G. Lee Garrett, Jr.
> David M. Monde
> Jones Day
> 1420 Peachtree Street, N.E.
> Atlanta, Georgia 30309

This 19th day of August, 2009.

_Catherine M. O'Neil_
Catherine M. O'Neil
Georgia Bar No. 553714