RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG 19 2009

JAMES N. HATTEN, Clerk
By: Deputy Clerk

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 19 2009

JAMES N. HATTEN, Clerk
By: Deputy Clerk

TCB

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **DELTA AIR LINES, INC.** | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION FILE |
| | ) NO.: 1 09-CV-2267 |
| **MESA AIR GROUP, INC.,** and **FREEDOM AIRLINES, INC.** | ) |
| Defendants. | ) |

## [PROPOSED] ORDER GRANTING DELTA AIR LINES, INC.'S MOTION TO FILE COMPLAINT UNDER SEAL

Having reviewed Delta Air Lines, Inc.'s Motion to File Complaint Under Seal, and finding that good cause exists, it is hereby ORDERED that Delta Air Lines, Inc.'s Motion is GRANTED and Delta Air Lines, Inc.'s Complaint shall be filed under seal.

SO ORDERED, this 19th day of August, 2009.

United States District Judge