FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 27 2009

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| DELTA AIR LINES, INC. )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MESA AIR GROUP, INC., and )<br>FREEDOM AIRLINES, INC. )<br>)<br>Defendants. ) | CIVIL ACTION FILE<br>NO.: 1:09-CV-2267 |

## NOTICE OF MANUAL FILING

Please take notice that Delta Air Lines, Inc. has manually filed the following document:

Stipulation.

This document was not filed electronically because the case is currently under seal. The document has been manually served on all parties.

Respectfully submitted this 27th day of August, 2009.

_____
Catherine M. O'Neil
Georgia Bar No. 553714
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309-3521
Telephone: (404) 572-4600
Email: coneil@kslaw.com

Counsel for Plaintiff
Delta Air Lines, Inc.