FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 27 2009

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| DELTA AIR LINES, INC. ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE |
| v. ) | NO.: 1:09-CV-2267 |
| ) | |
| MESA AIR GROUP, INC., and ) | |
| FREEDOM AIRLINES, INC. ) | |
| ) | |
| Defendants. ) | |

## STIPULATION

Plaintiff Delta Air Lines, Inc. and Defendants Mesa Air Group, Inc. and Freedom Airlines, Inc. (collectively "Defendants") agree and hereby stipulate that Defendants have agreed to waive service of the complaint and summons in this matter and that Defendants shall have through and including September 25th, 2009 to respond (whether by answer, motion, or otherwise) to Plaintiff's Complaint.

Respectfully submitted this 27th day of August, 2009.

CONSENTED AND AGREED TO:

*/s/ Catherine M. O'Neil/*
Catherine M. O'Neil
Georgia Bar No. 553714
David E. Meadows
Georgia Bar No. 500352
Joseph P. Rockers
Georgia Bar No. 611220
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5140

Counsel for Plaintiff
Delta Air Lines, Inc.

*/s/ Lee Garrett/* with perm. CMO
G. Lee Garrett, Jr.
Georgia Bar No. 286519
David M. Monde
Georgia Bar No. 515710
Michael Wolak, III
Georgia Bar No. 773197
Robert A. Schmoll
Georgia Bar No. 100178
Jones Day
1420 Peachtree Street
Suite 800
Atlanta, GA 30309
Telephone: (404) 581-3939
Facsimile: (404) 581-8330

Counsel for Plaintiffs Mesa Air Group, Inc. and Freedom Airlines, Inc.