ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 2 5 2009

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DELTA AIR LINES,<br><br>    Plaintiffs,<br><br>v.<br><br>MESA AIR GROUP, INC. and<br>FREEDOM AIRLINES, INC.,<br><br>    Defendants. | CIVIL ACTION NO.<br>1:09-CV-2267 |

### MESA AIR GROUP, INC.'S AND FREEDOM AIRLINES, INC.'S PARTIAL MOTION TO DISMISS COUNT I OF THE COMPLAINT

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendants Mesa Air Group, Inc. ("Mesa Air") and Freedom Airlines, Inc. ("Freedom") (collectively, "Mesa") respectfully move this Court to dismiss Count I of Delta Air Lines' complaint. This action arises out of a contract between Mesa and Delta. Because the complaint does not contain factual matter sufficient to support the conclusion that the breach alleged by Delta is material, Count I of the Complaint -- which seeks a declaration of Delta's right to terminate the agreement, and which relies on the element of materiality -- should be dismissed for failure to state a claim upon which relief can be granted. The complaint offers only "labels and conclusions"

- 2 -

regarding the conclusion of materiality, and provides just "a formulaic recitation of the elements of a cause of action" which, under recent decisions of the United States Supreme Court, "will not do." *Ashcroft v. Iqbal*, __ U.S. __, 129 S. Ct. 1937, 1949 (2009) citing *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 555 (2007). As fully explained in the accompanying Memorandum of Law, under *Iqbal* and *Twombly* and New York's law of materiality,[1] Delta has not and cannot allege facts sufficient to state a claim for the declaratory judgment requested in Count I. For these reasons, Count I should be dismissed.

---

[1] The Agreement provides that it "is subject to, and will be governed by and interpreted in accordance with, the laws of the State of New York." Art. 20(A).

Dated: September 25, 2009

Respectfully submitted,

*[signature]*

G. Lee Garrett, Jr.
Ga. Bar No. 286519
David M. Monde
Ga. Bar No. 515710
Robert A. Schmoll
Ga. Bar No. 100178
Kacy G. Romig
Ga. Bar No. 105576
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309-3053
Telephone: (404) 521-3939
Facsimile: (404) 581-8330

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DELTA AIR LINES,<br><br>    Plaintiffs,<br><br>v.<br><br>MESA AIR GROUP, INC. and<br>FREEDOM AIRLINES, INC.,<br><br>    Defendants. | CIVIL ACTION NO.<br>1:09-CV-2267 |

## CERTIFICATE OF SERVICE

I hereby certify that I have this manually filed a true and correct copy of the foregoing MESA AIR GROUP, INC.'S AND FREEDOM AIRLINES, INC.'S PARTIAL MOTION TO DISMISS COUNT I OF THE COMPLAINT, and have caused same to be served upon the following counsel of record by first-class mail:

> Catherine M. O'Neil
>     (coneil@kslaw.com)
> David E. Meadows
>     (demeadows@kslaw.com)
> Joseph P. Rockers
>     (jrockers@kslaw.com)
> KING & SPALDING LLP
> 1180 Peachtree Street
> Atlanta Georgia 30309

Dated: September 25, 2009.

Robert A. Schmoll
Ga. Bar No. 100178

JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA  30309-3053
Telephone:  (404) 581-3939
Facsimile:   (404) 581-8330

Attorneys for Defendants