PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: 212-561-7700
Facsimile:  212-561-7777
Richard M. Pachulski
Laura Davis Jones
Debra I. Grassgreen
Joshua M. Fried
Maria A. Bove

Attorneys for Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MESA AIR GROUP, INC., *et al*.,<br><br>Debtors.[*] | Chapter 11<br><br>Case No. 10-10018 (MG)<br><br>(Jointly Administered) |

**DEBTORS' FOURTH NOTICE OF INTENT TO REJECT LEASES
RELATING TO CERTAIN AIRCRAFT PURSUANT TO DEBTORS' PROCEDURES
SET FORTH IN AMENDED ORDER ENTERED ON FEBRUARY 23, 2010**

**(RE:  AIRCRAFT PARTIES LISTED ON EXHIBIT 1 ANNEXED HERETO)**

**PLEASE TAKE NOTICE** that the debtors and debtors in possession (collectively, the "Debtors") hereby give notice to the owner participants, owner trustees, loan participants, indenture trustees, and lenders set forth on Exhibit 1 annexed hereto (the "Aircraft Parties") of the Debtors' intent to reject the six (6) aircraft leases (the "Leases") in their entirety related to six (6) CRJ-200 aircraft, with the airframes having the U.S. Registration Numbers as identified in Exhibit 1 (the "Excess Leased Equipment.").

---

[*] The Debtors are:  Mesa Air Group, Inc. (2351); Mesa Air New York, Inc. (3457); Mesa In-Flight, Inc. (9110); Freedom Airlines, Inc. (9364); Mesa Airlines, Inc. (4800); MPD, Inc. (7849); Ritz Hotel Management Corp. (7688); Regional Aircraft Services, Inc. (1911); Air Midwest, Inc. (6610); Mesa Air Group Airline Inventory Management, LLC (2015); Nilchi, Inc. (5531); and Patar, Inc. (1653).

**PLEASE TAKE FURTHER NOTICE** that, on February 23, 2010, the Bankruptcy Court entered its *Order (I) Authorizing Debtors to (A) Reject Leases Relating to Certain Aircraft and Other Related Equipment, (B) Abandon Certain Aircraft, Engines, and Other Related Equipment, (C) Transfer Title to Certain Aircraft, Engines, and Other Related Equipment, and (D) Satisfy the Surrender and Return Requirements Under the Bankruptcy Code, and (II) Approving Related Notices and Procedures* (the "<u>Order</u>"),[†] a copy of which is available upon request from the Debtors' counsel and which is also available for review on www.epiq11.com (follow "All Active Cases" and "Mesa Air Group, Inc." links). All capitalized terms not defined herein have the meaning ascribed to them in the Order. This Notice is being provided to you in accordance with the Order as a Subsequent Rejection Notice.

**PLEASE TAKE FURTHER NOTICE** that unless an affected Aircraft Party timely objects to this Amended Notice and the proposed Lease rejections, as the case may be, and related surrender and return of the Excess Leased Equipment, the rejection of the Leases, as the case may be, will be effective as of the dates set forth on Exhibit 1 (as applicable, the "<u>Deemed Effective Date</u>"), without need of any further Court order or additional notice, subject to the rights to object as set forth in the Order, and as of the Deemed Effective Date, the applicable Aircraft Party may take possession of the Excess Leased Equipment as of the date(s) and at the location(s) set forth on <u>Exhibit 1</u>.

**PLEASE TAKE FURTHER NOTICE** that in accordance with the terms of the *Stipulation and Agreement Pursuant to Section 1110(b) of the Bankruptcy Code Between Debtors and DVB Bank SE, BNP Paribas, Commerzbank Aktiengesellschaft, Credit Agricole Corporate and Investment Bank, ING Bank, N.V., Singapore Branch, and NIBC Bank, N.V. Regarding the Extension of the Automatic Stay With Resepct to Certain CRJ-200 Aircraft of the*

---

[†] On February 24, 2010, the Debtors filed with the Court an amended exhibit A-2 to the Order [Docket No. 360].

*Debtors* (the "DVB/Kendall/Wond Section 1110(b) Stipulation") that was approved on March 16, 2010, DVB Bank SE, BNP Paribas, Commerzbank Aktiengesellschaft, Credit Agricole Corporate and Investment Bank, ING Bank, N.V., Singapore Branch, and NIBC Bank, N.V. have agreed not to exercise any remedies or assert any claims arising solely from any alleged default on the basis that any Excess Leased Equipment returned identified under Items ##1-5 on Exhibit 1 does not have the original engines installed 'on wing' provided that the Debtors comply with the requirements of the DVB/Kendall/Wond Section 1110(b) Stipulation.

**PLEASE TAKE FURTHER NOTICE** that in accordance with the terms of the *Stipulation and Agreement Pursuant to Section 1110(b) of the Bankruptcy Code Between Debtors and DVB Transport Finance Limited and Bremer Landesbank Kreditanstalt Oldenburg-Gironzentrale Regarding the Extension of the Automatic Stay With Resepct to Certain CRJ-200 Aircraft of the Debtors* (the "DVB/BL Section 1110(b) Stipulation") that was approved on March 16, 2010, DVB Transport Finance Limited and BremerLandesbank Kreditanstalt Oldenburg-Gironzentrale have agreed (i) not to exercise any remedies or assert any claims arising solely from any alleged default on the basis that any Excess Leased Equipment returned identified under Item #6 on Exhibit 1 does not have the original engines installed 'on wing' provided that the Debtors comply with the requirements of the DVB/BL Section 1110(b) Stipulation and (ii) that notwithstanding the rejection of the leases the Debtors may continue to use and pay for certain equipment under the lease rejected with respect to Item #6 on Exhibit 1 provided that the Debtors comply with the requirements of the DVB/BL Section 1110(b) Stipulation.

**PLEASE TAKE FURTHER NOTICE** that if any affected Aircraft Party wishes to object to the rejection of the applicable Lease, such affected party must file and serve such

objection in accordance with the following procedures:

   (a) The Debtors' rejection of the applicable Lease pursuant to this Notice will be effective as of the Deemed Effective Date, without the need of any further order or notice, if no objection thereto is filed with the Court and served so as to be received by 4:00 p.m. (prevailing Eastern Time) on the 7th business day after the filing and service of this Notice, on (i) the United States Bankruptcy Court of the Southern District of New York, One Bowling Green, New York, New York 10004, (ii) the Office of the United States Trustee for the Southern District of New York (the "<u>OUST</u>"), 33 Whitehall Street, 21st Floor, New York, New York 10004, (iii) Pachulski Stang Ziehl & Jones LLP, 150 California Street, 15th Floor, San Francisco, California 94111 (Attn: Debra I. Grassgreen and Joshua M. Fried), and Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 36th Floor, New York, New York 10017 (Attn: Maria A. Bove), attorneys for the Debtors, (iv) Mesa Air Group, Inc., Law Department 410 N. 44th St. Suite 700, Phoenix, Arizona 85008, (Attn: Brian S. Gillman, Esq.), and (v) counsel to the Committee, Morrison & Foerster, 1290 Avenue of the Americas, New York, New York 10104 (Attn: Brett H. Miller) ("<u>Committee Counsel</u>") (collectively, the "<u>Notice Parties</u>").

   (b) If a timely objection is filed and served, the effective date of rejection will be (i) the originally proposed Deemed Effective Date if the objection is overruled or withdrawn or (ii) such other date as determined by the Bankruptcy Court after a hearing on the objection. Further, the Court may adjust the Deemed Effective Date in accordance with the procedures set forth in paragraph 2 of the Order on account of the Enumerated Matters (as such term is defined in the Order) or any other breach of the Order.

   (c) A hearing on any objection to this Notice will be held on the next scheduled omnibus hearing date in the Debtors' cases, provided that the objecting party is provided by the Debtors at least five (5) business days' prior written notice of such hearing date and time, and provided further that the foregoing is without prejudice to the Debtors and/or objecting party to move for an expedited hearing (on less than five (5) business days' notice).

   (d) The Debtors must file and serve on the objecting party, the OUST and the Committee Counsel any reply to any objection at least two (2) business days prior to the scheduled hearing.

  **PLEASE TAKE FURTHER NOTICE** that paragraphs 2 and 9 of the Order set forth important deadlines regarding the assertion of claims and rights.

Dated: March 30, 2010
New York, New York       PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Debra Grassgreen*
Richard M Pachulski
Laura Davis Jones
Debra I. Grassgreen
Joshua M. Fried
Maria A. Bove

780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

Attorneys for Debtors and Debtors in Possession

# EXHIBIT 1
# Listed Excess Leased Equipment to Be Rejected on Deemed Effective Date

*INDEX*

**Counterparties and other parties in interest should locate their names in the index below and refer to the listed page(s) of the attached exhibit. Parties in interest should review the exhibit in its entirety out of an abundance of caution.**

| Applicable Counterparty and Other Parties in Interest: | Page of attached Exhibit 1: |
|---|---|
| Anst Lednek Airlines (Aust) PTY Limited | 9 |
| BNP Paribas | 1, 3, 5, 7 |
| BNP Paribas; CIB - Structured Finance | 9 |
| Commerzbank Aktiengesellschaft | 1, 3, 5, 7 |
| Commerzbank Aktiengesellschaft, Singapore Branch | 9 |
| Credit Agricole Corporate and Investment Bank (f/k/a Calyon) | 1, 3, 5, 7 |
| DVB Bank AG, London Branch | 9 |
| DVB Bank SE | 1, 3, 5, 7 |
| DVB Group Merchant Bank (Asia) Ltd. | 9 |
| General Electric Capital Corporation | 10 |
| ING Bank N.V. | 1, 3, 5, 7 |
| International Transport Finance Limited New York Office | 10 |
| NIBC BANK N.V. | 1, 3, 5, 7 |
| U.S. Bank Corporate Trust Services | 10 |
| Wells Fargo Bank Northwest, NA | 1, 3, 5, 7, 9, 10 |
| Wonderfulworld Holding B.V. | 1, 3, 5, 7 |

| Item No. | Lessors/Secured Parties and Other Related Party Addresses | Lessee/Debtor | Airframe Mfr. & Model | Airframe Mfr. Serial Number | U.S. Reg. No. | Engines Manufacturer, Model & Serial Number |
|---|---|---|---|---|---|---|
| **1.** | **Owner Participant:**<br>Wonderfulworld Holding B.V.<br>c/o ATC Corporate Services (Netherlands) B.V.<br>Attention: Krisje van der Poel<br>Olympic Plaza<br>Fred Roeskestraat 123<br>1076 EE Amsterdam<br>The Netherlands<br>Tel: +31 (0)20 577 1177<br>Fax: +31 (0)20 577 1188<br><br>**Owner Trustee / Lessor:**<br>Wells Fargo Bank Northwest, NA<br>Corporate Trust Services<br>MAC: U1228-120<br>299 South Main Street, 12th Floor<br>Salt Lake City, UT 84111<br>Tel: 801-246-5630<br>Fax: 801-246-5053<br><br>**Lenders:**<br>DVB Bank SE<br>London Branch<br>80 Cheapside<br>London EC2V 6EE  England<br>Attention:  Carsten Gerlach, Senior Vice President, Aviation Special Projects<br>Tel: +49-69-97504-306<br>Fax: +49-69-97504-828<br><br>BNP Paribas<br>CIB - SF - Transportation Group<br>Aircraft Asset Management<br>16, rue de Hanovre | Mesa Airlines, Inc. | CL-600-2B19 (CRJ-200) | 7405 | N75987 | The Airframe will be returned on **May 10, 2010** to Mesa's Columbia, South Carolina maintenance facility (Technical Acceptance Location) and the following engines will be shipped in accordance with the Section 1110(b) Stipulation to Mesa's Phoenix, Arizona maintenance facility (Technical Acceptance Location) and returned on **April 21, 2010**:<br><br>SN 872738 (shipped)<br>SN 872723 (shipped) |

| | | | | | |
|---|---|---|---|---|---|
| 75078 Paris Cedex 02<br>Attn : Thibaud Génin<br>Tél: +33 1 42 98 38 27<br>Fax : +33 1 42 98 63 99<br><br>Commerzbank Aktiengesellschaft, Singapore Branch<br>GRM-IC Asia<br>8 Shenton Way #42-01<br>Singapore 068811<br>Attn: Mr. Josef Bruntraeger/ Ms. Weena Goh<br>Tel: 65 6311 0641/ 65 6311 0736<br>Fax: 65 6225 6598<br><br>Credit Agricole Corporate and Investment Bank (f/k/a Calyon)<br>92920 Paris La Defense Cedex<br>France<br>Attention: Isabelle Piron, Head of Aircraft Asset Management, Structured Finance – Aviation Group<br>Tel: +33-1-49-89-8931<br>Fax: +33-1-41-89-9196<br><br>ING Bank N.V., Singapore Branch<br>p/a Bijlmerplein 888<br>1102 MG Amsterdam<br>The Netherlands<br>Attention of Ad van den Broek / Hugo Kanters<br>Asset Based Finance – Aviation<br>Tel: +31 20 5635556 / 5635863<br>Fax: +31 20 5658210<br><br>NIBC BANK N.V.,<br>Carnegieplein 4<br>P.O. Box 380<br>2501 BH<br>The Hague, The Netherlands | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Attention: Henny J.Th. Spanjaard<br>Tel.: 011-31-70-342 52 50<br>Fax: 011-31-70-342 54 19 | | | | | |
| **2.** | **Owner Participant:**<br>Wonderfulworld Holding B.V.<br>c/o ATC Corporate Services (Netherlands) B.V.<br>Attention: Krisje van der Poel<br>Olympic Plaza<br>Fred Roeskestraat 123<br>1076 EE Amsterdam<br>The Netherlands<br>Tel: +31 (0)20 577 1177<br>Fax: +31 (0)20 577 1188<br><br>**Owner Trustee / Lessor:**<br>Wells Fargo Bank Northwest, NA<br>Corporate Trust Services<br>MAC: U1228-120<br>299 South Main Street, 12th Floor<br>Salt Lake City, UT 84111<br>Tel: 801-246-5630<br>Fax: 801-246-5053<br><br>**Lenders:**<br>DVB Bank SE<br>London Branch<br>80 Cheapside<br>London EC2V 6EE England<br>Attention: Carsten Gerlach, Senior Vice President, Aviation Special Projects<br>Tel: +49-69-97504-306<br>Fax: +49-69-97504-828<br><br>BNP Paribas<br>CIB - SF - Transportation Group<br>Aircraft Asset Management<br>16, rue de Hanovre<br>75078 Paris Cedex 02 | Mesa Airlines, Inc. | CL-600-2B19 (CRJ-200) | 7422 | N75991 | **April 9, 2010**<br><br>Mesa's Columbia, South Carolina maintenance facility (Technical Acceptance Location) and to be returned with the following engines installed in accordance with the Section 1110(b) Stipulation:<br><br>SN 872645 (installed)<br>SN 872564 (installed) |

| | | | | | |
|---|---|---|---|---|---|
| | Attn : Thibaud Génin<br>Tél: +33 1 42 98 38 27<br>Fax : +33 1 42 98 63 99<br><br>Commerzbank Aktiengesellschaft, Singapore Branch<br>GRM-IC Asia<br>8 Shenton Way #42-01<br>Singapore  068811<br>Attn: Mr. Josef Bruntraeger/ Ms. Weena Goh<br>Tel: 65 6311 0641/ 65 6311 0736<br>Fax: 65 6225 6598<br><br>Credit Agricole Corporate and Investment Bank (f/k/a Calyon)<br>92920 Paris La Defense Cedex<br>France<br>Attention:  Isabelle Piron, Head of Aircraft Asset Management, Structured Finance – Aviation Group<br>Tel: +33-1-49-89-8931<br>Fax: +33-1-41-89-9196<br><br>ING Bank N.V., Singapore Branch<br>p/a Bijlmerplein 888<br>1102 MG Amsterdam<br>The Netherlands<br>Attention of Ad van den Broek / Hugo Kanters<br>Asset Based Finance – Aviation<br>Tel: +31 20 5635556 / 5635863<br>Fax: +31 20 5658210<br><br>NIBC BANK N.V.,<br>Carnegieplein 4<br>P.O. Box 380<br>2501 BH<br>The Hague, The Netherlands<br>Attention:  Henny J.Th. Spanjaard | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Tel.: 011-31-70-342 52 50<br>Fax: 011-31-70-342 54 19 | | | | | |
| **3** | **Owner Participant:**<br>Wonderfulworld Holding B.V.<br>c/o ATC Corporate Services (Netherlands) B.V.<br>Attention: Krisje van der Poel<br>Olympic Plaza<br>Fred Roeskestraat 123<br>1076 EE Amsterdam<br>The Netherlands<br>Tel: +31 (0)20 577 1177<br>Fax: +31 (0)20 577 1188<br><br>**Owner Trustee / Lessor:**<br>Wells Fargo Bank Northwest, NA<br>Corporate Trust Services<br>MAC: U1228-120<br>299 South Main Street, 12th Floor<br>Salt Lake City, UT 84111<br>Tel: 801-246-5630<br>Fax: 801-246-5053<br><br>**Lenders:**<br>DVB Bank SE<br>London Branch<br>80 Cheapside<br>London EC2V 6EE  England<br>Attention:  Carsten Gerlach, Senior Vice President, Aviation Special Projects<br>Tel: +49-69-97504-306<br>Fax: +49-69-97504-828<br><br>BNP Paribas<br>CIB - SF - Transportation Group<br>Aircraft Asset Management<br>16, rue de Hanovre<br>75078 Paris Cedex 02<br>Attn : Thibaud Génin | Mesa Airlines, Inc. | CL-600-2B19 (CRJ-200) | 7401 | N75992 | **April 9, 2010**<br><br>Mesa's Columbia, South Carolina maintenance facility (Technical Acceptance Location) and the following engines shipped in accordance with the Section 1110(b) Stipulation to Mesa's Phoenix, Arizona maintenance facility (Technical Acceptance Location):<br><br>SN 872737 (shipped)<br>SN 872780 (shipped) |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Tél: +33 1 42 98 38 27<br>Fax : +33 1 42 98 63 99<br><br>Commerzbank Aktiengesellschaft, Singapore Branch<br>GRM-IC Asia<br>8 Shenton Way #42-01<br>Singapore  068811<br>Attn: Mr. Josef Bruntraeger/ Ms. Weena Goh<br>Tel: 65 6311 0641/ 65 6311 0736<br>Fax: 65 6225 6598<br><br>Credit Agricole Corporate and Investment Bank (f/k/a Calyon)<br>92920 Paris La Defense Cedex<br>France<br>Attention:  Isabelle Piron, Head of Aircraft Asset Management, Structured Finance – Aviation Group<br>Tel: +33-1-49-89-8931<br>Fax: +33-1-41-89-9196<br><br>ING Bank N.V., Singapore Branch<br>p/a Bijlmerplein 888<br>1102 MG Amsterdam<br>The Netherlands<br>Attention of Ad van den Broek / Hugo Kanters<br>Asset Based Finance – Aviation<br>Tel: +31 20 5635556 / 5635863<br>Fax: +31 20 5658210<br><br>NIBC BANK N.V.,<br>Carnegieplein 4<br>P.O. Box 380<br>2501 BH<br>The Hague, The Netherlands<br>Attention:  Henny J.Th. Spanjaard<br>Tel.:  011-31-70-342 52 50 | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Fax: 011-31-70-342 54 19 | | | | | |
| **4** | **Owner Participant:**<br>Wonderfulworld Holding B.V.<br>c/o ATC Corporate Services (Netherlands) B.V.<br>Attention: Krisje van der Poel<br>Olympic Plaza<br>Fred Roeskestraat 123<br>1076 EE Amsterdam<br>The Netherlands<br>Tel: +31 (0)20 577 1177<br>Fax: +31 (0)20 577 1188<br><br>**Owner Trustee / Lessor:**<br>Wells Fargo Bank Northwest, NA<br>Corporate Trust Services<br>MAC: U1228-120<br>299 South Main Street, 12th Floor<br>Salt Lake City, UT 84111<br>Tel: 801-246-5630<br>Fax: 801-246-5053<br><br>**Lenders:**<br>DVB Bank SE<br>London Branch<br>80 Cheapside<br>London EC2V 6EE  England<br>Attention:  Carsten Gerlach, Senior Vice President, Aviation Special Projects<br>Tel: +49-69-97504-306<br>Fax: +49-69-97504-828<br><br>BNP Paribas<br>CIB - SF - Transportation Group<br>Aircraft Asset Management<br>16, rue de Hanovre<br>75078 Paris Cedex 02 | Mesa Airlines, Inc. | CL-600-2B19 (CRJ-200) | 7357 | N75996 | The Airframe will be returned on **April 22, 2010** to Mesa's Columbia, South Carolina maintenance facility (Technical Acceptance Location) and the following engines will be shipped in accordance with the Section 1110(b) Stipulation to Mesa's Phoenix, Arizona maintenance facility (Technical Acceptance Location) and returned on **April 9, 2010**:<br><br>SN 872624 (shipped)<br>SN 872565 (shipped) |

| | | | | | |
|---|---|---|---|---|---|
| | Attn : Thibaud Génin<br>Tél: +33 1 42 98 38 27<br>Fax : +33 1 42 98 63 99<br><br>Commerzbank Aktiengesellschaft, Singapore Branch<br>GRM-IC Asia<br>8 Shenton Way #42-01<br>Singapore  068811<br>Attn: Mr. Josef Bruntraeger/ Ms. Weena Goh<br>Tel: 65 6311 0641/ 65 6311 0736<br>Fax: 65 6225 6598<br><br>Credit Agricole Corporate and Investment Bank (f/k/a Calyon)<br>92920 Paris La Defense Cedex<br>France<br>Attention:  Isabelle Piron, Head of Aircraft Asset Management, Structured Finance – Aviation Group<br>Tel: +33-1-49-89-8931<br>Fax: +33-1-41-89-9196<br><br>ING Bank N.V., Singapore Branch<br>p/a Bijlmerplein 888<br>1102 MG Amsterdam<br>The Netherlands<br>Attention of Ad van den Broek / Hugo Kanters<br>Asset Based Finance – Aviation<br>Tel: +31 20 5635556 / 5635863<br>Fax: +31 20 5658210<br><br>NIBC BANK N.V.,<br>Carnegieplein 4<br>P.O. Box 380<br>2501 BH<br>The Hague, The Netherlands<br>Attention:  Henny J.Th. Spanjaard | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Tel.: 011-31-70-342 52 50<br>Fax: 011-31-70-342 54 19 | | | | | |
| **5** | **Owner Participant:**<br><br>Anst Lednek Airlines (Aust) PTY Limited; Australian company Number 000 579 680; Formerly Kendell Airlines (Aust) Pty Limited; c/o Greg Pollard Meredith; Ferrier Hodgson or James Henry Stewart<br>Level 25; 140 William Street<br>Melbourne VIC 3000<br>Tel: 613-3904-5113<br>Fax: 613-9642-5887;<br><br>**Owner Trustee / Lessor**:<br>Wells Fargo Bank Northwest, NA (formerly First Security Bank)<br>79 South Main Street<br>Salt Lake City, UT 84111<br>Attn: Corporate Trust Department<br>Tel: 801-246-5819<br>Fax: 801-246-5053<br><br>**Lenders:**<br><br>DVB Bank AG, London Branch<br>80 Cheapside<br>London EC2V 6EE<br>Attn: David Goring-Thomas<br>Tel: 212-224-8341<br>Fax: 212-588-8936<br><br>DVB Group Merchant Bank (Asia) Ltd.<br>77 Robinson Road, #06-03A<br>SIA Building<br>Singapore 68896<br>Attn: Frank Wulf<br>Tel: +65 6230 6709<br>Fax: +65 6536 3066 | Mesa Airlines, Inc. | CL-600-2B19 (CRJ-200) | 7336 | N75998 | **May 1, 2010**<br><br>Mesa's Columbia, South Carolina maintenance facility (Technical Acceptance Location) and the following engines shipped or installed in accordance with the Section 1110(b) Stipulation to Mesa's Phoenix, Arizona maintenance facility (Technical Acceptance Location):<br><br>SN: 872656 (shipped)<br>SN: 872646 (installed) |

| | | | | | | |
|---|---|---|---|---|---|---|
| | BNP Paribas; CIB - Structured Finance; Aviation Finance Group - Asset Mangement (CHD02A1)<br>37, Place du Marche Saint-Honore<br>75031 Paris cedex 01<br>France<br>Attn: Christophe Thie Baut-George<br>Tel:+33 1 4316 8119<br>Fax: +33 1 42 986399<br><br>Commerzbank Aktiengesellschaft, Singapore Branch<br>Corporate & Institutional Banking/ Risk Management<br>8 Shenton Way #42-01<br>Temaasek Tower<br>068811 Singapore<br>Attn: Ms. Iris Chia / Mr. Philip Ong<br>Tel: 65 6311 0678/ 65 6311 0727<br>Fax; 65 6226 2792 | | | | | |
| **6** | **Owner Participant**:<br>General Electric Capital Corporation<br>c/o GE Capital Aviation Services, Inc.<br>Attn: Leader-Contracts<br>201 High Ridge Road<br>Stamford, CT 06927<br>Tel: 203-357-4482<br>Fax: 203-357-3201<br><br>**Owner Trustee / Lessor**:<br>Wells Fargo Bank Northwest, NA (formerly First Security Bank)<br>79 South Main Street<br>Salt Lake City, UT 84111<br>Attn: Corporate Trust Department<br>Tel: 801-246-5819<br>Fax: 801-246-5053 | Mesa Airlines, Inc. | CL-600-2B19 (CRJ-200) | 7278 | N77278 | The lease with respect to N77278 is being rejected but the Debtors will not be returning the airframe associated with N77278 and will instead continue to use and pay for the airframe associated with N77278 in accordance with the DVB/BL Section 1110(b) Stipulation.<br><br>The following engines will be returned on **May 1, 2010** at Mesa's Phoenix, Arizona maintenance facility |

| | | | | | | |
|---|---|---|---|---|---|---|
| | **Loan Participant**:<br>International Transport Finance Limited<br>New York Office<br>609 Fifth Avenue<br>New York, NY 10017-1021<br><br>**Indenture Trustee**:<br>U.S. Bank Corporate Trust Services<br>One Federal Street, 3rd Floor<br>Boston, MA 02110<br>Attn: David Ganss<br>Tel: 617-603-6580<br>Fax: 617-603-6669 | | | | | (Technical Acceptance Location).<br><br>SN: 872425<br>SN: 872426 |