PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: 212-561-7700
Facsimile:  212-561-7777
Richard M. Pachulski
Laura Davis Jones
Debra I. Grassgreen
Joshua M. Fried
Maria A. Bove

Attorneys for Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>    MESA AIR GROUP, INC., *et al*.,<br><br>                            Debtors.* | Chapter 11<br><br>Case No. 10-10018 (MG)<br><br>(Jointly Administered) |

**DEBTORS' AMENDED FOURTH NOTICE OF INTENT TO REJECT LEASES
RELATING TO CERTAIN AIRCRAFT PURSUANT TO DEBTORS' PROCEDURES
SET FORTH IN AMENDED ORDER ENTERED ON FEBRUARY 23, 2010**

**(RE:  AIRCRAFT PARTIES LISTED ON EXHIBIT 1 ANNEXED HERETO)**

**PLEASE TAKE NOTICE** that the debtors and debtors in possession (collectively, the "Debtors") hereby give notice to the owner participants, owner trustees, loan participants, indenture trustees, and lenders set forth on Exhibit 1 annexed hereto (the "Aircraft Parties") of the Debtors' intent to reject the six (6) aircraft leases (the "Leases") in their entirety related to six (6) CRJ-200 aircraft, with the airframes having the U.S. Registration Numbers as identified in Exhibit 1 (the "Excess Leased Equipment."). Other than with respect to when objections are due

---

* The Debtors are:  Mesa Air Group, Inc. (2351); Mesa Air New York, Inc. (3457); Mesa In-Flight, Inc. (9110); Freedom Airlines, Inc. (9364); Mesa Airlines, Inc. (4800); MPD, Inc. (7849); Ritz Hotel Management Corp. (7688); Regional Aircraft Services, Inc. (1911); Air Midwest, Inc. (6610); Mesa Air Group Airline Inventory Management, LLC (2015); Nilchi, Inc. (5531); and Patar, Inc. (1653).

(which objection deadline remains as of the date provided for in the March 30, 2010 notice), this notice amends and supersedes in its entirety that certain Debtor' Fourth Notice of Intent to Reject Leases Relating to Certain Aircraft Pursuant to Debtors' Procedures Set Forth in Amended Order Entered on February 23, 2010, dated March 30, 2010 [Docket No. 597].

**PLEASE TAKE FURTHER NOTICE** that, on February 23, 2010, the Bankruptcy Court entered its *Order (I) Authorizing Debtors to (A) Reject Leases Relating to Certain Aircraft and Other Related Equipment, (B) Abandon Certain Aircraft, Engines, and Other Related Equipment, (C) Transfer Title to Certain Aircraft, Engines, and Other Related Equipment, and (D) Satisfy the Surrender and Return Requirements Under the Bankruptcy Code, and (II) Approving Related Notices and Procedures* (the "Order"),[†] a copy of which is available upon request from the Debtors' counsel and which is also available for review on www.epiq11.com (follow "All Active Cases" and "Mesa Air Group, Inc." links). All capitalized terms whose meanings are not defined or otherwise ascribed herein shall have the meaning ascribed to them in the Order. This Notice is being provided to you in accordance with the Order as a Subsequent Rejection Notice.

**PLEASE TAKE FURTHER NOTICE** that unless an affected Aircraft Party timely objects to this Amended Notice and the proposed Lease rejections, as the case may be, and related surrender and return of the Excess Leased Equipment, the rejection of the Leases, as the case may be, will be effective as of the dates set forth on Exhibit 1 (as applicable, the "Deemed Effective Date"), without need of any further Court order or additional notice, subject to the rights to object as set forth in the Order, and as of the Deemed Effective Date, the applicable Aircraft Party may take possession of the Excess Leased Equipment as of the date(s) and at the location(s) set forth on Exhibit 1.

---

[†] On February 24, 2010, the Debtors filed with the Court an amended exhibit A-2 to the Order [Docket No. 360].

**PLEASE TAKE FURTHER NOTICE** that in accordance with, and subject to, the terms of the *Stipulation and Agreement Pursuant to Section 1110(b) of the Bankruptcy Code Between Debtors and DVB Bank SE, BNP Paribas, Commerzbank Aktiengesellschaft, Credit Agricole Corporate and Investment Bank, ING Bank, N.V., Singapore Branch, and NIBC Bank, N.V. Regarding the Extension of the Automatic Stay With Respect to Certain CRJ-200 Aircraft of the Debtors* (the "WW Section 1110(b) Stipulation") that was approved on March 16, 2010, (i) DVB Bank SE, BNP Paribas, Commerzbank Aktiengesellschaft, Credit Agricole Corporate and Investment Bank, ING Bank, N.V., Singapore Branch, and NIBC Bank, N.V. have agreed not to exercise any remedies or assert any claims arising solely from any alleged default on the basis that any Excess Leased Equipment returned identified under Items ##1-5 on Exhibit 1 does not have the original engines installed 'on wing' provided that the Debtors comply with the requirements of the WW Section 1110(b) Stipulation, and (ii) pending the rejection of the associated leases and the return of the applicable equipment, the Debtors may continue to use and pay for certain equipment in accordance with the requirements of, and subject to the terms of, the WW Section 1110(b) Stipulation.

**PLEASE TAKE FURTHER NOTICE** that in accordance with, and subject to, the terms of the *Stipulation and Agreement Pursuant to Section 1110(b) of the Bankruptcy Code Between Debtors and DVB Transport Finance Limited and Bremer Landesbank Kreditanstalt Oldenburg-Gironzentrale Regarding the Extension of the Automatic Stay With Resepct to Certain CRJ-200 Aircraft of the Debtors* (the "DVB/BL Section 1110(b) Stipulation") that was approved on March 16, 2010, (i) DVB Transport Finance Limited and Bremer Landesbank Kreditanstalt Oldenburg-Gironzentrale have agreed not to exercise any remedies or assert any claims arising solely from any alleged default on the basis that any Excess Leased Equipment

returned identified under Item #6 on <u>Exhibit 1</u> does not have the original engines installed 'on wing' provided that the Debtors comply with the requirements of the DVB/BL Section 1110(b) Stipulation, and (ii) after the rejection of associated lease and pending the return of the applicable equipment, the Debtors may continue to use and pay for certain equipment in accordance with the requirements of, and subject to the terms of, the DVB/BL Section 1110(b) Stipulation.

**PLEASE TAKE FURTHER NOTICE** that if any affected Aircraft Party wishes to object to the rejection of the applicable Lease, such affected party must file and serve such objection in accordance with the following procedures:

     (a)    The Debtors' rejection of the applicable Lease pursuant to this Notice will be effective as of the Deemed Effective Date, without the need of any further order or notice, if no objection thereto is filed with the Court and served so as to be received by 4:00 p.m. (prevailing Eastern Time) on the 7th business day after the filing and service of this Notice, on (i) the United States Bankruptcy Court of the Southern District of New York, One Bowling Green, New York, New York 10004, (ii) the Office of the United States Trustee for the Southern District of New York (the "<u>OUST</u>"), 33 Whitehall Street, 21st Floor, New York, New York 10004, (iii) Pachulski Stang Ziehl & Jones LLP, 150 California Street, 15th Floor, San Francisco, California 94111 (Attn: Debra I. Grassgreen and Joshua M. Fried), and Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 36th Floor, New York, New York 10017 (Attn: Maria A. Bove), attorneys for the Debtors, (iv) Mesa Air Group, Inc., Law Department 410 N. 44th St. Suite 700, Phoenix, Arizona 85008, (Attn: Brian S. Gillman, Esq.), and (v) counsel to the Committee, Morrison & Foerster, 1290 Avenue of the Americas, New York, New York 10104 (Attn: Brett H. Miller) ("<u>Committee Counsel</u>") (collectively, the "<u>Notice Parties</u>").

     (b)    If a timely objection is filed and served, the effective date of rejection will be (i) the originally proposed Deemed Effective Date if the objection is overruled or withdrawn or (ii) such other date as determined by the Bankruptcy Court after a hearing on the objection. Further, the Court may adjust the Deemed Effective Date in accordance with the procedures set forth in paragraph 2 of the Order on account of the Enumerated Matters (as such term is defined in the Order) or any other breach of the Order and/or the applicable section 1110(b) stipulation.

     (c)    A hearing on any objection to this Notice will be held on the next scheduled omnibus hearing date in the Debtors' cases, provided that the objecting party is provided by the Debtors at least five (5) business days' prior written

notice of such hearing date and time, and provided further that the foregoing is without prejudice to the Debtors and/or objecting party to move for an expedited hearing (on less than five (5) business days' notice).

(d) The Debtors must file and serve on the objecting party, the OUST and the Committee Counsel any reply to any objection at least two (2) business days prior to the scheduled hearing.

**PLEASE TAKE FURTHER NOTICE** that paragraphs 2 and 9 of the Order and the provisions of the applicable section 1110(b) stipulation set forth important deadlines regarding the assertion of claims and rights.

Dated: April 6, 2010
New York, New York

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Debra Grassgreen*
Richard M Pachulski
Laura Davis Jones
Debra I. Grassgreen
Joshua M. Fried
Maria A. Bove

780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

Attorneys for Debtors and Debtors in Possession

# EXHIBIT 1
# Listed Excess Leased Equipment to Be Rejected on Deemed Effective Date

*INDEX*

**Counterparties and other parties in interest should locate their names in the index below and refer to the listed page(s) of the attached exhibit. Parties in interest should review the exhibit in its entirety out of an abundance of caution.**

| Applicable Counterparty and Other Parties in Interest: | Page of attached Exhibit 1: |
|---|---|
| **BNP Paribas** | 1, 3, 5, 7, 9 |
| **Bremer Landesbank Kreditanstalt Oldenburg-Girzontrale** | 12 |
| **Commerzbank Aktiengesellschaft,** | 1, 3, 5, 7, 9 |
| **Credit Agricole Corporate and Investment Bank (f/k/a Calyon)** | 1, 3, 5, 7, 9 |
| **DVB Bank SE** | 1, 3, 5, 7, 9 |
| **DVB Transport Finance Limited** | 12 |
| **General Electric Capital Corporation** | 12 |
| **ING Bank N.V., Singapore Branch** | 1, 3, 5, 7, 9 |
| **Investissement Québec** | 12 |
| **NIBC BANK N.V.** | 1, 3, 5, 7, 9 |
| **U.S. Bank Corporate Trust Services** | 12 |
| **Wells Fargo Bank Northwest, NA** | 1, 3, 5, 7 |
| **Wells Fargo Bank Northwest, NA (formerly First Security Bank)** | 9, 12 |
| **Wonderfulworld Holding B.V.** | 1, 3, 5, 7, 9 |

| Item No. | Lessors/Secured Parties and Other Related Party Addresses | Lessee/Debtor | Airframe Mfr. & Model | Airframe Mfr. Serial Number | U.S. Reg. No. | Engines Manufacturer, Model & Serial Number |
|---|---|---|---|---|---|---|
| **1.** | **Owner Participant:**<br>Wonderfulworld Holding B.V.<br>c/o ATC Corporate Services (Netherlands) B.V.<br>Attention: Krisje van der Poel<br>Olympic Plaza<br>Fred Roeskestraat 123<br>1076 EE Amsterdam<br>The Netherlands<br>Tel: +31 (0)20 577 1177<br>Fax: +31 (0)20 577 1188<br><br>**Owner Trustee / Lessor:**<br>Wells Fargo Bank Northwest, NA<br>Corporate Trust Services<br>MAC: U1228-120<br>299 South Main Street, 12th Floor<br>Salt Lake City, UT 84111<br>Tel: 801-246-5630<br>Fax: 801-246-5053<br><br>**Lenders:**<br>DVB Bank SE<br>London Branch<br>80 Cheapside<br>London EC2V 6EE England<br>Attention: Carsten Gerlach, Senior Vice President, Aviation Special Projects<br>Tel: +49-69-97504-306<br>Fax: +49-69-97504-828<br><br>BNP Paribas<br>CIB - SF - Transportation Group<br>Aircraft Asset Management<br>16, rue de Hanovre<br>75078 Paris Cedex 02 | Mesa Airlines, Inc. | CL-600-2B19 (CRJ-200) | 7405 | N75987 | The Airframe shall be available for inspection for the period commencing on **April 13, 2010** until the Technical Acceptance Date (**April 27, 2010**) at the Technical Acceptance Location for the Airframe.<br><br>The engines listed below shall be available for inspection for the period commencing on **April 9, 2010** until the Technical Acceptance Date (**April 23, 2010**) at the Technical Acceptance Location for the engines.<br><br>With respect to the Airframe, the "Technical Acceptance Date" and the "Technical Acceptance Location" (each as defined in the WW Section 1110(b) Stipulation) shall be, respectively, **April 27, 2010** and Mesa's Columbia, South Carolina maintenance facility.<br><br>With respect to the following engines, the "Technical Acceptance Date" and the "Technical Acceptance Location" (each as defined in the WW Section 1110(b) Stipulation) shall be, respectively, **April 23, 2010** and Mesa's Phoenix, Arizona maintenance facility:<br><br>SN 872738 (shipped) |

| Item No. | Lessors/Secured Parties and Other Related Party Addresses | Lessee/Debtor | Airframe Mfr. & Model | Airframe Mfr. Serial Number | U.S. Reg. No. | Engines Manufacturer, Model & Serial Number |
|---|---|---|---|---|---|---|
| | Attn : Thibaud Génin<br>Tél: +33 1 42 98 38 27<br>Fax : +33 1 42 98 63 99<br><br>Commerzbank Aktiengesellschaft, Singapore Branch<br>GRM-IC Asia<br>8 Shenton Way #42-01<br>Singapore  068811<br>Attn: Mr. Josef Bruntraeger/ Ms. Weena Goh<br>Tel: 65 6311 0641/ 65 6311 0736<br>Fax: 65 6225 6598<br><br>Credit Agricole Corporate and Investment Bank (f/k/a Calyon)<br>92920 Paris La Defense Cedex<br>France<br>Attention:  Isabelle Piron, Head of Aircraft Asset Management, Structured Finance – Aviation Group<br>Tel: +33-1-49-89-8931<br>Fax: +33-1-41-89-9196<br><br>ING Bank N.V., Singapore Branch<br>p/a Bijlmerplein 888<br>1102 MG Amsterdam<br>The Netherlands<br>Attention of Ad van den Broek / Hugo Kanters<br>Asset Based Finance – Aviation<br>Tel: +31 20 5635556 / 5635863<br>Fax: +31 20 5658210<br><br>NIBC BANK N.V.,<br>Carnegieplein 4 | | | | | SN 872723 (shipped)<br><br>The inspection of all records related to the Airframe will be at Mesa's Phoenix, Arizona maintenance facility for the period commencing on **April 9, 2010** until the applicable Technical Acceptance Date for the airframe.<br><br>The inspection of all records related to the engines will be at Mesa's Phoenix, Arizona maintenance facility for the period commencing on April 9, 2010 until the applicable Technical Acceptance Date for the engines.<br><br>The Deemed Effective Date and the Delivery Location shall be ascertained in accordance with the WW Section 1110(b) Stipulation. |

| Item No. | Lessors/Secured Parties and Other Related Party Addresses | Lessee/Debtor | Airframe Mfr. & Model | Airframe Mfr. Serial Number | U.S. Reg. No. | Engines Manufacturer, Model & Serial Number |
|---|---|---|---|---|---|---|
| | P.O. Box 380<br>2501 BH<br>The Hague, The Netherlands<br>Attention: Henny J.Th. Spanjaard<br>Tel.: 011-31-70-342 52 50<br>Fax: 011-31-70-342 54 19 | | | | | |
| **2.** | **Owner Participant:**<br>Wonderfulworld Holding B.V.<br>c/o ATC Corporate Services (Netherlands) B.V.<br>Attention: Krisje van der Poel<br>Olympic Plaza<br>Fred Roeskestraat 123<br>1076 EE Amsterdam<br>The Netherlands<br>Tel: +31 (0)20 577 1177<br>Fax: +31 (0)20 577 1188<br><br>**Owner Trustee / Lessor:**<br>Wells Fargo Bank Northwest, NA<br>Corporate Trust Services<br>MAC: U1228-120<br>299 South Main Street, 12th Floor<br>Salt Lake City, UT 84111<br>Tel: 801-246-5630<br>Fax: 801-246-5053<br><br>**Lenders:**<br>DVB Bank SE<br>London Branch<br>80 Cheapside<br>London EC2V 6EE England<br>Attention: Carsten Gerlach, Senior Vice President, Aviation Special Projects<br>Tel: +49-69-97504-306<br>Fax: +49-69-97504-828 | Mesa Airlines, Inc. | CL-600-2B19 (CRJ-200) | 7422 | N75991 | The Aircraft (including, *inter alia*, the Airframe and the engines listed below) shall be available for inspection for the period commencing on **April 9, 2010** until the Technical Acceptance Date (**April 23, 2010**) at (a) with respect to the Airframe, the Technical Acceptance Location for the Airframe, and (b) with respect to the engines, the Technical Acceptance Location for the engines.<br><br>With respect to the Airframe, the "Technical Acceptance Date" and the "Technical Acceptance Location" (each as defined in the WW Section 1110(b) Stipulation) shall be, respectively, **April 23, 2010** and Mesa's Columbia, South Carolina maintenance facility.<br><br>With respect to the following engines, the "Technical Acceptance Date" and the "Technical Acceptance Location" (each as defined in the WW Section 1110(b) Stipulation) shall be, respectively, **April 23, 2010** and Mesa's |

| Item No. | Lessors/Secured Parties and Other Related Party Addresses | Lessee/Debtor | Airframe Mfr. & Model | Airframe Mfr. Serial Number | U.S. Reg. No. | Engines Manufacturer, Model & Serial Number |
|---|---|---|---|---|---|---|
| | BNP Paribas<br>CIB - SF - Transportation Group<br>Aircraft Asset Management<br>16, rue de Hanovre<br>75078 Paris Cedex 02<br>Attn : Thibaud Génin<br>Tél: +33 1 42 98 38 27<br>Fax : +33 1 42 98 63 99<br><br>Commerzbank Aktiengesellschaft, Singapore Branch<br>GRM-IC Asia<br>8 Shenton Way #42-01<br>Singapore  068811<br>Attn: Mr. Josef Bruntraeger/ Ms. Weena Goh<br>Tel: 65 6311 0641/ 65 6311 0736<br>Fax: 65 6225 6598<br><br>Credit Agricole Corporate and Investment Bank (f/k/a Calyon)<br>92920 Paris La Defense Cedex<br>France<br>Attention:  Isabelle Piron, Head of Aircraft Asset Management, Structured Finance – Aviation Group<br>Tel: +33-1-49-89-8931<br>Fax: +33-1-41-89-9196<br><br>ING Bank N.V., Singapore Branch<br>p/a Bijlmerplein 888<br>1102 MG Amsterdam<br>The Netherlands<br>Attention of Ad van den Broek / Hugo Kanters | | | | | Columbia, South Carolina maintenance facility.<br><br>SN 872645 (installed)<br>SN 872564 (installed)<br><br>The inspection of all records related to the Aircraft (including, *inter alia*, the Airframe and the engines) will be at Mesa's Phoenix, Arizona maintenance facility for the period commencing on **April 9, 2010** until the Technical Acceptance Date for the Aircraft.<br><br>The Deemed Effective Date and the Delivery Location shall be ascertained in accordance with the WW Section 1110(b) Stipulation and the engines shall be installed on the airframe (subject to, and in accordance with, the WW Section 1110(b) Stipulation). |

| Item No. | Lessors/Secured Parties and Other Related Party Addresses | Lessee/Debtor | Airframe Mfr. & Model | Airframe Mfr. Serial Number | U.S. Reg. No. | Engines Manufacturer, Model & Serial Number |
|---|---|---|---|---|---|---|
| | Asset Based Finance – Aviation<br>Tel: +31 20 5635556 / 5635863<br>Fax: +31 20 5658210<br><br>NIBC BANK N.V.,<br>Carnegieplein 4<br>P.O. Box 380<br>2501 BH<br>The Hague, The Netherlands<br>Attention: Henny J.Th. Spanjaard<br>Tel.: 011-31-70-342 52 50<br>Fax: 011-31-70-342 54 19 | | | | | |
| **3.** | **Owner Participant:**<br>Wonderfulworld Holding B.V.<br>c/o ATC Corporate Services (Netherlands) B.V.<br>Attention: Krisje van der Poel<br>Olympic Plaza<br>Fred Roeskestraat 123<br>1076 EE Amsterdam<br>The Netherlands<br>Tel: +31 (0)20 577 1177<br>Fax: +31 (0)20 577 1188<br><br>**Owner Trustee / Lessor:**<br>Wells Fargo Bank Northwest, NA<br>Corporate Trust Services<br>MAC: U1228-120<br>299 South Main Street, 12th Floor<br>Salt Lake City, UT 84111<br>Tel: 801-246-5630<br>Fax: 801-246-5053<br><br>**Lenders:**<br>DVB Bank SE | Mesa Airlines, Inc. | CL-600-2B19 (CRJ-200) | 7401 | N75992 | The Aircraft (including, *inter alia*, the Airframe and the engines listed below) shall be available for inspection for the period commencing on **April 9, 2010** until the Technical Acceptance Date (**April 23, 2010**) at (a) with respect to the Airframe, the Technical Acceptance Location for the Airframe, and (b) with respect to the engines, the Technical Acceptance Location for the engines.<br><br>With respect to the Airframe, the "Technical Acceptance Date" and the "Technical Acceptance Location" (each as defined in the WW Section 1110(b) Stipulation) shall be, respectively, **April 23, 2010** and the Mesa's Columbia, South Carolina maintenance facility. |

| Item No. | Lessors/Secured Parties and Other Related Party Addresses | Lessee/Debtor | Airframe Mfr. & Model | Airframe Mfr. Serial Number | U.S. Reg. No. | Engines Manufacturer, Model & Serial Number |
|---|---|---|---|---|---|---|
| | London Branch<br>80 Cheapside<br>London EC2V 6EE England<br>Attention: Carsten Gerlach, Senior Vice President, Aviation Special Projects<br>Tel: +49-69-97504-306<br>Fax: +49-69-97504-828<br><br>BNP Paribas<br>CIB - SF - Transportation Group<br>Aircraft Asset Management<br>16, rue de Hanovre<br>75078 Paris Cedex 02<br>Attn : Thibaud Génin<br>Tél: +33 1 42 98 38 27<br>Fax : +33 1 42 98 63 99<br><br>Commerzbank Aktiengesellschaft, Singapore Branch<br>GRM-IC Asia<br>8 Shenton Way #42-01<br>Singapore 068811<br>Attn: Mr. Josef Bruntraeger/ Ms. Weena Goh<br>Tel: 65 6311 0641/ 65 6311 0736<br>Fax: 65 6225 6598<br><br>Credit Agricole Corporate and Investment Bank (f/k/a Calyon)<br>92920 Paris La Defense Cedex<br>France<br>Attention: Isabelle Piron, Head of Aircraft Asset Management, Structured Finance – Aviation Group<br>Tel: +33-1-49-89-8931<br>Fax: +33-1-41-89-9196 | | | | | With respect to the following engines, the "Technical Acceptance Date" and the "Technical Acceptance Location" (each as defined in the WW Section 1110(b) Stipulation) shall be, respectively, **April 23, 2010** and the Mesa's Phoenix, Arizona maintenance facility:<br><br>SN 872737 (shipped)<br>SN 872780 (shipped)<br><br>The inspection of all records related to the Aircraft (including, *inter alia*, the Airframe and the engines) will be at Mesa's Phoenix, Arizona maintenance facility for the period commencing on the **April 9, 2010** until the Technical Acceptance Date for the Aircraft.<br><br>The Deemed Effective Date and the Delivery Location shall be ascertained in accordance with the WW Section 1110(b) Stipulation. |

| Item No. | Lessors/Secured Parties and Other Related Party Addresses | Lessee/Debtor | Airframe Mfr. & Model | Airframe Mfr. Serial Number | U.S. Reg. No. | Engines Manufacturer, Model & Serial Number |
|---|---|---|---|---|---|---|
| | ING Bank N.V., Singapore Branch<br>p/a Bijlmerplein 888<br>1102 MG Amsterdam<br>The Netherlands<br>Attention of Ad van den Broek / Hugo Kanters<br>Asset Based Finance – Aviation<br>Tel: +31 20 5635556 / 5635863<br>Fax: +31 20 5658210<br><br>NIBC BANK N.V.,<br>Carnegieplein 4<br>P.O. Box 380<br>2501 BH<br>The Hague, The Netherlands<br>Attention: Henny J.Th. Spanjaard<br>Tel.: 011-31-70-342 52 50<br>Fax: 011-31-70-342 54 19 | | | | | |
| **4.** | **Owner Participant:**<br>Wonderfulworld Holding B.V.<br>c/o ATC Corporate Services (Netherlands) B.V.<br>Attention: Krisje van der Poel<br>Olympic Plaza<br>Fred Roeskestraat 123<br>1076 EE Amsterdam<br>The Netherlands<br>Tel: +31 (0)20 577 1177<br>Fax: +31 (0)20 577 1188<br><br>**Owner Trustee / Lessor:**<br>Wells Fargo Bank Northwest, NA<br>Corporate Trust Services | Mesa Airlines, Inc. | CL-600-2B19 (CRJ-200) | 7357 | N75996 | The Aircraft (including, *inter alia*, the Airframe and the engines listed below) shall be available for inspection for the period commencing on **April 9, 2010** until the Technical Acceptance Date (**April 23, 2010**) at (a) with respect to the Airframe, the Technical Acceptance Location for the Airframe, and (b) with respect to the engines, the Technical Acceptance Location for the engines.<br><br>With respect to the Airframe, the "Technical Acceptance Date" and |

| Item No. | Lessors/Secured Parties and Other Related Party Addresses | Lessee/Debtor | Airframe Mfr. & Model | Airframe Mfr. Serial Number | U.S. Reg. No. | Engines Manufacturer, Model & Serial Number |
|---|---|---|---|---|---|---|
| | MAC: U1228-120<br>299 South Main Street, 12th Floor<br>Salt Lake City, UT 84111<br>Tel: 801-246-5630<br>Fax: 801-246-5053<br><br>**Lenders:**<br>DVB Bank SE<br>London Branch<br>80 Cheapside<br>London EC2V 6EE  England<br>Attention:  Carsten Gerlach, Senior Vice President, Aviation Special Projects<br>Tel: +49-69-97504-306<br>Fax: +49-69-97504-828<br><br>BNP Paribas<br>CIB - SF - Transportation Group<br>Aircraft Asset Management<br>16, rue de Hanovre<br>75078 Paris Cedex 02<br>Attn : Thibaud Génin<br>Tél: +33 1 42 98 38 27<br>Fax : +33 1 42 98 63 99<br><br>Commerzbank Aktiengesellschaft, Singapore Branch<br>GRM-IC Asia<br>8 Shenton Way #42-01<br>Singapore  068811<br>Attn: Mr. Josef Bruntraeger/ Ms. Weena Goh<br>Tel: 65 6311 0641/ 65 6311 0736<br>Fax: 65 6225 6598<br><br>Credit Agricole Corporate and | | | | | the "Technical Acceptance Location" (each as defined in the WW Section 1110(b) Stipulation) shall be, respectively, **April 23, 2010** and the Mesa's Columbia, South Carolina maintenance facility.<br><br>With respect to the following engines, the "Technical Acceptance Date" and the "Technical Acceptance Location" (each as defined in the WW Section 1110(b) Stipulation) shall be, respectively, **April 23, 2010** and the Mesa's Phoenix, Arizona maintenance facility:<br><br>SN 872624 (shipped)<br>SN 872565 (shipped)<br><br>The inspection of all records related to the Aircraft (including, *inter alia*, the Airframe and the engines) will be at Mesa's Phoenix, Arizona maintenance facility for the period commencing on **April 9, 2010** until the Technical Acceptance Date for the Aircraft.<br><br>The Deemed Effective Date and the Delivery Location shall be ascertained in accordance with the WW Section 1110(b) Stipulation. |

| Item No. | Lessors/Secured Parties and Other Related Party Addresses | Lessee/Debtor | Airframe Mfr. & Model | Airframe Mfr. Serial Number | U.S. Reg. No. | Engines Manufacturer, Model & Serial Number |
|---|---|---|---|---|---|---|
| | Investment Bank (f/k/a Calyon)<br>92920 Paris La Defense Cedex<br>France<br>Attention: Isabelle Piron, Head of Aircraft Asset Management, Structured Finance – Aviation Group<br>Tel: +33-1-49-89-8931<br>Fax: +33-1-41-89-9196<br><br>ING Bank N.V., Singapore Branch<br>p/a Bijlmerplein 888<br>1102 MG Amsterdam<br>The Netherlands<br>Attention of Ad van den Broek / Hugo Kanters<br>Asset Based Finance – Aviation<br>Tel: +31 20 5635556 / 5635863<br>Fax: +31 20 5658210<br><br>NIBC BANK N.V.,<br>Carnegieplein 4<br>P.O. Box 380<br>2501 BH<br>The Hague, The Netherlands<br>Attention: Henny J.Th. Spanjaard<br>Tel.: 011-31-70-342 52 50<br>Fax: 011-31-70-342 54 19 | | | | | |
| **5.** | **Owner Participant:**<br><br>Wonderfulworld Holding B.V.<br>c/o ATC Corporate Services (Netherlands) B.V.<br>Attention: Krisje van der Poel<br>Olympic Plaza<br>Fred Roeskestraat 123 | Mesa Airlines, Inc. | CL-600-2B19 (CRJ-200) | 7336 | N75998 | The airframe and the engine bearing serial number 872646 shall be available for inspection for the period commencing on **April 15, 2010** until the Technical Acceptance Date (**May 3, 2010**) with respect to the Airframe and the installed engine, at the |

| Item No. | Lessors/Secured Parties and Other Related Party Addresses | Lessee/Debtor | Airframe Mfr. & Model | Airframe Mfr. Serial Number | U.S. Reg. No. | Engines Manufacturer, Model & Serial Number |
|---|---|---|---|---|---|---|
| | 1076 EE Amsterdam<br>The Netherlands<br>Tel: +31 (0)20 577 1177<br>Fax: +31 (0)20 577 1188<br><br>**Owner Trustee / Lessor**:<br>Wells Fargo Bank Northwest, NA<br>(formerly First Security Bank)<br>79 South Main Street<br>Salt Lake City, UT 84111<br>Attn: Corporate Trust Department<br>Tel: 801-246-5819<br>Fax: 801-246-5053<br><br>**Lenders:**<br>DVB Bank SE<br>London Branch<br>80 Cheapside<br>London EC2V 6EE  England<br>Attention:  Carsten Gerlach, Senior Vice President, Aviation Special Projects<br>Tel: +49-69-97504-306<br>Fax: +49-69-97504-828<br><br>BNP Paribas<br>CIB - SF - Transportation Group<br>Aircraft Asset Management<br>16, rue de Hanovre<br>75078 Paris Cedex 02<br>Attn : Thibaud Génin<br>Tél: +33 1 42 98 38 27<br>Fax : +33 1 42 98 63 99<br><br>Commerzbank Aktiengesellschaft,<br>Singapore Branch<br>GRM-IC Asia | | | | | Technical Acceptance Location.<br><br>The engine bearing serial number 872656 shall be available for inspection on **April 13, 2010** until the Technical Acceptance Date (**April 27, 2010**) at the Technical Acceptance Location for such engine.<br><br>With respect to the Airframe and engine bearing serial number 872646 installed thereon, the "Technical Acceptance Date" and the "Technical Acceptance Location" (each as defined in the WW Section 1110(b) Stipulation) shall be, respectively, **May 3, 2010** and Mesa's Columbia, South Carolina maintenance facility.<br><br>With respect to the engine bearing serial number 872656, the "Technical Acceptance Date" and the "Technical Acceptance Location" (each as defined in the WW Section 1110(b) Stipulation) shall be, respectively, **April 27, 2010** and the Mesa's Phoenix, Arizona maintenance facility:<br><br>The inspection of all records related to the Aircraft (including, *inter alia*, the Airframe and the engines) will be at Mesa's Phoenix, Arizona maintenance facility for |

| Item No. | Lessors/Secured Parties and Other Related Party Addresses | Lessee/Debtor | Airframe Mfr. & Model | Airframe Mfr. Serial Number | U.S. Reg. No. | Engines Manufacturer, Model & Serial Number |
|---|---|---|---|---|---|---|
| | 8 Shenton Way #42-01<br>Singapore 068811<br>Attn: Mr. Josef Bruntraeger/ Ms. Weena Goh<br>Tel: 65 6311 0641/ 65 6311 0736<br>Fax: 65 6225 6598<br><br>Credit Agricole Corporate and Investment Bank (f/k/a Calyon)<br>92920 Paris La Defense Cedex<br>France<br>Attention: Isabelle Piron, Head of Aircraft Asset Management, Structured Finance – Aviation Group<br>Tel: +33-1-49-89-8931<br>Fax: +33-1-41-89-9196<br><br>ING Bank N.V., Singapore Branch<br>p/a Bijlmerplein 888<br>1102 MG Amsterdam<br>The Netherlands<br>Attention of Ad van den Broek / Hugo Kanters<br>Asset Based Finance – Aviation<br>Tel: +31 20 5635556 / 5635863<br>Fax: +31 20 5658210<br><br>NIBC BANK N.V.,<br>Carnegieplein 4<br>P.O. Box 380<br>2501 BH<br>The Hague, The Netherlands<br>Attention: Henny J.Th. Spanjaard<br>Tel.: 011-31-70-342 52 50<br>Fax: 011-31-70-342 54 19 | | | | | the period commencing on **April 9, 2010** until the applicable Technical Acceptance Date for the Aircraft.<br><br>The Deemed Effective Date and the Delivery Location shall be ascertained in accordance with the WW Section 1110(b) Stipulation and the engine bearing serial number 872656 shall be installed on the airframe (subject to, and in accordance with, the WW Section 1110(b) Stipulation). |

| Item No. | Lessors/Secured Parties and Other Related Party Addresses | Lessee/Debtor | Airframe Mfr. & Model | Airframe Mfr. Serial Number | U.S. Reg. No. | Engines Manufacturer, Model & Serial Number |
|---|---|---|---|---|---|---|
| **6.** | **Owner Participant**:<br>General Electric Capital Corporation<br>c/o GE Capital Aviation Services, Inc.<br>Attn: Leader-Contracts<br>201 High Ridge Road<br>Stamford, CT 06927<br>Tel: 203-357-4482<br>Fax: 203-357-3201<br><br>**Owner Trustee / Lessor**:<br>Wells Fargo Bank Northwest, NA<br>(formerly First Security Bank)<br>79 South Main Street<br>Salt Lake City, UT 84111<br>Attn: Corporate Trust Department<br>Tel: 801-246-5819<br>Fax: 801-246-5053<br><br>**Loan Participants**:<br>DVB Transport Finance Limited,<br>London Branch<br>80 Cheapside<br>London EC2V 6EE England<br>Attention: Carsten Gerlach, Senior Vice President, Aviation Special Projects<br>Tel: +49-69-97504-306<br>Fax: +49-69-97504-828<br><br>Bremer Landesbank Kreditanstalt<br>Oldenburg-Girzontrale<br>Marktfolge Finanzierungen<br>Domshof 26<br>28195 Bremen<br>Germany<br><br>**Indenture Trustee**: | Mesa Airlines, Inc. | CL-600-2B19 (CRJ-200) | 7278 | N77278 | The Airframe shall be available for inspection for the period commencing on the 14th business day prior to the Technical Acceptance Date for the Airframe until the Technical Acceptance Date for the Airframe at the Technical Acceptance Location for the Airframe.<br><br>The engines listed below shall be available for inspection for the period commencing on **April 15, 2010** until the Technical Acceptance Date (**May 3, 2010**) for the engines at the Technical Acceptance Location for the engines.<br><br>With respect to the Airframe, the "Technical Acceptance Date" (as defined in the DVB/BL Section 1110(b) Stipulation) shall be the earlier of (i) June 2, 2010 or (ii) an earlier date as set forth in a written notice, which date shall be both (i) at least fourteen (14) business days after Mesa deliver's such written notice to DVB and its counsel and (ii) fourteen (14) business days after the date that Mesa commences making the Airframe available for inspection (which inspection commencement date shall also be set forth in such notice). |

| Item No. | Lessors/Secured Parties and Other Related Party Addresses | Lessee/Debtor | Airframe Mfr. & Model | Airframe Mfr. Serial Number | U.S. Reg. No. | Engines Manufacturer, Model & Serial Number |
|---|---|---|---|---|---|---|
| | U.S. Bank Corporate Trust Services<br>One Federal Street, 3rd Floor<br>Boston, MA 02110<br>Attn: David Ganss<br><br>**Guarantor:**<br><br>Investissement Québec<br>Direction associée aux affaires juridiques à Montréal<br>393, rue Saint-Jacques, bureau 500<br>Montréal (Québec) H2Y 1N9 CANADA<br>Attn: Keith Hanna & Catharine Guillot<br>Tél. : 514 873-0709<br>Fax: 514 -873-9917<br>E-Mails: Keith.Hanna@invest-quebec.com &<br>Catherine.Guillot@invest-quebec.com | | | | | With respect to the Airframe, the "Technical Acceptance Location" (as defined in the DVB/BL Section 1110(b) Stipulation) shall be Mesa's Columbia, South Carolina maintenance facility.<br><br>With respect to the following engines, the "Technical Acceptance Date" and the "Technical Acceptance Location" (each as defined in the DVB/BL Section 1110(b) Stipulation) shall be, respectively, **May 3, 2010** and the Mesa's Phoenix, Arizona maintenance facility:<br><br>SN: 872425 (shipped)<br>SN: 872426 (shipped)<br><br>The inspection of all records related to the Airframe will be at Mesa's Phoenix, Arizona maintenance facility for the period commencing on **April 9, 2010** until the applicable Technical Acceptance Date for the Airframe.<br><br>The inspection of all records related to the engines will be at Mesa's Phoenix, Arizona maintenance facility for the period commencing on April 9, 2010 until the Technical Acceptance Date for the engines. |

| Item No. | Lessors/Secured Parties and Other Related Party Addresses | Lessee/Debtor | Airframe Mfr. & Model | Airframe Mfr. Serial Number | U.S. Reg. No. | Engines Manufacturer, Model & Serial Number |
|---|---|---|---|---|---|---|
| | | | | | | The Deemed Effective Date and the Delivery Location shall be ascertained in accordance with the DVB/BL Section 1110(b) Stipulation. |