PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: 212-561-7700
Facsimile:  212-561-7777
Richard M. Pachulski
Laura Davis Jones
Debra I. Grassgreen
Maria A. Bove
John W. Lucas

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MESA AIR GROUP, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 10-10018 (MG)<br><br>(Jointly Administered) |

**AGENDA WITH RESPECT TO HEARING SCHEDULED ON
APRIL 15, 2010 AT 10:00 A.M. BEFORE THE HONORABLE MARTIN GLENN,
COURTROOM NO. 501**

**I.   CONTINUED MATTERS:**

1.   Motion for Relief from Stay for Production of Certain Documentary and Testimonial Evidence and Related Relief.  (Filed 3/17/10) [Docket No. 550]

   Related Documents:

   A.   Notice of Continuance of Hearing on Motion for Relief from Automatic Stay and Granting Related Relief.  (Filed 4/6/10) [Docket No. 611]

   Response Deadline: Continued to May 6, 2010.

   Reply Deadline: Continued to May 11, 2010 at 12:00 p.m.

---

[1] The Debtors are:  Mesa Air Group, Inc. (2351); Mesa Air New York, Inc. (3457); Mesa In-Flight, Inc. (9110); Freedom Airlines, Inc. (9364); Mesa Airlines, Inc. (4800); MPD, Inc. (7849); Ritz Hotel Management Corp. (7688); Regional Aircraft Services, Inc. (1911); Air Midwest, Inc. (6610); Mesa Air Group Airline Inventory Management, LLC (2015); Nilchi, Inc. (5531); and Patar, Inc. (1653).

Status: This matter is continued to May 13, 2010 at 10:00 a.m.

2. Status Conference Re. Debtors' Motion for Authorization Pursuant to Section 365 of the Bankruptcy Code to Assume Code-Share Agreement, as Amended, with Delta Airlines, Inc. (Filed 1/19/10) [Docket No. 112]

    Related Documents:

    A. Motion of the Debtors Pursuant to Bankruptcy Rule 9018 and Section 107(B) of the Bankruptcy Code for Authorization to File Under Seal the Unredacted Code-Share Agreement, as Amended, with Delta Airlines, Inc. (Filed 1/12/10) [Docket No. 113]

    B. Letter re Debtors' Position as to the Procedural Posture of the Debtors' Motion for Authorization Pursuant to Section 365 of the Bankruptcy Code to Assume Code-Share Agreement, as Amended with Delta Air Lines, Inc. (Filed 1/27/10) [Docket No. 189]

    C. Letter re Committee's Position as to the Adjudication of the Debtors' Pending Motion for Authorization Pursuant to Section 365 of the Bankruptcy Code to Assume Code-Share Agreement, as Amended, with Delta Air Lines, Inc. (Filed 1/27/10) [Docket No. 190]

    D. Letter, Regarding Delta Air Lines, Inc.'s Position Concerning a Proposed Schedule for Resolving Mesa's Motion to Assume the 2005 Code-Share Agreement Between Mesa and Delta. (Filed 1/27/10) [Docket No. 191]

    E. Case Management and Scheduling Order. (Filed 2/23/10) [Docket No. 349]

    F. Adversary Proceeding No. 10-3064. Copy of Certified Order Transferring Case No. 10CV1604 from the U.S. District Court, S.D.N.Y. to the U.S. Bankruptcy Court, S.D.N.Y. (Filed 3/25/10) [Docket No. 566]

    G. Letter re Continuance of Status Conference. (Filed 4/13/10) [Docket No. 633]

    Status: This status conference is continued to May 13, 2010 at 10:00 a.m.

II. **UNCONTESTED MATTERS:**

3. Committee's Application Pursuant to Sections 327(a), 328(a), and 1103 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016 for Entry of an Order Authorizing the Retention and Employment of Macquarie Capital (USA) Inc. as Financial Advisor and Investment Banker to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to January 21, 2010. (Filed 2/16/10) [Docket No. 322]

Related Documents:

A. Supplemental Affidavit of R. Edward Albert in Support of Application for Entry Of an Order Pursuant to Sections 327(a), 328(a), and 1103 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016 Authorizing the Retention and Employment of Macquarie Capital (USA) Inc. as Financial Advisor and Investment Banker to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to January 13, 2010. (Filed 4/12/10) [Docket No. 629]

Response Deadline: April 8, 2010.

Responses: None

Reply Deadline: April 13, 2010 at 12:00 p.m.

Replies: None

Status: This matter is going forward.

4. Debtors' Application for an Order Authorizing the Employment of Deloitte Tax, LLP to Provide Tax Compliance and Tax Consulting Services to the Debtors *Nunc Pro Tunc* to January 5, 2010. (Filed 2/12/10) [Docket No. 308]

Related Documents:

A. Supplemental Declaration of Tiffany Young in Support of the Debtors' Application for an Order Pursuant to Sections 327(A) of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and Local Rule 2014-1 Authorizing the Employment and Retention of Deloitte Tax LLP to Provide Tax Compliance and Tax Consulting Services to the Debtors *Nunc Pro Tunc* to January 5, 2010. (Filed 4/9/10) [Docket No. 625]

Response Deadline: Continued to April 12, 2010.

Responses: None

Reply Deadline: April 13, 2010 at 12:00 p.m.

Replies: None

Status: This matter is going forward.

5. Notice of Debtors' Motion For An Order Extending The Periods Within Which Debtors May Remove Actions Pursuant To 28 U.S.C. 1452 And Federal Rule of Bankruptcy Procedure 9027. (Filed 3/30/10) [Docket No. 594]

Related Documents: None.

Response Deadline: April 8, 2010.

Responses: None

Reply Deadline: April 13, 2010 at 12:00 p.m.

Replies: None

Status: This matter is going forward.

6. Motion for Order Extending the Time Periods During Which the Debtors Have the Exclusive Right to File a Plan and Solicit Acceptances. (Filed 3/31/10) [Docket No. 599]

    Related Documents: None.

    Response Deadline: April 9, 2010.

    Responses: None

    Reply Deadline: April 13, 2010 at 12:00 p.m.

    Replies: None

    Status: This matter is going forward.

**III.    CONTESTED MATTER:**

7. Debtors' Motion For Interim And Final Orders Pursuant To Sections 105(a), 345(b), 363(c), 364(c) And 507(a) And Bankruptcy Rules 6003 And 6004 To (I) Continue Using Existing Cash Management System; (II) Maintain Existing Bank Accounts And Business Forms; And (III) Granting Related Relief **[Section 345 Waiver Issues Re Mexican Accounts]**. (Filed 1/5/10) [Docket No. 17]

    Related Documents:

    A. Supplemental Motion to Approve Supplement In Support of Debtors' Motion for Interim and Final Orders Pursuant to Sections 105(a), 345(b), 363(c) and 507(a) of The Bankruptcy Code and Bankruptcy Rules 6003 and 6004 To (I) Continue Using Existing Cash Management System; (II) Maintain Existing Bank Accounts and Business Forms; And (III) Granting Related Relief. (Filed 2/16/10) [Docket No. 320]

    B. Notice of Continuance of Hearing on Certain Application and Motions. (Filed 2/24/10) [Docket No. 356]

Response Deadline: April 8, 2010.

Objection:

C. Objection and Reservation of Rights of the United States Trustee to Debtors' Motion for Entry of Final Order Pursuant to Sections 105(a), 345(b), 363(c) and 507(a) of the Bankruptcy Code and Bankruptcy Rules 6003 and 6004 to (I) Continue Using Existing Cash Management System; (II) Maintain Existing Bank Accounts and Business Forms; and (III) Granting Related Relief.  (Filed 3/16/10) [Docket No. 534]

Reply Deadline: April 13, 2010 at 12:00 p.m.

Reply:

D. Debtors' Reply To The Objection and Reservation of Rights of the United States Trustee to Debtors Motion For Interim and Final Orders Pursuant To Sections 105(A), 345(B), 363(C), 364(C) and 507(A) Of the Bankruptcy Code and Bankruptcy Rules 6003 and 6004 To (I) Continue Using Existing Cash Management System; (II) Maintain Existing Bank Accounts and Business Forms; And (III) Granting Related Relief and The Debtors Supplement Filed in Support of The Motion.  (Filed 3/22/10) [Docket No. 560]

Status: This matter is going forward.

Dated: April 13, 2010
New York, New York

PACHULSKI STANG ZIEHL & JONES LLP

 /s/ Maria A. Bove
Richard M Pachulski
Laura Davis Jones
Debra I. Grassgreen
Maria A. Bove
John W. Lucas
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

Attorneys for Debtors and Debtors in Possession