**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| MESA AIR GROUP, INC., *et al.*, | Case No. 10-10018 (MG) |
| Debtors.[1] | (Jointly Administered) |

**ORDER EXTENDING THE PERIOD
WITHIN WHICH THE DEBTORS MAY ASSUME OR REJECT
UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY**

Upon the Motion (the "Motion")[2] of Mesa Air Group, Inc., *et al.*, debtors and debtors in possession in these cases (collectively, the "Debtors"), for an order pursuant to section 365(d)(4) of title 11 of the United States Code (the "Bankruptcy Code") for an extension of the period within which the Debtors may assume or reject unexpired leases of nonresidential real property (the "Leases"), as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the requested relief being a core proceeding the Court can determine pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided in accordance with the Case Management Order, and it appearing that no other or further notice need be provided; and there being no objections to the Motion; and the Court having reviewed the Motion and the relief requested in the Motion being in the best interests of the Debtors and their respective estates and creditors; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the

---

[1] The Debtors are: Mesa Air Group, Inc. (2351); Mesa Air New York, Inc. (3457); Mesa In-Flight, Inc. (9110); Freedom Airlines, Inc. (9364); Mesa Airlines, Inc. (4800); MPD, Inc. (7849); Ritz Hotel Management Corp. (7688); Regional Aircraft Services, Inc. (1911); Air Midwest, Inc. (6610); Mesa Air Group Airline Inventory Management, LLC (2015); Nilchi, Inc. (5531); and Patar, Inc. (1653).

proceedings had before the Court and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that the relief requested in the Motion is hereby granted; and it is further

ORDERED that the time within which the Debtors may assume or reject the Leases pursuant to section 365(d)(4) of the Bankruptcy Code is extended by 90 days to and including August 3, 2010; and it is further

ORDERED that the relief requested herein is without prejudice to the right of any lessor under a Lease to move the Court to fix an earlier date by which the Debtors must assume or reject its unexpired Lease (or for the Debtors to oppose any such request).

Dated: **April 13, 2010**
New York, New York

                                        **/s/Martin Glenn**
                                THE HONORABLE MARTIN GLENN
                                UNITED STATES BANKRUPTCY JUDGE

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.