PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: 212-561-7700
Facsimile: 212-561-7777
Richard M. Pachulski
Laura Davis Jones
Debra I. Grassgreen
Joshua M. Fried
Maria A. Bove

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| MESA AIR GROUP, INC., *et al*., | Case No. 10-10018 (MG) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF CONTINUANCE OF STATUS CONFERENCE
## AND TELEPHONIC PROCEDURES THEREFOR

**PLEASE TAKE NOTICE** that the status conference (the "Status Conference")

regarding the *Debtors' Motion for Authorization Pursuant to Section 365 of the Bankruptcy*

*Code to Assume Code-Share Agreement, as Amended, with Delta Air Lines, Inc.* [Docket No.

112] and related matters has been continued from April 15, 2010, at 10:00 A.M. to

**May 13, 2010, at 10:00 A.M.**

**PLEASE TAKE FURTHER NOTICE** that each party wishing to appear

telephonically at the Status Conference must call CourtCall at 866-582-6878 **BEFORE**

**4:30 P.M. (EASTERN TIME) on May 11, 2010**, and provide the following information:

---

[1] The Debtors are: Mesa Air Group, Inc. (2351); Mesa Air New York, Inc. (3457); Mesa In-Flight, Inc. (9110); Freedom Airlines, Inc. (9364); Mesa Airlines, Inc. (4800); MPD, Inc. (7849); Ritz Hotel Management Corp. (7688); Regional Aircraft Services, Inc. (1911); Air Midwest, Inc. (6610); Mesa Air Group Airline Inventory Management, LLC (2015); Nilchi, Inc. (5531); and Patar, Inc. (1653).

Case Name:     Mesa Air Group, Inc.
Case No.:      10-10018 (MG)
Jurisdiction:  U.S. Bankruptcy Court, Southern District of New York
Dept/Judge:    Honorable Martin Glenn
Proceeding:    Status Conference on Debtors' Motion for Authorization
               Pursuant to Section 365 of the Bankruptcy Code to Assume
               Code Share Agreement, as Amended, with Delta Air Lines,
               Inc. [Docket No. 112]
Date/Time:     May 13, 2010, at 10:00 a.m. (Eastern Time)


Dated: April 14, 2010
       New York, New York

                              PACHULSKI STANG ZIEHL & JONES LLP

                              */s/ Maria A. Bove*
                              Richard M Pachulski
                              Laura Davis Jones
                              Debra I. Grassgreen
                              Joshua M. Fried
                              Maria A. Bove
                              780 Third Avenue, 36th Floor
                              New York, New York 10017
                              Telephone: (212) 561-7700
                              Facsimile: (212) 561-7777

                              Attorneys for Debtors
                              and Debtors in Possession