**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MESA AIR GROUP, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 10-10018 (MG)<br><br>(Jointly Administered) |

**ORDER GRANTING DEBTORS' MOTION
PURSUANT TO 11 U.S.C. § 1121(D) EXTENDING THE TIME
PERIODS DURING WHICH THE DEBTORS HAVE THE EXCLUSIVE
RIGHT TO FILE A PLAN AND SOLICIT ACCEPTANCES THERETO**

Upon the motion, dated March 30, 2010 (the "Motion"), of the captioned debtors and debtors in possession (the "Debtors") for entry of an order pursuant to section 1121(d) of the Bankruptcy Code extending the Exclusive Periods in which to file a chapter 11 plan and to solicit acceptances thereof.[2] The Court having reviewed the Motion, the Court finds that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (L), (c) venue of these chapter 11 cases in this district is proper pursuant to 28 U.S.C. §§1408 and 1409, and (d) notice of the Motion was sufficient under the circumstances, and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein and it appearing that the relief requested is in the best interest of the Debtors and their estates, creditors, and other parties in interest;

IT IS HEREBY FOUND AND DETERMINED THAT, the Debtors have demonstrated cause for the extension of the Exclusive Periods, and it is hereby

---

[1] The Debtors are: Mesa Air Group, Inc. (2351); Mesa Air New York, Inc. (3457); Mesa In-Flight, Inc. (9110); Freedom Airlines, Inc. (9364), Mesa Airlines, Inc. (4800), MPD, Inc. (7849), Ritz Hotel Management Corp. (7688); Regional Aircraft Services, Inc. (1911); Air Midwest, Inc. (6610); Mesa Air Group Airline Inventory Management, LLC (2015); Nilchi, Inc. (5531); and Patar, Inc. (1653).

[2] Capitalized terms not otherwise defined herein shall have the meanings set forth in the Motion.

ORDERED that Debtors' Exclusive Filing Period is extended for an additional one hundred and twenty (120) days through and including September 2, 2010; and it is further

ORDERED that the Debtors' Exclusive Solicitation Period is extended for an additional one hundred and twenty (120) days through and including November 3, 2010; and it is further

ORDERED that this Order shall be without prejudice to the Debtors' right to seek additional extensions of the Exclusive Filing Period and the Exclusive Solicitation Period and is without prejudice to the right of any party to object to any such further extensions; and it is further; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order; and it is further

ORDERED that the entry of this Order is without prejudice to any party's right to seek to terminate the Exclusive Periods as extended by this Order

Dated: April 15, 2010
      New York, New York

                                          **/s/Martin Glenn**
                                  UNITED STATES BANKRUPTCY JUDGE