PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: 212-561-7700
Facsimile: 212-561-7777
Richard M. Pachulski
Laura Davis Jones
Debra I. Grassgreen
Maria A. Bove
John W. Lucas

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| MESA AIR GROUP, INC., *et al.*, | Case No. 10-10018 (MG) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF CONTINUANCE OF HEARING ON**
**MOTION FOR RELIEF FROM AUTOMATIC STAY**

**PLEASE TAKE NOTICE** that the hearing to consider the Motion of

Jodi Harmon for Relief from Automatic Stay [Docket 496] (the "Motion") has been continued to

**May 13, 2010 at 10:00 a.m. Prevailing Eastern Time**.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the

final relief sought in the Motion must be filed with the Bankruptcy Court and served upon: (i) the

chambers of the Honorable Martin Glenn, One Bowling Green, New York, New York 10004,

Courtroom 501; (ii) Pachulski Stang Ziehl & Jones LLP, 150 California Street, 15th Floor, San

Francisco, California 94111 (Attn: Debra I. Grassgreen and Joshua M. Fried), and Pachulski

---

[1] The Debtors are: Mesa Air Group, Inc. (2351); Mesa Air New York, Inc. (3457); Mesa In-Flight, Inc. (9110); Freedom Airlines, Inc. (9364); Mesa Airlines, Inc. (4800); MPD, Inc. (7849); Ritz Hotel Management Corp. (7688); Regional Aircraft Services, Inc. (1911); Air Midwest, Inc. (6610); Mesa Air Group Airline Inventory Management, LLC (2015); Nilchi, Inc. (5531); and Patar, Inc. (1653).

56772-002\DOCS_NY:20633.1

Stang Ziehl & Jones LLP, 780 Third Avenue, 36th Floor, New York, New York 10017 (Attn: Maria A. Bove), counsel for the Debtors; (iii) Mesa Air Group, Inc., Law Department 410 N. 44th St. Suite 700, Phoenix, Arizona 85008, (Attn: Brian S. Gillman, Esq.); (iv) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, NY 10004 (Attn: Andrea B. Schwartz); (v) Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, NY 10104-0050 (Attn: Brett H. Miller, Lorenzo Marinuzzi and Todd M. Goren), counsel for the Official Committee of Unsecured Creditors; (vi) The Vakula Law Firm, 11240 N. Tatum Blvd., Suite 120, Phoenix, AZ 85028, attorneys for Jodi Harmon; and (vii) any person or entity with a particularized interest in the subject matter of the Motion, on or before **May 6, 2010**.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE FINAL RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE.**

Dated: April 19, 2010
      New York, New York

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Maria A. Bove*
Richard M Pachulski
Laura Davis Jones
Debra I. Grassgreen
Maria A. Bove
John W. Lucas
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

Attorneys for Debtors and Debtors in Possession