PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: 212-561-7700
Facsimile: 212-561-7777
Richard M. Pachulski
Laura Davis Jones
Debra I. Grassgreen
Joshua M. Fried
Maria A. Bove

Attorneys for Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| MESA AIR GROUP, INC., *et al*., | Case No. 10-10018 (MG) |
| Debtors.[1] | (Jointly Administered) |

**DEBTORS' SIXTH NOTICE OF INTENT TO REJECT LEASES RELATING TO CERTAIN AIRCRAFT PURSUANT TO DEBTORS' PROCEDURES SET FORTH IN AMENDED ORDER ENTERED ON FEBRUARY 23, 2010**

**(RE: AIRCRAFT COUNTERPARTIES LISTED ON EXHIBIT 1)**

**PLEASE TAKE NOTICE** that the debtors and debtors in possession (collectively, the "Debtors") hereby give notice to the owner participants, owner trustees, loan participants, and indenture trustees set forth on Exhibit 1 annexed hereto (the "Aircraft Parties") of the Debtors' intent to reject the eight (8) aircraft leases (the "Leases") in their entirety related to eight (8) CRJ-200 aircraft, with the airframes having the U.S. Registration Numbers as identified in Exhibit 1 (the "Excess Leased Equipment.")

---

[1] The Debtors are: Mesa Air Group, Inc. (2351); Mesa Air New York, Inc. (3457); Mesa In-Flight, Inc. (9110); Freedom Airlines, Inc. (9364); Mesa Airlines, Inc. (4800); MPD, Inc. (7849); Ritz Hotel Management Corp. (7688); Regional Aircraft Services, Inc. (1911); Air Midwest, Inc. (6610); Mesa Air Group Airline Inventory Management, LLC (2015); Nilchi, Inc. (5531); and Patar, Inc. (1653).

**PLEASE TAKE FURTHER NOTICE** that, on February 23, 2010, the Bankruptcy Court entered its *Order (I) Authorizing Debtors to (A) Reject Leases Relating to Certain Aircraft and Other Related Equipment, (B) Abandon Certain Aircraft, Engines, and Other Related Equipment, (C) Transfer Title to Certain Aircraft, Engines, and Other Related Equipment, and (D) Satisfy the Surrender and Return Requirements Under the Bankruptcy Code, and (II) Approving Related Notices and Procedures* (the "Order"),[2] a copy of which is available upon request from the Debtors' counsel and which is also available for review on www.epiq11.com (follow "All Active Cases" and "Mesa Air Group, Inc." links). All capitalized terms whose meanings are not defined or otherwise ascribed herein shall have the meaning ascribed to them in the Order. This Notice is being provided to you in accordance with the Order as a Subsequent Rejection Notice.

**PLEASE TAKE FURTHER NOTICE** that unless an affected Aircraft Party timely objects to this Subsequent Rejection Notice and the proposed Lease rejections, as the case may be, and related surrender and return of the Excess Leased Equipment, if any, the rejection of the Leases will be effective April 30, 2010 (the "Deemed Effective Date"), without need of any further Court order or additional notice, subject to the rights to object as set forth in the Order.

**PLEASE TAKE FURTHER NOTICE** that notwithstanding the rejection of the Leases as provided herein, the Debtors will not return the Excess Leased Equipment but will continue to use and pay for the Excess Leased Equipment in accordance with each section 1110(b) stipulation (collectively, the "Section 1110(b) Stipulations") that the Debtors entered into with each of the applicable controlling aircraft counterparties (each a "Controlling Aircraft

---

[2] On February 24, 2010, the Debtors filed with the Court an amended exhibit A-2 to the Order [Docket No. 360].

Counterparty").[3] The Debtors' continued possession and use of such Excess Leased Equipment will not affect the efficacy of the rejection or the occurrence of the Deemed Effective Date.

**PLEASE TAKE FURTHER NOTICE** that if any affected Aircraft Party wishes to object to the rejection of the applicable Lease, such affected party must file and serve such objection in accordance with the following procedures:

(a) The Debtors' rejection of the applicable Lease pursuant to this Notice will be effective as of the Deemed Effective Date, without the need of any further order or notice, if no objection thereto is filed with the Court and served so as to be received by 4:00 p.m. (prevailing Eastern Time) on the 7th business day after the filing and service of this Notice, on (i) the United States Bankruptcy Court of the Southern District of New York, One Bowling Green, New York, New York 10004, (ii) the Office of the United States Trustee for the Southern District of New York (the "OUST"), 33 Whitehall Street, 21st Floor, New York, New York 10004, (iii) Pachulski Stang Ziehl & Jones LLP, 150 California Street, 15th Floor, San Francisco, California 94111 (Attn: Debra I. Grassgreen and Joshua M. Fried), and Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 36th Floor, New York, New York 10017 (Attn: Maria A. Bove), attorneys for the Debtors, (iv) Mesa Air Group, Inc., Law Department 410 N. 44th St. Suite 700, Phoenix, Arizona 85008, (Attn: Brian S. Gillman, Esq.), and (v) counsel to the Committee, Morrison & Foerster, 1290 Avenue of the Americas, New York, New York 10104 (Attn: Brett H. Miller) ("Committee Counsel") (collectively, the "Notice Parties").

(b) If a timely objection is filed and served, the effective date of rejection will be (i) the originally proposed Deemed Effective Date if the objection is overruled or withdrawn or (ii) such other date as determined by the Bankruptcy Court after a hearing on the objection. Further, the Court may adjust the Deemed Effective Date in accordance with the procedures set forth in paragraph 2 of the Order on account of the Enumerated Matters (as such term is defined in the Order) or any other breach of the Order.

(c) A hearing on any objection to this Notice will be held on the next scheduled omnibus hearing date in the Debtors' cases, provided that the objecting party is provided by the Debtors at least five (5) business days' prior written notice of such hearing date and time, and provided further that the foregoing is without prejudice to the Debtors and/or objecting party to move for an expedited hearing (on less than five (5) business days' notice).

(d) The Debtors must file and serve on the objecting party, the OUST and the Committee Counsel any reply to any objection at least two (2) business days prior to the

---

[3] A list of the Controlling Aircraft Counterparties and the related Section 1110(b) Stipulations is annexed hereto as Exhibit 2.

scheduled hearing.

**PLEASE TAKE FURTHER NOTICE** that paragraphs 2 and 9 of the Order set forth important deadlines regarding the assertion of claims and rights.

Dated: April 20, 2010
       New York, New York    PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Debra I. Grassgreen*
Richard M Pachulski
Laura Davis Jones
Debra I. Grassgreen
Joshua M. Fried
Maria A. Bove

780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

Attorneys for Debtors and Debtors in Possession

# EXHIBIT 1

# Listed Excess Leased Equipment to Be Rejected on Deemed Effective Date

*INDEX*

**Counterparties and other parties in interest should locate their names in the index below and refer to the listed page(s) of the attached exhibit. Parties in interest should review the exhibit in its entirety out of an abundance of caution.**

| Applicable Counterparty and Other Parties in Interest: | Page of attached Exhibit 1: |
|---|---|
| **Bank of Scotland PLC** | 4, 6, 8 |
| **Bremer Landesbank Kreditanstalt Oldenburg-Girzontrale** | 3 |
| **De Nationale Investeringsbank N.V.** | 1, 2 |
| **DVB Transport Finance Limited, London Branch** | 3 |
| **General Electric Capital Corporation** | 1, 2, 3, 4, 6, 7, 8 |
| **HSH Nordbank AG** | 4, 6, 7, 8 |
| **Investissement Québec** | 3, 4, 6, 7, 8 |
| **Landesbank Baden-Wurttemberg** | 4, 6, 7 |
| **U.S. Bank Corporate Trust Services** | 1, 2, 3, 4, 6, 7, 8 |
| **Wells Fargo Bank Northwest, NA (formerly First Security Bank)** | 1, 2, 3, 4, 6, 7, 8 |

| Item No. | Lessors/Secured Parties and Other Related Party Addresses | Lessee/ Debtor | Airframe Mfr. & Model | Airframe Mfr. Serial No. | U.S. Reg. No. | Deemed Effective Date and Proposed Return Location |
|---|---|---|---|---|---|---|
| **1** | **Owner Participant:**<br>General Electric Capital Corporation<br>c/o Capital Aviation Services, Inc.<br>Attn: Leader-Contracts<br>201 High Ridge Road<br>Stamford, CT 06927<br>Tel: 203-357-4482<br>Fax: 203-357-3201<br><br>**Owner Trustee / Lessor:**<br>Wells Fargo Bank Northwest, NA (formerly First Security Bank)<br>79 South Main Street<br>Salt Lake City, UT 84111<br>Attn: Corporate Trust Department<br>Tel: 801-246-5819<br>Fax: 801-246-5053<br><br>**Loan Participant:**<br>De Nationale Investeringsbank N.V.<br>4 Carnegieplein<br>P.O. Box 380<br>2501 BH The Hague<br>The Netherlands<br><br>**Indenture Trustee:**<br>U.S. Bank Corporate Trust Services<br>One Federal Street, 3rd Floor<br>Boston, MA 02110<br>Attn: David Ganss<br>Tel: 617-603-6580<br>Fax: 617-603-6669 | Mesa Airlines, Inc. | CL-600-2B19 (CRJ-200) | 7260 | N77260 | Effective Date:<br><br>**April 30, 2010**<br><br>Return Location: The Debtors will continue to use and pay for this aircraft in accordance with the applicable Section 1110(b) Stipulation. |
| **2** | **Owner Participant:**<br>General Electric Capital Corporation<br>c/o Capital Aviation Services, Inc.<br>Attn: Leader-Contracts<br>201 High Ridge Road<br>Stamford, CT 06927<br>Tel: 203-357-4482<br>Fax: 203-357-3201<br><br>**Owner Trustee / Lessor:**<br>Wells Fargo Bank Northwest, NA (formerly First Security | Mesa Airlines, Inc. | CL-600-2B19 (CRJ-200) | 7264 | N7264V | Effective Date:<br><br>**April 30, 2010**<br><br>Return Location: The Debtors will continue to use and pay for this aircraft in accordance with the applicable Section 1110(b) Stipulation. |

| Item No. | Lessors/Secured Parties and Other Related Party Addresses | Lessee/ Debtor | Airframe Mfr. & Model | Airframe Mfr. Serial No. | U.S. Reg. No. | Deemed Effective Date and Proposed Return Location |
|---|---|---|---|---|---|---|
| | Bank) 79 South Main Street Salt Lake City, UT 84111 Attn: Corporate Trust Department Tel: 801-246-5819 Fax: 801-246-5053 **Loan Participant:** De Nationale Investeringsbank N.V. 4 Carnegieplein P.O. Box 380 2501 BH The Hague The Netherlands **Indenture Trustee:** U.S. Bank Corporate Trust Services One Federal Street, 3rd Floor Boston, MA 02110 Attn: David Ganss Tel: 617-603-6580 Fax: 617-603-6669 | | | | | |
| **3** | **Owner Participant:** General Electric Capital Corporation c/o Capital Aviation Services, Inc. Attn: Leader-Contracts 201 High Ridge Road Stamford, CT 06927 Tel: 203-357-4482 Fax: 203-357-3201 **Owner Trustee / Lessor:** Wells Fargo Bank Northwest, NA (formerly First Security Bank) 79 South Main Street Salt Lake City, UT 84111 Attn: Corporate Trust Department Tel: 801-246-5819 Fax: 801-246-5053 **Loan Participant:** De Nationale Investeringsbank N.V. 4 Carnegieplein P.O. Box 380 2501 BH The Hague, The | Mesa Airlines, Inc. | CL-600-2B19 (CRJ-200) | 7325 | N97325 | Effective Date: **April 30, 2010** Return Location: The Debtors will continue to use and pay for this aircraft in accordance with the applicable Section 1110(b) Stipulation. |

| Item No. | Lessors/Secured Parties and Other Related Party Addresses | Lessee/ Debtor | Airframe Mfr. & Model | Airframe Mfr. Serial No. | U.S. Reg. No. | Deemed Effective Date and Proposed Return Location |
|---|---|---|---|---|---|---|
| | Netherlands<br><br>**Indenture Trustee:**<br>U.S. Bank Corporate Trust Services<br>One Federal Street, 3rd Floor<br>Boston, MA 02110<br>Attn: David Ganss<br>Tel: 617-603-6580<br>Fax: 617-603-6669 | | | | | |
| 4 | **Owner Participant:**<br>General Electric Capital Corporation<br>c/o Capital Aviation Services, Inc.<br>Attn: Leader-Contracts<br>201 High Ridge Road<br>Stamford, CT 06927<br>Tel: 203-357-4482<br>Fax: 203-357-3201<br><br>**Owner Trustee / Lessor:**<br>Wells Fargo Bank Northwest, NA (formerly First Security Bank)<br>79 South Main Street<br>Salt Lake City, UT 84111<br>Attn: Corporate Trust Department<br>Tel: 801-246-5819<br>Fax: 801-246-5053<br><br>**Loan Participants:**<br>DVB Transport Finance Limited, London Branch<br>80 Cheapside<br>London<br>EC2V 6EE England<br>Attention: Carsten Gerlach, Senior Vice President, Aviation Special Projects<br>Tel: +49-69-97504-306<br>Fax: +49-69-97504-828<br><br>Bremer Landesbank Kreditanstalt Oldenburg-Girzontrale<br>Marktfolge Finanzierungen<br>Domshof 26<br>28195 Bremen<br>Germany<br>Attentioon: Alexander Kowalle | Mesa Airlines, Inc. | CL-600-2B19 (CRJ-200) | 7318 | N27318 | Effective Date:<br><br>**April 30, 2010**<br><br>Return Location: The Debtors will continue to use and pay for this aircraft in accordance with the applicable Section 1110(b) Stipulation. |

| Item No. | Lessors/Secured Parties and Other Related Party Addresses | Lessee/ Debtor | Airframe Mfr. & Model | Airframe Mfr. Serial No. | U.S. Reg. No. | Deemed Effective Date and Proposed Return Location |
|---|---|---|---|---|---|---|
| | & Stefan Marx<br>Telefon +49-421-332-2251<br>Telefax +49-421-332-3635<br><br>**Indenture Trustee:**<br>U.S. Bank Corporate Trust Services<br>One Federal Street, 3rd Floor<br>Boston, MA 02110<br>Attn: David Ganss<br>Tel: 617-603-6580<br>Fax: 617-603-6669<br><br>**Guarantor:**<br>Investissement Québec<br>Direction associée aux affaires juridiques à Montréal<br>393, rue Saint-Jacques, bureau 500<br>Montréal (Québec)<br>H2Y 1N9 CANADA<br>Attn: Keith Hanna & Catharine Guillot<br>Tél. : 514 873-0709<br>Fax: 514 -873-9917<br>Email: keith.hanna@invest-quebec.com; catherine.guillot@invest-quebec.com | | | | | |
| 5 | **Owner Participant:**<br>General Electric Capital Corporation<br>c/o Capital Aviation Services, Inc.<br>Attn: Leader-Contracts<br>201 High Ridge Road<br>Stamford, CT 06927<br>Tel: 203-357-4482<br>Fax: 203-357-3201<br><br>**Owner Trustee / Lessor:**<br>Wells Fargo Bank Northwest, NA (formerly First Security Bank)<br>79 South Main Street<br>Salt Lake City, UT 84111<br>Attn: Corporate Trust Department<br>Tel: 801-246-5819<br>Fax: 801-246-5053<br><br>**Loan Participants:** | Mesa Airlines, Inc. | CL-600-2B19 (CRJ-200) | 7302 | N77302 | Effective Date:<br><br>**April 30, 2010**<br><br>Return Location: The Debtors will continue to use and pay for this aircraft in accordance with the applicable Section 1110(b) Stipulation. |

| Item No. | Lessors/Secured Parties and Other Related Party Addresses | Lessee/ Debtor | Airframe Mfr. & Model | Airframe Mfr. Serial No. | U.S. Reg. No. | Deemed Effective Date and Proposed Return Location |
|---|---|---|---|---|---|---|
| | HSH Nordbank AG<br>Martensdamm 6<br>24103 Kiel, Germany<br>Attn: Markus Kunert<br>Tel: +49-431-9001-4063<br>Fax: +49-431-9006-14063<br>Email: markus.kunert@hsh-nordbank.com<br><br>*and*<br><br>Bank of Scotland PLC<br>Attn: Scott Greig<br>Tel: +44-20-7158-3572<br>Email: Scott_Greig@bankofscotland.co.uk<br><br>*and*<br><br>Landesbank Baden-Wurttemberg<br>Am Hauptbahnhof 2<br>70173 Stuttgart<br>Attn: Lars Munstermann<br>Tel: +49-711-127-48765<br>Fax: +49-711-127-664-8765<br>Email: lars.munstermann@lbbw.de<br><br>**Indenture Trustee:**<br>U.S. Bank Corporate Trust Services<br>One Federal Street, 3rd Floor<br>Boston, MA 02110<br>Attn: David Ganss<br>Tel: 617-603-6580<br>Fax: 617-603-6669<br><br>**Guarantor:**<br>Investissement Québec<br>Direction associée aux affaires juridiques à Montréal<br>393, rue Saint-Jacques, bureau 500<br>Montréal (Québec)<br>H2Y 1N9 CANADA<br>Attn: Keith Hanna & Catharine Guillot<br>Tél. : 514 873-0709<br>Fax: 514 -873-9917<br>Email: keith.hanna@invest-quebec.com;<br>catherine.guillot@invest- | | | | | |

| Item No. | Lessors/Secured Parties and Other Related Party Addresses | Lessee/ Debtor | Airframe Mfr. & Model | Airframe Mfr. Serial No. | U.S. Reg. No. | Deemed Effective Date and Proposed Return Location |
|---|---|---|---|---|---|---|
| | quebec.com | | | | | |
| **6** | **Owner Participant:**<br>General Electric Capital Corporation<br>c/o Capital Aviation Services, Inc.<br>Attn: Leader-Contracts<br>201 High Ridge Road<br>Stamford, CT 06927<br>Tel: 203-357-4482<br>Fax: 203-357-3201<br><br>**Owner Trustee / Lessor:**<br>Wells Fargo Bank Northwest, NA (formerly First Security Bank)<br>79 South Main Street<br>Salt Lake City, UT 84111<br>Attn: Corporate Trust Department<br>Tel: 801-246-5819<br>Fax: 801-246-5053<br><br>**Loan Participants:**<br>HSH Nordbank AG<br>Martensdamm 6<br>24103 Kiel, Germany<br>Attn: Markus Kunert<br>Tel: +49-431-9001-4063<br>Fax: +49-431-9006-14063<br>Email: markus.kunert@hsh-nordbank.com<br><br>*and*<br><br>Bank of Scotland PLC<br>ATTN: Scott Greig<br>Tel: 44-20-7158-3572<br>Email: Scott_Greig@bankofscotland.co.uk<br><br>*and*<br><br>Landesbank Baden-Wurttemberg<br>Am Hauptbahnhof 2<br>70173 Stuttgart<br>Attn: Lars Munsertmann<br>Tel: +49-711-127-48765<br>Fax: +49-711-127-664-8765<br>Email: lars.munstermann@lbbw.de | Mesa Airlines, Inc. | CL-600-2B19 (CRJ-200) | 7305 | N7305V | Effective Date:<br><br>**April 30, 2010**<br><br>Return Location: The Debtors will continue to use and pay for this aircraft in accordance with the applicable Section 1110(b) Stipulation. |

| Item No. | Lessors/Secured Parties and Other Related Party Addresses | Lessee/ Debtor | Airframe Mfr. & Model | Airframe Mfr. Serial No. | U.S. Reg. No. | Deemed Effective Date and Proposed Return Location |
|---|---|---|---|---|---|---|
| | **Indenture Trustee:**<br>U.S. Bank Corporate Trust Services<br>One Federal Street, 3rd Floor<br>Boston, MA 02110<br>Attn: David Ganss<br>Tel: 617-603-6580<br>Fax: 617-603-6669<br><br>**Guarantor:**<br>Investissement Québec<br>Direction associée aux affaires juridiques à Montréal<br>393, rue Saint-Jacques, bureau 500<br>Montréal (Québec)<br>H2Y 1N9 CANADA<br>Attn: Keith Hanna & Catharine Guillot<br>Tél. : 514 873-0709<br>Fax: 514 -873-9917<br>Email: keith.hanna@invest-quebec.com;<br>catherine.guillot@invest-quebec.com | | | | | |
| 7 | **Owner Participant:**<br>General Electric Capital Corporation<br>c/o Capital Aviation Services, Inc.<br>Attn: Leader-Contracts<br>201 High Ridge Road<br>Stamford, CT 06927<br>Tel: 203-357-4482<br>Fax: 203-357-3201<br><br>**Owner Trustee / Lessor:**<br>Wells Fargo Bank Northwest, NA (formerly First Security Bank)<br>79 South Main Street<br>Salt Lake City, UT 84111<br>Attn: Corporate Trust Department<br>Tel: 801-246-5819<br>Fax: 801-246-5053<br><br>**Loan Participants:**<br>HSH Nordbank AG<br>Martensdamm 6<br>24103 Kiel, Germany | Mesa Airlines, Inc. | CL-600-2B19 (CRJ-200) | 7358 | N17358 | Effective Date:<br><br>**April 30, 2010**<br><br>Return Location: The Debtors will continue to use and pay for this aircraft in accordance with the applicable Section 1110(b) Stipulation. |

| Item No. | Lessors/Secured Parties and Other Related Party Addresses | Lessee/ Debtor | Airframe Mfr. & Model | Airframe Mfr. Serial No. | U.S. Reg. No. | Deemed Effective Date and Proposed Return Location |
|---|---|---|---|---|---|---|
| | Attn: Markus Kunert<br>Tel: +49-431-9001-4063<br>Fax: +49-431-9006-14063<br>Email: markus.kunert@hsh-nordbank.com<br><br>*and*<br><br>Landesbank Baden-Wurttemberg<br>Am Hauptbahnhof 2<br>70173 Stuttgart<br>ATTN: Lars Munstermann<br>Tel: +49-711-127-48765<br>Fax: +49-711-127-664-8765<br>Email: lars.munstermann@lbbw.de<br><br>**Indenture Trustee:**<br>U.S. Bank Corporate Trust Services<br>One Federal Street, 3rd Floor<br>Boston, MA 02110<br>Attn: David Ganss<br>Tel: 617-603-6580<br>Fax: 617-603-6669<br><br>**Guarantor:**<br>Investissement Québec<br>Direction associée aux affaires juridiques à Montréal<br>393, rue Saint-Jacques, bureau 500<br>Montréal (Québec)<br>H2Y 1N9 CANADA<br>Attn: Keith Hanna & Catharine Guillot<br>Tél. : 514 873-0709<br>Fax: 514 -873-9917<br>Email: keith.hanna@invest-quebec.com; catherine.guillot@invest-quebec.com | | | | | |
| **8** | **Owner Participant:**<br>General Electric Capital Corporation<br>c/o Capital Aviation Services, Inc.<br>Attn: Leader-Contracts<br>201 High Ridge Road<br>Stamford, CT 06927<br>Tel: 203-357-4482<br>Fax: 203-357-3201 | Mesa Airlines, Inc. | CL-600-2B19 (CRJ-200) | 7291 | N7291Z | Effective Date:<br><br>**April 30, 2010**<br><br>Return Location: The Debtors will continue to use and pay for this aircraft in accordance with the applicable Section 1110(b) Stipulation. |

| Item No. | Lessors/Secured Parties and Other Related Party Addresses | Lessee/ Debtor | Airframe Mfr. & Model | Airframe Mfr. Serial No. | U.S. Reg. No. | Deemed Effective Date and Proposed Return Location |
|---|---|---|---|---|---|---|
| | **Owner Trustee / Lessor:**<br>Wells Fargo Bank Northwest, NA (formerly First Security Bank)<br>79 South Main Street<br>Salt Lake City, UT 84111<br>Attn: Corporate Trust Department<br>Tel: 801-246-5819<br>Fax: 801-246-5053<br><br>**Loan Participants:**<br>HSH Nordbank AG<br>Martensdamm 6<br>24103 Kiel, Germany<br>Attn: Markus Kunert<br>Tel: +49-431-9001-4063<br>Fax: +49-431-9006-14063<br>Email: markus.kunert@hsh-nordbank.com<br><br>*and*<br><br>Bank of Scotland PLC<br>Attn: Scott Greig<br>Tel: +44-20-7158-3572<br>Email: Scott_Greig@bankofscotland.co.uk<br><br>**Indenture Trustee:**<br>U.S. Bank Corporate Trust Services<br>One Federal Street, 3rd Floor<br>Boston, MA 02110<br>Attn: David Ganss<br>Tel: 617-603-6580<br>Fax: 617-603-6669<br><br>**Indenture Trustee:**<br>U.S. Bank Corporate Trust Services<br>One Federal Street, 3rd Floor<br>Boston, MA 02110<br>Attn: David Ganss<br>Tel: 617-603-6580<br>Fax: 617-603-6669<br><br>**Guarantor:**<br>Investissement Québec<br>Direction associée aux affaires juridiques à Montréal | | | | | |

| Item No. | Lessors/Secured Parties and Other Related Party Addresses | Lessee/ Debtor | Airframe Mfr. & Model | Airframe Mfr. Serial No. | U.S. Reg. No. | Deemed Effective Date and Proposed Return Location |
|---|---|---|---|---|---|---|
| | 393, rue Saint-Jacques, bureau 500<br>Montréal (Québec)<br>H2Y 1N9 CANADA<br>Attn: Keith Hanna & Catharine Guillot<br>Tél. : 514 873-0709<br>Fax: 514 -873-9917<br>Email: keith.hanna@invest-quebec.com;<br>catherine.guillot@invest-quebec.com | | | | | |

# EXHIBIT 2

## (Controlling Aircraft Counterparties)

- Stipulation and Agreement Pursuant to Section 1110(b) of the Bankruptcy Code Between Debtors and Fortis Bank Nederland N.B. and NIBC Bank N.V. Regarding the Extension of the Automatic Stay With Respect to Certain CRJ-200 Aircraft of the Debtors
  **(Items ## 1-3 on Exhibit 1)**

- Stipulation and Agreement Pursuant to Section 1110(b) of the Bankruptcy Code Between Debtors and DVB Transport Finance Limited and Bremer Landesbank Kredit Anstalt Oldenburg-Girozentrale Regarding the Extension of the Automatic Stay With Respect to Certain CRJ-200 Aircraft of the Debtors
  **(Item #4 on Exhibit 1)**

- Stipulation and Agreement Pursuant to Section 1110(b) of the Bankruptcy Code Between Debtors and HSH Nordbank AG, Bank of Scotland plc, and Landesbank Baden-Wurttemberg Regarding the Extension of the Automatic Stay With Respect to Certain CRJ-200 Aircraft of the Debtors
  **(Items ## 5-6 on Exhibit 1)**

- Stipulation and Agreement Pursuant to Section 1110(b) of the Bankruptcy Code Between Debtors and HSH Nordbank AG and Landesbank Baden-Wurttemberg Regarding the Extension of the Automatic Stay With Respect to Certain CRJ-200 Aircraft of the Debtors
  **(Item #7 on Exhibit 1)**

- Stipulation and Agreement Pursuant to Section 1110(b) of the Bankruptcy Code Between Debtors and HSH Nordbank AG and Bank of Scotland plc Regarding the Extension of the Automatic Stay With Respect to Certain CRJ-200 Aircraft of the Debtors
  **(Item #8 on Exhibit 1)**