UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
|---|---|
| MESA AIR GROUP, INC., *et al.*, | Case No. 10-10018 (MG) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

**State of California** )
**County of San Francisco** )

OLIVER CARPIO, being duly sworn, deposes and says:

1. I am employed by Pachulski Stang Ziehl & Jones LLP, located at 150 California Street, San Francisco, CA 94111. I am over the age of eighteen years and am not a part to the above-captioned action.

2. On April 22 2010, I caused to be served the *Notice of De Minimis Asset Sale*, dated April 22 2010, by causing true and correct copies to be delivered via overnight mail, facsimile, and electronic mail to those parties listed on the service list attached hereto.

_____
Oliver Carpio

Subscribed and sworn to before me on
this 22nd of April, 2010 by Oliver Carpio
and proved to me on the basis of satisfactory evidence
to be the person who appeared before me.

_____
Notary Public: Adriana Zaragoza
My Commission Expires: [ 6/26/2011 ]



ADRIANA ZARAGOZA
Commission # 1753858
Notary Public - California
San Francisco County
My Comm. Expires Jun 26, 2011

---

[1] The Debtors are: Mesa Air Group, Inc. (2351); Mesa Air New York, Inc. (3457); Mesa In-Flight, Inc. (9110); Freedom Airlines, Inc. (9364); Mesa Airlines, Inc. (4800); MPD, Inc. (7849); Ritz Hotel Management Corp. (7688); Regional Aircraft Services, Inc. (1911); Air Midwest, Inc. (6610); Mesa Air Group Airline Inventory Management, LLC (2015); Nilchi, Inc. (5531); and Patar, Inc. (1653).

56772-002\DOCS_SF:71566.1

03 Overnight Delivery
02 – Facsimile
71 – Electronic Delivery

**Overnight Delivery**
(U.S. Trustee)
United States Trustee
Andrea B. Schwartz, Esquire
33 Whitehall Street, 21st Floor
New York, NY 10004

**Overnight Delivery**
Damon Walker, Transportation Industry Analyst
Air Carrier Fitness, X-56
Office of Aviation Analysis
US Department of Transportation
1200 New Jersey Avenue, SE
Washington, DC 20590

**Overnight Delivery**
(Counsel for Donna & James Fuzi)
Joshua N. Bleichman, Esquire
268 Route 59 West
Spring Valley, NY 10977

**Facsimile 215-516-2015**
Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114-0326

**Facsimile 202-622-6415**
Department of The Treasury
1500 Pennsylvania Avenue, NW
Washington, DC 20220

**Email: secbankruptcy@sec.gov**
Securities and Exchange Commission
SEC Headquarters
100 F Street, NE
Washington, DC 20549

**Email: ljones@pszjlaw.com**
(Counsel for Debtors and Debtors in Possession )
Laura Davis Jones, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899

**Email: rpachulski@pszjlaw.com**
(Counsel for Debtors and Debtors in Possession )
Richard M. Pachulski, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067-4100

**Email: dgrassgreen@pszjlaw.com;**
**jfried@pszjlaw.com;**
**jlucas@pszjlaw.com**
(Counsel for Debtors and Debtors in Possession )
Debra I. Grassgreen, Esquire
Joshua M. Fried, Esquire
John W. Lucas, Esquire
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500

**Email: mbove@pszjlaw.com;**
**dabadir@pszjlaw.com**
(Counsel for Debtors and Debtors in Possession )
Maria A. Bove, Esquire
David A. Abadir, Esquire
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, NY 10017-2024

**Email: BMiller@mofo.com;**
**LMarinuzzi@mofo.com;**
**TGoren@mofo.com**
(Counsel for the Official Committee of Unsecured Creditors)
Brett Miller, Esquire
Lorenzo Marinuzzi, Esquire
Todd Goren, Esquire
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY  10104

**Email: Michael.conway@leclairryan.com**
(Counsel for Airlines Reporting Corporation)
Michael T. Conway, Esquire
LeClairRyan, a Professional Corporation
830 Third Avenue, Fifth Floor
New York, NY  10022

**Email: erik.gustafson@leclairryan.com**
(Counsel for Airlines Reporting Corporation)
C. Erik Gustafson, Esquire
LeClairRyan, a Professional Corporation
2318 Mill Road, Suite 1100
Alexandria, VA  22314

**Email: rseltzer@cwsny.com;**
**tciantra@cwsny.com**
(Counsel for Air Line Pilots Association, International)
Richard M. Seltzer, Esquire
Thomas N. Ciantra, Esquire
Cohen, Weiss and Simon LLP
330 West 42nd Street
New York, NY  10036

**Email: john.dean@alpa.org**
John Dean, Contract Administrator
Mesa Air Group, Inc.
533 Airport Blvd., Suite 400
Burlingame, CA  94010

**Email: jbender@babc.com;**
**jhenderson@babc.com;**
**mtaylor@babc.com**
(Counsel for Fokker Services, Inc.)
Jay R. Bender, Esquire
Jennifer Harris Henderson, Esquire
Molly Taylor, Esquire
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL  35203

**Email: bernard.diederich@dot.gov**
Bernard F. Diederich, Senior Attorney
Office of General Counsel, C-60
US Department of Transportation
1200 New Jersey Avenue, SE
Washington, DC  20590

**Email: newyork@sec.gov**
Securities and Exchange Commission
Northeast Regional Office
Attn: George S. Canellos Regional Director
3 World Financial, Suite 400
New York, NY 10281-1022

**Email: jeff.friedman@kattenlaw.com;**
**merritt.pardini@kattenlaw.com**
nyc.bknotices@kattenlaw.com
(Counsel for Embraer Aircraft Maintenance Services, Inc. and Embraer-Empresa Brasileira de Aeronautica S.A.)
Jeff J. Friedman, Esquire
Merritt A. Pardini, Esquire
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY  10022-2585

**Email: timothy.lynes@kattenlaw.com**
(Counsel for Embraer Aircraft Maintenance Services, Inc. and Embraer-Empresa Brasileira de Aeronautica S.A.)
Timothy J. Lynes, Esquire
Katten Muchin Rosenman LLP
2900 K Street NW, Suite 200
Washington, DC  20007-5118

**Email: ncolton@cozen.com;
escherling@cozen.com**
(Counsel for Coventry Health Care, Inc.)
Neal D. Colton, Esquire
Eric L. Scherling, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

**Email: vuocolod@gtlaw.com**
(Counsel for Bank of Hawaii)
Diane E. Vuocolo, Esquire
Greenberg Traurig, LLP
Two Commerce Square
2001 Market Street
Philadelphia, PA 19103

**Email: rsmolev@kayescholer.com;
philip.gross@kayescholer.com**
(Counsel for Fleet National Bank; AT&T Capital Services, Inc., f/k/a Ameritech Credit Corporation; Universal Asset Mgmt., Inc., Aircraft Solutions CRJ-200LR, LLC ; and Aircraft Solutions ERJ-145, LLC)
Richard G. Smolev, Esquire
Philip J. Gross, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

**Email: sdabney@kslaw.com**
(Counsel for Delta Air Lines Inc.)
H. Slayton Dabney, Esquire
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003

**Email: sborders@kslaw.com;
hwinsberg@kslaw.com;
mcarter@kslaw.com**
(Counsel for Delta Air Lines Inc.)
Sarah R. Borders, Esquire
Harris Winsberg, Esquire
Michelle L. Carter, Esquire
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA 30309

**Email: ebcalvo@pbfcm.com**
City of Grapevine, Grapevine-Colleyville ISD
c/o Elizabeth Banda Calvo, Esquire
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
P.O. Box 13430
Arlington, TX 76094-0430

**Email: peter.schellie@bingham.com**
(Counsel for Raytheon Aircraft Credit Corporation)
Peter D. Schellie, Esquire
Bingham McCutchen LLP
2020 K Street, NW
Washington, DC 20006-1806

**Email: stephanie.mai@bingham.com**
(Counsel for Raytheon Aircraft Credit Corporation)
Stephanie W. Mai, Esquire
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

**Email: mah@hangley.com;
jad@hangley.com**
(Counsel for Sunoco, Inc.)
Matthew A. Hamermesh, Esquire
Joseph A. Dworetzky, Esquire
Hangley Aronchick Segal & Pudlin
One Logan Square, 27th Floor
Philadelphia, PA 19103

**Email: richard.krasnow@weil.com;**
kelly.diblasi@weil.com
(Counsel for GE Capital Aviation Services LLC)
Richard P. Krasnow, Esquire
Kelly DiBlasi, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

**Email: bankruptcy@goodwin.com**
(Counsel for U.S. Bank National Association)
Corrine L. Burnick, Esquire
Kathleen M. LaManna, Esquire
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919

**Email: shgross5@yahoo.com**
(Counsel for Willis Lease Finance Corporation)
Stephen H. Gross, Esquire
35 Old Sport Hill Road
Easton, CT 06612

**Email: mgburke@sidley.com**
(Counsel for Bombardier Capital Inc. and Bombardier Services Corporation)
Michael G. Burke, Esquire
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

**Email: neilberger@teamtogut.com;**
mhamersky@teamtogut.com
(Counsel for Aloha Contract Services, Inc.)
Neil Berger, Esquire
Michael D. Hamersky, Esquire
Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, NY 10119

**Email: ROrenstein@sullivanholston.com**
(Counsel for Dallas/Fort Worth International Airport Board)
Rosa R. Orenstein, Esquire
Sullivan & Holston
4131 North Central Expwy., Suite 980
Dallas, TX 75204

**Email: Edward.gurbacki@citi.com**
Citigroup Global Markets Inc.
Attn: Edward F. Gurbacki
388 Greenwich Street
New York, NY 10013

**Email: srivera@chadbourne.com;**
bdye@chadbourne.com
(Counsel for Citicorp North America, Inc.)
Seven Rivera, Esquire
Bonnie Dye, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

**Email: RHollander@olasov.com**
(Counsel for Zions Credit Corporation)
Rachel L. Hollander, Esquire
Olasov + Hollander LLP
1325 Avenue of the Americas, 27th Floor
New York, NY 10019

**Email: trdavis@cnmlaw.com;**
cmontgomery@cnmlaw.com
(Counsel for Zions Credit Corporation)
T. Richard Davis, Esquire
Carolyn Montgomery, Esquire
Callister Nebeker & McCullough
10 East South Temple
Salt Lake City, UT 84133

**Email: anasuti@tokn.com**
(Counsel for Mansfield Oil Company)
Albert F. Nasuti, Esquire
Thompson, O'Brien, Kemp & Nasuti, P.C.
40 Technology Parkway South, Suite 300
Norcross, GA 30092

**Email: mjedelman@vedderprice.com**
(Counsel for Export Development Canada;
Transamerica Aviation LLC; NIBC Bank
N.V.; Rolls Royce plc; Fortis N.V.)
Michael J. Edelman, Esquire
Vedder Price P.C.
1633 Broadway, 47th Floor
New York, NY 10019

**Email: dgerber@vedderprice.com;
tpeyton@vedderprice.com**
(Counsel for Export Development Canada;
Rolls Royce plc)
Dean N. Gerber, Esquire
Theresa M. Peyton, Esquire
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL 60601

**Email: rscheinberg@vedderprice.com**
(Counsel for NIBC Bank N.V.; Fortis N.V.;
Transamerica Aviation LLC)
Ronald Scheinberg, Esquire
Vedder Price P.C.
1633 Broadway, 47th Floor
New York, NY 10019

**Email: gkass@vedderprice.com**
(Counsel for Transamerica Aviation LLC)
Geoffrey R. Kass, Esquire
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL 60601

**Email: Jean-David.Barnea@usdoj.gov**
(Counsel for the United States of America)
Preet Bharara, Esquire
United States Attorney, Southern District of
New York
86 Chambers Street, 3rd Floor
New York, NY 10007

**Email:
jonathanlevine@andrewskurth.com**
(Counsel for Compass Bank)
Jonathan I. Levine, Esquire
Andrews Kurth LLP
450 Lexington Avenue, 15th Floor
New York, NY 10017

**Email: sjerome@swlaw.com**
(Counsel for Compass Bank)
Steven D. Jerome, Esquire
Snell & Wilmer L.L.P.
One Arizona Center
400 East Van Buren
Phoenix, AZ 85004-2202

**Email: terri.roberts@pcao.pima.gov
troy.larkin@pcao.pima.gov**
(Counsel for Pima County)
Terri A. Roberts, Esquire
Troy E. Larkin, Esquire
Deputy County Attorneys
32 North Stone Avenue, Suite 2100
Tucson, AZ 85701

**Email: cshulman@sheppardmullin.com
jqin@sheppardmullin.com**
(Counsel for Goodrich Corporation)
Carren Shulman, Esquire
Jane Qin, Esquire
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza, Suite 2400
New York, NY 10112

**Email: beth.hansen@goodrich.com**
(Counsel for Goodrich Corporation)
Beth Hansen, Esquire
Goodrich Corporation
Four Coliseum Centre
2730 West Tyvola Road
Charlotte, NC 28217-4578

**Email: Steven.Ginther@dor.mo.gov**
Counsel for Missouri Department of Revenue)
Steven A. Ginther, Esquire
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO  65105-0475

**Email: mmilano@riddellwilliams.com**
(Counsel for Microsoft Corporation)
Maria Ann Milano, Esquire
Riddell Williams P.S.
1001 – 4th Avenue, Suite 4500
Seattle, WA  98154

**Email: wfoster@milbank.com
rrosenberg@milbank.com
crubio@milbank.com**
(Counsel for Transamerica Aviation LLC and Transamerica Finance Corporation)
Wilbur F. Foster, Jr., Esquire
Risa M. Rosenberg, Esquire
Charles M. Rubio, Esquire
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005-1413

**Email: schristianson@buchalter.com**
(Counsel for Oracle USA, Inc.)
Shawn M. Christianson, Esquire
Buchalter Nemer, A Professional Corporation
333 Market Street, 25th Floor
San Francisco, CA  94105-2126

**Email: mem@bowersharrison.com;
GAG@bowersharrison.com**
(Counsel for Integra Bank, N.A.; IBNK Leasing Corp.)
Mark E. Miller, Esquire
Greg A. Granger, Esquire
Bowers Harrison, LLP
25 N.W. Riverside Drive, 2nd Floor
P.O. Box 1287
Evansville, IN  47706-1287

**Email: eestrada@reedsmith.com;
clynch@reedsmith.com**
(Counsel for Wells Fargo Bank, N.A. and Wells Fargo Equipment Finance, Inc.)
Edward J. Estrada, Esquire
Christopher A. Lynch, Esquire
Reed Smith LLP
599 Lexington Avenue
New York, NY  10022

**Email: stevegruendel@mvalaw.com;
luislluberas@mvalaw.com**
(Counsel for Wells Fargo Bank, N.A. and Wells Fargo Equipment Finance, Inc.)
Steve Gruendel, Esquire
Luis M. Lluberas-Oliver, Esquire
Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC  28202

**Email: david.runck@fmjlaw.com**
(Counsel for Avmax International Aircraft Leasing, Inc. and NorthStar Avlease, Ltd.)
David E. Runck, Esquire
Fafinski Mark & Johnson, P.A.
400 Flagship Corporate Center
775 Prairie Center Drive
Eden Prairie, MN  55344

**Email: mpower@hahnhessen.com;
jorbach@hahnhessen.com**
(Counsel for Volvo Aero Services Corp.)
Mark T. Power, Esquire
Joseph Orbach, Esquire
Hahn & Hessen LLP
488 Madison Avenue, 15th Floor
New York, NY 10022

**Email: harveystrickon@paulhastings.com**
(Counsel for Engine Lease Finance Corporation)
Harvey A. Strickon, Esquire
Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, NY 10022-3205

**Email: mreed@duanemorris.com**
(Counsel for ACE Companies)
Margery N. Reed, Esquire
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103

**Email: wmsimkulak@duanemorris.com**
(Counsel for ACE Companies)
Wendy M. Simkulak, Esquire
Duane Morris LLP
1540 Broadway
New York, NY 10036

**Email: blc@ashrlaw.com**
(Counsel for Maricopa County)
Barbara Lee Caldwell, Esquire
Aiken Schenk Hawkins & Ricciardi P.C.
4742 North 24th Street, Suite 100
Phoenix, AZ 85016

**Email: mdubin@nycollect.com**
(Counsel for Delaware North Companies Travel Hospitality Services, Inc.)
Marvin T. Dubin, Esquire
Dubin & Dubin, LLP
600 Rand Building
14 Lafayette Square
Buffalo, NY 14203

**Email: schnabel.eric@dorsey.com**
(Counsel for U.S. Bank National Association)
Eric Lopez Schnabel, Esquire
Dorsey & Whitney LLP
250 Park Avenue
New York, NY 10177

**Email: heim.steven@dorsey.com**
(Counsel for U.S. Bank National Association)
Steven J. Heim, Esquire
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498

**Email: belkys.escobar@loudoun.gov**
(Counsel for The County of Loudoun, Virginia)
John R. Roberts, County Attorney
Belkys Escobar, Assistant County Attorney
One Harrison Street, S.E., 5th Floor
(MSC #06)
Leesburg, VA 20175-3102

**Email: sstapleton@dykema.com**
(Counsel for Sabre Inc.)
Stephen C. Stapleton, Esquire
Dykema Gossett PLLC
1717 Main Street, Suite 4000
Dallas, TX 75201

**Email:** mesa.service@davispolk.com
(Counsel for Delta Air Lines, Inc.)
Benjamin S. Kaminetzky, Esquire
Timothy Graulich, Esquire
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

**Email:** tjackson@sirote.com
(Counsel for Chatham County Tax Commissioner)
Travis S. Jackson, Esquire
Sirote & Permutt, P.C.
305 Church Street, Suite 800
P.O. Box 18248
Huntsville, AL 35804

**Email:** bdh@h3gm.com
(Counsel for Metro Nashville Airport Authority)
Barbara D. Holmes
Harwell Howard Hyne Gabbert & Manner, P.C.
315 Deaderick Street, Suite 1800
Nashville, TN 37238

**Email:** edreyfuss@wendel.com
(Counsel for Port of Oakland)
Elizabeth Berke-Dreyfuss, Esquire
Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607