PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: 212-561-7700
Facsimile: 212-561-7777
Richard M. Pachulski
Laura Davis Jones
Debra I. Grassgreen
Joshua M. Fried
Maria A. Bove

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MESA AIR GROUP, INC., et al.,<br><br>Debtors.[1] | Chapter 11 Case<br><br>Case No. 10-10018 (MG) |

**NOTICE OF FILING OF <u>AMENDED</u> SECOND STIPULATION PURSUANT TO SECTION 1110(B) OF THE BANKRUPTCY CODE BETWEEN DEBTORS, U.S. BANK NATIONAL ASSOCIATION, AS SECURITY TRUSTEE, REGARDING THE EXTENSION OF THE AUTOMATIC STAY WITH RESPECT TO CERTAIN AIRCRAFT OF THE DEBTORS [TAIL NOS.: N825MJ, N826MJ, N827MJ, N828MJ, N829MJ, N830MJ, N831MJ, N832MJ, N833MJ, N834MJ , N835MJ, N836MJ, N837MJ, N838MJ, N839MJ, N840MJ, N841MJ, N842MJ, N843MJ, N844MJ, N845MJ, N846MJ, N847MJ, N848MJ, N849MJ, N850MJ, N851MJ, N852MJ, <u>N853MJ, N854MJ, N855MJ, N856MJ, N857MJ, N858MJ, N859MJ, AND N860MJ]</u>**

PLEASE TAKE NOTICE that on February 23, 2010, the United States

Bankruptcy Court for the Southern District of New York (the "Court") entered its *Order*

*(A) Establishing Procedures Authorizing Debtors, Subject to Subsequent Court Approval,*

---

[1] The Debtors are: Mesa Air Group, Inc. (2351); Mesa Air New York, Inc. (3457); Mesa In-Flight, Inc. (9110); Freedom Airlines, Inc. (9364), Mesa Airlines, Inc. (4800), MPD, Inc. (7849), Ritz Hotel Management Corp. (7688); Regional Aircraft Services, Inc. (1911); Air Midwest, Inc. (6610); Mesa Air Group Airline Inventory Management, LLC (2015); Nilchi, Inc. (5531); and Patar, Inc. (1653).

*to Perform Obligations and Cure Defaults Pursuant to Section 1110(A) of the Bankruptcy*

*Code and to Enter into Agreements to Extend the 60-Day Period Specified in Section*

*1110(A) Pursuant to Section 1110(B) of the Bankruptcy Code and (B) Authorizing the*

*Filing of Redacted Section 1110(A) Election Notices and Section 1110(B) Agreements*

*Under Seal* (Docket no. 352) (the "<u>1110 Procedures Order</u>").  Pursuant to the 1110

Procedures Order, the Debtors in the above-referenced cases are authorized to enter into

agreements pursuant to Section 1110(b) of the Bankruptcy Code to extend the 60-day

period under Section 1110(a)(2) (each such agreement pursuant to Section 1110(b), a

"<u>Section 1110(b) Agreement</u>").

        PLEASE TAKE FURTHER NOTICE that the Debtors have entered into

an amended second Section 1110(b) Agreement (the "<u>Amended Agreement</u>") with

respect to the aircraft listed on **Exhibit A** hereto, and have filed such agreement with the

Court under seal pursuant to the 1110 Procedures Order.

        PLEASE TAKE FURTHER NOTICE that the Amended Agreement

resolves the objection filed by Transamerica Aviation LLC, as Owner, Wells Fargo Bank

Northwest, N.A., as Owner Trustee, Participant and Wells Fargo Bank, N.A., as Owner

Trustee filed on April 16, 2010 [Docket No. 656] ("<u>Transamerica Objection</u>"), with

respect to the *Second Stipulation Pursuant to Section 1110(b) of the Bankruptcy Code*

*Between Debtors and U.S. Bank National Association, as Security Trustee, Regarding the*

*Extension of the Automatic Stay with Respect to Certain Aircraft of the Debtors* [Docket

No. 634] (the "<u>Second Agreement</u>").  Pursuant to the 1110 Procedures Order, inasmuch

2

as the Transamerica Objection was the only timely filed objection to the Second

Agreement, the Amended Agreement is deemed approved by the Court upon its filing.

Dated:    May 5, 2010

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Debra Grassgreen*

Richard M Pachulski
Laura Davis Jones
Debra I. Grassgreen
Joshua M. Fried
Maria A. Bove
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777

Attorneys for Debtors
and Debtors in Possession

56772-002\DOCS_SF:71867.1

# EXHIBIT A

| Lessors and Other Related Party Addresses | Mfr. Serial Number | U.S. Reg. No. | Engines Manufacturer, Model & Serial Number |
|---|---|---|---|
| **Owner Participant:** <br> General Electric Capital Corporation <br> c/o GE Capital Aviation Services, Inc. <br> 201 High Ridge Road <br> Stamford, CT 06927 <br> Attn: Leader- Contracts <br> Tel: (203) 357-4482 <br> Fax (203) 357-3201 <br><br> **Owner Trustee/Lessor:** <br> Wells Fargo Bank Minnesota, N.A. . <br> 6th & Marquette <br> Minneapolis, MN 55479 <br> Attn: Corporate Trust Services <br> Tel: 612 316 1445 <br> Fax 612 667 9825 <br><br> **Lender:** <br> Agencia Especial de Financiamento Industrial - Finame <br> c/o Departamento de Credito a Exportacao BNDES - Exim <br> Av. Republica do Chile, No. 100-18 andar <br> CEP 20139-900 Rio de Janeiro - RJ Brazil <br> Attn: Director de Operacoes - DIROP2 <br> Tel: 011 (55 21) 277-7995 <br> Fax: 011 (55 21) 220-8244 <br><br> **Security Trustee:** <br> U.S. Bank Corporate Trust Services <br> One Federal Street, 3rd Floor <br> Boston, MA 02110 <br> Attn: David Ganss <br> Tel: 617-603-6580 <br> Fax: 617-603-6669 | 145179 | N825MJ | Allison - Model: A3007-A1 - SN: 311230 & 311233 |
| **Owner Participant:** <br> General Electric Capital Corporation <br> c/o GE Capital Aviation Services, Inc. <br> 201 High Ridge Road <br> Stamford, CT 06927 <br> Attn: Leader- Contracts <br> Tel: (203) 357-4482 <br> Fax (203) 357-3201 <br><br> **Owner Trustee/Lessor:** <br> Wells Fargo Bank Minnesota, N.A. . <br> 6th & Marquette <br> Minneapolis, MN 55479 <br> Attn: Corporate Trust Services <br> Tel: 612 316 1445 <br> Fax 612 667 9825 | 145214 | N826MJ | Allison - Model: A3007-A1 - SN: 311312 & 311322 |

56772-002\DOCS_SF:71867.1

| Lessors and Other Related Party Addresses | Mfr. Serial Number | U.S. Reg. No. | Engines Manufacturer, Model & Serial Number |
|---|---|---|---|
| **Lender:**<br>Agencia Especial de Financiamento Industrial - Finame<br>c/o Departamento de Credito a Exportacao BNDES - Exim<br>Av. Republica do Chile, No. 100-18 andar<br>CEP 20139-900 Rio de Janeiro - RJ Brazil<br> Attn: Director de Operacoes - DIROP2<br>Tel: 011 (55 21) 277-7995<br>Fax: 011 (55 21) 220-8244<br><br>**Security Trustee:**<br>U.S. Bank Corporate Trust Services<br>One Federal Street, 3rd Floor<br>Boston, MA 02110<br> Attn: David Ganss<br>Tel: 617-603-6580<br>Fax: 617-603-6669 | | | |
| **Owner Participant:**<br>General Electric Capital Corporation<br>c/o GE Capital Aviation Services, Inc.<br>201 High Ridge Road<br>Stamford, CT 06927<br>Attn: Leader- Contracts<br>Tel: (203) 357-4482<br>Fax (203) 357-3201<br><br>**Owner Trustee/Lessor:**<br>Wells Fargo Bank Minnesota, N.A. .<br>6th & Marquette<br>Minneapolis, MN 55479<br>Attn: Corporate Trust Services<br>Tel: 612 316 1445<br>Fax 612 667 9825<br><br>**Lender:**<br>Agencia Especial de Financiamento Industrial - Finame<br>c/o Departamento de Credito a Exportacao BNDES - Exim<br>Av. Republica do Chile, No. 100-18 andar<br>CEP 20139-900 Rio de Janeiro - RJ Brazil<br> Attn: Director de Operacoes - DIROP2<br>Tel: 011 (55 21) 277-7995<br>Fax: 011 (55 21) 220-8244<br><br>**Security Trustee:**<br>U.S. Bank Corporate Trust Services<br>One Federal Street, 3rd Floor<br>Boston, MA 02110<br> Attn: David Ganss<br>Tel: 617-603-6580<br>Fax: 617-603-6669 | 145217 | N827MJ | Allison - Model: A3007-A1 - SN: 311321 & 311323 |

| Lessors and Other Related Party Addresses | Mfr. Serial Number | U.S. Reg. No. | Engines Manufacturer, Model & Serial Number |
|---|---|---|---|
| **Owner Participant:**<br>General Electric Capital Corporation<br>c/o GE Capital Aviation Services, Inc.<br>201 High Ridge Road<br>Stamford, CT 06927<br>Attn: Leader- Contracts<br>Tel: (203) 357-4482<br>Fax (203) 357-3201<br><br>**Owner Trustee/Lessor:**<br>Wells Fargo Bank Minnesota, N.A. .<br>6th & Marquette<br>Minneapolis, MN 55479<br>Attn: Corporate Trust Services<br>Tel: 612 316 1445<br>Fax 612 667 9825<br><br>**Lender:**<br>Agencia Especial de Financiamento Industrial - Finame<br>c/o Departamento de Credito a Exportacao BNDES - Exim<br>Av. Republica do Chile, No. 100-18 andar<br>CEP 20139-900 Rio de Janeiro - RJ Brazil<br>Attn: Director de Operacoes - DIROP2<br>Tel: 011 (55 21) 277-7995<br>Fax: 011 (55 21) 220-8244<br><br>**Security Trustee:**<br>U.S. Bank Corporate Trust Services<br>One Federal Street, 3rd Floor<br>Boston, MA 02110<br>Attn: David Ganss<br>Tel: 617-603-6580<br>Fax: 617-603-6669 | 145218 | N828MJ | Allison - Model: A3007-A1 - SN: 311324 & 311311 |
| **Owner Participant:**<br>General Electric Capital Corporation<br>c/o GE Capital Aviation Services, Inc.<br>201 High Ridge Road<br>Stamford, CT 06927<br>Attn: Leader- Contracts<br>Tel: (203) 357-4482<br>Fax (203) 357-3201<br><br>**Owner Trustee/Lessor:**<br>Wells Fargo Bank Minnesota, N.A. .<br>6th & Marquette<br>Minneapolis, MN 55479<br>Attn: Corporate Trust Services<br>Tel: 612 316 1445<br>Fax 612 667 9825 | 145228 | N829MJ | Allison - Model: A3007-A1 - SN: 311342 & 311343 |

56772-002\DOCS_SF:71867.1

| Lessors and Other Related Party Addresses | Mfr. Serial Number | U.S. Reg. No. | Engines Manufacturer, Model & Serial Number |
|---|---|---|---|
| **Lender:**<br>Agencia Especial de Financiamento Industrial - Finame<br>c/o Departamento de Credito a Exportacao BNDES - Exim<br>Av. Republica do Chile, No. 100-18 andar<br>CEP 20139-900 Rio de Janeiro - RJ Brazil<br> Attn: Director de Operacoes - DIROP2<br>Tel: 011 (55 21) 277-7995<br>Fax: 011 (55 21) 220-8244<br><br>**Security Trustee:**<br>U.S. Bank Corporate Trust Services<br>One Federal Street, 3rd Floor<br>Boston, MA 02110<br> Attn: David Ganss<br>Tel: 617-603-6580<br>Fax: 617-603-6669 | | | |
| **Owner Participant:**<br>General Electric Capital Corporation<br>c/o GE Capital Aviation Services, Inc.<br>201 High Ridge Road<br>Stamford, CT 06927<br>Attn: Leader- Contracts<br>Tel: (203) 357-4482<br>Fax (203) 357-3201<br><br>**Owner Trustee/Lessor:**<br>Wells Fargo Bank Minnesota, N.A. .<br>6th & Marquette<br>Minneapolis, MN 55479<br>Attn: Corporate Trust Services<br>Tel: 612 316 1445<br>Fax 612 667 9825<br><br>**Lender:**<br>Agencia Especial de Financiamento Industrial - Finame<br>c/o Departamento de Credito a Exportacao BNDES - Exim<br>Av. Republica do Chile, No. 100-18 andar<br>CEP 20139-900 Rio de Janeiro - RJ Brazil<br> Attn: Director de Operacoes - DIROP2<br>Tel: 011 (55 21) 277-7995<br>Fax: 011 (55 21) 220-8244<br><br>**Security Trustee:**<br>U.S. Bank Corporate Trust Services<br>One Federal Street, 3rd Floor<br>Boston, MA 02110<br> Attn: David Ganss<br>Tel: 617-603-6580<br>Fax: 617-603-6669 | 145259 | N830MJ | Allison - Model: A3007-A1 - SN: 311428 & 311430 |

| Lessors and Other Related Party Addresses | Mfr. Serial Number | U.S. Reg. No. | Engines Manufacturer, Model & Serial Number |
|---|---|---|---|
| **Owner Participant:**<br>General Electric Capital Corporation<br>c/o GE Capital Aviation Services, Inc.<br>201 High Ridge Road<br>Stamford, CT 06927<br>Attn: Leader- Contracts<br>Tel: (203) 357-4482<br>Fax (203) 357-3201<br><br>**Owner Trustee/Lessor:**<br>Wells Fargo Bank Minnesota, N.A. .<br>6th & Marquette<br>Minneapolis, MN 55479<br>Attn: Corporate Trust Services<br>Tel: 612 316 1445<br>Fax 612 667 9825<br><br>**Lender:**<br>Agencia Especial de Financiamento Industrial - Finame<br>c/o Departamento de Credito a Exportacao BNDES - Exim<br>Av. Republica do Chile, No. 100-18 andar<br>CEP 20139-900 Rio de Janeiro - RJ Brazil<br>Attn: Director de Operacoes - DIROP2<br>Tel: 011 (55 21) 277-7995<br>Fax: 011 (55 21) 220-8244<br><br>**Security Trustee:**<br>U.S. Bank Corporate Trust Services<br>One Federal Street, 3rd Floor<br>Boston, MA 02110<br>Attn: David Ganss<br>Tel: 617-603-6580<br>Fax: 617-603-6669 | 145273 | N831MJ | Allison - Model: A3007-A1 - SN: 311403 & 311406 |
| **Owner Participant:**<br>debis Financial Services LLC<br>201 Merritt 7, Suite 700<br>Norwalk, CT 06856<br>Attn: Aircraft Finance<br>Tel: 203 847-4500<br>Fax: 203 750-7079<br><br>**Owner Trustee/Lessor:**<br>Wells Fargo Bank Minnesota, N.A. .<br>6th & Marquette<br>Minneapolis, MN 55479<br>Attn: Corporate Trust Services<br>Tel: 612 316 1445<br>Fax 612 667 9825<br><br>**Lender:**<br>Agencia Especial de Financiamento Industrial - Finame<br>c/o Departamento de Credito a Exportacao BNDES - Exim | 145310 | N832MJ | Allison - Model: A3007-A1 - SN: 311513 & 311555 |

| Lessors and Other Related Party Addresses | Mfr. Serial Number | U.S. Reg. No. | Engines Manufacturer, Model & Serial Number |
|---|---|---|---|
| Av. Republica do Chile, No. 100-18 andar<br>CEP 20139-900 Rio de Janeiro - RJ Brazil<br> Attn: Director de Operacoes - DIROP2<br>Tel: 011 (55 21) 277-7995<br>Fax: 011 (55 21) 220-8244<br><br>**Security Trustee:**<br>U.S. Bank Corporate Trust Services<br>One Federal Street, 3rd Floor<br>Boston, MA 02110<br> Attn: David Ganss<br>Tel: 617-603-6580<br>Fax: 617-603-6669 | | | |
| **Owner Participant:**<br>General Electric Capital Corporation<br>c/o GE Capital Aviation Services, Inc.<br>201 High Ridge Road<br>Stamford, CT 06927<br>Attn: Leader- Contracts<br>Tel: (203) 357-4482<br>Fax (203) 357-3201<br><br>**Owner Trustee/Lessor:**<br>Wells Fargo Bank Minnesota, N.A. .<br>6th & Marquette<br>Minneapolis, MN 55479<br>Attn: Corporate Trust Services<br>Tel: 612 316 1445<br>Fax 612 667 9825<br><br>**Lender:**<br>Agencia Especial de Financiamento Industrial - Finame<br>c/o Departamento de Credito a Exportacao BNDES - Exim<br>Av. Republica do Chile, No. 100-18 andar<br>CEP 20139-900 Rio de Janeiro - RJ Brazil<br> Attn: Director de Operacoes - DIROP2<br>Tel: 011 (55 21) 277-7995<br>Fax: 011 (55 21) 220-8244<br><br>**Security Trustee:**<br>U.S. Bank Corporate Trust Services<br>One Federal Street, 3rd Floor<br>Boston, MA 02110<br> Attn: David Ganss<br>Tel: 617-603-6580<br>Fax: 617-603-6669 | 145327 | N833MJ | Allison - Model: A3007-A1 - SN: 311538 & 311556 |
| **Owner Participant:**<br>General Electric Capital Corporation<br>c/o GE Capital Aviation Services, Inc.<br>201 High Ridge Road<br>Stamford, CT 06927 | 145340 | N834MJ | Allison - Model: A3007-A1 - SN: 311591 & 311592 |

| Lessors and Other Related Party Addresses | Mfr. Serial Number | U.S. Reg. No. | Engines Manufacturer, Model & Serial Number |
|---|---|---|---|
| Attn: Leader- Contracts<br>Tel: (203) 357-4482<br>Fax (203) 357-3201<br><br>**Owner Trustee/Lessor:**<br>Wells Fargo Bank Minnesota, N.A. .<br>6th & Marquette<br>Minneapolis, MN 55479<br>Attn: Corporate Trust Services<br>Tel: 612 316 1445<br>Fax 612 667 9825<br><br>**Lender:**<br>Agencia Especial de Financiamento Industrial - Finame<br>c/o Departamento de Credito a Exportacao BNDES - Exim<br>Av. Republica do Chile, No. 100-18 andar<br>CEP 20139-900 Rio de Janeiro - RJ Brazil<br>Attn: Director de Operacoes - DIROP2<br>Tel: 011 (55 21) 277-7995<br>Fax: 011 (55 21) 220-8244<br><br>**Security Trustee:**<br>U.S. Bank Corporate Trust Services<br>One Federal Street, 3rd Floor<br>Boston, MA 02110<br>Attn: David Ganss<br>Tel: 617-603-6580<br>Fax: 617-603-6669 | | | |
| **Sublessee:**<br>Trans States Airlines, Inc.<br>11495 Navaid Road, Suite 340<br>Bridgeton, MO 63044 | 145340 | N834MJ | Allison AE3007A1 engines: MSN: CAE3113889 & CAE311832 |
| **Owner Participant:**<br>debis Financial Services LLC<br>201 Merritt 7, Suite 700<br>Norwalk, CT 06856<br>Attn: Aircraft Finance<br>Tel: 203 847-4500 / Fax: 203 750-7079<br><br>**Owner Trustee/Lessor:**<br>Wells Fargo Bank Minnesota, N.A. .<br>6th & Marquette<br>Minneapolis, MN 55479<br>Attn: Corporate Trust Services<br>Tel: 612 316 1445 / Fax 612 667 9825<br><br>**Lender:**<br>Agencia Especial de Financiamento Industrial - Finame<br>c/o Departamento de Credito a Exportacao BNDES - Exim<br>Av. Republica do Chile, No. 100-18 andar<br>CEP 20139-900 Rio de Janeiro - RJ Brazil | 145353 | N835MJ | Allison - Model: A3007-A1 - SN: 311613 & 311618 |

56772-002\DOCS_SF:71867.1

| Lessors and Other Related Party Addresses | Mfr. Serial Number | U.S. Reg. No. | Engines Manufacturer, Model & Serial Number |
|---|---|---|---|
| Attn: Director de Operacoes - DIROP2<br>Tel: 011 (55 21) 277-7995<br>Fax: 011 (55 21) 220-8244<br><br>**Security Trustee:**<br>U.S. Bank Corporate Trust Services<br>One Federal Street, 3rd Floor<br>Boston, MA 02110<br>Attn: David Ganss<br>Tel: 617-603-6580 / Fax: 617-603-6669 | | | |
| **Sublessee:**<br>Trans States Airlines, Inc.<br>11495 Navaid Road, Suite 340<br>Bridgeton, MO 63044 | 145353 | N835MJ | Allison AE3007A1 engines: MSN: CAE312513 & CAE311829 |
| **Owner Participant:**<br>debis Financial Services LLC<br>201 Merritt 7, Suite 700<br>Norwalk, CT 06856<br>Attn: Aircraft Finance<br>Tel: 203 847-4500 / Fax: 203 750-7079<br><br>**Owner Trustee/Lessor:**<br>Wells Fargo Bank Minnesota, N.A. .<br>6th & Marquette<br>Minneapolis, MN 55479<br>Attn: Corporate Trust Services<br>Tel: 612 316 1445 / Fax 612 667 9825<br><br>**Lender:**<br>Agencia Especial de Financiamento Industrial - Finame<br>c/o Departamento de Credito a Exportacao BNDES - Exim<br>Av. Republica do Chile, No. 100-18 andar<br>CEP 20139-900 Rio de Janeiro - RJ Brazil<br>Attn: Director de Operacoes - DIROP2<br>Tel: 011 (55 21) 277-7995<br>Fax: 011 (55 21) 220-8244<br><br>**Security Trustee:**<br>U.S. Bank Corporate Trust Services<br>One Federal Street, 3rd Floor<br>Boston, MA 02110<br>Attn: David Ganss<br>Tel: 617-603-6580 / Fax: 617-603-6669 | 145359 | N836MJ | Allison - Model: A3007-A1 - SN: 311628 & 311627 |
| **Owner Participant:**<br>General Electric Capital Corporation<br>c/o GE Capital Aviation Services, Inc.<br>201 High Ridge Road<br>Stamford, CT 06927<br>Attn: Leader- Contracts<br>Tel: (203) 357-4482 | 145367 | N837MJ | Allison - Model: A3007-A1 - SN: 311632 & 311633 |

| Lessors and Other Related Party Addresses | Mfr. Serial Number | U.S. Reg. No. | Engines Manufacturer, Model & Serial Number |
|---|---|---|---|
| Fax (203) 357-3201<br><br>**Owner Trustee/Lessor:**<br>Wells Fargo Bank Minnesota, N.A. .<br>6th & Marquette<br>Minneapolis, MN 55479<br>Attn: Corporate Trust Services<br>Tel: 612 316 1445<br>Fax 612 667 9825<br><br>**Lender:**<br>Agencia Especial de Financiamento Industrial - Finame<br>c/o Departamento de Credito a Exportacao BNDES - Exim<br>Av. Republica do Chile, No. 100-18 andar<br>CEP 20139-900 Rio de Janeiro - RJ Brazil<br> Attn: Director de Operacoes - DIROP2<br>Tel: 011 (55 21) 277-7995<br>Fax: 011 (55 21) 220-8244<br><br>**Security Trustee:**<br>U.S. Bank Corporate Trust Services<br>One Federal Street, 3rd Floor<br>Boston, MA 02110<br> Attn: David Ganss<br>Tel: 617-603-6580<br>Fax: 617-603-6669 | | | |
| **Owner Participant:**<br>General Electric Capital Corporation<br>c/o GE Capital Aviation Services, Inc.<br>201 High Ridge Road<br>Stamford, CT 06927<br>Attn: Leader- Contracts<br>Tel: (203) 357-4482<br>Fax (203) 357-3201<br><br>**Owner Trustee/Lessor:**<br>Wells Fargo Bank Minnesota, N.A. .<br>6th & Marquette<br>Minneapolis, MN 55479<br>Attn: Corporate Trust Services<br>Tel: 612 316 1445<br>Fax 612 667 9825<br><br>**Lender:**<br>Agencia Especial de Financiamento Industrial - Finame<br>c/o Departamento de Credito a Exportacao BNDES - Exim<br>Av. Republica do Chile, No. 100-18 andar<br>CEP 20139-900 Rio de Janeiro - RJ Brazil<br> Attn: Director de Operacoes - DIROP2<br>Tel: 011 (55 21) 277-7995<br>Fax: 011 (55 21) 220-8244 | 145384 | N838MJ | Allison - Model: A3007-A1 - SN: 311682 & 311685 |

9

| Lessors and Other Related Party Addresses | Mfr. Serial Number | U.S. Reg. No. | Engines Manufacturer, Model & Serial Number |
|---|---|---|---|
| **Security Trustee:**<br>U.S. Bank Corporate Trust Services<br>One Federal Street, 3rd Floor<br>Boston, MA 02110<br>Attn: David Ganss<br>Tel: 617-603-6580<br>Fax: 617-603-6669 | | | |
| **Owner Participant:**<br>General Electric Capital Corporation<br>c/o GE Capital Aviation Services, Inc.<br>201 High Ridge Road<br>Stamford, CT 06927<br>Attn: Leader- Contracts<br>Tel: (203) 357-4482<br>Fax (203) 357-3201<br><br>**Owner Trustee/Lessor:**<br>Wells Fargo Bank Minnesota, N.A. .<br>6th & Marquette<br>Minneapolis, MN 55479<br>Attn: Corporate Trust Services<br>Tel: 612 316 1445<br>Fax 612 667 9825<br><br>**Lender:**<br>Agencia Especial de Financiamento Industrial - Finame<br>c/o Departamento de Credito a Exportacao BNDES - Exim<br>Av. Republica do Chile, No. 100-18 andar<br>CEP 20139-900 Rio de Janeiro - RJ Brazil<br> Attn: Director de Operacoes - DIROP2<br>Tel: 011 (55 21) 277-7995<br>Fax: 011 (55 21) 220-8244<br><br>**Security Trustee:**<br>U.S. Bank Corporate Trust Services<br>One Federal Street, 3rd Floor<br>Boston, MA 02110<br> Attn: David Ganss<br>Tel: 617-603-6580<br>Fax: 617-603-6669 | 145416 | N839MJ | Allison - Model: A3007-A1 - SN: 311746 & 311749 |
| **Owner Participant:**<br>Transamerica Aviation LLC (formerly Transamerica Aviation 429/448 Corp)<br>2700 West Plano Parkway<br>Plano, TX 75075<br>Attn: SVP<br>Fax: 972 881 6620<br><br>**Owner Trustee/Lessor:**<br>Wells Fargo Bank Minnesota, N.A. .<br>6th & Marquette | 145429 | N840MJ | Allison - Model: A3007-A1 - SN: 311759 & 311766 |

| Lessors and Other Related Party Addresses | Mfr. Serial Number | U.S. Reg. No. | Engines Manufacturer, Model & Serial Number |
|---|---|---|---|
| Minneapolis, MN 55479<br>Attn: Corporate Trust Services<br>Tel: 612 316 1445<br>Fax 612 667 9825<br><br>**Lender:**<br>Agencia Especial de Financiamento Industrial - Finame<br>c/o Departamento de Credito a Exportacao BNDES - Exim<br>Av. Republica do Chile, No. 100-18 andar<br>CEP 20139-900 Rio de Janeiro - RJ Brazil<br> Attn: Director de Operacoes - DIROP2<br>Tel: 011 (55 21) 277-7995<br>Fax: 011 (55 21) 220-8244<br><br>**Security Trustee:**<br>U.S. Bank Corporate Trust Services<br>One Federal Street, 3rd Floor<br>Boston, MA 02110<br> Attn: David Ganss<br>Tel: 617-603-6580<br>Fax: 617-603-6669 | | | |
| **Owner Participant:**<br>Transamerica Aviation LLC (formerly Transamerica Aviation 429/448 Corp)<br>2700 West Plano Parkway<br>Plano, TX 75075<br>Attn: SVP<br>Fax: 972 881 6620<br><br>**Owner Trustee/Lessor:**<br>Wells Fargo Bank Minnesota, N.A. .<br>6th & Marquette<br>Minneapolis, MN 55479<br>Attn: Corporate Trust Services<br>Tel: 612 316 1445<br>Fax 612 667 9825<br><br>**Lender:**<br>Agencia Especial de Financiamento Industrial - Finame<br>c/o Departamento de Credito a Exportacao BNDES - Exim<br>Av. Republica do Chile, No. 100-18 andar<br>CEP 20139-900 Rio de Janeiro - RJ Brazil<br> Attn: Director de Operacoes - DIROP2<br>Tel: 011 (55 21) 277-7995<br>Fax: 011 (55 21) 220-8244<br><br>**Security Trustee:**<br>U.S. Bank Corporate Trust Services<br>One Federal Street, 3rd Floor<br>Boston, MA 02110<br> Attn: David Ganss<br>Tel: 617-603-6580 | 145448 | N841MJ | Allison - Model: A3007-A1 - SN: 311815 & 311817 |

| Lessors and Other Related Party Addresses | Mfr. Serial Number | U.S. Reg. No. | Engines Manufacturer, Model & Serial Number |
|---|---|---|---|
| Fax: 617-603-6669 | | | |
| **Owner Participant:**<br>Philip Morris Capital Corporation<br>225 High Ridge Road, Suite 300<br>Stamford, CT 06905<br>Attn: Vice President, Structured Finance<br><br>**Owner Trustee/Lessor:**<br>Wells Fargo Bank Northwest, N.A. .<br>79 South Main Street<br>Salt Lake City, UT 84111<br>Attn Corporate Trust Department<br>Tel: 801 246-5819<br>Fax: 801 246-5053<br><br>**Lender:**<br>Agencia Especial de Financiamento Industrial - Finame<br>c/o Departamento de Credito a Exportacao BNDES - Exim<br>Av. Republica do Chile, No. 100-18 andar<br>CEP 20139-900 Rio de Janeiro - RJ Brazil<br> Attn: Director de Operacoes - DIROP2<br>Tel: 011 (55 21) 277-7995<br>Fax: 011 (55 21) 220-8244<br><br>**Security Trustee:**<br> U.S. Bank Corporate Trust Services<br>One Federal Street, 3rd Floor<br>Boston, MA 02110<br> Attn: David Ganss<br>Tel: 617-603-6580<br>Fax: 617-603-6669 | 145457 | N842MJ | Allison - Model: A3007-A1 - SN: 311829 & 311836 |
| **Owner Participant:**<br>Philip Morris Capital Corporation:<br>225 High Ridge Road, Suite 300<br>Stamford, CT 06905<br>Attn: Vice President, Structured Finance<br><br>**Owner Trustee/Lessor:**<br>Wells Fargo Bank Northwest, N.A.<br>79 South Main Street<br>Salt Lake City, UT 84111<br>Attn Corporate Trust Department<br>Tel: 801 246-5819<br>Fax: 801 246-5053<br><br>**Lender:**<br>Agencia Especial de Financiamento Industrial - Finame<br>c/o Departamento de Credito a Exportacao BNDES - Exim<br>Av. Republica do Chile, No. 100-18 andar<br>CEP 20139-900 Rio de Janeiro - RJ Brazil<br> Attn: Director de Operacoes - DIROP2 | 145478 | N843MJ | Allison - Model: A3007-A1 - SN: 311877 & 311878 |

| Lessors and Other Related Party Addresses | Mfr. Serial Number | U.S. Reg. No. | Engines Manufacturer, Model & Serial Number |
|---|---|---|---|
| Tel: 011 (55 21) 277-7995<br>Fax: 011 (55 21) 220-8244<br><br>**Security Trustee**:<br>U.S. Bank Corporate Trust Services<br>One Federal Street, 3rd Floor<br>Boston, MA 02110<br> Attn: David Ganss<br>Tel: 617-603-6580<br>Fax: 617-603-6669 | | | |
| **Owner Participant:**<br>Philip Morris Capital Corporation:<br>225 High Ridge Road, Suite 300<br>Stamford, CT 06905<br>Attn: Vice President, Structured Finance<br><br>**Owner Trustee/Lessor:**<br>Wells Fargo Bank Northwest, N.A.<br>79 South Main Street<br>Salt Lake City, UT 84111<br>Attn Corporate Trust Department<br>Tel: 801 246-5819<br>Fax: 801 246-5053<br><br>**Lender:**<br>Agencia Especial de Financiamento Industrial - Finame<br>c/o Departamento de Credito a Exportacao BNDES - Exim<br>Av. Republica do Chile, No. 100-18 andar<br>CEP 20139-900 Rio de Janeiro - RJ Brazil<br> Attn: Director de Operacoes - DIROP2<br>Tel: 011 (55 21) 277-7995<br>Fax: 011 (55 21) 220-8244<br><br>**Security Trustee**:<br>U.S. Bank Corporate Trust Services<br>One Federal Street, 3rd Floor<br>Boston, MA 02110<br> Attn: David Ganss<br>Tel: 617-603-6580<br>Fax: 617-603-6669 | 145481 | N844MJ | Allison - Model: A3007-A1 - SN: 311846 & 311889 |
| **Owner Participant:**<br>Philip Morris Capital Corporation:<br>225 High Ridge Road, Suite 300<br>Stamford, CT 06905<br>Attn: Vice President, Structured Finance<br><br>**Owner Trustee/Lessor:**<br>Wells Fargo Bank Northwest, N.A.<br>79 South Main Street<br>Salt Lake City, UT 84111<br>Attn Corporate Trust Department | 145502 | N845MJ | Allison - Model: A3007-A1 - SN: 311929 & 311931 |

| Lessors and Other Related Party Addresses | Mfr. Serial Number | U.S. Reg. No. | Engines Manufacturer, Model & Serial Number |
|---|---|---|---|
| Tel: 801 246-5819<br>Fax: 801 246-5053<br><br>**Lender:**<br>Agencia Especial de Financiamento Industrial - Finame<br>c/o Departamento de Credito a Exportacao BNDES - Exim<br>Av. Republica do Chile, No. 100-18 andar<br>CEP 20139-900 Rio de Janeiro - RJ Brazil<br> Attn: Director de Operacoes - DIROP2<br>Tel: 011 (55 21) 277-7995<br>Fax: 011 (55 21) 220-8244<br><br>**Security Trustee**:<br>U.S. Bank Corporate Trust Services<br>One Federal Street, 3rd Floor<br>Boston, MA 02110<br> Attn: David Ganss<br>Tel: 617-603-6580<br>Fax: 617-603-6669 | | | |
| **Owner Participant:**<br>Philip Morris Capital Corporation:<br>225 High Ridge Road, Suite 300<br>Stamford, CT 06905<br>Attn: Vice President, Structured Finance<br><br>**Owner Trustee/Lessor:**<br>Wells Fargo Bank Northwest, N.A.<br>79 South Main Street<br>Salt Lake City, UT 84111<br>Attn Corporate Trust Department<br>Tel: 801 246-5819<br>Fax: 801 246-5053<br><br>**Lender:**<br>Agencia Especial de Financiamento Industrial - Finame<br>c/o Departamento de Credito a Exportacao BNDES - Exim<br>Av. Republica do Chile, No. 100-18 andar<br>CEP 20139-900 Rio de Janeiro - RJ Brazil<br> Attn: Director de Operacoes - DIROP2<br>Tel: 011 (55 21) 277-7995<br>Fax: 011 (55 21) 220-8244<br><br>**Security Trustee:**<br>U.S. Bank Corporate Trust Services<br>One Federal Street, 3rd Floor<br>Boston, MA 02110<br> Attn: David Ganss<br>Tel: 617-603-6580<br>Fax: 617-603-6669 | 145507 | N846MJ | Allison - Model: A3007-A1 - SN: 311832 & 311932 |

56772-002\DOCS_SF:71867.1

| Lessors and Other Related Party Addresses | Mfr. Serial Number | U.S. Reg. No. | Engines Manufacturer, Model & Serial Number |
|---|---|---|---|
| **Owner Participant:**<br>Bank of America, National Association<br>555 California Street, 4th Floor<br>San Francisco, CA 94104<br>Attention: Dawn L. Kinney, Sr. Vice President<br>Tel: (415) 765-7359<br>Fax : (415) 765-7373<br><br>**Owner Trustee/Lessor:**<br>Wells Fargo Bank Northwest, N.A.<br>79 South Main Street<br>Salt Lake City, UT 84111<br>Attn Corporate Trust Department<br>Tel: 801 246-5819<br>Fax: 801 246-5053<br><br>**Lender:**<br>Agencia Especial de Financiamento Industrial - Finame<br>c/o Departamento de Credito a Exportacao BNDES - Exim<br>Av. Republica do Chile, No. 100-18 andar<br>CEP 20139-900 Rio de Janeiro - RJ Brazil<br>Attn: Director de Operacoes - DIROP2<br>Tel: 011 (55 21) 277-7995<br>Fax: 011 (55 21) 220-8244<br><br>**Security Trustee:**<br>U.S. Bank Corporate Trust Services<br>One Federal Street, 3rd Floor<br>Boston, MA 02110<br>Attn: David Ganss<br>Tel: 617-603-6580<br>Fax: 617-603-6669 | 145517 | N847MJ | Allison - Model: A3007-A1 - SN: 311938 & 311955 |
| **Owner Participant:**<br>Bank of America, National Association<br>555 California Street, 4th Floor<br>San Francisco, CA 94104<br>Attention: Dawn L. Kinney, Sr. Vice President<br>Tel: (415) 765-7359<br>Fax : (415) 765-7373<br><br>**Owner Trustee/Lessor:**<br>Wells Fargo Bank Northwest, N.A.<br>79 South Main Street<br>Salt Lake City, UT 84111<br>Attn Corporate Trust Department<br>Tel: 801 246-5819<br>Fax: 801 246-5053<br><br>**Lender:**<br>Agencia Especial de Financiamento Industrial - Finame<br>c/o Departamento de Credito a Exportacao BNDES - Exim<br>Av. Republica do Chile, No. 100-18 andar | 145530 | N848MJ | Allison - Model: A3007-A1 - SN: 311972 & 311969 |

56772-002\DOCS_SF:71867.1

| Lessors and Other Related Party Addresses | Mfr. Serial Number | U.S. Reg. No. | Engines Manufacturer, Model & Serial Number |
|---|---|---|---|
| CEP 20139-900 Rio de Janeiro - RJ Brazil<br> Attn: Director de Operacoes - DIROP2<br>Tel: 011 (55 21) 277-7995<br>Fax: 011 (55 21) 220-8244<br><br>**Security Trustee:**<br>U.S. Bank Corporate Trust Services<br>One Federal Street, 3rd Floor<br>Boston, MA 02110<br> Attn: David Ganss<br>Tel: 617-603-6580<br>Fax: 617-603-6669 | | | |
| **Owner Participant:**<br>Bank of America, National Association<br>555 California Street, 4th Floor<br>San Francisco, CA 94104<br>Attention: Dawn L. Kinney, Sr. Vice President<br>Tel: (415) 765-7359<br>Fax : (415) 765-7373<br><br>**Owner Trustee/Lessor:**<br>Wells Fargo Bank Northwest, N.A.<br>79 South Main Street<br>Salt Lake City, UT 84111<br>Attn Corporate Trust Department<br>Tel: 801 246-5819<br>Fax: 801 246-5053<br><br>**Lender:**<br>Agencia Especial de Financiamento Industrial - Finame<br>c/o Departamento de Credito a Exportacao BNDES - Exim<br>Av. Republica do Chile, No. 100-18 andar<br>CEP 20139-900 Rio de Janeiro - RJ Brazil<br> Attn: Director de Operacoes - DIROP2<br>Tel: 011 (55 21) 277-7995<br>Fax: 011 (55 21) 220-8244<br><br>**Security Trustee:**<br>U.S. Bank Corporate Trust Services<br>One Federal Street, 3rd Floor<br>Boston, MA 02110<br> Attn: David Ganss<br>Tel: 617-603-6580<br>Fax: 617-603-6669 | 145534 | N849MJ | Allison - Model: A3007-A1 - SN: 312003 & 312004 |
| **Owner Participant:**<br>Bank of America, National Association<br>555 California Street, 4th Floor<br>San Francisco, CA 94104<br>Attention: Dawn L. Kinney, Sr. Vice President<br>Tel: (415) 765-7359<br>Fax : (415) 765-7373 | 145568 | N850MJ | Allison - Model: A3007-A1 - SN: 312056 & 312057 |

56772-002\DOCS_SF:71867.1

| Lessors and Other Related Party Addresses | Mfr. Serial Number | U.S. Reg. No. | Engines Manufacturer, Model & Serial Number |
|---|---|---|---|
| **Owner Trustee/Lessor:**<br>Wells Fargo Bank Northwest, N.A.<br>79 South Main Street<br>Salt Lake City, UT 84111<br>Attn Corporate Trust Department<br>Tel: 801 246-5819<br>Fax: 801 246-5053<br><br>**Lender:**<br>Agencia Especial de Financiamento Industrial - Finame<br>c/o Departamento de Credito a Exportacao BNDES - Exim<br>Av. Republica do Chile, No. 100-18 andar<br>CEP 20139-900 Rio de Janeiro - RJ Brazil<br>Attn: Director de Operacoes - DIROP2<br>Tel: 011 (55 21) 277-7995<br>Fax: 011 (55 21) 220-8244<br><br>**Security Trustee:**<br>U.S. Bank Corporate Trust Services<br>One Federal Street, 3rd Floor<br>Boston, MA 02110<br>Attn: David Ganss<br>Tel: 617-603-6580<br>Fax: 617-603-6669 | | | |
| **Owner Participant:**<br>Bank of America, National Association<br>555 California Street, 4th Floor<br>San Francisco, CA 94104<br>Attention: Dawn L. Kinney, Sr. Vice President<br>Tel: (415) 765-7359<br>Fax : (415) 765-7373<br><br>**Owner Trustee/Lessor:**<br>Wells Fargo Bank Northwest, N.A.<br>79 South Main Street<br>Salt Lake City, UT 84111<br>Attn Corporate Trust Department<br>Tel: 801 246-5819<br>Fax: 801 246-5053<br><br>**Lender:**<br>Agencia Especial de Financiamento Industrial - Finame<br>c/o Departamento de Credito a Exportacao BNDES - Exim<br>Av. Republica do Chile, No. 100-18 andar<br>CEP 20139-900 Rio de Janeiro - RJ Brazil<br>Attn: Director de Operacoes - DIROP2<br>Tel: 011 (55 21) 277-7995<br>Fax: 011 (55 21) 220-8244<br><br>**Security Trustee:**<br>U.S. Bank Corporate Trust Services<br>One Federal Street, 3rd Floor | 145572 | N851MJ | Allison - Model: A3007-A1 - SN: 312074 & 312058 |

17

| Lessors and Other Related Party Addresses | Mfr. Serial Number | U.S. Reg. No. | Engines Manufacturer, Model & Serial Number |
|---|---|---|---|
| Boston, MA 02110<br>Attn: David Ganss<br>Tel: 617-603-6580<br>Fax: 617-603-6669 | | | |
| **Owner Participant:**<br>Bank of America, National Association<br>555 California Street, 4th Floor<br>San Francisco, CA 94104<br>Attention: Dawn L. Kinney, Sr. Vice President<br>Tel: (415) 765-7359<br>Fax : (415) 765-7373<br><br>**Owner Trustee/Lessor:**<br>Wells Fargo Bank Northwest, N.A.<br>79 South Main Street<br>Salt Lake City, UT 84111<br>Attn Corporate Trust Department<br>Tel: 801 246-5819<br>Fax: 801 246-5053<br><br>**Lender:**<br>Agencia Especial de Financiamento Industrial - Finame<br>c/o Departamento de Credito a Exportacao BNDES - Exim<br>Av. Republica do Chile, No. 100-18 andar<br>CEP 20139-900 Rio de Janeiro - RJ Brazil<br>Attn: Director de Operacoes - DIROP2<br>Tel: 011 (55 21) 277-7995<br>Fax: 011 (55 21) 220-8244<br><br>**Security Trustee:**<br>U.S. Bank Corporate Trust Services<br>One Federal Street, 3rd Floor<br>Boston, MA 02110<br>Attn: David Ganss<br>Tel: 617-603-6580<br>Fax: 617-603-6669 | 145567 | N852MJ | Allison - Model: A3007-A1 - SN: 312089 & 312092 |
| **Owner Participant:**<br>Bank of America, National Association<br>555 California Street, 4th Floor<br>San Francisco, CA 94104<br>Attention: Dawn L. Kinney, Sr. Vice President<br>Tel: (415) 765-7359<br>Fax : (415) 765-7373<br><br>**Owner Trustee/Lessor:**<br>Wells Fargo Bank Northwest, N.A.<br>79 South Main Street<br>Salt Lake City, UT 84111<br>Attn Corporate Trust Department<br>Tel: 801 246-5819<br>Fax: 801 246-5053 | 145464 | N853MJ | Allison - Model: A3007-A1 - SN: 311738 & 311669 |

| Lessors and Other Related Party Addresses | Mfr. Serial Number | U.S. Reg. No. | Engines Manufacturer, Model & Serial Number |
|---|---|---|---|
| **Lender:**<br>Agencia Especial de Financiamento Industrial - Finame<br>c/o Departamento de Credito a Exportacao BNDES - Exim<br>Av. Republica do Chile, No. 100-18 andar<br>CEP 20139-900 Rio de Janeiro - RJ Brazil<br> Attn: Director de Operacoes - DIROP2<br>Tel: 011 (55 21) 277-7995<br>Fax: 011 (55 21) 220-8244<br><br>**Security Trustee:**<br>U.S. Bank Corporate Trust Services<br>One Federal Street, 3rd Floor<br>Boston, MA 02110<br> Attn: David Ganss<br>Tel: 617-603-6580<br>Fax: 617-603-6669 | | | |
| **Owner Participant:**<br>Bank of America, National Association<br>555 California Street, 4th Floor<br>San Francisco, CA 94104<br>Attention: Dawn L. Kinney, Sr. Vice President<br>Tel: (415) 765-7359<br>Fax : (415) 765-7373<br><br>**Owner Trustee/Lessor:**<br>Wells Fargo Bank Northwest, N.A.<br>79 South Main Street<br>Salt Lake City, UT 84111<br>Attn Corporate Trust Department<br>Tel: 801 246-5819<br>Fax: 801 246-5053<br><br>**Lender:**<br>Agencia Especial de Financiamento Industrial - Finame<br>c/o Departamento de Credito a Exportacao BNDES - Exim<br>Av. Republica do Chile, No. 100-18 andar<br>CEP 20139-900 Rio de Janeiro - RJ Brazil<br> Attn: Director de Operacoes - DIROP2<br>Tel: 011 (55 21) 277-7995<br>Fax: 011 (55 21) 220-8244<br><br>**Security Trustee:**<br>U.S. Bank Corporate Trust Services<br>One Federal Street, 3rd Floor<br>Boston, MA 02110<br> Attn: David Ganss<br>Tel: 617-603-6580<br>Fax: 617-603-6669 | 145490 | N854MJ | Allison - Model: A3007-A1 - SN: 311904 & 311905 |
| **Owner Participant:**<br>Bank of America, National Association<br>555 California Street, 4th Floor | 145614 | N855MJ | Allison - Model: A3007-A1 - SN: 312121 & 312122 |

| Lessors and Other Related Party Addresses | Mfr. Serial Number | U.S. Reg. No. | Engines Manufacturer, Model & Serial Number |
|---|---|---|---|
| San Francisco, CA 94104<br>Attention: Dawn L. Kinney, Sr. Vice President<br>Tel: (415) 765-7359<br>Fax : (415) 765-7373<br><br>**Owner Trustee/Lessor:**<br>Wells Fargo Bank Northwest, N.A.<br>79 South Main Street<br>Salt Lake City, UT 84111<br>Attn Corporate Trust Department<br>Tel: 801 246-5819<br>Fax: 801 246-5053<br><br>**Lender:**<br>Agencia Especial de Financiamento Industrial - Finame<br>c/o Departamento de Credito a Exportacao BNDES - Exim<br>Av. Republica do Chile, No. 100-18 andar<br>CEP 20139-900 Rio de Janeiro - RJ Brazil<br> Attn: Director de Operacoes - DIROP2<br>Tel: 011 (55 21) 277-7995<br>Fax: 011 (55 21) 220-8244<br><br>**Security Trustee:**<br>U.S. Bank Corporate Trust Services<br>One Federal Street, 3rd Floor<br>Boston, MA 02110<br> Attn: David Ganss<br>Tel: 617-603-6580<br>Fax: 617-603-6669 | | | |
| **Owner Participant:**<br>Bank of America, National Association<br>555 California Street, 4th Floor<br>San Francisco, CA 94104<br>Attention: Dawn L. Kinney, Sr. Vice President<br>Tel: (415) 765-7359<br>Fax : (415) 765-7373<br><br>**Owner Trustee/Lessor:**<br>Wells Fargo Bank Northwest, N.A.<br>79 South Main Street<br>Salt Lake City, UT 84111<br>Attn Corporate Trust Department<br>Tel: 801 246-5819<br>Fax: 801 246-5053<br><br>**Lender:**<br>Agencia Especial de Financiamento Industrial - Finame<br>c/o Departamento de Credito a Exportacao BNDES - Exim<br>Av. Republica do Chile, No. 100-18 andar<br>CEP 20139-900 Rio de Janeiro - RJ Brazil<br> Attn: Director de Operacoes - DIROP2<br>Tel: 011 (55 21) 277-7995 | 145626 | N856MJ | Allison - Model: A3007-A1 - SN: 312145 & 312146 |

| Lessors and Other Related Party Addresses | Mfr. Serial Number | U.S. Reg. No. | Engines Manufacturer, Model & Serial Number |
|---|---|---|---|
| Fax: 011 (55 21) 220-8244<br><br>**Security Trustee:**<br>U.S. Bank Corporate Trust Services<br>One Federal Street, 3rd Floor<br>Boston, MA 02110<br> Attn: David Ganss<br>Tel: 617-603-6580<br>Fax: 617-603-6669 | | | |
| **Owner Participant:**<br>Citicorp North America, Inc.<br>450 Mamaroneck Ave., 4th Flr<br>Harrison, NY 10528<br>Attn: Asset Finance Group Credit Head<br>Tel: 914 899-7191<br>Fax: 914 899-7389<br><br>**Owner Trustee/Lessor:**<br>Wells Fargo Bank Northwest, N.A.<br>79 South Main Street<br>Salt Lake City, UT 84111<br>Attn Corporate Trust Department<br>Tel: 801 246-5819<br>Fax: 801 246-5053<br><br>**Lender:**<br>Agencia Especial de Financiamento Industrial - Finame<br>c/o Departamento de Credito a Exportacao BNDES - Exim<br>Av. Republica do Chile, No. 100-18 andar<br>CEP 20139-900 Rio de Janeiro - RJ Brazil<br> Attn: Director de Operacoes - DIROP2<br>Tel: 011 (55 21) 277-7995<br>Fax: 011 (55 21) 220-8244<br><br>**Security Trustee:**<br>U.S. Bank Corporate Trust Services<br>One Federal Street, 3rd Floor<br>Boston, MA 02110<br> Attn: David Ganss<br>Tel: 617-603-6580<br>Fax: 617-603-6669 | 145765 | N857MJ | Allison - Model: A3007-A1 - SN: 312483 & 312489 |
| **Owner Participant:**<br>Citicorp North America, Inc.<br>450 Mamaroneck Ave., 4th Flr<br>Harrison, NY 10528<br>Attn: Asset Finance Group Credit Head<br>Tel: 914 899-7191<br>Fax: 914 899-7389<br><br>**Owner Trustee/Lessor:**<br>Wells Fargo Bank Northwest, N.A. | 145767 | N858MJ | Allison - Model: A3007-A1 - SN: 312501 & 312504 |

| Lessors and Other Related Party Addresses | Mfr. Serial Number | U.S. Reg. No. | Engines Manufacturer, Model & Serial Number |
|---|---|---|---|
| 79 South Main Street<br>Salt Lake City, UT 84111<br>Attn Corporate Trust Department<br>Tel: 801 246-5819<br>Fax: 801 246-5053<br><br>**Lender:**<br>Agencia Especial de Financiamento Industrial - Finame<br>c/o Departamento de Credito a Exportacao BNDES - Exim<br>Av. Republica do Chile, No. 100-18 andar<br>CEP 20139-900 Rio de Janeiro - RJ Brazil<br>Attn: Director de Operacoes - DIROP2<br>Tel: 011 (55 21) 277-7995<br>Fax: 011 (55 21) 220-8244<br><br>**Security Trustee:**<br>U.S. Bank Corporate Trust Services<br>One Federal Street, 3rd Floor<br>Boston, MA 02110<br>Attn: David Ganss<br>Tel: 617-603-6580<br>Fax: 617-603-6669 | | | |
| **Owner Participant:**<br>Citicorp North America, Inc.<br>450 Mamaroneck Ave., 4th Flr<br>Harrison, NY 10528<br>Attn: Asset Finance Group Credit Head<br>Tel: 914 899-7191<br>Fax: 914 899-7389<br><br>**Owner Trustee/Lessor:**<br>Wells Fargo Bank Northwest, N.A.<br>299 South Main Street<br>Salt Lake City, UT 84111<br>Attn:   Corporate Trust Department<br>Tel: 801 246-5819<br>Fax: 801 246-5053<br><br>**Lender:**<br>Agencia Especial de Financiamento Industrial - Finame<br>c/o Departamento de Credito a Exportacao BNDES - Exim<br>Av. Republica do Chile, No. 100-18 andar<br>CEP 20139-900 Rio de Janeiro - RJ Brazil<br>Attn: Director de Operacoes - DIROP2<br>Tel: 011 (55 21) 277-7995<br>Fax: 011 (55 21) 220-8244<br><br>**Security Trustee:**<br>U.S. Bank Corporate Trust Services<br>One Federal Street, 3rd Floor<br>Boston, MA 02110<br>Attn: David Ganss | 145769 | N859MJ | Allison - Model: A3007-A1 - SN: 312505 & 312509 |

| Lessors and Other Related Party Addresses | Mfr. Serial Number | U.S. Reg. No. | Engines Manufacturer, Model & Serial Number |
|---|---|---|---|
| Tel: 617-603-6580<br>Fax: 617-603-6669 | | | |
| **Owner Participant:**<br>Citicorp North America, Inc.<br>450 Mamaroneck Ave., 4th Flr<br>Harrison, NY 10528<br>Attn: Asset Finance Group Credit Head<br>Tel: 914 899-7191<br>Fax: 914 899-7389<br><br>**Owner Trustee/Lessor:**<br>Wells Fargo Bank Northwest, N.A.<br>299 South Main Street<br>Salt Lake City, UT 84111<br>Attn:   Corporate Trust Department<br>Tel: 801 246-5819<br>Fax: 801 246-5053<br><br>**Lender:**<br>Agencia Especial de Financiamento Industrial - Finame<br>c/o Departamento de Credito a Exportacao BNDES - Exim<br>Av. Republica do Chile, No. 100-18 andar<br>CEP 20139-900 Rio de Janeiro - RJ Brazil<br> Attn: Director de Operacoes - DIROP2<br>Tel: 011 (55 21) 277-7995<br>Fax: 011 (55 21) 220-8244<br><br>**Security Trustee:**<br>U.S. Bank Corporate Trust Services<br>One Federal Street, 3rd Floor<br>Boston, MA 02110<br> Attn: David Ganss<br>Tel: 617-603-6580<br>Fax: 617-603-6669 | 145773 | N860MJ | Allison - Model: A3007-A1 - SN: 312513 & 312515 |

56772-002\DOCS_SF:71867.1