**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X

In re: Mesa Air Group Inc, et al   :
                                   :   In Proceedings For A
                                   :   Reorganization Under
                                       Chapter 11
                                       Case No: 10-10018(MG)

                                   :
          Debtor.
                                   :
----------------------------------X

### CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN ORDER OF THE BANKRUPTCY COURT, DATED 2/23/10 , DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.