**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| MESA AIR GROUP, INC., *et al.*, | Case No. 10-10018 (MG) |
| Debtors.[1] | (Jointly Administered) |

**CERTIFICATION OF NO OBJECTION REGARDING NOTICE OF
DE MINIMIS ASSET SALE, DATED JUNE 11, 2010 [DOCKET NO. 815]**

On June 11, 2010 the Debtors and Debtors-in-Possession (the "Debtors") filed and served the *Notice of De Minimis Asset Sale* [Docket No. 815] (the "Sale Notice") with respect to a certain Beech Bonanza Aircraft, Model No. A-36, Serial No. E-2718, N-Number 435P, pursuant to the *Order Approving Procedures For The Sale Of De Minimis Assets, Free And Clear Of All Liens, Claims And Interests* [Docket No. 371] (the "De Minimis Sale Procedures").

Pursuant to the Sale Notice and the De Minimis Sale Procedures, objections to the Sale Notice were to be filed and served no later than June 18, 2010. The undersigned has caused the Court's docket in this case to be reviewed, and no answer, objection or other responsive pleadings to the Sale Notice appears thereon.

---

[1] The Debtors are: Mesa Air Group, Inc. (2351); Mesa Air New York, Inc. (3457); Mesa In-Flight, Inc. (9110); Freedom Airlines, Inc. (9364); Mesa Airlines, Inc. (4800); MPD, Inc. (7849); Ritz Hotel Management Corp. (7688); Regional Aircraft Services, Inc. (1911); Air Midwest, Inc. (6610); Mesa Air Group Airline Inventory Management, LLC (2015); Nilchi, Inc. (5531); and Patar, Inc. (1653).

1

Pursuant to the De Minimis Sale Procedures, the Debtors are authorized to submit to the Court a declaration of the appropriate parties attesting to the good faith nature of the transaction referenced in the Sale Notice and a proposed order approving the transaction referenced in the Sale Notice.

Dated: June 21, 2010
New York, New York

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Debra Grassgreen*
Richard M Pachulski
Laura Davis Jones
Debra I. Grassgreen
Joshua M. Fried
Maria A. Bove

780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

Attorneys for Debtors and Debtors in Possession