**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 10-10018 (MG) |
| Mesa Air Group, Inc., *et als.*, | ) | |
| | ) | Jointly Administered |
| | ) | |
| Debtors | ) | |
| | ) | |
| _____ | ) | |

## NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM

PLEASE TAKE NOTICE that Pratt & Whitney Canada Corp. hereby withdraws the following proofs of claim against the specified debtors herein:

1. Claim 1008 (which amended and superseded claim 565) against Mesa Airlines, Inc. in the amount of 115,677.55.

2. Claim 1007 (which amended and superseded claim 564) against Mesa Air Group, Inc. in the amount of $115,677.55.

Dated: July 6, 2010

/s/ Daniel J. Carragher
Daniel J. Carragher
DAY PITNEY LLP
One International Place
Boston, MA 02110
(617) 345-4638
(617) 345-4745 (fax)
djcarragher@daypitney.com

51473388.1