Elizabeth Berke-Dreyfuss (Bar No. 114651)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: edreyfuss@wendel.com

Attorneys for Creditor,
Port of Oakland

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re<br><br>MESA AIR GROUP, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 10-10018 (MG)<br><br>(Jointly Administered) |

### **WITHDRAWAL OF CLAIM NO. 767 FILED BY THE PORT OF OAKLAND**

PLEASE TAKE NOTICE that the Port of Oakland, a creditor of the above-captioned debtor, hereby requests, that its Proof of Claim filed on May 20, 2010, as Claim No. 767, be withdrawn in its entirety.

Dated: July 6, 2010  *Respectfully Submitted*

By: */s/ Elizabeth Berke-Dreyfuss*
Elizabeth Berke-Dreyfuss
WENDEL, ROSEN, BLACK & DEAN LLP
1111 Broadway, 24th Floor
Oakland, California 94607
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: edreyfuss@wendel.com

*Attorneys for Creditor,
Port of Oakland*

I, Pam Joakimson, declare:

I am a citizen of the United States and am employed in Alameda County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1111 Broadway, 24th Floor, Oakland, California 94607-4036.

On July 6, 2010, I served a copy of the following documents:

**WITHDRAWAL OF CLAIM NO. 767 FILED BY THE PORT OF OAKLAND**

☒ on all parties who are registered **ECF recipients**.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this declaration was executed on July 6, 2010, at Oakland, California.

                                                     */s/ Pam Joakimson*
                                                     Pam Joakimson