# IN THE UNITED STATES BANRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

RECEIVED JUL 6 2010

| | |
|---|---|
| In re:<br><br>MESA AIR GROUP, INC., et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 10-10018 (MG)<br><br>(Jointly Administered) |

## NOTICE OF RELEASE OF CLAIMS AS SUBSTANTIAL CLAIMHOLDER

**PLEASE TAKE NOTICE** that Substantial Claimholder, **Aspen/Pitkin County Airport** (taxpayer identification number 84-6000794), by and through the undersigned, herein provides notification to the Court that claims against the Debtors in the aggregate principal amount of $41,624.60 for Landing Fees have been satisfied.

**PLEASE TAKE FURTHER NOTICE** that pursuant to that certain Order Under 11 U.S.C. §§ 105,362 and 541, and Bankruptcy Rule 3001 Establishing Notice and Hearing Procedures for Trading in Claims and Equity Securities, this Notice is being filed with (A) the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004 and served upon (B) the Debtors, Mesa Air Group, Inc. 401 N. 44th Street, Suite 100, Phoenix, AZ 85008, Attn: Brian S. Gillman and (C) counsel to the Debtors, Pachulski Stang Ziehl & Jones, LLC, 780 Third Avenue, 36th Floor, New York, NY 10017, Attn. Debra I. Grassgreen.

Respectfully submitted this 2nd day of July 2010.

By_____
Christopher G. Seldin

PITKIN COUNTY ATTORNEY'S OFFICE
530 E. Main Street, Suite 302
Aspen, Colorado 81611
Telephone: (970) 920-5190
E-mail: Chris.Seldin@co.pitkin.co.us

*ATTORNEY FOR SUBSTANTIAL CLAIMHOLDER*
*ASPEN/PITKIN COUNTY AIRPORT*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of July 2010, I served a true and correct copy of the foregoing **NOTICE OF RELEASE OF CLAIMS AS SUBSTANTIAL CLAIMHOLDER** by:

☑ Placing it in the United States mail, postage paid to:

Mesa Air Group, Inc.
Attn: Brian S. Gillman
401 N. 44th Street, Suite 100
Phoenix, AZ 85008

Pachulski Stang Ziehl & Jones, LLP
Attn: Debra I. Grassgreen, Esq.
780 Third Avenue, 36th Floor
New York, NY 10017

JUL 6 2010

By _Jane Achey_

2