CHRISTOPHER J. GIAIMO (CG 2260)
BAKER & HOSTETLER LLP
1050 Connecticut Avenue, NW, Suite 1100
Telephone:  (202) 861-1500
Facsimile:  (202) 861-1783

Attorneys for Creditor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>MESA AIR GROUP, INC. *et al.*,<br><br>Debtors, | Case No. 10-10018 (MG)<br><br>Chapter 11<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF CLAIM

PLEASE TAKE NOTICE, that Claim No. 516, filed on or about April 30, 2010 in the amount $5,218.25 on behalf of Baker & Hostetler LLP against the above-referenced Debtor is withdrawn and the Debtors' claims and noticing agent is authorized to file and reflect this withdrawal on the official claims register.

Dated:  August 26, 2010

Baker & Hostetler LLP
CHRISTOPHER J. GIAIMO

_____
Christopher J. Giaimo

103515624.1