**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
                                  :
In re:                            : Chapter 11
                                  :
Mesa Air Group, Inc. et al.,      : Case No. 10-10018(MG)
                                  :
                                  :
            Debtor(s).            :
                                  :
----------------------------------X

**<u>CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER</u>**

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN ORDER OF THE BANKRUPTCY COURT, DATED 2/23/2010, DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.