UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| MESA AIR GROUP, INC., et al., | ) | Case No. 10-10018 (MG) |
| | ) | |
| | ) | Jointly Administered |
| | ) | |
| Debtors.[1] | ) | |
| | ) | |

## RESPONSE OF MORRISON & FOERSTER LLP TO
## THE OBJECTION OF THE UNITED STATES TRUSTEE
## REGARDING APPLICATIONS FOR INTERIM COMPENSATION

Morrison & Foerster LLP ("M&F"), counsel to the Official Committee of

Unsecured Creditors (the "Committee") of Mesa Air Group, Inc. ("Mesa") and certain of its

direct and indirect subsidiaries in the above-captioned chapter 11 cases, as debtors and debtors in

possession (collectively, the "Debtors"), by and through its undersigned counsel, hereby provides

the following response and additional information (the "Response") regarding the first interim

fee application of M&F (the "Application") *[Docket No. 870]* covering the period of January 13,

2010, through April 30, 2010 (the "Fee Period"), as requested in the Objection of the United

States Trustee (the "US Trustee") Regarding Applications for Interim Compensation (the

"Objection") *[Docket No. 961]*. In support of the Response, M&F respectfully states as follows:

---

[1] The Debtors are: Mesa Air Group, Inc. (2351); Mesa Air New York, Inc. (3457); Mesa In-Flight, Inc. (9110); Freedom Airlines, Inc. (9364); Mesa Airlines, Inc. (4800); MPD, Inc. (7849); Ritz Hotel Management Corp. (7688); Regional Aircraft Services, Inc. (1911); Air Midwest, Inc. (6610); Mesa Air Group Airline Inventory Management, LLC (2015); Nilchi, Inc. (5531); and Patar, Inc. (1653).

**Burden of Proof**

1. The applicant bears the burden of proof on its claim for compensation. *See, e.g., Houlihan Lokey Howard & Zukin Capital v. High River Ltd. P'Ship*, 369 B.R. 111, 115 (S.D.N.Y. 2007) (citing *In re Keene Corp.*, 205 B.R. 690, 695 (Bankr. S.D.N.Y. 1997). However, "[a] party opposing a fee application must carry the burden of explaining what therein is unreasonable or, at least, what would be reasonable under the circumstances. Absent such evidence by the objectant, the opposition fails." *In re Blackwood Assocs., L.P.*, 165 B.R. 108, 112 (Bankr. E.D.N.Y. 1994). M&F submits that, except as otherwise noted herein, the Application is sufficient to establish the reasonableness of its requested compensation and expenses. Set forth below are additional disclosures and information that rebut or respond to each of the points raised in the US Trustee's Objection.

2. The Debtors' bankruptcy cases are complex. Unlike many other large cases commenced this year, the Debtors' cases represent a true business reorganization. The Debtors and the Committee are challenged with the tasks of addressing the rationalization of the Debtors' aircraft fleet, negotiation with code share agreement partners, and creating a plan structure that balances the interests of competing creditor groups with claims against different debtor entities. Because the airline industry is still economically depressed, these multi-party efforts have been exceptionally difficult. Moreover, the Committee is comprised of several different types of creditors with different roles in the Debtors' operations. These creditors bring to the Committee process different, and sometimes contrary, perspectives on how to maximize value for creditors

3. Despite the complexity of these cases, despite the critical importance of each step in moving this restructuring forward, and despite the difficult negotiations between the Debtors and the Committee and among the important stakeholders in these cases (e.g., aircraft lessors,

code share partners and other significant creditors), the number of contested Court proceedings in these cases have been minimal. Applicant respectfully submits that these undercurrents have been kept well below the surface in great measure because of the tireless dedication and effort s of the Debtors, the Committee, and their respective professionals.

4.    In fact, and again despite the absence of contested hearings in these cases, the number and level of discussions, negotiations, analysis, and case developments have required weekly telephonic meetings of the Committee nearly every week since the formation of the Committee. Depending upon the matters to be discussed, the Debtors' have participated in the Committee meetings in order to respond to questions and concerns raised by the Committee on important issues. By keeping the Committee informed of developments and seeking direction from the Committee during the weekly Committee meetings, the Committee's professionals have been in a position to share the Committee's views with the Debtors and other parties-in-interest, which has served to avoid unnecessary disputes in these cases.

### General Responses

5.    M&F notes that as part of its efforts to minimize the costs to the Debtors' estates, M&F has staffed the matter as efficiently as possible, as described in greater detail below. Moreover, M&F believes that all time billed to the matter provided a direct benefit to the Debtors' unsecured creditors and the Debtors' estates in that it was incurred in the furtherance of the Committee's fiduciary obligations pursuant to sections 1102 and 1103 of the Bankruptcy Code. Further, as set forth in the Application, partners Brett Miller and Lorenzo Marinuzzi have each agreed to reduce their standard hourly rates for this engagement, which has resulted in savings to the estates of no less than $21,795.00 through the Fee Period alone.

6.     M&F believes that, with the exception of an erroneous time entry and certain expenses described below, its requested compensation and expenses are reasonable and appropriate.  Nevertheless, in the interest of avoiding the unnecessary expense and delay for the Debtors' estates that would incurred if M&F were to engage in a detailed review and analysis of the backup documentation relating to the requested fees and expenses that are cited in the Objection, M&F is willing to reduce its requested fees and expenses by an additional aggregate amount of $25,000.00, as set forth in more detail below.[2]

**Specific Responses**

7.     With respect to instances in which multiple professionals from M&F participated in telephone conferences or meetings as identified in paragraph 84 of the Objection, such participation was necessary to coordinate the actions of the participating professionals in a timely and efficient manner.[3]  M&F staffed the matter as leanly as practicable, with a partner, a senior associate, and two junior associates handling the bulk of the work.  Rather than being duplicative, each party's participation on the call or at the meeting enabled M&F to be responsive and cost-effective.

8.     A copy of the agenda (without exhibits) for each of the calls and meetings identified by the US Trustee is attached as Exhibit A.  As even a cursory review of these agendas makes clear, any given call or meeting touched on a wide variety of topics, including litigation issues, plan issues (including exclusivity, and management compensation and incentive arrangements), negotiations with creditors and code share partners, fleet restructuring issues, negotiation of confidentiality agreements, and updates regarding hearings and pending motions.

---

[2] To the extent the proposed reductions are not acceptable to the US Trustee, M&F reserves its right to contest any additional reductions recommended by the US Trustee at the hearing to approve the Application.
[3] The Objection (at par. 85) requests a reduction of $25,000 for participation in these meetings.

As disclosed in the *Affidavit of Brett H. Miller* (the "Miller Affidavit") filed contemporaneously with M&F's retention application *[Docket No. 204]*, "[t]o the fullest extent possible, attorneys having the requisite expertise who already have knowledge with respect to these areas and/or the matters involved will be assigned to these cases so that duplication of effort is avoided." *Miller Affidavit*, ¶ 8.

9.     As the partner managing the overall representation, Brett Miller participated on calls in the event a final decision regarding strategy or a legal determination was necessary. Partner Stefan Engelhart and associate Leah Fletcher provided the Committee with expertise regarding complex litigation in connection with the pending litigation between the Debtors and Delta Air Lines, Inc. ("Delta"), and only one of them participated on each of the calls or at meetings to address any Committee concerns or questions that might arise regarding such litigation.   Lorenzo Marinuzzi and Todd Goren managed the day-to-day negotiations and handled those tasks that required substantial experience, including negotiating and drafting confidentiality agreements and pleadings, and acting as liaison for the Committee with various parties in interest regarding significant legal issues.   Erica Richards and Stephen Koshgerian, each junior associates, were responsible for carrying out various day-to-day tasks required during the course of M&F's representation of the Committee, including conducting legal research, preparing initial drafts of pleadings, revising documents as agreed upon during calls or meetings, and preparing agendas and minutes with respect to each call or meeting.

10.     Each individual participated in meetings and conference calls only to the extent that the meeting or call directly concerned a task assigned to the individual to allow the Committee to obtain real-time responses to their questions and follow-up projects to be coordinated on a contemporaneous basis.   To have required a later download of the information

from those who had participated would have been terribly inefficient and would likely have cost the estate even more than the amounts that were billed by M&F.  Further, because professionals prepared for and participated in meetings only to the extent their presence was necessary, the amount of time spent by each professional varied, as these professionals did not participate for the entirety of a meeting.  These varying time entries are indicative of M&F's attempt to minimize unnecessary expenses to the Debtors' estates, and do not reflect inaccurate or inappropriate time keeping by professionals, as the US Trustee seems to suggest.[4]  Nonetheless, in response to the US Trustee's concerns, M&F is willing to forego a portion of its fees incurred in connection with the participation of multiple attorneys at Committee calls and meetings, and suggests a reduction of $8,343.00, an amount equal to the fees incurred by the most junior attorney participating in each call or meeting.

11.     With respect to the US Trustee's objection to the preparation of summaries noted in paragraph 86 of the Objection,[5] the preparation of such summaries described in the time entries were prepared for the benefit of the Committee members and involved a degree of analysis and judgment that required an attorney's expertise and authority.  As such, the summaries could not reasonably have been prepared by a paralegal.  Further, in order to minimize the cost to the Debtors' estates, M&F assigned preparation of the summaries to Stephen Koshgerian as the attorney staffed on this matter with the lowest hourly billing rate. The summaries were included in the weekly agendas circulated to the Committee in advance of each call.  In an effort to keep Committee calls as efficient as possible, pending motions were generally brought to the Committee's attention in the form of a brief oral discussion, with the

---

[4]  The aggregate totals cited by the US Trustee include time preparing for, attending, and following up on matters raised during calls and meetings, resulting in further differences among the amount of time spent by the various professionals actually attending or participating in the meetings.

[5]  The US Trustee requests a reduction in the amount of $7,500 in the fees sought in connection with preparation of these summaries.

majority of the details provided only via the summaries. Thus, the summaries formed a critical component of M&F's obligation to keep the Committee informed of developments in the Debtors' cases. Further, although other attorneys on the case routinely reviewed the underlying pleadings in connection with their roles in the representation, the preparation of summaries by these attorneys would have taken a significant amount of additional time, and would have been done at a higher billing rate. Accordingly, M&F believes that the amounts charged for Mr. Koshgerians's review of the pleadings and preparation of the summaries are reasonable and appropriate.

12. With respect to the reimbursement of $2,300 in travel expenses noted in paragraph 91 of the Objection, the majority of the expenses were incurred in connection with the Committee's coverage of the Debtors' litigation with Delta in Atlanta, Georgia on April 20, 2010, through April 23, 2010. M&F submits that its attendance at the trial by Leah Fletcher, an associate in the litigation department, was necessary in light of the critical nature the outcome of the trial on the Debtors' future operations and to enable the Committee to consider a potential settlement of the United dispute were one to be proposed. A summary of those travel expenses, together with copies of the relevant backup documentation, is attached hereto as <u>Exhibit B</u>. In particular, the $449 "airline change fee" identified by the US Trustee actually represents a $150 airline change fee, plus an additional $292.00 difference in ticket price between the original ticket and the new ticket, both economy class. The change in tickets was necessary because the trial lasted longer than originally anticipated. Nonetheless, MoFo will waive the airline change fee as an accommodation to the US Trustee. The hotel expenses were incurred at a rate of $179.95 per night, a rate that M&F believes is reasonable for accommodations in downtown Atlanta. The remaining travel expenses incurred during the Fee Period and totaling $410.55,

represent thirteen invoices for cab, train, car service, or ferry fares or parking fees, each incurred in connection with attendance at in-person Committee meetings or travel from the office after hours in accordance with M&F's standard expense policies when such hours were absolutely required due to time constraints. Backup documentation for these additional travel charges is available upon request. In each case, M&F submits that the rate charged was reasonable and the travel to which it relates was necessary, and that such expense has been submitted for reimbursement at cost. Accordingly, M&F believes that the amounts charged for reimbursement of travel expenses are reasonable and appropriate and should be allowed in their entirety, excluding the waived "airline change fee" totaling $449.

13. With respect to time entries which the US Trustee has identified as overly vague in paragraph 87 of the Objection, M&F is unable to fully respond because it is unable to determine the date or timekeepers responsible for the entries set forth in the Objection. The US Trustee fails to meet its burden of proof on this point.[6] "[An] objector must, at some point, identify any allegedly improper, insufficient, or excessive entries and direct the Court's attention to them." *In re Blackwood Assocs., L.P.*, 165 B.R. 108, 112 (Bankr. E.D.N.Y. 1994) (citing *In re Hunt's Health Care, Inc.*, 161 Bankr. 971, 982 (Bankr. N.D. Ind. 1993)). Further, M&F respectfully suggests that if these entries were reviewed in the context of surrounding time entries (including in particular reference to the project code under which the entry is found), no further detail would be required. In fact, providing further detail, even with respect to some of the entries cited by the US Trustee as deficient, runs the risk of revealing confidential information.[7] Nonetheless, M&F is willing to forego its fees in the interest of saving the estates

---

[6] The US Trustee requests in Par. 87 of her Objection a reduction of $7,500 in compensation for vague time entries.
[7] The US Trustee citers as an example of vague time entries - "Meeting w/ Pachulski, Imperial and Macquarie regarding general case issues (3.3)." Objection, ¶ 87. Applicant respectfully believes that such a time entry, in the context of the time records submitted, is sufficient to permit the reviewer to determine whether the time expended

the expense that would be incurred in trying to provide a more detailed description by engaging in a detailed and time consuming review and analysis of the original time entries, and suggests that the US Trustee's proposed reduction of $7,500.00 is acceptable.

14.     With respect to the time entries identified in paragraph 88 of the Objection, M&F agrees that they appear to be duplicative.  M&F agrees with the US Trustee's proposed reduction of $2,100.00.

15.     The expense of $690.90 for photocopying charges incurred with respect to the Fee Period, as identified in paragraph 90 of the Report, represents 3,290 photocopies.  Accordingly, M&F agrees that a reduction of $361.90 to $329, reflecting an at-cost charge of $0.10 per page, is appropriate.

## Conclusion

16.     In light of the points made above, M&F submits that an aggregate reduction of $25,000.00[8]—which is greater than the sum of the fees and expenses detailed in the previous section—is appropriate, particularly in light of the voluntary $21,795.00 fee reduction already taken by M&F.  Accordingly, M&F proposes to seek final compensation for the Fee Period in the amount of $685,352.90, and reimbursement for expenses for the Fee Period in the amount of $8,797.52.[9]

---

for a meeting with the Debtors' legal and financial advisors on general case matters is reasonable .  In a case as large as this, with the numerous motions, complex aircraft claim settlements, Section 1110 stipulations and negotiations, code-share litigation, employee bonus requests and other matters specifically listed in Applicant's other time entries and on the case docket, there are more than enough general case issues to discuss in a three hour meeting.  .

[8] The $25,000 is comprised of $24,189.10 in fees and $810.90 in expenses.

[9] The US Trustee also proposes that allowed compensation remain subject to holdbacks pending final resolution of the Debtors cases.  Objection, ¶ 37.  However, according to the Debtors' most recent monthly operating report dated as of July 31, 2010, the Debtors had more than $53 million in unencumbered cash on hand.  [Dkt. No. 1006].  In the absence of a risk of administrative insolvency, Applicant respectfully submits that there is no need to withhold the payment of fees (that have already been held back for many months) that would otherwise be payable under the interim compensation order already approved by the Court.  [Dkt. No. 181].

WHEREFORE, M&F respectfully requests that the Court enter an order (a) approving interim compensation in the sum of $685,352.90 and interim reimbursement of expenses in the sum of $8,797.522, and directing prompt payment of all compensation and expenses not previously paid, and (b) granting to M&F such other and further relief as the Court may deem proper.

Dated: New York, New York
      October 21, 2010

/s/  Lorenzo Marinuzzi
MORRISON & FOERSTER LLP
Brett H. Miller
Lorenzo Marinuzzi
Todd M. Goren
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Attorneys for the Official Committee of Unsecured Creditors of Mesa Air Group, Inc., et al.*

**EXHIBIT A**

# OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF MESA AIR GROUP, INC., *et al.*

**Agenda for Meeting to be Held on
January 26, 2010 at 1:00 p.m. (Eastern) at**

**Morrison & Foerster LLP
1290 Avenue of the Americas, 39th Floor
New York, New York**

**Call in Number: (800) 650-4949
International Call in Number: (303) 248-0275
Passcode: 3364325**

I. DISCUSSION OF OUTCOME OF JANUARY 26 HEARING

II. PRESENTATION BY THE DEBTORS
    A. Introduction of Management Team and Professionals
    B. Events Precipitating Bankruptcy
    C. Business Overview
        1. Code Shares:
            a. United
            b. US Air
            c. Delta
        2. *go!*
        3. Cash Flow Forecasts
    D. Litigation Update
        1. Delta Litigation
        2. United Litigation
    E. Fleet Restructuring Update
    F. Plan Strategy & Related Issues
    G. Upcoming Hearings/Matters
        1. February 3, 2010
        2. February 9, 2010

III. REPORT FROM COMMITTEE'S FINANCIAL ADVISORS

IV. DISCUSSION OF DEBTORS' PENDING MOTIONS
    A. Imperial Capital Retention Application (See Exhibit A)
    B. Motion to Assume Delta Code-Share Agreement (See Exhibit B)
    C. Motion to Reject Real Property Leases (See Exhibit B)

V. PROPOSED SECTION 1110(a) AGREEMENT WITH BOMBARDIER

VI.    PROPOSED CONFIDENTIALITY AGREEMENT WITH DEBTORS (to be distributed)
   A. Section 1102 Motion

VII.   DISCUSSION AND RATIFICATION OF COMMITTEE BY-LAWS
   A. Revised By-Laws (See Exhibit C)

VIII.  MISCELLANEOUS
   A. Minutes of January 14th call and January 21st meeting (See Exhibit D)
   B. Informational Committee Website
   C. Updated Committee Roster (See Exhibit E)
   D. Regularly Scheduled Committee Calls

# OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF MESA AIR GROUP, INC., *et al.*

**Agenda for Telephonic Conference to be Held on
February 4, 2010 at 3:00 p.m. (Eastern)**

**Call in Number: (800) 650-4949
International Call in Number: (303)248-0275
Passcode: 3364325**

I.     SECTION 1110 MOTIONS (See Exhibit A)
    A. Hearing rescheduled for February 23, 2010

II.    PROPOSED CONFIDENTIALITY AGREEMENT WITH DEBTORS (See Exhibit B)

III.   PENDING DEBTORS' MOTIONS (See Exhibit C)
    A. Stipulation and Order Concerning Adequate Protection Between Aircraft Finance Parties and Debtors
    B. Motion to Enter into New Letter of Credit Facility with Compass Bank

IV.   PRESENTATION BY COMMITTEE'S FINANCIAL ADVISORS ("MACQUARIE")

V.    UPDATE REGARDING DELTA LITIGATION

VI.   COMMITTEE BY-LAWS (See Exhibit D)

VII.  RETENTION OF DEBTORS' FINANCIAL ADVISORS, IMPERIAL CAPITAL

VIII. MACQUARIE'S RETENTION

IX. MISCELLANEOUS
    A. Minutes from January 26th Meeting (See Exhibit E)
    B. Informational Committee Website

# OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF MESA AIR GROUP, INC., *et al.*

### Agenda for Meeting to be Held on
### February 25, 2010 at 11:00 a.m. (Eastern) at

**Morrison & Foerster LLP**
**1290 Avenue of the Americas, 39th Floor**
**New York, New York**

**Call in Number: (800) 650-4949**
**International Call in Number: (303)248-0275**
**Passcode: 3364325**

I.  DEBTORS' PRESENTATION

    A. Introduction

        1.  Operational Performance Update

        2.  Cash Flow and Liquidity

    B. Litigation Update

        1.  Delta Litigation

            a.  Settlement Discussions

            b.  ERJ-1

            c.  Assumption Motion

    C. Codeshare Update

    D. Fleet Restructuring Update

        1.  RFP Status for New Leases

        2.  1110(a), (b) and (c) status

    E. M&A Options

    F. Plan Strategy & Related Issues

    G. Bonus/Incentive Plan

    H. Upcoming Hearings/Matters

        1.  March 3, 2010

        2.  March 24, 2010

II.  DISCUSSION REGARDING DEBTORS' PRESENTATION

III.  REPORT BY COMMITTEE'S FINANCIAL ADVISORS

IV.  DISCUSSION REGARDING STATUS OF SECTION 1110 AGREEMENTS

V.  DISCUSSION REGARDING DEBTORS' INCENTIVE/BONUS PLAN

VI.    REPORT ON FEBRUARY 23RD AND FEBRUARY 24TH HEARINGS

VII.   UPDATE REGARDING BAR DATE MOTION (Proposed Bar Date of April 30, 2010)

VIII.  MISCELLANEOUS

    A. Signature Pages to Committee By-laws and Confidentiality Agreement

    B. Approval of Minutes from February 4th and February 11th Committee Calls (Exhibit A)

    C. Keeping of Formal Minutes Going Forward

    D. Section 341 Meeting – February 26th at 1:00 p.m.

    E. Next Committee Conference Call

    F. Date of Next In-Person Committee Meeting

ny-912768

# OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF MESA AIR GROUP, INC., *et al.*

**Agenda for Telephonic Meeting to be Held on
March 4, 2010 at 3:00 p.m. (Eastern)**

**Call in Number:  (800) 650-4949
International Call in Number: (303)248-0275
Passcode: 3364325**

I.   DISCUSSION REGARDING DEBTORS' ENGINE LEASE MOTION (Exhibit A)

II.  DISCUSSION REGARDING STATUS OF SECTION 1110 AGREEMENTS
     (Exhibit B)

III. DISCUSSION REGARDING DEBTORS' INCENTIVE/BONUS PLAN

IV.  REPORT BY COMMITTEE'S FINANCIAL ADVISORS

V.   MISCELLANEOUS
     A. Signature Pages to Committee By-laws
     B. Approval of Minutes from February 25th Committee Meeting (Exhibit C)
     C. Section 341 Meeting – remainder adjourned to March 26th at 3:00 p.m.
     D. Next Committee Conference Call
     E. Date of Next In-Person Committee Meeting

# OFFICIAL COMMITTEE OF UNSECURED CREDITORS
# OF MESA AIR GROUP, INC., *et al.*

**Agenda for Telephonic Meeting to be Held on**
**March 11, 2010 at 3:00 p.m. (Eastern)**

**Call in Number: (800) 650-4949**
**International Call in Number: (303)248-0275**
**Passcode: 3364325**

I.     DISCUSSION REGARDING STATUS OF SECTION 1110 AGREEMENTS
(Exhibit A)

II.    DISCUSSION REGARDING DEBTORS' INCENTIVE/BONUS PLAN
    A. Hearing on March 24th with respect to approval of the prepetition obligations under the incentive plan (Exhibit B)
    B. Hearing on request for approval of the bonus plans on a postpetition basis continued to the next omnibus hearing on April 15th

III.    REPORT BY COMMITTEE'S FINANCIAL ADVISORS

IV.    MISCELLANEOUS
    A. ALPA Grievance Settlement (Exhibit C)
    B. New Engine Leases
    C. Approval of Minutes from March 4th Committee Call (Exhibit D)
    D. Next Committee Conference Call

# OFFICIAL COMMITTEE OF UNSECURED CREDITORS
# OF MESA AIR GROUP, INC., *et al.*

**Agenda for Telephonic Meeting to be Held on
April 8, 2010 at 3:00 p.m. (Eastern)**

**Call in Number: (800) 650-4949
International Call in Number: (303) 248-0275
Passcode: 3364325**

I.     UPDATE REGARDING REVIEW OF EXECUTIVE EMPLOYMENT
       AGREEMENTS (Exhibit A)

II.    DISCUSSION REGARDING SUMMARY OF COUNTER-CLAIMS
       ASSERTED AGAINST DELTA (Exhibit B)

III.   DISCUSSION REGARDING PROPOSED EXCLUSIVITY EXTENSION
       A. Proposed Extension Through September 2, 2010

IV.    REPORT BY COMMITTEE'S FINANCIAL ADVISORS

V.     MISCELLANEOUS

       A. Approval of Minutes from April 1st Committee Call (Exhibit C)

       B. Next Committee In-Person Meeting

       C. Next Committee Conference Call

# OFFICIAL COMMITTEE OF UNSECURED CREDITORS
# OF MESA AIR GROUP, INC., *et al.*

### Agenda for Telephonic Meeting to be Held on
### April 29, 2010 at 3:00 p.m. (Eastern)

### Call in Number:  (800) 650-4949
### International Call in Number: (303) 248-0275
### Passcode: 3364325

I.  PROPOSED SETTLEMENT WITH RACC TO ALLOW AIRCRAFT CLAIMS
    (Exhibit A)

II.  DISCUSSION REGARDING MOTION TO APPROVE AIRCRAFT CLAIM
     SETTLEMENT METHODOLOGY (Exhibit B)

III.  UPDATE REGARDING DELTA LITIGATION

IV.  REPORT BY COMMITTEE'S FINANCIAL ADVISORS
     A.  Business Plan Review

V.  MISCELLANEOUS

    A.  Claims Bar Date -- May 21, 2010

    B.  Approval of Minutes from April 22nd Committee Call (Exhibit C)

    C.  Next Committee In-Person Meeting

    D.  Next Committee Conference Call

# **EXHIBIT B**

# Expense Request Summary Cover Sheet

Request Date     4/26/2010
Request Number    42617
Payee            FLETCHER LEAH C.
Nature of Expense    ATL expenses

ER00042617

**Total Reimbursement:**     **$2,025.13**

| C/M # | Client Name | | | | | Matter Name | |
|-------|-------------|---|---|---|---|-------------|---|
| 068002-0000001 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR MESA AIR GROUP - , INC. | | | | | MESA AIR GROUP | |
| Date | Airfare | Hotel | Parking / Mileage | Ground Transportation | Meals | Entertainment / Bus Dev | Other |
| 4/6/2010 | 306.40 | | | | | | |
| 4/8/2010 | 137.00 | | | | | | |
| 4/9/2010 | 449.00 | | | | | | |
| 4/20/2010 | | 620.85 | | 38.00 | 73.50 | | 38.85 |
| 4/21/2010 | 252.00 | | | | 24.28 | | |
| 4/22/2010 | | | | | 37.30 | | |
| 4/23/2010 | | | | 36.00 | 11.95 | | |
| Subtotal | 1,144.40 | 620.85 | | 74.00 | 147.03 | | 38.85 |
| | | | | Total for Matter # 068002-0000001 | | | $2,025.13 |

| Grand Total | 1,144.40 | 620.85 | 0.00 | 74.00 | 147.03 | 0.00 | 38.85 |
|-------------|----------|--------|------|-------|--------|------|-------|
| | | | | Total Reimbursement Requested | | | 2,025.13 |

## Cost Summary

| Cost Code | Name | Amount |
|-----------|------|--------|
| 942 | Business Meals | 71.23 |
| 977 | O/T Meals | 75.80 |

Page 1

# Expense Report

| Cost Code | Name | Amount |
|---|---|---|
| 073 | Travel | 1,878.10 |
| | Total Reimbursement Requested | 2,025.13 |

## Expense Request Backup

**Approval Email:**

**Business Development, Entertainment Details:**

**Missing Receipts:**



**Marriott**

ATLANTA DOWNTOWN

68002/1

GUEST FOLIO

## ATLANTA MARRIOTT DOWNTOWN
160 Spring Street · Atlanta, GA 30303 · 404.688.8600 · Marriott.com/ATLDM

| 512 FLETCHER/LEAH | 179.95 04/23/10 09:03 | 8913 |
| Room Name | Rate Depart Time | ACCT# |
| NKNG | 04/20/10 09:21 | |
| Type | Arrive Time | |
| 33 | | |

VSXXXXXXXXXXXXX2982

MR#:

| Room Clerk Address | REFERENCE | Payment CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|
| DATE | | | | |
| 04/20 HSIA | INTERNET | 12.95 | | |
| 04/20 ROOM | 512, 1 | 179.95 | | |
| 04/20 STATE TX | 512, 1 | 14.40 | | |
| 04/20 OCC TAX | 512, 1 | 12.60 | | |
| 04/21 GIFTSHOP | NP | 4.63 — food | | |
| 04/21 GS TAX | NP | .37 | | |
| 04/21 HSIA | INTERNET | 12.95 | | |
| 04/21 ROOM | 512, 1 | 179.95 | | |
| 04/21 STATE TX | 512, 1 | 14.40 | | |
| 04/21 OCC TAX | 512, 1 | 12.60 | | |
| 04/22 IR DINE | 8975 512 | 16.00 | | |
| 04/22 HSIA | INTERNET | 12.95 | | |
| 04/22 ROOM | 512, 1 | 179.95 | | |
| 04/22 STATE TX | 512, 1 | 14.40 | | |
| 04/22 OCC TAX | 512, 1 | 12.60 | | |
| 04/23 IR DINE | 9013 512 | 14.08 | | |
| 04/23 CCARD-VS | | | 694.78 | |
| PAYMENT RECEIVED BY: VISA | | | XXXXXXXXXXXXX2982 | |
| | | | | .00 |

WANT YOUR FINAL HOTEL BILL BY EMAIL? JUST ASK THE FRONT DESK!
SEE "INTERNET PRIVACY STATEMENT" ON MARRIOTT.COM

ATLANTA MARRIOTT DOWNTOWN
160 SPRING STREET NW
ATLANTA, GA 30303
PHONE 404/688-8600, FAX 678/686-3350

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after checkout, you will owe us interest from the checkout date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

♻ Contains 30% post consumer fibers          To secure your next stay, go to Marriott.com

**Abdullah, Atiya**

| | |
|---|---|
| **From:** | MOFO@TANDT.COM |
| **Sent:** | Tuesday, April 06, 2010 2:41 PM |
| **To:** | Fletcher, Leah C.; Abdullah, Atiya |
| **Subject:** | TRAVEL INVOICE FROM TRAVEL AND TRANSPORT - NAME: FLETCHER/LEAH - C/M #68002/0000001 - TRV DATE: 19APR - ID: MHK2KK |

## Travel and Transport, Inc.
### Use this einvoice as your receipt for reimbursement.

For the most up-to-date information on your travel itinerary, go to www.viewtrip.com. Your reservation num
is MHK2KK.
For up-to-date information on luggage fees assessed by the airlines, please click here.
To check in for your domestic flight, please click here.

Morrison & Foerster Travel Office is open Monday-Friday, 9:00am-9:00pm Eastern Time, 6:00am-6:00pm
Pacific Time. Phone: 800-955-0597 or email: mofo@tandt.com
Emergency services available outside normal business hours: 800-955-0597.

Invoice
Total Invoice Amount: $306.40

Electronic Ticket Number: 0067842686188
Ticket Amount: $299.40
Transaction Fee Number: 8900516121826
Transaction Fee Amount: $7.00

Form of Payment: VI************2982

This ticket information applies to the following flight(s):

DELTA AIR LINES flight 1793 from New York to Atlanta on April 19
DELTA AIR LINES flight 1794 from Atlanta to New York on April 22

### Travel Summary - Record MHK2KK

| Traveler | | Reference # | | Frequent Flyer # |
|---|---|---|---|---|
| FLETCHER/LEAH | | MF173773-MF01110 | | |

| Date | From/To | Flight/Vendor | Depart/Arrive | Class/Type |
|---|---|---|---|---|
| 04/19/2010 | LGA-ATL | DL 1793 | 06:00 PM/08:40 PM | Economy |
| 04/19/2010 | ATL | HTL-Marriott Atlanta Downtown | 04/19-04/22 | |
| 04/22/2010 | ATL-LGA | DL 1794 | 07:40 PM/10:07 PM | Economy |

### AIR - Monday, April 19 2010
Delta Air Lines Flight DL 1793 Economy Class

| | |
|---|---|
| Depart: | La Guardia, Terminal DL - Delta Air Lines |
| | New York, New York, United States |
| | 06:00 PM Monday, April 19 2010 |
| Arrive: | Hartsfield-Jackson ATL, S - Terminal South |
| | Atlanta, Georgia, United States |
| | 08:40 PM Monday, April 19 2010 |
| Duration: | 2 hour(s) and 40 minute(s) non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: CW15TQ |
| Meal: | Refreshments for Purchase |
| Equipment: | Boeing 757 Passenger |
| Seat: | 37D( Non smoking) Confirmed - FLETCHER/LEAH |
| Remarks: | BEST AVAILABLE SEAT ASSIGNED AT THIS TIME-WILL CONTINUE TO MONITOR |

We

We

### HOTEL - Monday, April 19 2010

**Marriott Atlanta Downtown**

4/26/2010

| | |
|---|---|
| Address: | 160 Spring Street NW Atlanta, GA 30303 United States |
| Tel | +1 (404) 688-8600          Fax          +1 (404) 524-5543 |
| Check In/Check Out: | Monday, April 19 2010 - Thursday, April 22 2010 |
| Status: | Confirmed |
| Number of Persons: | 1 |
| Number of Nights: | 3 |
| Number of Rooms: | 1 |
| Rate per night: | USD 179.95 plus taxes and/or additional fees |
| Est. Total Rate: | USD 620.83 |
| Guaranteed: | Yes |
| Confirmation: | 90560349 |
| Remarks: | CANCELLATION POLICY IS BY 6PM HOTEL TIME THE DAY OF ARRIVAL TO AVOID BILLING REQUESTED KING NON SMOKING ROOM |

## AIR - Thursday, April 22 2010
### Delta Air Lines  Flight DL 1794  Economy Class

| | | |
|---|---|---|
| Depart: | Hartsfield-Jackson ATL, S - Terminal South Atlanta, Georgia, United States 07:40 PM Thursday, April 22 2010 | Weather |
| Arrive: | La Guardia, Terminal DL - Delta Air Lines New York, New York, United States 10:07 PM Thursday, April 22 2010 | Weather |
| Duration: | 2 hour(s) and 27 minute(s) non-stop | |
| Status: | Confirmed - Delta Air Lines Booking Reference: CW15TQ | |
| Meal: | Refreshments for Purchase | |
| Equipment: | Boeing 757 Passenger | |
| Seat: | 33D( Non smoking) Confirmed - FLETCHER/LEAH | |
| Remarks: | BEST AVAILABLE SEAT ASSIGNED AT THIS TIME-WILL CONTINUE TO MONITOR | |

### Remarks
**..FOR TRAVEL ASSISTANCE FROM OUTSIDE THE USA..**
**CALL COLLECT 402-399-4667**
CHECKED BAGGAGE POLICIES VARY BY AIRLINE
FEES MAY APPLY-FOR DETAILS GO TO WWW.TANDT.COM/BAGGAGE
TRAVEL AND TRANSPORT WORKS AS AN AGENT OF THE SUPPLIER
MONIES THAT YOU PAY TO TRAVEL AND TRANSPORT FOR A TRAVEL
SUPPLIER BOOKING IMMEDIATELY BECOME THE PROPERTY OF THAT
SUPPLIER AND TRAVEL AND TRANSPORT CANNOT REFUND YOUR
MONEY WITHOUT RECEIVING PRIOR AUTHORIZATION FROM THE
SUPPLIER OR THE BANKRUPTCY COURT IF APPLICABLE TO DO SO.
THANK YOU FOR YOUR BUSINESS......DERWIN
TICKET MAY BE NON-REFUNDABLE AND CHANGE FEES MAY APPLY
CANCEL PRIOR TO FLIGHT OR TICKET MAY HAVE NO VALUE
ELECTRONIC TICKET CONFIRMATION FOR DELTA AIRLINES-***CW15TQ***

For any comments or concerns regarding your travel experience, please email Deanna Snapp, Travel and Events Manager, at dsnapp@mofo.com.

4/26/2010

## Abdullah, Atiya

**From:** MOFO@TANDT.COM
**Sent:** Thursday, April 08, 2010 3:51 PM
**To:** Fletcher, Leah C.; Abdullah, Atiya
**Subject:** TRAVEL INVOICE FROM TRAVEL AND TRANSPORT - NAME: FLETCHER/LEAH - C/M #68002/0000001 - TRV DATE: 20APR - ID: MHK2KK

### Travel and Transport, Inc.
### Use this einvoice as your receipt for reimbursement.

For the most up-to-date information on your travel itinerary, go to www.viewtrip.com. Your reservation num is MHK2KK.
For up-to-date information on luggage fees assessed by the airlines, please click here.
To check in for your domestic flight, please click here.

Morrison & Foerster Travel Office is open Monday-Friday, 9:00am-9:00pm Eastern Time, 6:00am-6:00pm Pacific Time. Phone: 800-955-0597 or email: mofo@tandt.com
Emergency services available outside normal business hours: 800-955-0597.

Invoice
### Total Invoice Amount: $137.00

EXCHANGE TRANSACTION WITH ADDITIONAL COLLECTION:

Electronic Ticket Number: 0067842686384
Ticket Amount: $279.40
Transaction Fee Number: 8900516121887
Transaction Fee Amount: $7.00

EXCHANGE INFORMATION:
Orig. ELECTRONIC Ticket Number: 0067842686188
Orig. Ticket Issue Date: 06APR10
Orig. Ticket Amount: $299.40
Orig. Form of Payment: VI************2982

Airline Exchange Fee: $150.00

AMOUNT DUE (including exchange fees): $130.00

Form of Payment: VI************2982

This ticket information applies to the following flight(s):

DELTA AIR LINES flight 1793 from New York to Atlanta on April 20
DELTA AIR LINES flight 1794 from Atlanta to New York on April 22

**Travel Summary - Record MHK2KK**

Traveler: FLETCHER/LEAH    Reference #: MF173773-MF01110    Frequent Flyer #

| Date | From/To | Flight/Vendor | Depart/Arrive | Class/Type |
|---|---|---|---|---|
| 04/20/2010 | LGA-ATL | DL 1793 | 06:00 PM/08:40 PM | Economy |
| 04/20/2010 | ATL | HTL-Marriott Atlanta Downtown | 04/20-04/22 | |
| 04/22/2010 | ATL-LGA | DL 1794 | 07:40 PM/10:07 PM | Economy |

**AIR - Tuesday, April 20 2010**
Delta Air Lines Flight DL 1793 Economy Class
**Depart:** La Guardia, Terminal DL - Delta Air Lines
New York, New York, United States
06:00 PM Tuesday, April 20 2010
**Arrive:** Hartsfield-Jackson ATL, S - Terminal South

We

We

4/26/2010

Atlanta, Georgia, United States
08:40 PM Tuesday, April 20 2010

| | |
|---|---|
| Duration: | 2 hour(s) and 40 minute(s) non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: CW15TQ |
| Meal: | Refreshments for Purchase |
| Equipment: | Boeing 757 Passenger |
| Seat: | 29C( Non smoking) Confirmed - FLETCHER/LEAH |
| Remarks: | BEST AVAILABLE SEAT ASSIGNED AT THIS TIME-WILL CONTINUE TO MONITOR |

## HOTEL - Tuesday, April 20 2010
**Marriott Atlanta Downtown**

| | |
|---|---|
| Address: | 160 Spring Street NW Atlanta, GA 30303 United States |
| Tel | +1 (404) 688-8600          Fax        +1 (404) 524-5543 |
| Check In/Check Out: | Tuesday, April 20 2010 - Thursday, April 22 2010 |
| Status: | Confirmed |
| Number of Persons: | 1 |
| Number of Nights: | 2 |
| Number of Rooms: | 1 |
| Rate per night: | USD 179.95 plus taxes and/or additional fees |
| Est. Total Rate: | USD 413.88 |
| Guaranteed: | Yes |
| Confirmation: | 90560349 |
| Remarks: | CANCELLATION POLICY IS BY 6PM HOTEL TIME THE DAY OF ARRIVAL TO AVOID BILLING REQUESTED KING NON SMOKING ROOM |

## AIR - Thursday, April 22 2010
**Delta Air Lines  Flight DL 1794  Economy Class**

| | | |
|---|---|---|
| Depart: | Hartsfield-Jackson ATL, S - Terminal South | Weather |
| | Atlanta, Georgia, United States | |
| | 07:40 PM Thursday, April 22 2010 | |
| Arrive: | La Guardia, Terminal DL - Delta Air Lines | Weather |
| | New York, New York, United States | |
| | 10:07 PM Thursday, April 22 2010 | |
| Duration: | 2 hour(s) and 27 minute(s) non-stop | |
| Status: | Confirmed - Delta Air Lines Booking Reference: CW15TQ | |
| Meal: | Refreshments for Purchase | |
| Equipment: | Boeing 757 Passenger | |
| Seat: | 33D( Non smoking) Confirmed - FLETCHER/LEAH | |
| Remarks: | BEST AVAILABLE SEAT ASSIGNED AT THIS TIME-WILL CONTINUE TO MONITOR | |

## Remarks
**..FOR TRAVEL ASSISTANCE FROM OUTSIDE THE USA..**
**CALL COLLECT 402-399-4667**
CHECKED BAGGAGE POLICIES VARY BY AIRLINE
FEES MAY APPLY-FOR DETAILS GO TO WWW.TANDT.COM/BAGGAGE
TRAVEL AND TRANSPORT WORKS AS AN AGENT OF THE SUPPLIER
MONIES THAT YOU PAY TO TRAVEL AND TRANSPORT FOR A TRAVEL
SUPPLIER BOOKING IMMEDIATELY BECOME THE PROPERTY OF THAT
SUPPLIER AND TRAVEL AND TRANSPORT CANNOT REFUND YOUR
MONEY WITHOUT RECEIVING PRIOR AUTHORIZATION FROM THE
SUPPLIER OR THE BANKRUPTCY COURT IF APPLICABLE TO DO SO.
THANK YOU FOR YOUR BUSINESS......DERWIN
TICKET MAY BE NON-REFUNDABLE AND CHANGE FEES MAY APPLY
CANCEL PRIOR TO FLIGHT OR TICKET MAY HAVE NO VALUE
ELECTRONIC TICKET CONFIRMATION FOR DELTA AIRLINES-***CW15TQ***

For any comments or concerns regarding your travel experience, please email Deanna Snapp, Travel and Events Manager, at dsnapp@mofo.com.

4/26/2010

**Abdullah, Atiya**

| | |
|---|---|
| **From:** | MOFO@TANDT.COM |
| **Sent:** | Friday, April 09, 2010.1:05 PM |
| **To:** | Fletcher, Leah C.; Abdullah, Atiya |
| **Subject:** | TRAVEL INVOICE FROM TRAVEL AND TRANSPORT - NAME: FLETCHER/LEAH - C/M #68002/0000001 - TRV DATE: 20APR - ID: MHK2KK |

# Travel and Transport, Inc.
## Use this einvoice as your receipt for reimbursement.

For the most up-to-date information on your travel itinerary, go to www.viewtrip.com. Your reservation num is MHK2KK.
For up-to-date information on luggage fees assessed by the airlines, please click here.
To check in for your domestic flight, please click here.

Morrison & Foerster Travel Office is open Monday-Friday, 9:00am-9:00pm Eastern Time, 6:00am-6:00pm Pacific Time. Phone: 800-955-0597 or email: mofo@tandt.com
Emergency services available outside normal business hours: 800-955-0597.

Invoice
**Total Invoice Amount: $449.00**

EXCHANGE TRANSACTION WITH ADDITIONAL COLLECTION.

Electronic Ticket Number: 0067842686458
Ticket Amount: $571.40
Transaction Fee Number: 8900516121911
Transaction Fee Amount: $7.00

EXCHANGE INFORMATION:
Orig. ELECTRONIC Ticket Number: 0067842686384
Orig. Ticket Issue Date: 08APR10
Orig. Ticket Amount: $279.40
Orig. Form of Payment: VI***********2982

Airline Exchange Fee: $150.00

AMOUNT DUE (including exchange fees): $442.00

Form of Payment: VI***********2982

This ticket information applies to the following flight(s):

DELTA AIR LINES flight 531 from New York to Atlanta on April 20
DELTA AIR LINES flight 1794 from Atlanta to New York on April 22

## Travel Summary - Record MHK2KK

| Traveler | | Reference # | | Frequent Flyer # |
|---|---|---|---|---|
| FLETCHER/LEAH | | MF173773-MF01110 | | |

| Date | From/To | Flight/Vendor | Depart/Arrive | Class/Type |
|---|---|---|---|---|
| 04/20/2010 | LGA-ATL | DL 531 | 06:00 AM/08:31 AM | Economy |
| 04/20/2010 | ATL | HTL-Marriott Atlanta Downtown | 04/20-04/22 | |
| 04/22/2010 | ATL-LGA | DL 1794 | 07:40 PM/10:07 PM | Economy |

## AIR - Tuesday, April 20 2010
### Delta Air Lines  Flight DL 531  Economy Class

| | | |
|---|---|---|
| **Depart:** | La Guardia, Terminal DL - Delta Air Lines New York, New York, United States 06:00 AM Tuesday, April 20 2010 | We |
| **Arrive:** | Hartsfield-Jackson ATL, S - Terminal South | We |

4/26/2010

Atlanta, Georgia, United States
08:31 AM Tuesday, April 20 2010

| | |
|---|---|
| Duration: | 2 hour(s) and 31 minute(s) non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: CW15TQ |
| Meal: | Refreshments for Purchase |
| Equipment: | Boeing 757 Passenger |
| Seat: | 30D( Non smoking) Confirmed - FLETCHER/LEAH |
| Remarks: | BEST AVAILABLE SEAT ASSIGNED AT THIS TIME-WILL CONTINUE TO MONITOR |

## HOTEL - Tuesday, April 20 2010
### Marriott Atlanta Downtown

| | |
|---|---|
| Address: | 160 Spring Street NW Atlanta, GA 30303 United States |
| Tel | +1 (404) 688-8600     Fax     +1 (404) 524-5543 |
| Check In/Check Out: | Tuesday, April 20 2010 - Thursday, April 22 2010 |
| Status: | Confirmed |
| Number of Persons: | 1 |
| Number of Nights: | 2 |
| Number of Rooms: | 1 |
| Rate per night: | USD 179.95 plus taxes and/or additional fees . |
| Est. Total Rate: | USD 413.88 |
| Guaranteed: | Yes |
| Confirmation: | 90560349 |
| Remarks: | CANCELLATION POLICY IS BY 6PM HOTEL TIME THE DAY OF ARRIVAL TO AVOID BILLING REQUESTED KING NON SMOKING ROOM |

## AIR - Thursday, April 22 2010
### Delta Air Lines  Flight DL 1794  Economy Class

| | | |
|---|---|---|
| Depart: | Hartsfield-Jackson ATL, S - Terminal South | Weather |
| | Atlanta, Georgia, United States | |
| | 07:40 PM Thursday, April 22 2010 | |
| Arrive: | La Guardia, Terminal DL - Delta Air Lines | Weather |
| | New York, New York, United States | |
| | 10:07 PM Thursday, April 22 2010 | |
| Duration: | 2 hour(s) and 27 minute(s) non-stop | |
| Status: | Confirmed - Delta Air Lines Booking Reference: CW15TQ | |
| Meal: | Refreshments for Purchase | |
| Equipment: | Boeing 757 Passenger | |
| Seat: | 33D( Non smoking) Confirmed - FLETCHER/LEAH | |
| Remarks: | BEST AVAILABLE SEAT ASSIGNED AT THIS TIME-WILL CONTINUE TO MONITOR | |

## Remarks
**..FOR TRAVEL ASSISTANCE FROM OUTSIDE THE USA..**
**CALL COLLECT 402-399-4667**
CHECKED BAGGAGE POLICIES VARY BY AIRLINE
FEES MAY APPLY-FOR DETAILS GO TO WWW.TANDT.COM/BAGGAGE
TRAVEL AND TRANSPORT WORKS AS AN AGENT OF THE SUPPLIER
MONIES THAT YOU PAY TO TRAVEL AND TRANSPORT FOR A TRAVEL
SUPPLIER BOOKING IMMEDIATELY BECOME THE PROPERTY OF THAT
SUPPLIER AND TRAVEL AND TRANSPORT CANNOT REFUND YOUR
MONEY WITHOUT RECEIVING PRIOR AUTHORIZATION FROM THE
SUPPLIER OR THE BANKRUPTCY COURT IF APPLICABLE TO DO SO.
THANK YOU FOR YOUR BUSINESS.......DERWIN
TICKET MAY BE NON-REFUNDABLE AND CHANGE FEES MAY APPLY
CANCEL PRIOR TO FLIGHT OR TICKET MAY HAVE NO VALUE
ELECTRONIC TICKET CONFIRMATION FOR DELTA AIRLINES-***CW15TQ***

For any comments or concerns regarding your travel experience, please email Deanna Snapp, Travel and Events Manager, at dsnapp@mofo.com.

4/26/2010

**Abdullah, Atiya**

| | |
|---|---|
| From: | MOFO@TANDT.COM |
| Sent: | Wednesday, April 21, 2010 8:49 PM |
| To: | Fletcher, Leah C.; Abdullah, Atiya |
| Subject: | TRAVEL INVOICE FROM TRAVEL AND TRANSPORT - NAME: FLETCHER/LEAH - C/M #68002/0000001 - TRV DATE: 23APR - ID: MHK2KK |

## Travel and Transport, Inc.
### Use this einvoice as your receipt for reimbursement.

For the most up-to-date information on your travel itinerary, go to www.viewtrip.com. Your reservation num is MHK2KK.
For up-to-date information on luggage fees assessed by the airlines, please click here.
To check in for your domestic flight, please click here.

Morrison & Foerster Travel Office is open Monday-Friday, 9:00am-9:00pm Eastern Time, 6:00am-6:00pm Pacific Time. Phone: 800-955-0597 or email: mofo@tandt.com
Emergency services available outside normal business hours: 800-955-0597.

Invoice
**Total Invoice Amount: $252.00**

EXCHANGE TRANSACTION WITH ADDITIONAL COLLECTION:

Electronic Ticket Number: 0067842687280
Ticket Amount: $666.40
Transaction Fee Number: 8900516957292
Transaction Fee Amount: $7.00

EXCHANGE INFORMATION:
Orig. ELECTRONIC Ticket Number: 0067842686458
Orig. Ticket Issue Date: 09APR10
Orig. Ticket Amount: $571.40
Orig. Form of Payment: VI************2982

Airline Exchange Fee: $150.00

AMOUNT DUE (including exchange fees): $245.00

Form of Payment: VI************2982

This ticket information applies to the following flight(s):

DELTA AIR LINES flight 1784 from Atlanta to New York on April 23

**Travel Summary - Record MHK2KK**

| Traveler | Reference # | Frequent Flyer # |
|---|---|---|
| FLETCHER/LEAH | MF173773-MF01110 | |

| Date | From/To | Flight/Vendor | Depart/Arrive | Class/Type |
|---|---|---|---|---|
| 04/23/2010 | ATL-LGA | DL 1784 | 02:40 PM/04:59 PM | Economy |

**AIR - Friday, April 23 2010**
**Delta Air Lines Flight DL 1784 Economy Class**

| | |
|---|---|
| Depart: | Hartsfield-Jackson ATL, S - Terminal South Atlanta, Georgia, United States 02:40 PM Friday, April 23 2010 |
| Arrive: | La Guardia, Terminal DL - Delta Air Lines New York, New York, United States 04:59 PM Friday, April 23 2010 |
| Duration: | 2 hour(s) and 19 minute(s) non-stop |

We

We

4/26/2010

Status:          Confirmed - Delta Air Lines Booking Reference: CW15TQ
Meal:            Refreshments for Purchase
Equipment:       Boeing 757 Passenger
Seat:            29C( Non smoking) Confirmed - FLETCHER/LEAH
Remarks:         BEST AVAILABLE SEAT ASSIGNED AT THIS TIME-WILL CONTINUE TO MONITOR

**Remarks**
**..FOR TRAVEL ASSISTANCE FROM OUTSIDE THE USA..**
**CALL COLLECT 402-399-4667**
CHECKED BAGGAGE POLICIES VARY BY AIRLINE
FEES MAY APPLY-FOR DETAILS GO TO WWW.TANDT.COM/BAGGAGE
TRAVEL AND TRANSPORT WORKS AS AN AGENT OF THE SUPPLIER
MONIES THAT YOU PAY TO TRAVEL AND TRANSPORT FOR A TRAVEL
SUPPLIER BOOKING IMMEDIATELY BECOME THE PROPERTY OF THAT
SUPPLIER AND TRAVEL AND TRANSPORT CANNOT REFUND YOUR
MONEY WITHOUT RECEIVING PRIOR AUTHORIZATION FROM THE
SUPPLIER OR THE BANKRUPTCY COURT IF APPLICABLE TO DO SO.
THANK YOU FOR YOUR BUSINESS.......DERWIN
TICKET MAY BE NON-REFUNDABLE AND CHANGE FEES MAY APPLY
CANCEL PRIOR TO FLIGHT OR TICKET MAY HAVE NO VALUE
ELECTRONIC TICKET CONFIRMATION FOR DELTA AIRLINES-***CW15TQ***

For any comments or concerns regarding your travel experience, please email Deanna Snapp, Travel and
Events Manager, at dsnapp@mofo.com.

4/26/2010



**SOUTHERN**
Food Service
Russell Federal Building

04/20/2010   000001
#5070   1:14PM SERV.0010001

CknSpinWrap        $4.19
DELI + 20 + CHIP   $1.95
MDSE ST            $6.14
TAX1               $0.49

***TOTAL           $6.63
CHARGE             $6.63
CHANGE             $0.00

FLETCHER/LEAH
VISA              02/11
#***********2982
03268C
011017007010
CHARGE             $6.63

Signature

---

Thrive
101 Marie Street
Atlanta, GA 30303
404-389-1000

Server: clynt
Table 51/1
Guests: 0

Caesar Salad        8.00
Asparagus           5.00
Soup of the Day     6.00

Subtotal           19.00
Tax                 1.52

Total              20.52

Balance Due        20.52

Thank You for Choosing THRIVE
Top 50 On AJC
Top 100 on Jezebel
Top 100 Bar and Nightlife
Magazine
www.thriveatl.com

---

04/20/2010
7:28 PM
10028

8.00
5.00
6.00

19.00
1.52

20.52

---

Thrive
101 Marietta Street
Atlanta, GA 30303
404-389-1000

Server: clynt
17:38 PM
Table 51/1

DOB: 04/20/2010
04/20/2010
1/10028

Visa
Card #XXXXXXXXXXXX2982
magnetic card present: FLETCHER LEAH
Approval: 08901C

1048592

Amount:    $ 20.52

+ Tip:     4.00

= Total:   24.52

GUEST COPY

---

HMSHOST
SBARROS
LAGUARDIA INTERNATIONAL AIRPORT

1010 DELORES

CHK 6419 APR20'10  4:49AM

1 BAGEL CRM CZ      2.49
1 ODWALLA           4.19

Subtotal            6.68
Tax                 0.59
Amt Paid            7.27
XXXXXXXXXXXXXX2    XX/XX
VISA       AO       7.27

---

# RAPID TAXI

55 Milton Avenue • Atlanta • Georgia • 30315
404-222-9888
**RECEIPT**

Date  4/20/2010

PASSENGER
PICKED UP AT  Atlanta airport

DROPPED OFF AT  downtown Mariott

CAB NO.

NO OF PASSENGERS

DRIVER'S
NAME

**Thank You**
We appreciate
your business

FARE $:

TAX $:

**TOTAL $:  $38**



**S T A R   C A B   Co.**

(404) 758-6616    2192 Campbellton Rd.
SW. s. 98, Atlanta, GA 30311

## Taxi Service Receipt

Date 4/23/10  Cab # _____

From: _downtown Marriot_

To: _Atlanta Airport_

Driver: _____

Fare, $ _____

Tips, $ _____      *Thank You!*

Total, $ 36

---

```
                HMSHOST
            AU BON PAIN BF-4
    ATLANTA HARTSFIELD INT'L AIRPORT

    15893 REDDY
    ----------------------------------
    CHK 7261 APR23'10  1:37PM
    ----------------------------------

      1 WRAP THAI CHIX          8.29
      1 BANANA                  0.99
      1 COKE BTL 20oz           1.89

        SUBTOTAL               11.17
        TAX                     0.78
        AMOUNT PAID     11.95
        XXXXXXXXXXXXXXX2        XX/XX
        VISA          AO       11.95

    ATLANTA HARTSFIELD INT'L AIRPORT
        If we did exceed your
     expectations or if we did not
      exceed your expectations, we
      would love to hear from you

        (404) 838  1026
       tim.slaney@hmshost.com
```

Your order number is 7261

**Feast**
314 E Howard Ave
Decatur, Georgia 30030

Wednesday, April 21, 2010 18:22:31
Christa _____

Card-Holder:            FLETCHER/LEAH
Card-Type:              VISA
Card-Number:            ***********2982
Auth-Code:              07889C

Amount:                 $20.28

Tip:                    4.00

Total:                  24.28
**REF#: C1101220011**

X _____
I agree to pay above total amount
according to card issuer agreement
(Merchant agreement if credit voucher).
*** GUEST COPY ***
4

---

Thank you! 谢谢! Merci!
***** DUPLICATE COPY *****
**Feast**
314 E Howard Ave
Decatur, Georgia 30030

Wednesday, April 21, 2010 18:22:31
Christa **REF#: G110122001**

Table 21                        1 Guest

1 Diet Coke              $1.95
1 Whole Trout            $12.00
1 Rst Asparagus          $5.00

                Sub Total       $18.95
                     Tax          $1.33

                   Total        $20.28

**REF#: G110122001**

Make your reservations now for a Easter
Brunch at Feast

---

**SOUTHERN**
**Foodservice**
**Russell Federal Building**

**04/22/2010**  000001
#6232   12:38PM SERV.0010001

Roast Beef Wrap         $4.89
Piece of Fruit          $0.85
OPEN MISC               $3.00
Chips                   $0.80
MDSE ST                 $9.54
TAX1                    $0.76

***TOTAL          $10.30
CHARGE             10.30
CHANGE              $0.00

FLETCHER/LEAH
VISA                    02/11
#***********2982
00B02C
011216604986
CHARGE            $10.30

---

Thrive
101 Marietta Street
Atlanta, GA 30303
404-389-1000

ver: Antonie
05 PM
le 51/1

se
rd #XXXXXXXXXXXX2982
gnetic card present: FLETCHER LEAH
proval: 08890C

DOB: 04/22/2010
04/22/2010
1/10033

1048593

Amount:      $ 22.68

+ Tip:       4.32

= Total:     27.00

X _____

GUEST COPY

---

Thrive
101 Marietta Street
Atlanta, GA 30303
404-389-1000

Server: Antonie                  04/22/2010
Table 51/1                        8:58 PM
Guests: 0                          10033

Pot Stickers                       8.00
Thrive Salad                      13.00

Subtotal                          21.00
Tax                                1.68

Total                             22.68

**Balance Due          22.68**

Thank You for Choosing THRIVE
Top 50 On AJC
Top 100 on Jezebel
Top 100 Bar and Nightlife
Magazine
www.thriveatl.com