## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Raytheon Aircraft Credit Corporation

RAYTHEON AIRCRAFT CREDIT CORPORATION, a corporation, having offices located at 8300 East Thorn Drive, Suite 100, Wichita, Kansas 67226 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an agreement styled as an Assignment of Claim dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to JPMORGAN CHASE BANK, N.A., with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Buyer"), all right, title and interest in and to the claims of Seller against MESA AIR GROUP, INC., et al. in the amount of $17,973,795.57, referred to in the Stipulation and Order Allowing the Claim of Raytheon Aircraft Credit Corporation entered on June 11, 2010 at docket #812 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 10-10018 (MG) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 27 day of July, 2010.

RAYTHEON AIRCRAFT CREDIT CORPORATION

WITNESS:

(Signature)

Name: Karen S. Jenkins
Title: Contracts Manager
(Print name and title of witness)

By: (Signature of authorized corporate officer)

Name: MICHAEL J. SCHEIOT
Title: PRESIDENT
Tel.: 316-676-8821

WITNESS:

(Signature)

Name: Alexander Wilk
Title: Associate
(Print name and title of witness)

JPMORGAN CHASE BANK, N.A.
By: (Signature of authorized corporate officer)
Name: David A. Martinez
Title: Authorized Signatory
Tel.:

A/73445330.3