**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| MESA AIR GROUP, INC., *et al.*, | Case No. 10-10018 (MG) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF ADJOURNMENT OF HEARING TO CONSIDER APPROVAL OF DEBTORS' PROPOSED DISCLOSURE STATEMENT WITH RESPECT TO JOINT CHAPTER 11 PLAN OF REORGANIZATION AND RELATED MATTERS

**PLEASE TAKE NOTICE** that the hearing on (a) the proposed disclosure statement (the "Disclosure Statement") relating to the Debtors' proposed joint chapter 11 plan of reorganization (the "Plan") and (b) the motion seeking approval of, among other things, the Disclosure Statement (the "Motion") filed by Mesa Air Group, Inc. and its subsidiaries that are debtors and debtors in possession in these proceedings (collectively, the "Debtors") has been adjourned as follows.

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider the Motion (the "Disclosure Statement Hearing") that was previously adjourned to November 10, 2010 at 2:00 p.m. (Prevailing Eastern Time) will be held before the Honorable Martin Glenn, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 (the "Bankruptcy Court") on **November 18, 2010 at 10:00 a.m.** (Prevailing Eastern Time) or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that the Motion, the Disclosure Statement, and the Plan are on file with the Clerk of the Bankruptcy Court and may be examined by interested parties at the Office of the Clerk between the hours of 8:30 a.m. and 5:00 p.m., Monday through Friday. These materials may also be downloaded by accessing the Bankruptcy Court's Electronic Case Filing System, which can be found on the Bankruptcy Court's official website (located at www.nysb.uscourts.gov). A login and password are required to download materials from this website and can be obtained through the PACER Service Center (located at www.pacer.psc.uscourts.gov). The Motion, the Disclosure Statement and the Plan can also be downloaded free of charge from the Debtors' case information website (located at www.dm.epiq11.com/mesa). Copies of the Disclosure Statement and the Plan may also be obtained by writing to the Debtors' claims agent, Epiq Bankruptcy Solutions, LLC, P.O. Box 5014, FDR Station, New York, NY 10150-5014, (646) 282-2400.

**PLEASE TAKE FURTHER NOTICE** that responses, objections and proposed modifications to the Disclosure Statement and/or the Motion must (a) be in writing, (b) state the

---

[1] The Debtors are: Mesa Air Group, Inc. (2351); Mesa Air New York, Inc. (3457); Mesa In-Flight, Inc. (9110); Freedom Airlines, Inc. (9364); Mesa Airlines, Inc. (4800); MPD, Inc. (7849); Ritz Hotel Management Corp. (7688); Regional Aircraft Services, Inc. (1911); Air Midwest, Inc. (6610); Mesa Air Group Airline Inventory Management, LLC (2015); Nilchii, Inc. (5531); and Patar, Inc. (1653).

name and address of the objecting or responding party and the nature of the claim or interest of such party, (c) state with particularity the basis and nature of any objection or response and include, where appropriate, proposed language to be inserted in the Disclosure Statement to resolve any such objection or response and (d) be filed, together with proof of service, with the Bankruptcy Court in accordance with the *Order Granting Motion to Approve the Implementation of Notice and Case Management Procedures* entered by this Court on January 15, 2010 and served so as to be actually received on or before **4:00 p.m. (Prevailing Eastern Time) on November 11, 2010** by (i) the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004-1408, Attn: Honorable Martin Glenn; (ii) the Office of the United States Trustee for the Southern District of New York (the "OUST"), 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andrea Schwartz, (iii) Pachulski Stang Ziehl & Jones LLP, 150 California Street, 15th Floor, San Francisco, California 94111 (Attn: Debra I. Grassgreen and John W. Lucas), and Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 36th Floor, New York, New York 10017 (Attn: Maria A. Bove), attorneys for the Debtors, (iv) Mesa Air Group, Inc., Law Department 410 N. 44th St. Suite 700, Phoenix, Arizona 85008, (Attn: Brian S. Gillman, Esq.), and (v) counsel to the Creditors' Committee, Morrison & Foerster, 1290 Avenue of the Americas, New York, New York 10104 (Attn: Brett H. Miller and Lorenzo Marinuzzi).

    **PLEASE TAKE FURTHER NOTICE** THAT IF ANY OBJECTION TO THE DISCLOSURE STATEMENT AND/OR THE MOTION IS NOT FILED AND SERVED STRICTLY AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY NOT BE HEARD AT THE DISCLOSURE STATEMENT HEARING.

    **PLEASE TAKE FURTHER NOTICE** that the Disclosure Statement Hearing may be adjourned or continued from time to time by the Debtors or the Bankruptcy Court without further notice to creditors or parties in interest other than an announcement of such adjournment at the Disclosure Statement Hearing or at a later hearing or by filing a notice on the Bankruptcy Court's docket.

Dated: October 29, 2010    PACHULSKI STANG ZIEHL & JONES LLP
    New York, New York

           By */s/ Debra Grassgreen*
              Richard M. Pachulski
              Laura Davis Jones
              Debra I. Grassgreen
              Maria A. Bove
              John W. Lucas
              780 Third Avenue, 36th Floor
              New York, NY 10017
              Telephone: 212.561.7700
              Facsimile: 212.561.777

              Attorneys for Debtors
              and Debtors in Possession