# **EXHIBIT 1**

*In re Mesa Air Group, Inc., et al.*
*Case No. 10-10018*

Exhibit 1 to
Omnibus Objection to Claims of Holders of 2010 Notes that are Duplicative of Claims Filed by the Indenture Trustee
(Objection No. 5)

| Claim to be Expunged and Disallowed | Debtor | Claimant Name and Address | Total Claim Amount | Surviving Claim | Surviving Claim Number | Surviving Claim Amount |
|---|---|---|---|---|---|---|
| Schedule F | Mesa Air Group, Inc. | **ARGENT FUNDS GROUP**<br>ATTN: JOHN LAUTERIO<br>500 W PUTNAM AVENUE<br>GREENWICH, CT 06830 | 882,562.13 | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE<br>ATTN: TIMOTHY SANDELL, VICE PRESIDENT<br>EP-MN-WSID<br>60 LIVINGSTON AVENUE<br>SAINT PAUL, MN 55107 | 650 | $18,000,936.49 |
| Schedule F | Mesa Air Group, Inc. | **BNP PARIBAS**<br>ATTN: CHRISTOPHER GALI<br>555 CROTON ROAD, 4TH FLOOR<br>KING OF PRUSSIA, PA 19406 | 4,520,156.03 | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE<br>ATTN: TIMOTHY SANDELL, VICE PRESIDENT<br>EP-MN-WSID<br>60 LIVINGSTON AVENUE<br>SAINT PAUL, MN 55107 | 650 | $18,000,936.49 |
| 1009 | Mesa Air Group, Inc. | **CBARB, A SEGREGATED ACCOUNT OF GEODE CAPITAL MASTER FUND LTD.**<br>ATTN: LISA LAMPERT, GENERAL COUNSEL<br>ONE POST OFFICE SQUARE, 28TH FLOOR<br>BOSTON, MA 02109 | 1,276,279.35 | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE<br>ATTN: TIMOTHY SANDELL, VICE PRESIDENT<br>EP-MN-WSID<br>60 LIVINGSTON AVENUE<br>SAINT PAUL, MN 55107 | 650 | $18,000,936.49 |
| 1010 | Freedom Airlines, Inc. | **CBARB, A SEGREGATED ACCOUNT OF GEODE CAPITAL MASTER FUND LTD.**<br>ATTN: LISA LAMPERT, GENERAL COUNSEL<br>ONE POST OFFICE SQUARE, 28TH FLOOR<br>BOSTON, MA 02109 | 313,281.34 | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE<br>ATTN: TIMOTHY SANDELL, VICE PRESIDENT<br>EP-MN-WSID<br>60 LIVINGSTON AVENUE<br>SAINT PAUL, MN 55107 | 645 | $18,000,936.49 |
| 1011 | Mesa In-Flight, Inc. | **CBARB, A SEGREGATED ACCOUNT OF GEODE CAPITAL MASTER FUND LTD.**<br>ATTN: LISA LAMPERT, GENERAL COUNSEL<br>ONE POST OFFICE SQUARE, 28TH FLOOR<br>BOSTON, MA 02109 | 1,276,279.35 | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE<br>ATTN: TIMOTHY SANDELL, VICE PRESIDENT<br>EP-MN-WSID<br>60 LIVINGSTON AVENUE<br>SAINT PAUL, MN 55107 | 635 | $18,000,936.49 |
| 1012 | Mesa In-Flight, Inc. | **CBARB, A SEGREGATED ACCOUNT OF GEODE CAPITAL MASTER FUND LTD.**<br>ATTN: LISA LAMPERT, GENERAL COUNSEL<br>ONE POST OFFICE SQUARE, 28TH FLOOR<br>BOSTON, MA 02109 | 313,281.34 | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE<br>ATTN: TIMOTHY SANDELL, VICE PRESIDENT<br>EP-MN-WSID<br>60 LIVINGSTON AVENUE<br>SAINT PAUL, MN 55107 | 635 | $18,000,936.49 |
| 1013 | Mesa Air Group, Inc. | **CBARB, A SEGREGATED ACCOUNT OF GEODE CAPITAL MASTER FUND LTD.**<br>ATTN: LISA LAMPERT, GENERAL COUNSEL<br>ONE POST OFFICE SQUARE, 28TH FLOOR<br>BOSTON, MA 02109 | 313,281.34 | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE<br>ATTN: TIMOTHY SANDELL, VICE PRESIDENT<br>EP-MN-WSID<br>60 LIVINGSTON AVENUE<br>SAINT PAUL, MN 55107 | 650 | $18,000,936.49 |

*In re Mesa Air Group, Inc., et al.*  
*Case No. 10-10018*

Exhibit 1 to  
Omnibus Objection to Claims of Holders of 2010 Notes that are Duplicative of Claims Filed by the Indenture Trustee  
(Objection No. 5)

| Claim to be Expunged and Disallowed | Debtor | Claimant Name and Address | Total Claim Amount | Surviving Claim | Surviving Claim Number | Surviving Claim Amount |
|---|---|---|---|---|---|---|
| 1014 | Ritz Hotel Management Corp. | **CBARB, A SEGREGATED ACCOUNT OF GEODE CAPITAL MASTER FUND LTD.**<br>ATTN: LISA LAMPERT, GENERAL COUNSEL<br>ONE POST OFFICE SQUARE, 28TH FLOOR<br>BOSTON, MA 02109 | 1,276,279.35 | **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE**<br>ATTN: TIMOTHY SANDELL, VICE PRESIDENT<br>EP-MN-WSID<br>60 LIVINGSTON AVENUE<br>SAINT PAUL, MN 55107 | 629 | $18,000,936.49 |
| 1015 | Ritz Hotel Management Corp. | **CBARB, A SEGREGATED ACCOUNT OF GEODE CAPITAL MASTER FUND LTD.**<br>ATTN: LISA LAMPERT, GENERAL COUNSEL<br>ONE POST OFFICE SQUARE, 28TH FLOOR<br>BOSTON, MA 02109 | 313,281.34 | **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE**<br>ATTN: TIMOTHY SANDELL, VICE PRESIDENT<br>EP-MN-WSID<br>60 LIVINGSTON AVENUE<br>SAINT PAUL, MN 55107 | 629 | $18,000,936.49 |
| 1016 | MPD, Inc. | **CBARB, A SEGREGATED ACCOUNT OF GEODE CAPITAL MASTER FUND LTD.**<br>ATTN: LISA LAMPERT, GENERAL COUNSEL<br>ONE POST OFFICE SQUARE, 28TH FLOOR<br>BOSTON, MA 02109 | 313,281.34 | **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE**<br>ATTN: TIMOTHY SANDELL, VICE PRESIDENT<br>EP-MN-WSID<br>60 LIVINGSTON AVENUE<br>SAINT PAUL, MN 55107 | 636 | $18,000,936.49 |
| 1017 | MPD, Inc. | **CBARB, A SEGREGATED ACCOUNT OF GEODE CAPITAL MASTER FUND LTD.**<br>ATTN: LISA LAMPERT, GENERAL COUNSEL<br>ONE POST OFFICE SQUARE, 28TH FLOOR<br>BOSTON, MA 02109 | 1,276,279.35 | **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE**<br>ATTN: TIMOTHY SANDELL, VICE PRESIDENT<br>EP-MN-WSID<br>60 LIVINGSTON AVENUE<br>SAINT PAUL, MN 55107 | 636 | $18,000,936.49 |
| 1018 | Mesa Airlines, Inc. | **CBARB, A SEGREGATED ACCOUNT OF GEODE CAPITAL MASTER FUND LTD.**<br>ATTN: LISA LAMPERT, GENERAL COUNSEL<br>ONE POST OFFICE SQUARE, 28TH FLOOR<br>BOSTON, MA 02109 | 1,276,279.35 | **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE**<br>ATTN: TIMOTHY SANDELL, VICE PRESIDENT<br>EP-MN-WSID<br>60 LIVINGSTON AVENUE<br>SAINT PAUL, MN 55107 | 640 | $18,000,936.49 |
| 1019 | Mesa Airlines, Inc. | **CBARB, A SEGREGATED ACCOUNT OF GEODE CAPITAL MASTER FUND LTD.**<br>ATTN: LISA LAMPERT, GENERAL COUNSEL<br>ONE POST OFFICE SQUARE, 28TH FLOOR<br>BOSTON, MA 02109 | 313,281.34 | **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE**<br>ATTN: TIMOTHY SANDELL, VICE PRESIDENT<br>EP-MN-WSID<br>60 LIVINGSTON AVENUE<br>SAINT PAUL, MN 55107 | 640 | $18,000,936.49 |
| 1020 | Freedom Airlines, Inc. | **CBARB, A SEGREGATED ACCOUNT OF GEODE CAPITAL MASTER FUND LTD.**<br>ATTN: LISA LAMPERT, GENERAL COUNSEL<br>ONE POST OFFICE SQUARE, 28TH FLOOR<br>BOSTON, MA 02109 | 1,276,279.35 | **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE**<br>ATTN: TIMOTHY SANDELL, VICE PRESIDENT<br>EP-MN-WSID<br>60 LIVINGSTON AVENUE<br>SAINT PAUL, MN 55107 | 645 | $18,000,936.49 |

*In re Mesa Air Group, Inc., et al.*
*Case No. 10-10018*

Exhibit 1 to
Omnibus Objection to Claims of Holders of 2010 Notes that are Duplicative of Claims Filed by the Indenture Trustee
(Objection No. 5)

| Claim to be Expunged and Disallowed | Debtor | Claimant Name and Address | Total Claim Amount | Surviving Claim | Surviving Claim Number | Surviving Claim Amount |
|---|---|---|---|---|---|---|
| 1021 | Nilchii, Inc. | **CBARB, A SEGREGATED ACCOUNT OF GEODE CAPITAL MASTER FUND LTD.** ATTN: LISA LAMPERT, GENERAL COUNSEL ONE POST OFFICE SQUARE, 28TH FLOOR BOSTON, MA 02109 | 313,281.34 | **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE** ATTN: TIMOTHY SANDELL, VICE PRESIDENT EP-MN-WSID 60 LIVINGSTON AVENUE SAINT PAUL, MN 55107 | 623 | $18,000,936.49 |
| 1022 | Air Midwest, Inc. | **CBARB, A SEGREGATED ACCOUNT OF GEODE CAPITAL MASTER FUND LTD.** ATTN: LISA LAMPERT, GENERAL COUNSEL ONE POST OFFICE SQUARE, 28TH FLOOR BOSTON, MA 02109 | 1,276,279.35 | **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE** ATTN: TIMOTHY SANDELL, VICE PRESIDENT EP-MN-WSID 60 LIVINGSTON AVENUE SAINT PAUL, MN 55107 | 624 | $18,000,936.49 |
| 1023 | Air Midwest, Inc. | **CBARB, A SEGREGATED ACCOUNT OF GEODE CAPITAL MASTER FUND LTD.** ATTN: LISA LAMPERT, GENERAL COUNSEL ONE POST OFFICE SQUARE, 28TH FLOOR BOSTON, MA 02109 | 313,281.34 | **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE** ATTN: TIMOTHY SANDELL, VICE PRESIDENT EP-MN-WSID 60 LIVINGSTON AVENUE SAINT PAUL, MN 55107 | 624 | $18,000,936.49 |
| 1024 | Regional Aircraft Services, Inc. | **CBARB, A SEGREGATED ACCOUNT OF GEODE CAPITAL MASTER FUND LTD.** ATTN: LISA LAMPERT, GENERAL COUNSEL ONE POST OFFICE SQUARE, 28TH FLOOR BOSTON, MA 02109 | 313,281.34 | **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE** ATTN: TIMOTHY SANDELL, VICE PRESIDENT EP-MN-WSID 60 LIVINGSTON AVENUE SAINT PAUL, MN 55107 | 632 | $18,000,936.49 |
| 1025 | Regional Aircraft Services, Inc. | **CBARB, A SEGREGATED ACCOUNT OF GEODE CAPITAL MASTER FUND LTD.** ATTN: LISA LAMPERT, GENERAL COUNSEL ONE POST OFFICE SQUARE, 28TH FLOOR BOSTON, MA 02109 | 1,276,279.35 | **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE** ATTN: TIMOTHY SANDELL, VICE PRESIDENT EP-MN-WSID 60 LIVINGSTON AVENUE SAINT PAUL, MN 55107 | 632 | $18,000,936.49 |
| 1026 | Mesa Air Group - Airline Inventory Management, LLC | **CBARB, A SEGREGATED ACCOUNT OF GEODE CAPITAL MASTER FUND LTD.** ATTN: LISA LAMPERT, GENERAL COUNSEL ONE POST OFFICE SQUARE, 28TH FLOOR BOSTON, MA 02109 | 313,281.34 | **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE** ATTN: TIMOTHY SANDELL, VICE PRESIDENT EP-MN-WSID 60 LIVINGSTON AVENUE SAINT PAUL, MN 55107 | 653 | $18,000,936.49 |
| 1027 | Patar, Inc. | **CBARB, A SEGREGATED ACCOUNT OF GEODE CAPITAL MASTER FUND LTD.** ATTN: LISA LAMPERT, GENERAL COUNSEL ONE POST OFFICE SQUARE, 28TH FLOOR BOSTON, MA 02109 | 1,276,279.35 | **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE** ATTN: TIMOTHY SANDELL, VICE PRESIDENT EP-MN-WSID 60 LIVINGSTON AVENUE SAINT PAUL, MN 55107 | 619 | $18,000,936.49 |

*In re Mesa Air Group, Inc., et al.*  
*Case No. 10-10018*

Exhibit 1 to  
Omnibus Objection to Claims of Holders of 2010 Notes that are Duplicative of Claims Filed by the Indenture Trustee  
(Objection No. 5)

| Claim to be Expunged and Disallowed | Debtor | Claimant Name and Address | Total Claim Amount | Surviving Claim | Surviving Claim Number | Surviving Claim Amount |
|---|---|---|---|---|---|---|
| 1028 | Patar, Inc. | **CBARB, A SEGREGATED ACCOUNT OF GEODE CAPITAL MASTER FUND LTD.**<br>ATTN: LISA LAMPERT, GENERAL COUNSEL<br>ONE POST OFFICE SQUARE, 28TH FLOOR<br>BOSTON, MA 02109 | 313,281.34 | **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE**<br>ATTN: TIMOTHY SANDELL, VICE PRESIDENT<br>EP-MN-WSID<br>60 LIVINGSTON AVENUE<br>SAINT PAUL, MN 55107 | 619 | $18,000,936.49 |
| 1029 | Nilchii, Inc. | **CBARB, A SEGREGATED ACCOUNT OF GEODE CAPITAL MASTER FUND LTD.**<br>ATTN: LISA LAMPERT, GENERAL COUNSEL<br>ONE POST OFFICE SQUARE, 28TH FLOOR<br>BOSTON, MA 02109 | 1,276,279.35 | **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE**<br>ATTN: TIMOTHY SANDELL, VICE PRESIDENT<br>EP-MN-WSID<br>60 LIVINGSTON AVENUE<br>SAINT PAUL, MN 55107 | 623 | $18,000,936.49 |
| 1032 | Mesa Air Group - Airline Inventory Management, LLC | **CBARB, A SEGREGATED ACCOUNT OF GEODE CAPITAL MASTER FUND LTD.**<br>ATTN: LISA LAMPERT, GENERAL COUNSEL<br>ONE POST OFFICE SQUARE, 28TH FLOOR<br>BOSTON, MA 02109 | 1,276,279.35 | **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE**<br>ATTN: TIMOTHY SANDELL, VICE PRESIDENT<br>EP-MN-WSID<br>60 LIVINGSTON AVENUE<br>SAINT PAUL, MN 55107 | 653 | $18,000,936.49 |
| Schedule F | Mesa Air Group, Inc. | **CITI GLOBAL MARKETS**<br>ATTN: STUART NOVICK<br>390 GREENWICH STREET, 3RD FLOOR<br>NEW YORK, NY 10013 | 10,189,814.33 | **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE**<br>ATTN: TIMOTHY SANDELL, VICE PRESIDENT<br>EP-MN-WSID<br>60 LIVINGSTON AVENUE<br>SAINT PAUL, MN 55107 | 650 | $18,000,936.49 |
| 748 | Mesa Air Group, Inc. | **LC CAPITAL MASTER FUND LTD**<br>ATTN: ALLAN SPEER<br>680 FIFTH AVENUE, 12TH FLOOR<br>NEW YORK, NY 10019 | 3,763,038.76 | **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE**<br>ATTN: TIMOTHY SANDELL, VICE PRESIDENT<br>EP-MN-WSID<br>60 LIVINGSTON AVENUE<br>SAINT PAUL, MN 55107 | 650 | $18,000,936.49 |
| 749 | Freedom Airlines, Inc. | **LC CAPITAL MASTER FUND LTD**<br>ATTN: ALLAN SPEER<br>680 FIFTH AVENUE, 12TH FLOOR<br>NEW YORK, NY 10019 | 3,763,038.76 | **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE**<br>ATTN: TIMOTHY SANDELL, VICE PRESIDENT<br>EP-MN-WSID<br>60 LIVINGSTON AVENUE<br>SAINT PAUL, MN 55107 | 645 | $18,000,936.49 |
| 750 | Mesa Airlines, Inc. | **LC CAPITAL MASTER FUND LTD**<br>ATTN: ALLAN SPEER<br>680 FIFTH AVENUE, 12TH FLOOR<br>NEW YORK, NY 10019 | 3,763,038.76 | **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE**<br>ATTN: TIMOTHY SANDELL, VICE PRESIDENT<br>EP-MN-WSID<br>60 LIVINGSTON AVENUE<br>SAINT PAUL, MN 55107 | 640 | $18,000,936.49 |
| 751 | MPD, Inc. | **LC CAPITAL MASTER FUND LTD**<br>ATTN: ALLAN SPEER<br>680 FIFTH AVENUE, 12TH FLOOR<br>NEW YORK, NY 10019 | 3,763,038.76 | **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE**<br>ATTN: TIMOTHY SANDELL, VICE PRESIDENT<br>EP-MN-WSID<br>60 LIVINGSTON AVENUE<br>SAINT PAUL, MN 55107 | 636 | $18,000,936.49 |

*In re Mesa Air Group, Inc., et al.*
*Case No. 10-10018*

Exhibit 1 to
Omnibus Objection to Claims of Holders of 2010 Notes that are Duplicative of Claims Filed by the Indenture Trustee
(Objection No. 5)

| Claim to be Expunged and Disallowed | Debtor | Claimant Name and Address | Total Claim Amount | Surviving Claim | Surviving Claim Number | Surviving Claim Amount |
|---|---|---|---|---|---|---|
| 752 | Regional Aircraft Services, Inc. | **LC CAPITAL MASTER FUND LTD**<br>ATTN: ALLAN SPEER<br>680 FIFTH AVENUE, 12TH FLOOR<br>NEW YORK, NY 10019 | 3,763,038.76 | **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE**<br>ATTN: TIMOTHY SANDELL, VICE PRESIDENT EP-MN-WSID<br>60 LIVINGSTON AVENUE<br>SAINT PAUL, MN 55107 | 632 | $18,000,936.49 |
| 753 | Mesa Air Gorup - Airline Inventory Management, LLC | **LC CAPITAL MASTER FUND LTD**<br>ATTN: ALLAN SPEER<br>680 FIFTH AVENUE, 12TH FLOOR<br>NEW YORK, NY 10019 | 3,763,038.76 | **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE**<br>ATTN: TIMOTHY SANDELL, VICE PRESIDENT EP-MN-WSID<br>60 LIVINGSTON AVENUE<br>SAINT PAUL, MN 55107 | 653 | $18,000,936.49 |
| 754 | Ritz Hotel Management Corp. | **LC CAPITAL MASTER FUND LTD**<br>ATTN: ALLAN SPEER<br>680 FIFTH AVENUE, 12TH FLOOR<br>NEW YORK, NY 10019 | 3,763,038.76 | **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE**<br>ATTN: TIMOTHY SANDELL, VICE PRESIDENT EP-MN-WSID<br>60 LIVINGSTON AVENUE<br>SAINT PAUL, MN 55107 | 629 | $18,000,936.49 |
| 755 | Patar, Inc. | **LC CAPITAL MASTER FUND LTD**<br>ATTN: ALLAN SPEER<br>680 FIFTH AVENUE, 12TH FLOOR<br>NEW YORK, NY 10019 | 3,763,038.76 | **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE**<br>ATTN: TIMOTHY SANDELL, VICE PRESIDENT EP-MN-WSID<br>60 LIVINGSTON AVENUE<br>SAINT PAUL, MN 55107 | 619 | $18,000,936.49 |
| 756 | Air Midwest, Inc. | **LC CAPITAL MASTER FUND LTD**<br>ATTN: ALLAN SPEER<br>680 FIFTH AVENUE, 12TH FLOOR<br>NEW YORK, NY 10019 | 3,763,038.76 | **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE**<br>ATTN: TIMOTHY SANDELL, VICE PRESIDENT EP-MN-WSID<br>60 LIVINGSTON AVENUE<br>SAINT PAUL, MN 55107 | 624 | $18,000,936.49 |
| 757 | Mesa In-Flight, Inc. | **LC CAPITAL MASTER FUND LTD**<br>ATTN: ALLAN SPEER<br>680 FIFTH AVENUE, 12TH FLOOR<br>NEW YORK, NY 10019 | 3,763,038.76 | **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE**<br>ATTN: TIMOTHY SANDELL, VICE PRESIDENT EP-MN-WSID<br>60 LIVINGSTON AVENUE<br>SAINT PAUL, MN 55107 | 635 | $18,000,936.49 |
| 758 | Nilchii, Inc. | **LC CAPITAL MASTER FUND LTD**<br>ATTN: ALLAN SPEER<br>680 FIFTH AVENUE, 12TH FLOOR<br>NEW YORK, NY 10019 | 3,763,038.76 | **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE**<br>ATTN: TIMOTHY SANDELL, VICE PRESIDENT EP-MN-WSID<br>60 LIVINGSTON AVENUE<br>SAINT PAUL, MN 55107 | 623 | $18,000,936.49 |