CALDWELL PADISH & WELLS
7333 E. Doubletree Ranch Road, Suite 255
Scottsdale, Arizona 85258
Telephone: (480) 264-7470
Facsimile: (480) 307-6763
Barbara Lee Caldwell – 003246
Email: bcaldwell@cpwlayers.com

Attorneys for Maricopa County



**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re:<br><br>MESA AIR GROUP, INC. *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 1:10-bk-10018-MG<br><br>**OBJECTION TO AMENDED JOINT PLAN OF REORGANIZATION OF MESA AIR GROUP, INC. AND AFFILIATED DEBTORS UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**<br>[Docket No. 1198] |

Maricopa County, a secured tax lien creditor, by and through its undersigned counsel, hereby objects to confirmation of the *Amended Joint Plan of Reorganization of Mesa Air Group, Inc. and Affiliated Debtors under Chapter 11 of the Bankruptcy Code* (the "Plan").

## FACTS

Maricopa County filed an Amended Proof of Claim, #1419 with the Claims Agent on September 22, 2010 in the amount of $71,143.13 representing 2009 and 2010 personal property taxes on parcel 948-98-394 having a situs address of 3939 E. Airlane Dr., Phoenix, Arizona. Interest accrues on the afore-mentioned secured tax claims at

the statutory rate of 16% per annum until paid in full, if not timely paid. See 11 U.S.C. § 511 and A.R.S. § 42-18053.

Maricopa County filed an Amended Proof of Claim, #1425 with the Claims Agent on September 27, 2010 in the amount of $134,632.31 representing 2009 and 2010 personal property taxes on several tax parcels. Interest accrues on the afore-mentioned secured tax claims at the statutory rate of 16% per annum until paid in full, if not timely paid. See 11 U.S.C. § 511 and A.R.S. § 42-18053.

Maricopa County filed a Proof of Claim on February 12, 2010 in the amount of $14,932.61 representing the second half of the 2009 real property taxes and the 2010 unliquidated real property taxes on Debtors' property identified as the Del Rio Hotel property. The second half of the 2009 taxes has been paid in full. Debtors abandoned their interest in the Del Rio Hotel property on June 11, 2010.

## OBJECTIONS TO THE PLAN

Maricopa County objects to confirmation of the Plan as it fails to clearly provide for the accrual of interest from the Petition Date at the statutory rate of 16% per annum on Maricopa County's secured tax claims. Arizona law grants Maricopa County valid liens on Debtors' real and personal property that are "prior and superior to all other liens and encumbrances on the property." See A.R.S. § 42-17153. The 2009 and 2010 property taxes were incurred by Debtors pre-petition with 2009 incurred on January 1, 2009 and 2010 incurred on January 1, 2010. Maricopa County is entitled to interest on its secured tax claims from the Petition Date pursuant to 11 U.S.C. § 506(b). Interest accrues on the afore-mentioned secured tax claims from the Petition Date through the Effective Date and from the Effective Date through the date of payment in full at the applicable statutory rate of 16% per annum. See 11 U.S.C. § 511 and A.R.S. § 42-18053. In addition, the Plan provides the following "Debtors may elect in their sole

discretion to pay any or all such Claims at any time, without premium or additional penalty, if any, in which case the payment shall not include interest if paid on the Effective Date." Maricopa County objects to any treatment that does not provide for the accrual of interest from the Petition Date at the statutory rate of 16% per annum on its secured tax claims if said taxes are not timely paid pursuant to State law.

Further, Maricopa County objects to receiving deferred cash payments if said payments do not pay the secured tax claims in full within 5 years of the Petition Date. The Plan does not specify that all deferred cash payments will be completed no later than 5 years from the Petition Date in accordance with 11 U.S.C. § 1129(a)(9)(C).

Maricopa County proposes the following treatment of its Secured Tax Claims:

> Maricopa County's pre-petition secured tax claims for tax years 2009 and 2010 shall be paid in regular installment payments in accordance with Bankruptcy Code §§ 1129(a)(9)(C) and (D), over a period ending not later than 5 years from the Petition Date with interest paid at the statutory rate of 16% per annum, together with accrued and accruing post-petition interest until the claim is paid in full. Maricopa County shall retain its liens for unpaid 2009 and 2010 taxes until such time as the taxes and any related interest is paid in full. Real and personal property taxes incurred post-petition shall be paid in the ordinary course of Debtors' business with interest accruing at the statutory rate if not timely paid, and Maricopa County is not required to file requests for payment of administrative expenses related to the payment of post-petition taxes per 11 U.S.C. 503 § (b)(1)(D).

### CONCLUSION

Based on the foregoing, Maricopa County respectfully requests that the Court deny confirmation of the Plan unless Debtors further amend the Plan to specifically provide that Maricopa County's secured tax claims will be paid in full, with interest

///

accruing from the Petition Date at the statutory rate of 16% per annum, over a period ending not later than 5 years from the Petition Date in accordance with 11 U.S.C. §§ 1129(a)(9)(C) and 1129(a)(9)(D).

RESPECTFULLY SUBMITTED this 9th day of November, 2010.

CALDWELL PADISH & WELLS

BY: /s/ Barbara Lee Caldwell
BARBARA LEE CALDWELL
Attorney for Maricopa County

ORIGINAL of the foregoing E-FILED
This 9th day of November, 2010 with:

Clerk, United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Copies of the foregoing MAILED or ELECTRONICALLY mailed
this 9th day of November, 2010 to:

Debra Grassgreen
Pachulski Stang Ziehl & Jones, LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Email: dgrassgreen@pszjlaw.com
Counsel for Debtors

Laura Davis Jones
Pachulski, Stang, Ziehl & Jones, LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19899
Email: ljones@pszjlaw.com
Counsel for Debtors

Maria A. Bove
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, NY 10017-2024
Email: mbove@pszjlaw.com
Counsel for Debtors

| | |
|---|---|
| 1 | Robert J. Feinstein |
| | Pachulski Stang Ziehl & Jones LLP |
| 2 | 780 Third Avenue, 36th Floor |
| | New York, NY 10017-2024 |
| 3 | Email: rfeinstein@pszyj.com |
| | Counsel for Debtors |
| 4 | |
| | Ross Barr |
| 5 | Jones Day |
| | 222 E. 41st Street |
| | New York, NY 10017 |
| 6 | Email: rsbarr@jonesday.com |
| | Counsel for Debtors |
| 7 | |
| | Office of the United States Trustee |
| 8 | for the Southern District of New York |
| | Attn: Andrea Schwartz, Esq. |
| 9 | 33 Whitehall Street, 21st Floor |
| | New York, NY 10004 |
| 10 | /s/ Lisa Rustenburg |