PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: 212-561-7700
Facsimile: 212-561-7777
Richard M. Pachulski
Laura Davis Jones
Debra I. Grassgreen
Maria A. Bove
John W. Lucas

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>    MESA AIR GROUP, INC., *et al.*,<br><br>                              Debtors.[1] | Chapter 11<br><br>Case No. 10-10018 (MG)<br><br>(Jointly Administered) |

**NOTICE OF FILING OF: (I) BLACKLINED PROPOSED SECOND AMENDED PLAN; (II) BLACKLINED PROPOSED SECOND AMENDED DISCLOSURE STATEMENT; AND (III) SUMMARY CHART OF PROPOSED REVISIONS**

**PLEASE TAKE NOTICE** that Mesa Air Group, Inc. ("Mesa") and certain of its direct and indirect subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") hereby attach as **Exhibit A** a blackline of the proposed *Second Amended Joint Plan of Reorganization of Mesa Air Group, Inc. and Affiliated Debtors Under Chapter 11 of the Bankruptcy Code* (the "Proposed Second Amended Plan") reflecting proposed changes to the *Amended Joint Plan of Reorganization of Mesa Air Group, Inc. and*

---

[1] The Debtors are: Mesa Air Group, Inc. (2351); Mesa Air New York, Inc. (3457); Mesa In-Flight, Inc. (9110); Freedom Airlines, Inc. (9364); Mesa Airlines, Inc. (4800); MPD, Inc. (7849); Ritz Hotel Management Corp. (7688); Regional Aircraft Services, Inc. (1911); Air Midwest, Inc. (6610); Mesa Air Group Airline Inventory Management, LLC (2015); Nilchii, Inc. (5531); and Patar, Inc. (1653).

1

*Affiliated Debtors Under Chapter 11 of the Bankruptcy Code* [Docket No. 1198] filed on November 4, 2010.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby attach as **Exhibit B** a blackline of the proposed *Disclosure Statement in Support of the Second Amended Joint Plan of Reorganization of Mesa Air Group, Inc. and Affiliated Debtors Under Chapter 11 of the Bankruptcy Code* (the "Proposed Second Amended Disclosure Statement")[2] reflecting proposed changes made to the *Disclosure Statement in Support of Amended Joint Plan of Reorganization of Mesa Air Group, Inc. and Affiliated Debtors Under Chapter 11 of the Bankruptcy Code* [Docket No. 1199] filed on November 4, 2010.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby attach as **Exhibit C** a summary chart setting forth the proposed cumulative changes made to the *Joint Plan of Reorganization of Mesa Air Group, Inc. and Affiliated Debtors Under Chapter 11 of the Bankruptcy Code* [Docket No. 1058] and *Disclosure Statement in Support of Amended Joint Plan of Reorganization of Mesa Air Group, Inc. and Affiliated Debtors Under Chapter 11 of the Bankruptcy Code* [Docket No. 1059] filed on September 17, 2010, as reflected in the Proposed Second Amended Plan and Proposed Second Amended Disclosure Statement.

---

[2] As of the filing hereof, the changes set forth in Exhibit A and Exhibit B are being reviewed by US Airways, Inc. and the Official Committee of Unsecured Creditors.

Dated: November 17, 2010
New York, New York

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Debra I. Grassgreen*
Richard M. Pachulski
Laura Davis Jones
Debra I. Grassgreen
Maria A. Bove
John W. Lucas

780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

Attorneys for Debtors and Debtors in Possession

3