**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| MESA AIR GROUP, INC., *et al.*, | Case No. 10-10018 (MG) |
| Debtors.[1] | (Jointly Administered) |

**ORDER SHORTENING TIME FOR HEARING ON THE
MOTION FOR AUTHORIZATION TO APPROVE THE DETERMINATION,
SETTLEMENT, AND ALLOWANCE OF CERTAIN CLAIMS OF U.S. BANK
NATIONAL ASSOCIATION, AS SECURITY TRUSTEE, FILED FOR THE
BENEFIT OF AGENCIA ESPECIAL DE FINANCIAMENTO INDUSTRIAL-FINAME**

Upon the *ex parte* motion (the "Motion to Shorten Time") of Mesa Air Group, Inc. and those of its subsidiaries that are debtors and debtors in possession herein (collectively, the "Debtors"), for an order shortening time on the motion (the "9019 Motion"),[2] pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 9019, approving and authorizing the Debtors to enter into a certain settlement agreement with Agencia Especial de Financiamento Industrial-FINAME ("FINAME"), U.S. Bank National Association, solely in its capacity as Security Trustee ("U.S. Bank"), and the Official Committee of Unsecured Creditors (the "Committee") that resolves certain administrative expense and general unsecured claims arising from the Debtors' rejection of certain aircraft leverage leases, as more fully set forth in the 9019 Motion; and upon the Declaration of John W. Lucas annexed to the Motion to Shorten Time as Exhibit A; and the Court having jurisdiction to consider the Motion to Shorten Time and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion to Shorten Time and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and

---

[1] The Debtors are: Mesa Air Group, Inc. (2351); Mesa Air New York, Inc. (3457); Mesa In-Flight, Inc. (9110); Freedom Airlines, Inc. (9364); Mesa Airlines, Inc. (4800); MPD, Inc. (7849); Ritz Hotel Management Corp. (7688); Regional Aircraft Services, Inc. (1911); Air Midwest, Inc. (6610); Mesa Air Group Airline Inventory Management, LLC (2015); Nilchi, Inc. (5531); and Patar, Inc. (1653).

[2] Unless otherwise defined herein, each capitalized term shall have the meaning ascribed to it in the Motion.

venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having determined that the relief sought in the Motion to Shorten Time is in the best interests of the Debtors, their creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Motion to Shorten Time establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Motion to Shorten Time is hereby granted to the extent provided below; and it is further

ORDERED that the hearing to consider the 9019 Motion shall be held **telephonically on February 18, 2011 at 5:00 p.m.** prevailing Eastern Time, before the Honorable Martin Glenn, United States Bankruptcy Judge, in Courtroom 501 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York; and it is further

ORDERED that the Debtors are directed to arrange for dial-in number for the telephonic hearing and circulate such number to the Court, counsel to the Committee, the United States Trustee, and other interested parties to the 9019 Motion; and it is further

ORDERED that service of the 9019 Motion and this Order by hand delivery, overnight mail, electronic mail, or facsimile, where such contact information is available, upon: (i) the United States Trustee; (ii) counsel for the Committee; and (iii) parties in interest listed on the Master Service List (as defined in the Court's Order establishing notice procedures and a master service list, entered January 15, 2010) will be good and sufficient notice; and it is further

ORDERED that any objections to the 9019 Motion shall be filed and served so that they are received no later than the time and date of the hearing scheduled by the Court upon: (i) attorneys for the Debtors; (ii) the United States Trustee; (iii) counsel for the Committee, and

(iv) counsel to FINAME, with a courtesy copy delivered to the chambers of the Honorable Martin Glenn, United States Bankruptcy Judge.

Dated: February 16, 2011
      New York, New York

                                                       /s/Martin Glenn
                                           UNITED STATES BANKRUPTCY JUDGE