UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
| --- | --- |
| MESA AIR GROUP, INC., *et al.*, | Case No. 10-10018 (MG) |
| Reorganized Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

State of California      )
County of San Francisco  )

Oliver Carpio, being duly sworn, deposes and says:

1. I am employed by Pachulski Stang Ziehl & Jones LLP, located at 150 California Street, San Francisco, CA 94111. I am over the age of eighteen years and am not a part to the above-captioned action.

2. On August 1, 2011, I caused to be served the *CORRECTED Notice of Presentment of Stipulation and Order Between Reorganized Debtors and Aircraft Solutions ERJ-145, LLC Regarding Motion for Allowance and Payment of Administrative Expense Claims and Related Relief Pursuant to Sections 502(A), 503(B), and 507(A)(2) of the Bankruptcy Code and the Plan,* dated August 1, 2011, by causing true and correct copies to be delivered via overnight mail (Fed Ex), U.S.P.S. Express Mail, and electronic mail to those parties listed on the service list attached hereto.

Oliver Carpio

Subscribed and sworn to before me on
this 1st day of Aug, 2011 by Oliver Carpio,
proved to me on the basis of satisfactory evidence
to be the person who appeared before me.

Notary Public: Kati L. Suk
My Commission Expires: [ 1-8-15 ]

KATI L. SUK
Commission # 1916655
Notary Public - California
San Francisco County
My Comm. Expires Jan 8, 2015

---

[1] The Debtors were: Mesa Air Group, Inc. (2351); Mesa Air New York, Inc. (3457); Mesa In-Flight, Inc. (9110); Freedom Airlines, Inc. (9364); Mesa Airlines, Inc. (4800); MPD, Inc. (7849); Ritz Hotel Management Corp. (7688); Regional Aircraft Services, Inc. (1911); Air Midwest, Inc. (6610); Mesa Air Group Airline Inventory Management, LLC (2015); Nilchi, Inc. (5531); and Patar, Inc. (1653).

002 – Fed Ex
001 – U.S.P.S. Express Mail
125 – Electronic Delivery

**U.S.P.S. Express Mail**
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

**Fed Ex**
(U.S. Trustee)
United States Trustee
Andrea B. Schwartz, Esquire
33 Whitehall Street, 21st Floor
New York, NY 10004

**Fed Ex**
Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, DC 20220

**Email: christine.etheridge@ikonfin.com**
Bankruptcy Administration
IKON Financial Services
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

**Email: jsavion@ci.syracuse.ny.us**
(Counsel for the City of Syracuse)
Juanita Perez Williams, Esquire
Corporation Counsel
Jennifer E. Savion, Esquire
Assistant Corporation Counsel
300 City Hall
Syracuse, NY 13202

**Email: damon.walker@dot.gov**
Aloha Ley, Associate Director
Office of Aviation Analysis
Attn: Damon Walker, Transportation Industry Analyst
Air Carrier Fitness, X-56
US Department of Transportation
1200 New Jersey Avenue, SE
Washington, DC 20590

**Email: bleichmanklein@yahoo.com**
(Counsel for Donna & James Fuzi)
Joshua N. Bleichman, Esquire
268 Route 59 West
Spring Valley, NY 10977

**Email: chris.pappaioanou@mesa-air.com**
(General Counsel for Mesa Air Group, Inc.)
Chris Pappaioanou
Mesa Air Group, Inc.
410 N. 44th Street, Suite 100
Phoenix, AZ 85008

**Email: secbankruptcy@sec.gov**
Securities and Exchange Commission
SEC Headquarters
100 F Street, NE
Washington, DC 20549

**Email: ljones@pszjlaw.com**
(Counsel for Debtors and Debtors in Possession )
Laura Davis Jones, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899

**Email: rpachulski@pszjlaw.com**
(Counsel for Debtors and Debtors in Possession )
Richard M. Pachulski, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067-4100

**Email: dgrassgreen@pszjlaw.com;**
**jfried@pszjlaw.com;**
**jlucas@pszjlaw.com**
(Counsel for Debtors and Debtors in Possession )
Debra I. Grassgreen, Esquire
Joshua M. Fried, Esquire
John W. Lucas, Esquire
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500

**Email: mbove@pszjlaw.com;**
**jrosell@pszjlaw.com**
(Counsel for Debtors and Debtors in Possession )
Maria A. Bove, Esquire
Jason Rosell, Esquire
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, NY 10017-2024

**Email: BMiller@mofo.com;**
**LMarinuzzi@mofo.com;**
**TGoren@mofo.com**
(Counsel for the Official Committee of Unsecured Creditors)
Brett Miller, Esquire
Lorenzo Marinuzzi, Esquire
Todd Goren, Esquire
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

**Email: Michael.conway@leclairryan.com**
(Counsel for Airlines Reporting Corporation)
Michael T. Conway, Esquire
LeClairRyan, a Professional Corporation
830 Third Avenue, Fifth Floor
New York, NY 10022

**Email: erik.gustafson@leclairryan.com**
(Counsel for Airlines Reporting Corporation)
C. Erik Gustafson, Esquire
LeClairRyan, a Professional Corporation
2318 Mill Road, Suite 1100
Alexandria, VA 22314

**Email: rseltzer@cwsny.com;**
**tciantra@cwsny.com**
(Counsel for Air Line Pilots Association, International)
Richard M. Seltzer, Esquire
Thomas N. Ciantra, Esquire
Cohen, Weiss and Simon LLP
330 West 42nd Street
New York, NY 10036

**Email: john.dean@alpa.org**
John Dean, Contract Administrator
Mesa Air Group, Inc.
533 Airport Blvd., Suite 400
Burlingame, CA 94010

**Email: jbender@babc.com;**
**jhenderson@babc.com;**
**mtaylor@babc.com**
(Counsel for Fokker Services, Inc.)
Jay R. Bender, Esquire
Jennifer Harris Henderson, Esquire
Molly Taylor, Esquire
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203

**Email: bernard.diederich@dot.gov**
Bernard F. Diederich, Senior Attorney
Office of General Counsel, C-60
US Department of Transportation
1200 New Jersey Avenue, SE
Washington, DC 20590

**Email: newyork@sec.gov**
Securities and Exchange Commission
Northeast Regional Office
Attn: George S. Canellos Regional Director
3 World Financial, Suite 400
New York, NY 10281-1022

**Email: jeff.friedman@kattenlaw.com;**
**nyc.bknotices@kattenlaw.com**
(Counsel for Embraer Aircraft Maintenance Services, Inc. and Embraer-Empresa Brasileira de Aeronautica S.A.)
Jeff J. Friedman, Esquire
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022-2585

**Email: timothy.lynes@kattenlaw.com**
(Counsel for Embraer Aircraft Maintenance Services, Inc. and Embraer-Empresa Brasileira de Aeronautica S.A.)
Timothy J. Lynes, Esquire
Katten Muchin Rosenman LLP
2900 K Street NW, Suite 200
Washington, DC 20007-5118

**Email: ncolton@cozen.com;**
**escherling@cozen.com**
(Counsel for Coventry Health Care, Inc.)
Neal D. Colton, Esquire
Eric L. Scherling, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

**Email: vuocolod@gtlaw.com**
(Counsel for Bank of Hawaii)
Diane E. Vuocolo, Esquire
Greenberg Traurig, LLP
Two Commerce Square
2001 Market Street
Philadelphia, PA 19103

**Email: rsmolev@kayescholer.com;**
**philip.gross@kayescholer.com**
(Counsel for Fleet National Bank; AT&T Capital Services, Inc., f/k/a Ameritech Credit Corporation; Universal Asset Mgmt., Inc., Aircraft Solutions CRJ-200LR, LLC ; and Aircraft Solutions ERJ-145, LLC)
Richard G. Smolev, Esquire
Philip J. Gross, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022

**Email: sdabney@kslaw.com**
(Counsel for Delta Air Lines Inc.)
H. Slayton Dabney, Esquire
King & Spalding LLP
1185 Avenue of the Americas
New York, NY  10036-4003

**Email: sborders@kslaw.com;**
**hwinsberg@kslaw.com;**
(Counsel for Delta Air Lines Inc.)
Sarah R. Borders, Esquire
Harris Winsberg, Esquire
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA  30309

**Email: ebcalvo@pbfcm.com**
City of Grapevine, Grapevine-Colleyville ISD
c/o Elizabeth Banda Calvo, Esquire
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
P.O. Box 13430
Arlington, TX  76094-0430

**Email: peter.schellie@bingham.com**
(Counsel for Raytheon Aircraft Credit Corporation)
Peter  D. Schellie, Esquire
Bingham McCutchen LLP
2020 K Street, NW
Washington, DC  20006-1806

**Email: stephanie.mai@bingham.com**
(Counsel for Raytheon Aircraft Credit Corporation)
Stephanie W. Mai, Esquire
Bingham McCutchen LLP
399 Park Avenue
New York, NY  10022

**Email: mah@hangley.com; jad@hangley.com**
(Counsel for Sunoco, Inc.)
Matthew A. Hamermesh, Esquire
Joseph A. Dworetzky, Esquire
Hangley Aronchick Segal & Pudlin
One Logan Square, 27th Floor
Philadelphia, PA  19103

**Email: richard.krasnow@weil.com;**
**kelly.diblasi@weil.com**
(Counsel for GE Capital Aviation Services LLC)
Richard P. Krasnow, Esquire
Kelly DiBlasi, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

**Email: bankruptcy@goodwin.com**
(Counsel for U.S. Bank National Association)
Corrine L. Burnick, Esquire
Kathleen M. LaManna, Esquire
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT  06103-1919

**Email: rmborden@goodwin.com;**
**mpollio@goodwin.com**
(Counsel for U.S. Bank National Association Corporate Trust Services)
Robert Borden, Esquire
Marie C. Pollio, Esquire
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT  06103-1919

**Email: shgross5@yahoo.com**
(Counsel for Willis Lease Finance Corporation)
Stephen H. Gross, Esquire
35 Old Sport Hill Road
Easton, CT  06612

**Email: mgburke@sidley.com**
(Counsel for Bombardier Capital Inc. and Bombardier Services Corporation)
Michael G. Burke, Esquire
Sidley Austin LLP
787 Seventh Avenue
New York, NY  10019

**Email: neilberger@teamtogut.com;**
**mhamersky@teamtogut.com**
(Counsel for Aloha Contract Services, Inc.)
Neil Berger, Esquire
Michael D. Hamersky, Esquire
Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, NY  10119

**Email: ROrenstein@sullivanholston.com**
(Counsel for Dallas/Fort Worth International Airport Board)
Rosa R. Orenstein, Esquire
Sullivan & Holston
4131 North Central Expwy., Suite 980
Dallas, TX  75204

**Email: Edward.gurbacki@citi.com**
Citigroup Global Markets Inc.
Attn: Edward F. Gurbacki
388 Greenwich Street
New York, NY  10013

**Email: srivera@chadbourne.com;
bdye@chadbourne.com**
(Counsel for Citicorp North America, Inc.)
Seven Rivera, Esquire
Bonnie Dye, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112

**Email: RHollander@olasov.com**
(Counsel for Zions Credit Corporation)
Rachel L. Hollander, Esquire
Olasov + Hollander LLP
1325 Avenue of the Americas, 27th Floor
New York, NY  10019

**Email: trdavis@cnmlaw.com;
cmontgomery@cnmlaw.com**
(Counsel for Zions Credit Corporation)
T. Richard Davis, Esquire
Carolyn Montgomery, Esquire
Callister Nebeker & McCullough
10 East South Temple
Salt Lake City, UT  84133

**Email: anasuti@tokn.com**
(Counsel for Mansfield Oil Company)
Albert F. Nasuti, Esquire
Thompson, O'Brien, Kemp & Nasuti, P.C.
40 Technology Parkway South, Suite 300
Norcross, GA  30092

**Email: mjedelman@vedderprice.com**
(Counsel for Export Development Canada; Transamerica Aviation LLC; NIBC Bank N.V.; Rolls Royce plc; Fortis N.V.)
Michael J. Edelman, Esquire
Vedder Price P.C.
1633 Broadway, 47th Floor
New York, NY  10019

**Email: dgerber@vedderprice.com;
tpeyton@vedderprice.com**
(Counsel for Export Development Canada; Rolls Royce plc)
Dean N. Gerber, Esquire
Theresa M. Peyton, Esquire
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL  60601

**Email: rscheinberg@vedderprice.com**
(Counsel for NIBC Bank N.V.; Fortis N.V.; Transamerica Aviation LLC)
Ronald Scheinberg, Esquire
Vedder Price P.C.
1633 Broadway, 47th Floor
New York, NY  10019

**Email: gkass@vedderprice.com**
(Counsel for Transamerica Aviation LLC)
Geoffrey R. Kass, Esquire
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL  60601

**Email: Jean-David.Barnea@usdoj.gov**
(Counsel for the United States of America)
Preet Bharara, Esquire
United States Attorney, Southern District of New York
86 Chambers Street, 3rd Floor
New York, NY  10007

**Email: jonathanlevine@andrewskurth.com**
(Counsel for Compass Bank)
Jonathan I. Levine, Esquire
Andrews Kurth LLP
450 Lexington Avenue, 15th Floor
New York, NY  10017

**Email: sjerome@swlaw.com**
(Counsel for Compass Bank)
Steven D. Jerome, Esquire
Snell & Wilmer L.L.P.
One Arizona Center
400 East Van Buren
Phoenix, AZ  85004-2202

**Email: terri.roberts@pcao.pima.gov
troy.larkin@pcao.pima.gov**
(Counsel for Pima County)
Terri A. Roberts, Esquire
Troy E. Larkin, Esquire
Deputy County Attorneys
32 North Stone Avenue, Suite 2100
Tucson, AZ  85701

**Email: cshulman@sheppardmullin.com**
(Counsel for Goodrich Corporation)
Carren Shulman, Esquire
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza, Suite 2400
New York, NY  10112

**Email: beth.hansen@goodrich.com**
(Counsel for Goodrich Corporation)
Beth Hansen, Esquire
Goodrich Corporation
Four Coliseum Centre
2730 West Tyvola Road
Charlotte, NC  28217-4578

**Email: Steven.Ginther@dor.mo.gov**
Counsel for Missouri Department of Revenue)
Steven A. Ginther, Esquire
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO  65105-0475

**Email: mmilano@riddellwilliams.com**
(Counsel for Microsoft Corporation)
Maria Ann Milano, Esquire
Riddell Williams P.S.
1001 – 4th Avenue, Suite 4500
Seattle, WA  98154

**Email: wfoster@milbank.com**
**rrosenberg@milbank.com**
**crubio@milbank.com**
(Counsel for Transamerica Aviation LLC and Transamerica Finance Corporation)
Wilbur F. Foster, Jr., Esquire
Risa M. Rosenberg, Esquire
Charles M. Rubio, Esquire
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005-1413

**Email: schristianson@buchalter.com**
(Counsel for Oracle USA, Inc.)
Shawn M. Christianson, Esquire
Buchalter Nemer, A Professional Corporation
333 Market Street, 25th Floor
San Francisco, CA  94105-2126

**Email: mem@bowersharrison.com;**
GAG@bowersharrison.com
(Counsel for Integra Bank, N.A.; IBNK Leasing Corp.)
Mark E. Miller, Esquire
Greg A. Granger, Esquire
Bowers Harrison, LLP
25 N.W. Riverside Drive, 2nd Floor
P.O. Box 1287
Evansville, IN  47706-1287

**Email: eestrada@reedsmith.com;**
**clynch@reedsmith.com**
(Counsel for Wells Fargo Bank, N.A. and Wells Fargo Equipment Finance, Inc.)
Edward J. Estrada, Esquire
Christopher A. Lynch, Esquire
Reed Smith LLP
599 Lexington Avenue
New York, NY  10022

**Email: stevegruendel@mvalaw.com;**
**luislluberas@mvalaw.com**
(Counsel for Wells Fargo Bank, N.A. and Wells Fargo Equipment Finance, Inc.)
Steve Gruendel, Esquire
Luis M. Lluberas-Oliver, Esquire
Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC  28202

**Email: david.runck@fmjlaw.com**
(Counsel for Avmax International Aircraft Leasing, Inc. and NorthStar Avlease, Ltd.)
David E. Runck, Esquire
Fafinski Mark & Johnson, P.A.
400 Flagship Corporate Center
775 Prairie Center Drive
Eden Prairie, MN  55344

**Email: mpower@hahnhessen.com;**
**jorbach@hahnhessen.com**
(Counsel for Volvo Aero Services Corp.)
Mark T. Power, Esquire
Joseph Orbach, Esquire
Hahn & Hessen LLP
488 Madison Avenue, 15th Floor
New York, NY  10022

**Email: harveystrickon@paulhastings.com**
(Counsel for Engine Lease Finance Corporation)
Harvey A. Strickon, Esquire
Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, NY  10022-3205

Email: mreed@duanemorris.com
(Counsel for ACE Companies)
Margery N. Reed, Esquire
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103

Email: wmsimkulak@duanemorris.com
(Counsel for ACE Companies)
Wendy M. Simkulak, Esquire
Duane Morris LLP
1540 Broadway
New York, NY 10036

Email: bcaldwell@cpwlawyers.com
(Counsel for Maricopa County)
Barbara Lee Caldwell, Esquire
Caldwell Padish & Wells
7333 E. Doubletree Ranch Road, Suite 255
Scottsdale, AZ 85258

Email: mdubin@nycollect.com
(Counsel for Delaware North Companies Travel Hospitality Services, Inc.)
Marvin T. Dubin, Esquire
Dubin & Dubin, LLP
600 Rand Building
14 Lafayette Square
Buffalo, NY 14203

Email: schnabel.eric@dorsey.com
(Counsel for U.S. Bank National Association)
Eric Lopez Schnabel, Esquire
Dorsey & Whitney LLP
250 Park Avenue
New York, NY 10177

Email: heim.steven@dorsey.com
(Counsel for U.S. Bank National Association)
Steven J. Heim, Esquire
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498

Email: belkys.escobar@loudoun.gov
(Counsel for The County of Loudoun, Virginia)
John R. Roberts, County Attorney
Belkys Escobar, Assistant County Attorney
One Harrison Street, S.E., 5th Floor
(MSC #06)
Leesburg, VA 20175-3102

Email: sstapleton@dykema.com
(Counsel for Sabre Inc.)
Stephen C. Stapleton, Esquire
Dykema Gossett PLLC
1717 Main Street, Suite 4000
Dallas, TX 75201

Email: mesa.service@davispolk.com
(Counsel for Delta Air Lines, Inc.)
Benjamin S. Kaminetzky, Esquire
Timothy Graulich, Esquire
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

Email: tjackson@sirote.com
(Counsel for Chatham County Tax Commissioner)
Travis S. Jackson, Esquire
Sirote & Permutt, P.C.
305 Church Street, Suite 800
P.O. Box 18248
Huntsville, AL 35804

Email: bdh@h3gm.com
(Counsel for Metro Nashville Airport Authority)
Barbara D. Holmes
Harwell Howard Hyne Gabbert & Manner, P.C.
315 Deaderick Street, Suite 1800
Nashville, TN 37238

Email: edreyfuss@wendel.com
(Counsel for Port of Oakland)
Elizabeth Berke-Dreyfuss, Esquire
Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607

Email: mrquinn@co.tulare.ca.us
Tulare County Tax Collector
Attention: Melissa Quinn
221 S. Mooney Blvd., Room 104-E
Visalia, CA 93291-4593

Email: ffm@bostonbusinesslaw.com
(Counsel for Iron Mountain Information Management, Inc.)
Frank F. McGinn, Esquire
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110

**Email: jkurtzman@klehr.com**
(Counsel for Thales Avionics, Inc.)
Jeffrey Kurtzman,k Esquire
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103

**Email: AGBankNewYork@ag.tn.gov**
Tennessee Department of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
P.O. Box 202027
Nashville, TN 37202-0207

**Email: Romero@mromerolawfirm.com**
(Counsel for Monterey County, a California Taxing Authority)
Martha E. Romero, Esquire
Romero Law Firm
BMR Professional Building
6516 Bright Avenue
Whittier, CA 90601

**Email: Judith_Cohen@tax.state.ny.us**
Judith L. Cohen, Esquire
District Tax Attorney
NY State Department of Taxation & Finance
1740 Broadway, 16th Floor
New York, NY 10019

**Email: ckunz@morrisjames.com**
(Counsel for Wilmington Trust Company)
Carl N. Kunz, III, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801

**Email: famouslawyer182@aol.com**)
Luther Dickie Abel
Attorney at Law
Abel Company
408 South 4th Street
Gadsden, AL 35901

**Email: esmith@schnader.com**
(Counsel for Atlanta Department of Aviation; Allegheny County Airport Authority; Memphis-Shelby County Airport Authority)
Eric T. Smith, Esquire
Schnader Harrison Segal & Lewis LLP
Fifth Avenue Place
120 Fifth Avenue, Suite 2700
Pittsburgh, PA 15222-3001

**Email: sspitzer@schnader.com**
(Counsel for Atlanta Department of Aviation; Allegheny County Airport Authority; Memphis-Shelby County Airport Authority)
Seth E. Spitzer, Esquire
Schnader Harrison Segal & Lewis LLP
140 Broadway, Suite 3100
New York, NY 10005-1101

**Email: david.heroy@bakermckenzie.com, andrew.mcdermott@bakermckenzie.com, lawrence.vonckx@bakermckenzie.com**
(Counsel for Lampe, Conway & Co. LLC)
David F. Heroy, Esquire
Andrew P.R. McDermott, Esquire
Lawrence P. Vonckx, Esquire
Baker & McKenzie LLP
One Prudential Plaza, Suite 3500
130 East Randolph Street
Chicago, IL 60601

**E-mail: ashmead@sewkis.com**
(Counsel for BF Claims Holdings I LLC)
John R. Ashmead, Esq.
Seward & Kissel LLP
One Battery Park Plaza
New York, New York 10004

**Email: bankruptcy@goodwin.com**
(Counsel for U.S. Bank National Association, as Trustee , Creditor and Party of Interest)
Ira H. Goldman, Esq.
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103

**Email: bcaldwell@cpwlawyers.com**
(Counsel for Maricopa County)
Barbara Lee Caldwell, Esq.
Caldwell, Padish & Wells PLLC
7333 E. Doubletree Ranch Rd., Suite 255
Scottsdale, AZ 85258-2000

**Email: zshaw@slco.org**
(Counsel for Creditor - Salt Lake County Treasurer)
Zachary Shaw, Esq.
Salt Lake County – District Attorney's Office Administration
2001 South State Street, Suite 3700
Salt Lake City, Utah 84190

**Email: BethW@publicans.com**
(Counsel for Local Texas Tax Authorities' and City of Memphis)
Elizabeth Weller, Esq.
Linebarger Goggan Blair & Sampson LLP
1021 Main Suite 1500
Houston, Texas 77002

**Email: jarkin@foley.com**
(Counsel for John Wayne Airport and Phoenix Airport)
J. Gordon Arkin, Esq.
Foley & Lardner LLP
111 North Orange Avenue, Suite 1800
Orlando, FL 32801-2386

**Email: mgillespie@cmpbglaw.com**
(Counsel for the Arizona Board of Regents)
Margaret A. Gillespie, Esq.
Collins, May, Potenza, Baran & Gillespie, P.C.
Chase Tower
201 N. Central Avenue, Suite 2210
Phoenix, AZ 85004

**Email: sjerome@swlaw.com;
ahardenbrook@swlaw.com**
(Counsel for Compass Bank)
Steven D. Jerome, Esq.
Andrew V. Hardenbrook, Esq.
Snell & Wilmer LLP
One Arizona Center
400 East Van Buren Street, Suite 1900
Phoenix, AZ 85004-2202

**Email: jeremy.downs@goldbergkohn.com;
zachary.garrett@goldbergkohn.com**
(Counsel for AAR Corp.)
Jeremy M. Downs, Esq.
Zachary J. Garrett, Esq.
Goldberg Kohn
55 East Monroe Street, Suite 3300
Chicago, Illinois 60603-5792

**Email: gloomis@eckertseamans.com;
kturner@eckertseamans.com**
(Counsel for Zurich Insurance Group)
Gaston P. Loomis, II, Esq.
Karen Lee Turner Eckert, Esq.
Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801