**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| MESA AIR GROUP, INC., et al., | Case No. 10-10018 (MG) |
| Debtors.[1] | (Jointly Administered) |

**ORDER EXPUNGING AND DISALLOWING**
**CERTAIN LATE-FILED CLAIMS**
**(OMNIBUS OBJECTION NO. 11)**

Upon the *Omnibus Objection of Post-Effective Date Debtors Seeking to Expunge and Disallow Certain Late-Filed Claims (Omnibus Objection No. 11)* (the "Objection"),[2] filed by Reorganized Mesa Air Group, Inc., its affiliated Reorganized Debtors,[3] and its affiliated Liquidating Debtors[4] (collectively, the "Post-Effective Date Debtors"), the Court having reviewed the Objection and the Declaration of Patricia Jeffries attached thereto as Exhibit 2 (the "Declaration") and having heard the statements of counsel regarding the relief requested in the Objection at a hearing before the Court (the "Hearing"); the Court finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) notice of the Objection and the Hearing was sufficient under the circumstances and in full compliance with the requirements of the Bankruptcy Code, the Bankruptcy Rules and orders of this Court, and (d) the legal and factual bases set forth in the Objection, the Declaration and at the Hearing establish just cause for the relief granted herein,

---

[1] The Debtors are: Mesa Air Group, Inc. (2351); Mesa Air New York, Inc. (3457); Mesa In-Flight, Inc. (9110); Freedom Airlines, Inc. (9364), Mesa Airlines, Inc. (4800), MPD, Inc. (7849), Ritz Hotel Management Corp. (7688); Regional Aircraft Services, Inc. (1911); Air Midwest, Inc. (6610); Mesa Air Group Airline Inventory Management, LLC (2015); Nilchii, Inc. (5531); and Patar, Inc. (1653).

[2] Capitalized terms not otherwise defined herein have the meanings given to them in the Objection.

[3] The Reorganized Debtors are: Mesa Air Group, Inc., Mesa Air New York, Inc., Mesa In-Flight, Inc., Freedom Airlines, Inc., Mesa Airlines, Inc., MPD, Inc., Regional Aircraft Services, Inc., Mesa Air Group Airline Inventory Management, LLC, and Nilchii, Inc.

[4] The Liquidating Debtors are: Ritz Hotel Management Corp., Air Midwest, Inc., and Patar, Inc.

1

IT IS HEREBY ORDERED THAT:

1. Except as is set forth in paragraph 2 of this Order, the Objection is SUSTAINED and each of the claims on <u>Exhibit A</u> attached hereto is disallowed and expunged in its entirety, pursuant to section 502 of the Bankruptcy Code.

2. The hearing on the objection to Claims 1674 and 1423 of June Dalton is continued to October 27, 2011 at 10:00 a.m..

3. The Post-Effective Date Debtors and the claims and noticing agent in these chapter 11 cases, Epiq Bankruptcy Solutions, LLC, as well as the Clerk of this Court are authorized to take any and all actions that are necessary or appropriate to give effect to this Order.

4. Nothing in this Order shall be construed as, or in any way constitute a waiver of, the Post-Effective Date Debtors' right to assert any objections to any claims or proofs of claim including those identified on <u>Exhibit A</u> on any additional ground whatsoever, and all such rights are reserved and preserved.

5. The Court retains jurisdiction with to all matters arising from or related to the implementation, interpretation and enforcement of this Order.

Date: September 28, 2011
New York, New York

                                       **/s/Martin Glenn**
                                           MARTIN GLENN
                               United States Bankruptcy Judge

# **EXHIBIT A**

In re: Mesa Air Group, Inc., et al.  
Case No. 10-10018

Mesa Air Group, Inc., et al.  
Exhibit A to Order Expunging and Disallowing Certain Late-Filed Claims  
(Omnibus Objection No. 11)

| CLAIMANT NAME AND ADDRESS | CLAIM NUMBER | DEBTOR NAME | CLAIM FILED DATE | CLASS OF CLAIM | TOTAL CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| CONSUMER ADVOCACY GROUP, INC.<br>C/O LAW FIRM OF ROY PENUELA<br>4555 ELLENBORO WAY<br>WOODLAND HILLS, CA 91364-5666 | 1605 | MESA AIR GROUP, INC. | 3/11/2011 | GUC | $2,000.00 | Claim filed after the bar date (5/21/10) |
| CONSUMER ADVOCACY GROUP, INC.<br>C/O LAW FIRM OF ROY PENUELA<br>4555 ELLENBORO WAY<br>WOODLAND HILLS, CA 91364-5666 | 1616 | MESA AIR GROUP, INC. | 3/11/2011 | GUC | $2,000.00 | Claim filed after the bar date (5/21/10) |
| INN SUITES HOSPITALITY TRUST<br>ATTN: MARC E. BERG - EVP<br>1625 EAST NORTHERN AVE # 105<br>PHOENIX, AZ 85020 | 1523 | NO DEBTOR | 2/14/2011 | GUC | $21,537.36 | Claim filed after the bar date (5/21/10) |
| KHACHATOURIAN, HOVIK A<br>433 N. JACKSON ST APT 101<br>GLENDALE, CA 91206 | 1451 | MESA AIR GROUP, INC. | 10/28/2010 | GUC | $370.00 | Claim filed after the bar date (5/21/10) |
| LEE LAW FIRM<br>C/O LEE LAW FIRM<br>3700 WILSHIRE BLVD., SUITE 920<br>LOS ANGELES, CA 90010-3005 | 1606 | MESA AIR GROUP, INC. | 3/11/2011 | GUC | $1,000.00 | Claim filed after the bar date (5/21/10) |
| LEE LAW FIRM<br>C/O LEE LAW FIRM<br>3700 WILSHIRE BLVD., SUITE 920<br>LOS ANGELES, CA 90010-3005 | 1614 | MESA AIR GROUP, INC. | 3/11/2011 | GUC | $1,000.00 | Claim filed after the bar date (5/21/10) |
| NORTHLINE REBUILDERS LLC<br>2539 E MADISON ST<br>PHOENIX, AZ 85034 | 1600 | NO DEBTOR | 3/3/2011 | Priority | $2,656.14 | Claim filed after the bar date (5/21/10) |
| PALM SPRINGS AIRCRAFT MAINTENANCE<br>ROBERT SCOTT<br>145 S. GENE AUTRY TRIAL # 16<br>PALM SPRINGS, CA 92262 | 1438 | MESA AIR GROUP, INC. | 10/8/2010 | GUC | $25,774.49 | Claim filed after the bar date (5/21/10) |
| ROYA CLEANING SERVICE (DBA)<br>MOJTABA J. HOSSEINI (OWNER)<br>PO BOX 42172<br>MESA, AZ 85274 | 1670 | NO DEBTOR | 4/8/2011 | Priority | $4,575.00 | Claim filed after the bar date (5/21/10) |
| SOCIAL JET SERVICES INC<br>10402 WESTCHESTER DR<br>STANTON, CA 90680 | 1424 | MESA AIRLINES, INC. | 9/27/2010 | Secured Priority GUC | $765.00 | Claim filed after the bar date (5/21/10) |
| VERIZON<br>404 BROCK DRIVE<br>BLOOMINGTON, IL 61701 | 1417 | MESA AIR GROUP, INC. | 9/21/2010 | GUC | $518.81 | Claim filed after the bar date (5/21/10) |
| VERIZON<br>PO BOX 3037<br>BLOOMINGTON, IL 61702-3037 | 1418 | MESA AIR GROUP, INC. | 9/21/2010 | GUC | $122.40 | Claim filed after the bar date (5/21/10) |
| YEROUSHALMI & ASSOCIATES<br>9100 WILSHIRE BLVD., 610E<br>BEVERLY HILLS, CA 90212 | 1607 | MESA AIR GROUP, INC. | 3/11/2011 | GUC | $13,529.41 | Claim filed after the bar date (5/21/10) |
| YEROUSHALMI & ASSOCIATES<br>9100 WILSHIRE BLVD., 610E<br>BEVERLY HILLS, CA 90212 | 1615 | MESA AIR GROUP, INC. | 3/11/2011 | GUC | $13,529.41 | Claim filed after the bar date (5/21/10) |