UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>MESA AIR GROUP, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 10-10018 (MG)<br><br>(Jointly Administered) |

**ORDER EXPUNGING AND DISALLOWING CERTAIN AMENDED AND
SUPERSEDED CLAIMS (OMNIBUS OBJECTION NO. 12)**

This matter coming before the Court on the *Omnibus Objection of Post-Effective Date Debtors Seeking to Expunge and Disallow Certain Amended and Superseded Claims (Omnibus Objection No. 12)* (the "Objection"),[2] the Court having reviewed the Objection and the Declaration of Patricia Jeffries attached thereto as Exhibit 2 (the "Declaration") and having heard the statements of counsel regarding the relief requested in the Objection at a hearing before the Court (the "Hearing"), the Court finds that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) notice of the Objection and the Hearing was sufficient under the circumstances and in full compliance with the requirements of the Bankruptcy Code, the Bankruptcy Rules and orders of this Court, and (d) the legal and factual bases set forth in the Objection, the Declaration and at the Hearing establish just cause for the relief granted herein,

IT IS HEREBY ORDERED THAT:

    1.    The Objection is SUSTAINED in its entirety.

---

[1] The Debtors are: Mesa Air Group, Inc. (2351); Mesa Air New York, Inc. (3457); Mesa In-Flight, Inc. (9110); Freedom Airlines, Inc. (9364), Mesa Airlines, Inc. (4800), MPD, Inc. (7849), Ritz Hotel Management Corp. (7688); Regional Aircraft Services, Inc. (1911); Air Midwest, Inc. (6610); Mesa Air Group Airline Inventory Management, LLC (2015); Nilchii, Inc. (5531); and Patar, Inc. (1653).

[2] Capitalized terms not otherwise defined herein have the meanings given to them in the Objection.

1

2. Each of the claims identified as a "Claim To Be Expunged" on <u>Exhibit A</u> hereto is disallowed and expunged in its entirety, pursuant to section 502 of the Bankruptcy Code.

3. Each of the claims identified as a "Surviving Claim" on <u>Exhibit A</u> is unaffected by the relief granted herein. The Post-Effective Date Debtors retain their rights to object to the Surviving Claims on any and all available grounds.

4. The Post-Effective Date Debtors and the claims and noticing agent in these chapter 11 cases, Epiq Bankruptcy Solutions, LLC, as well as the Clerk of this Court are authorized to take any and all actions that are necessary or appropriate to give effect to this Order.

5. Nothing in this Order shall be construed as or in any way constitute a waiver of the Post-Effective Date Debtors' right to assert any objections to any claims or proofs of claim, including those identified on <u>Exhibit A</u>, on any additional ground whatsoever, and all such rights are reserved and preserved.

6. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order.

Dated: September 28, 2011
      New York, New York

                                                          /s/Martin Glenn
                                                          MARTIN GLENN
                                      United States Bankruptcy Judge

## **EXHIBIT A**

**EXHIBIT A**

In re Mesa Air Group, Inc., et al.  
Case No. 10-10018

Exhibit A to Order Expunging and Disallowing Certain Amended and Superseded Claims  
(Omnibus Objection No. 12)

| Claimant Name and Address | Claim To Be Expunged | Amount of Claim To Be Expunged | Surviving Claim | Alleged Amount of Surviving Claim | Surviving Claimant Name and Address |
|---|---|---|---|---|---|
| ARMORY MASTER FUND LTD<br>TRANSFEROR: FOKKER SERVICES, INC.<br>C/O SEAPORT GROUP LLC-SCOTT FRIEDBERG<br>360 MADISON AVENUE 22ND FLOOR<br>NEW YORK, NY 10017 | 739 | $4,191,154.69 | 1604 | $4,191,154.69 | ARMORY MASTER FUND LTD<br>TRANSFEROR: FOKKER SERVICES, INC.<br>C/O SEAPORT GROUP LLC-SCOTT FRIEDBERG<br>360 MADISON AVENUE 22ND FLOOR<br>NEW YORK, NY 10017 |
| CITY OF EL PASO<br>DAVID G. AELVOET<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>711 NAVARRO, SUITE 300<br>SAN ANTONIO, TX 78205 | 31 | $6,467.12 | 1500 | $28,429.87 | CITY OF EL PASO<br>DAVID G. AELVOET<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>711 NAVARRO, SUITE 300<br>SAN ANTONIO, TX 78205 |
| CITY OF MEMPHIS (TN)<br>ELIZABETH WELLER<br>LINEBARGER GOGGANBLAIR & SAMPSON, LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 | 35 | $238,508.43 | 1492 | $154,733.31 | CITY OF MEMPHIS (TN)<br>ELIZABETH WELLER<br>LINEBARGER GOGGANBLAIR & SAMPSON, LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 |
| CLARKE COUNTY TAX COMMISSIONER<br>P.O. BOX 1768<br>ATHENS, GA 30603 | 1317 | $23,838.12 | 1678 | $24,053.40 | CLARKE COUNTY TAX COMMISSIONER<br>P.O. BOX 1768<br>ATHENS, GA 30603 |
| FEDERAL AVIATION ADMINISTRATION<br>ATTN: ANNJENET CHENNAULT, ASW-7E4<br>2601 MEACHAM BLVD.<br>FORT WORTH, TX 76137 | 1370 | $424,998.00 | 1505 | $194,998.00 | FEDERAL AVIATION ADMINISTRATION<br>ATTN: ANNJENET CHENNAULT<br>2601 MEACHAM BLVD.<br>FORT WORTH, TX 76137 |
| FEDERAL AVIATION ADMINISTRATION<br>ATTN: ANNJENET CHENNAULT, ASW-7E4<br>2601 MEACHAM BLVD.<br>FORT WORTH, TX 76137 | 1371 | $2,274,999.00 | 1506 | $1,903,499.00 | FEDERAL AVIATION ADMINISTRATION<br>ATTN: ANNJENET CHENNAULT<br>2601 MEACHAM BLVD.<br>FORT WORTH, TX 76137 |
| GENERAL ELECTRIC CAPITAL CORP<br>1010 THOMAS EDISON BLVD SW<br>CEDAR RAPIDS, IA 52404 | 164 | $4,509.60 | 1601 | $1,250.04 | NMHG FINANCIAL SERVICES<br>GE CAPITAL<br>1010 THOMAS EDISON BLVD SW<br>CEDAR RAPIDS, IA 52404 |
| GOODRICH CORPORATION<br>ATTN: BETH E. HANSEN, ESQ.<br>FOUR COILSEUM CENTRE<br>2730 WEST TYVOLA ROAD<br>CHARLOTTE, NC 28217-4578 | 1448 | $376,541.47 | 1661 | $3,781,803.29 | GOODRICH CORPORATION<br>ATTN: BETH E. HANSEN, ESQ.<br>FOUR COILSEUM CENTRE<br>2730 WEST TYVOLA ROAD<br>CHARLOTTE, NC 28217-4578 |
| HARRIS COUNTY, ET AL<br>JOHN P. DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>P.O. BOX 3064<br>HOUSTON, TX 77253-3064 | 58 | $2,014.36 | 1502 | $915.62 | HARRIS COUNTY, ET AL<br>JOHN P. DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>P.O. BOX 3064<br>HOUSTON, TX 77253-3064 |
| OKLAHOMA COUNTY TREASURER<br>ATTN: FORREST BUTCH FREEMAN<br>320 ROBERT S. KERR, RM 307<br>OKLAHOMA CITY, OK 73102 | 178 | $295,930.30 | 1501 | $238,391.68 | OKLAHOMA COUNTY TREASURER<br>ATTN: FORREST BUTCH FREEMAN<br>320 ROBERT S. KERR, RM 307<br>OKLAHOMA CITY, OK 73102 |
| STATE OF HAWAII<br>DEPARTMENT OF TAXATION<br>ATTN: BANKRUPTCY UNIT (EL)<br>PO BOX 259<br>HONOLULU, HI 96809 | 1412 | $672,357.92 | 1679 | $119,698.85 | STATE OF HAWAII<br>DEPARTMENT OF TAXATION<br>ATTN: BANKRUPTCY UNIT (FC)<br>PO BOX 259<br>HONOLULU, HI 96809 |
| TENNESSEE DEPARTMENT OF REVENUE<br>C/O ATTORNEY GENERAL<br>P.O. BOX 20207<br>NASHVILLE, TN 37202-0207 | 106 | $125,500.00 | 1643 | $13,673.49 | TENNESSEE DEPARTMENT OF REVENUE<br>C/O ATTORNEY GENERAL<br>P.O. BOX 20207<br>NASHVILLE, TN 37202-0207 |
| TENNESSEE DEPARTMENT OF REVENUE<br>C/O ATTORNEY GENERAL<br>P.O. BOX 20207<br>NASHVILLE, TN 37202-0207 | 107 | $34,750.00 | 1641 | $7,307.98 | TENNESSEE DEPARTMENT OF REVENUE<br>C/O ATTORNEY GENERAL<br>P.O. BOX 20207<br>NASHVILLE, TN 37202-0207 |
| U.S. BANK NATIONAL ASSOCIATION, AS LOAN TRUSTEE., CORPORATE TRUST SERVICES<br>ATTN: ROBERT C. BUTZIER, VICE PRESIDENT<br>ONE FEDERAL ST., 3RD FLOOR<br>BOSTON, MA 02110 | 1387 | $1,500,000.00 | 1447 | $1,485,584.14 | U.S. BANK NATIONAL ASSOCIATION, AS LOAN TRUSTEE., CORPORATE TRUST SERVICES<br>ATTN: ROBERT C. BUTZIER, VICE PRESIDENT<br>ONE FEDERAL ST., 3RD FLOOR<br>BOSTON, MA 02110 |

The Debtors reserve the right to further object, on any and all additional factual or legal rounds, to the Surviving Claims and/or Amended Superseded Claims to the extent they are not disallowed.