**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| MESA AIR GROUP, INC., et al., | Case No. 10-10018 (MG) |
| Debtors.[1] | (Jointly Administered) |

## ORDER EXPUNGING AND DISALLOWING
## CLAIMS BASED ON EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## THAT HAVE BEEN ASSUMED (OMNIBUS OBJECTION NO. 13)

Upon the *Omnibus Objection of Post-Effective Date Debtors Seeking to Expunge and Disallow Claims Based on Executory Contracts and Unexpired Leases That Have Been Assumed (Omnibus Objection No. 13)* (the "Objection"),[2] filed by Reorganized Mesa Air Group, Inc., its affiliated Reorganized Debtors,[3] and its affiliated Liquidating Debtors[4] (collectively, the "Post-Effective Date Debtors, the Court having reviewed the Objection and the Declaration of Keith Kranzow attached thereto as Exhibit 2 (the "Declaration") and having heard the statements of counsel regarding the relief requested in the Objection at a hearing before the Court (the "Hearing"), the Court finds that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) notice of the Objection and the Hearing was sufficient under the circumstances and in full compliance with the requirements of the Bankruptcy Code, the Bankruptcy Rules and orders of

---

[1] The Debtors are: Mesa Air Group, Inc. (2351); Mesa Air New York, Inc. (3457); Mesa In-Flight, Inc. (9110); Freedom Airlines, Inc. (9364), Mesa Airlines, Inc. (4800), MPD, Inc. (7849), Ritz Hotel Management Corp. (7688); Regional Aircraft Services, Inc. (1911); Air Midwest, Inc. (6610); Mesa Air Group Airline Inventory Management, LLC (2015); Nilchii, Inc. (5531); and Patar, Inc. (1653).

[2] Capitalized terms not otherwise defined herein have the meanings given to them in the Objection.

[3] The Reorganized Debtors are: Mesa Air Group, Inc., Mesa Air New York, Inc., Mesa In-Flight, Inc., Freedom Airlines, Inc., Mesa Airlines, Inc., MPD, Inc., Regional Aircraft Services, Inc., Mesa Air Group Airline Inventory Management, LLC, and Nilchii, Inc.

[4] The Liquidating Debtors are: Ritz Hotel Management Corp., Air Midwest, Inc., and Patar, Inc.

this Court, and (d) the legal and factual bases set forth in the Objection, the Declaration and at

the Hearing establish just cause for the relief granted herein,

IT IS HEREBY ORDERED THAT:

1. Except as is set forth in paragraph 2 of this Order, the Objection is

SUSTAINED, and each of the claims listed on Exhibit A attached hereto is disallowed and

expunged in its entirety, pursuant to section 502 of the Bankruptcy Code.

2. The objection to the following claims is withdrawn: 690, 1397, 761, 763,

764 and 765.

3. The Post-Effective Date Debtors and the claims and noticing agent in

these chapter 11 cases, Epiq Bankruptcy Solutions, LLC, as well as the Clerk of this Court are

authorized to take any and all actions that are necessary or appropriate to give effect to this

Order.

4. Nothing in this Order shall be construed as, or in any way constitute a

waiver of, the Post-Effective Date Debtors' right to assert any objections to any claims or proofs

of claim including those identified on Exhibit A, on any additional ground whatsoever, and all

such rights are reserved and preserved.

5. The Court retains jurisdiction with to all matters arising from or related to

the implementation, interpretation and enforcement of this Order.


Date:    September 28, 2011
         New York, New York




                              ____/s/Martin Glenn_____
                                   MARTIN GLENN
                              United States Bankruptcy Judge

## EXHIBIT A

| Claim Number | Claimant Name and Address | Amount |
|---|---|---|
| 1335 | ACCESSORY OVERHAUL GROUP, INC.<br>902 SOUTH PINE HILL ROAD<br>GRIFFIN, GA 30224 | $410,886.37 |
| 709 | ACE AMERICAN INSURANCE COMPANY<br>C/O MARGERY N. REED, ESQ.<br>DUANE MORRIS LLP<br>30 SOUTH 17TH STREET<br>PHILADELPHIA, PA 19103-4196 | $6,175,671.00 |
| 710 | ACE AMERICAN INSURANCE COMPANY<br>C/O MARGERY N. REED, ESQ.<br>DUANE MORRIS LLP<br>30 SOUTH 17TH STREET<br>PHILADELPHIA, PA 19103-4196 | $6,175,671.00 |
| 711 | ACE AMERICAN INSURANCE COMPANY<br>C/O MARGERY N. REED, ESQ.<br>DUANE MORRIS LLP<br>30 SOUTH 17TH STREET<br>PHILADELPHIA, PA 19103-4196 | $6,175,671.00 |
| 712 | ACE AMERICAN INSURANCE COMPANY<br>C/O MARGERY N. REED, ESQ.<br>DUANE MORRIS LLP<br>30 SOUTH 17TH STREET<br>PHILADELPHIA, PA 19103-4196 | $6,175,671.00 |
| 713 | ACE AMERICAN INSURANCE COMPANY<br>C/O MARGERY N. REED, ESQ.<br>DUANE MORRIS LLP<br>30 SOUTH 17TH STREET<br>PHILADELPHIA, PA 19103-4196 | $6,175,671.00 |
| 714 | ACE AMERICAN INSURANCE COMPANY<br>C/O MARGERY N. REED, ESQ.<br>DUANE MORRIS LLP<br>30 SOUTH 17TH STREET<br>PHILADELPHIA, PA 19103-4196 | $6,175,671.00 |
| 715 | ACE AMERICAN INSURANCE COMPANY<br>C/O MARGERY N. REED, ESQ.<br>DUANE MORRIS LLP<br>30 SOUTH 17TH STREET<br>PHILADELPHIA, PA 19103-4196 | $6,175,671.00 |
| 716 | ACE AMERICAN INSURANCE COMPANY<br>C/O MARGERY N. REED, ESQ.<br>DUANE MORRIS LLP<br>30 SOUTH 17TH STREET<br>PHILADELPHIA, PA 19103-4196 | $6,175,671.00 |
| 717 | ACE AMERICAN INSURANCE COMPANY<br>C/O MARGERY N. REED, ESQ.<br>DUANE MORRIS LLP<br>30 SOUTH 17TH STREET<br>PHILADELPHIA, PA 19103-4196 | $6,175,671.00 |
| 718 | ACE AMERICAN INSURANCE COMPANY<br>C/O MARGERY N. REED, ESQ.<br>DUANE MORRIS LLP<br>30 SOUTH 17TH STREET<br>PHILADELPHIA, PA 19103-4196 | $6,175,671.00 |
| 719 | ACE AMERICAN INSURANCE COMPANY<br>C/O MARGERY N. REED, ESQ.<br>DUANE MORRIS LLP<br>30 SOUTH 17TH STREET<br>PHILADELPHIA, PA 19103-4196 | $6,175,671.00 |
| 720 | ACE AMERICAN INSURANCE COMPANY<br>C/O MARGERY N. REED, ESQ.<br>DUANE MORRIS LLP<br>30 SOUTH 17TH STREET<br>PHILADELPHIA, PA 19103-4196 | $6,175,671.00 |
| 217 | ADP INC<br>DANIEL ALVAREZ<br>1851 N RESLER<br>EL PASO, TX 79912 | $21,746.32 |
| 414 | AERODATA<br>14988 N 78TH WAY #214<br>SCOTTSDALE, AZ 85260 | $1,288.31 |
| 415 | AERODATA<br>14988 N 78TH WAY #214<br>SCOTTSDALE, AZ 85260 | $12,536.75 |
| Schedule G (21000710) | AEROSOFT PMI SYSTEMS, LLC<br>5945 AIRPORT ROAD SUITE 254<br>MISSISSAUGA, L4V 1R9<br>CANADA | $8,400.00 |
| 956 | AIR LINE PILOTS ASSOCIATION<br>1625 MASSACHUSETTS AVE, N.W.<br>WASHINGTON, DC 20036 | $4,158,518.53 |
| 957 | AIR LINE PILOTS ASSOCIATION<br>1625 MASSACHUSETTS AVE, N.W.<br>WASHINGTON, DC 20036 | $4,158,518.53 |

| Claim Number | Claimant Name and Address | Amount |
|---|---|---|
| 655 | AIRCRAFT SERVICE INTERNATIONAL, INC<br>201 SO. ORANGE AVE.<br>SUITE 1100A<br>ORLANDO, FL 32801 | $6,496.22 |
| 686 | AIRCRAFT SERVICE INTERNATIONAL, INC.<br>C/O LAXFUEL CORPORATION<br>9900 LAXFUEL ROAD<br>LOS ANGELES, CA 90045 | $109.76 |
| 687 | AIRCRAFT SERVICE INTERNATIONAL, INC.<br>C/O LAXFUEL CORPORATION<br>9900 LAXFUEL ROAD<br>LOS ANGELES, CA 90045 | $324.36 |
| 654 | AIRCRAFT SERVICE INTERNATIONAL, INC.<br>PO BOX 2278<br>CAROL STREAM, IL 60132-2278 | $830.73 |
| 1109 | ALOHA CONTRACT SERVICES, LLC<br>C/O NEIL BERGER, ESQ.<br>TOGUT, SEGAL & SEGAL LLP<br>ONE PENN PLAZA, SUITE 3335<br>NEW YORK, NY 10119 | $236,694.88 |
| 182 | CITY OF SAN ANTONIO<br>FINANCE DEPARTMENT<br>PO BOX 839966<br>SAN ANTONIO, TX 78283-3966 | $15,082.20 |
| 183 | CITY OF SAN ANTONIO<br>FINANCE DEPARTMENT<br>PO BOX 839966<br>SAN ANTONIO, TX 78283-3966 | $12,055.47 |
| 184 | CITY OF SAN ANTONIO<br>FINANCE DEPARTMENT<br>PO BOX 839966<br>SAN ANTONIO, TX 78283-3966 | $2,328.25 |
| 1105 | CITY OF ST. LOUIS  OPERATING LAMBERT<br>ST. LOUIS  INT'L AIRPORT - ARMSTRONG<br>TEASDALE LLP,STEVEN COUSINS/SUSAN<br>EHLERS<br>7700 FORSYTH BLVD 1800<br>SAINT LOUIS, MO 63105 | $0.00 |
| 679 | COMMUNICATION WORKERS OF<br>AFA-CWA 501 THIRD STREET, NW<br>WASHINGTON, DC 20001 | $1,500,000.00 |
| 680 | COMMUNICATION WORKERS OF<br>AFA-CWA 501 THIRD STREET, NW<br>WASHINGTON, DC 20001 | $70,000.00 |
| 1188 | DVB BANK SE, LONDON BRANCH<br>ATTN: CARSTEN GERLACH, SEN. VICE PRES.<br>AVIATION SPECIAL PROJECTS<br>80 CHEAPSIDE<br>LONDON, EC2V 6EE<br>ENGLAND | $0.00 |
| 1189 | DVB BANK SE, LONDON BRANCH<br>ATTN: CARSTEN GERLACH, SEN. VICE PRES.<br>AVIATION SPECIAL PROJECTS<br>80 CHEAPSIDE<br>LONDON, EC2V 6EE<br>ENGLAND | $0.00 |
| 1249 | EXPORT DEVELOPMENT CANADA<br>ATTN: LOANS ADMINISTRATION,SEAN<br>MITCHELL<br>151 O'CONNOR STREET<br>OTTAWA, ON K1A 1K3<br>CANADA | $0.00 |
| 1250 | EXPORT DEVELOPMENT CANADA<br>ATTN: SPECIAL RISKS<br>151 O'CONNOR STREET<br>OTTAWA, ON K1A 1K3<br>CANADA | $0.00 |
| 123 | HONEYWELL INTERNATIONAL INC.<br>1140 W WARNER RD, 1233-M<br>TEMPE, AZ 85284-2816 | $48,211.84 |
| 727 | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA<br>C/O MARGERY N. REED, ESQUIRE<br>DUANE MORRIS LLP<br>30 SOUTH 17TH STREET<br>PHILADELPHIA, PA 19103-4196 | $6,175,671.00 |
| 728 | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA<br>C/O MARGERY N. REED, ESQUIRE<br>DUANE MORRIS LLP<br>30 SOUTH 17TH STREET<br>PHILADELPHIA, PA 19103-4196 | $6,175,671.00 |

56772-003\DOCS_LA:245002v1

| Claim Number | Claimant Name and Address | Amount |
|---|---|---|
| 729 | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA<br>C/O MARGERY N. REED, ESQUIRE<br>DUANE MORRIS LLP<br>30 SOUTH 17TH STREET<br>PHILADELPHIA, PA 19103-4196 | $6,175,671.00 |
| 730 | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA<br>C/O MARGERY N. REED, ESQUIRE<br>DUANE MORRIS LLP<br>30 SOUTH 17TH STREET<br>PHILADELPHIA, PA 19103-4196 | $6,175,671.00 |
| 731 | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA<br>C/O MARGERY N. REED, ESQUIRE<br>DUANE MORRIS LLP<br>30 SOUTH 17TH STREET<br>PHILADELPHIA, PA 19103-4196 | $6,175,671.00 |
| 732 | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA<br>C/O MARGERY N. REED, ESQUIRE<br>DUANE MORRIS LLP<br>30 SOUTH 17TH STREET<br>PHILADELPHIA, PA 19103-4196 | $6,175,671.00 |
| 733 | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA<br>C/O MARGERY N. REED, ESQUIRE<br>DUANE MORRIS LLP<br>30 SOUTH 17TH STREET<br>PHILADELPHIA, PA 19103-4196 | $6,175,671.00 |
| 734 | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA<br>C/O MARGERY N. REED, ESQUIRE<br>DUANE MORRIS LLP<br>30 SOUTH 17TH STREET<br>PHILADELPHIA, PA 19103-4196 | $6,175,671.00 |
| 735 | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA<br>C/O MARGERY N. REED, ESQUIRE<br>DUANE MORRIS LLP<br>30 SOUTH 17TH STREET<br>PHILADELPHIA, PA 19103-4196 | $6,175,671.00 |
| 736 | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA<br>C/O MARGERY N. REED, ESQUIRE<br>DUANE MORRIS LLP<br>30 SOUTH 17TH STREET<br>PHILADELPHIA, PA 19103-4196 | $6,175,671.00 |
| 737 | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA<br>C/O MARGERY N. REED, ESQUIRE<br>DUANE MORRIS LLP<br>30 SOUTH 17TH STREET<br>PHILADELPHIA, PA 19103-4196 | $6,175,671.00 |
| 738 | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA<br>C/O MARGERY N. REED, ESQUIRE<br>DUANE MORRIS LLP<br>30 SOUTH 17TH STREET<br>PHILADELPHIA, PA 19103-4196 | $6,175,671.00 |
| 1002 | INTERNATIONAL FIDELITY INSURANCE COMPANY<br>C/O INT'L BOND & MARINE BROKERAGE, LTD<br>ATTN: BRIAN E. BRAGG<br>ONE NEWARK CENTER, 20TH FLOOR<br>NEWARK, NJ 07102-3207 | $1,202,987.50 |
| 517 | M&T BANK<br>ONE M&T PLAZA<br>BUFFALO, NY 14240 | $0.00 |
| 544 | MATTHEWS, GOLD, KENNEDY & SNOW, INC<br>6530 NORTH 16TH ST<br>PHOENIX, AZ 85016 | $2,300.00 |
| 1106 | MEMPHIS-SHELBY COUNTY AIRPORT AUTHORITY<br>C/O ERIC T. SMITH, ESQUIRE<br>SCHNADER HARRISON SEGAL & LEWIS LLP<br>120 FIFTH AVENUE, SUITE 2700<br>PITTSBURGH, PA 15222 | $19,255.88 |
| 656 | METRO NASHVILLE ARPT AUTH<br>ATTN: RAUL REGALADO<br>ONE TERMINAL DR. SUITE 501<br>NASHVILLE, TN 37214 | $2,795.51 |

56772-003\DOCS_LA:245002v1

| Claim Number | Claimant Name and Address | Amount |
|---|---|---|
| Scheduled (21035360) | NEW AIR, INC.<br>PO BOX 1443<br>CAREFREE, AZ 85377-1443 | $250.00 |
| 1097 | RASPRO TRUST 2005, AS LESSOR<br>WILMINGTON TRUST COMPANY, AS AGENT<br>ATTN: CORPORATE TRUST ADMINISTRATION<br>1100 NORTH MARKET STREET - RODNEY SQ N.<br>WILMINGTON, DE 19890 | $479,625,295.81 |
| 1098 | RASPRO TRUST 2005, AS LESSOR<br>WILMINGTON TRUST COMPANY, AS AGENT<br>ATTN: CORPORATE TRUST ADMINISTRATION<br>1100 NORTH MARKET STREET - RODNEY SQ N.<br>WILMINGTON, DE 19890 | $479,625,295.81 |
| 1647 | RASPRO TRUST 2005, AS LESSOR<br>WILMINGTON TRUST COMPANY, AS AGENT<br>ATTN: CORPORATE TRUST ADMINISTRATION<br>1100 NORTH MARKET STREET - RODNEY SQ N.<br>WILMINGTON, DE 19890 | $479,625,295.81 |
| 580 | RELIANCE INSURANCE COMPANY<br>COLLATERAL ADMINISTRATION<br>75 BROAD ST., 10TH FLOOR<br>NEW YORK, NY 10004 | $250,002.00 |
| Scheduled (21039330) | RENE PEREZ & ASSOCIATES, INC.<br>9200 S W 57TH AVENUE<br>MIAMI, FL 33156-2136 | $10,000.00 |
| 770 | SUNTRUST LEASING CORPORATION<br>TTN: MARK KELLEY<br>303 PEACHTREE ST., 9TH FLOOR<br>MAIL CODE 1982<br>ATLANTA, GA 30308 | $0.00 |
| 771 | SUNTRUST LEASING CORPORATION<br>TTN: MARK KELLEY<br>303 PEACHTREE ST., 9TH FLOOR<br>MAIL CODE 1982<br>ATLANTA, GA 30308 | $0.00 |
| 772 | SUNTRUST LEASING CORPORATION<br>TTN: MARK KELLEY<br>303 PEACHTREE ST., 9TH FLOOR<br>MAIL CODE 1982<br>ATLANTA, GA 30308 | $0.00 |
| 784 | SUNTRUST LEASING CORPORATION<br>TTN: MARK KELLEY<br>303 PEACHTREE ST., 9TH FLOOR<br>MAIL CODE 1982<br>ATLANTA, GA 30308 | $0.00 |
| 145 | TALX<br>TALX CORPORATION<br>11432 LACKLAND RD<br>ST LOUIS, MO 63146 | $53.10 |
| 146 | TALX<br>TALX CORPORATION<br>11432 LACKLAND RD<br>ST LOUIS, MO 63146 | $103.00 |
| Scheduled (21046280) | TRANSWESTERN PHOENIX GATEWAY<br>DEPT #1639<br>TRANSWESTERN - PHOENIX GATEWAY<br>BIRMINGHAM, AL 35246-1639 | $87,022.24 |
| 1073 | U.S. BANK NATIONAL ASSOCIATION<br>DORSEY & WHITNEY, LLP., ATTN STEVEN HEIM<br>50 SOUTH SIXTH STREET, SUITE 1500<br>MINNEAPOLIS, MN 55402 | $2,342,496.03 |
| 1128 | UNITED AIR LINES, INC.<br>ATTN: TODD D. PATTERSON, COUNSEL &<br>STEVEN M. RASHER, ASS. GEN. COUNSEL<br>77 WEST WACKER DRIVE<br>CHICAGO, IL 60601 | $21,645,203.79 |
| 533 | UNITED AIRLINES<br>PO BOX 74688<br>CHICAGO, IL 60675-4688 | $2,470.90 |
| 1064 | US AIRWAYS INC.<br>D.J. BAKER; JASON SANJANA<br>LATHAM & WATKINS LLP<br>885 THIRD AVENUE<br>NEW YORK, NY 10022 | $11,500,000.00 |
| 1417 | VERIZON<br>404 BROCK DRIVE<br>BLOOMINGTON, IL 61701 | $518.81 |

| Claim Number | Claimant Name and Address | Amount |
|---|---|---|
| 1418 | VERIZON<br>PO BOX 3037<br>BLOOMINGTON, IL 61702-3037 | $122.40 |
| 134 | WASTE MANAGEMENT<br>WASTE MANAGEMENT - RMC<br>2625 W. GRANDVIEW RD. STE. 150<br>PHOENIX, AZ 85023 | $733.35 |
| 1648 | WASTE MANAGEMENT<br>WASTE MANAGEMENT - RMC<br>2625 W. GRANDVIEW RD. STE. 150<br>PHOENIX, AZ 85023 | $212.31 |
| 1191 | WILMINGTON TRUST COMPANY<br>ATTN CORPORATE TRUST ADMINISTRATION<br>1100 NORTH MARKET STREET<br>RODNEY SQUARE NORTH<br>WILMINGTON, DE 19890-0001 | $17,358,435.09 |
| 1192 | WILMINGTON TRUST COMPANY<br>ATTN CORPORATE TRUST ADMINISTRATION<br>1100 NORTH MARKET STREET<br>RODNEY SQUARE NORTH<br>WILMINGTON, DE 19890-0001 | $17,358,435.09 |
| 1190 | WILMINGTON TRUST COMPANY, AS TRUSTEE<br>ATTN CORPORATE TRUST ADMINISTRATION<br>1100 NORTH MARKET STREET<br>RODNEY SQUARE NORTH<br>WILMINGTON, DE 1989 | $17,358,435.09 |
| 1193 | WILMINGTON TRUST COMPANY, AS TRUSTEE<br>ATTN CORPORATE TRUST ADMINISTRATION<br>1100 NORTH MARKET STREET<br>RODNEY SQUARE NORTH<br>WILMINGTON, DE 1989 | $17,358,435.09 |
| 1251 | WILMINGTON TRUST COMPANY, AS TRUSTEE<br>ATTN CORPORATE TRUST ADMINISTRATION<br>1100 NORTH MARKET STREET<br>RODNEY SQUARE NORTH<br>WILMINGTON, DE 1989 | $25,478,388.87 |
| 1252 | WILMINGTON TRUST COMPANY, AS TRUSTEE<br>ATTN CORPORATE TRUST ADMINISTRATION<br>1100 NORTH MARKET STREET<br>RODNEY SQUARE NORTH<br>WILMINGTON, DE 1989 | $25,478,388.87 |
| 1253 | WILMINGTON TRUST COMPANY, AS TRUSTEE<br>ATTN CORPORATE TRUST ADMINISTRATION<br>1100 NORTH MARKET STREET<br>RODNEY SQUARE NORTH<br>WILMINGTON, DE 1989 | $25,478,388.87 |
| 1254 | WILMINGTON TRUST COMPANY, AS TRUSTEE<br>ATTN CORPORATE TRUST ADMINISTRATION<br>1100 NORTH MARKET STREET<br>RODNEY SQUARE NORTH<br>WILMINGTON, DE 1989 | $25,478,388.87 |