**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| MESA AIR GROUP, INC., et al., | Case No. 10-10018 (MG) |
| Debtors.[1] | (Jointly Administered) |

**ORDER EXPUNGING AND DISALLOWING
CLAIMS OF CERTAIN AIRCRAFT PARTIES THAT ARE DUPLICATIVE OF
CLAIMS FILED BY THE INDENTURE TRUSTEE
(OMNIBUS OBJECTION NO. 14)**

Upon the *Omnibus Objection of Post-Effective Date Debtors Seeking to Expunge and Disallow Claims Filed by Certain Aircraft parties that are Duplicative of Claims Filed by Indenture Trustees (Omnibus Objection No. 14)* (the "Objection"),[2] filed by Reorganized Mesa Air Group, Inc., its affiliated Reorganized Debtors,[3] and its affiliated Liquidating Debtors[4] (collectively, the "Post-Effective Date Debtors"), the Court having reviewed the Objection and the Declaration of James E. Swigart attached thereto as Exhibit 2 (the "Declaration") and having heard the statements of counsel regarding the relief requested in the Objection at a hearing before the Court (the "Hearing"), the Court finds that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) notice of the Objection and the Hearing was sufficient under the circumstances and in full compliance with the requirements of the Bankruptcy Code, the Bankruptcy Rules and

---

[1] The Debtors are: Mesa Air Group, Inc. (2351); Mesa Air New York, Inc. (3457); Mesa In-Flight, Inc. (9110); Freedom Airlines, Inc. (9364), Mesa Airlines, Inc. (4800), MPD, Inc. (7849), Ritz Hotel Management Corp. (7688); Regional Aircraft Services, Inc. (1911); Air Midwest, Inc. (6610); Mesa Air Group Airline Inventory Management, LLC (2015); Nilchii, Inc. (5531); and Patar, Inc. (1653).

[2] Capitalized terms not otherwise defined herein have the meanings given to them in the Objection.

[3] The Reorganized Debtors are: Mesa Air Group, Inc., Mesa Air New York, Inc., Mesa In-Flight, Inc., Freedom Airlines, Inc., Mesa Airlines, Inc., MPD, Inc., Regional Aircraft Services, Inc., Mesa Air Group Airline Inventory Management, LLC, and Nilchii, Inc.

[4] The Liquidating Debtors are: Ritz Hotel Management Corp., Air Midwest, Inc., and Patar, Inc.

orders of this Court, and(d)  the legal and factual bases set forth in the Objection, the Declaration and at the Hearing establish just cause for the relief granted herein,

IT IS HEREBY ORDERED THAT:

1. The Objection is SUSTAINED in its entirety.

2. Each of the claims identified as a "Claim To Be Expunged and Disallowed" on <u>Exhibit A</u> attached hereto is expunged and disallowed in its entirety, pursuant to section 502 of the Bankruptcy Code.

3. Each of the claims identified as "Surviving Claims" on <u>Exhibit A</u> attached hereto is unaffected by the relief granted herein

4. The Post-Effective Date Debtors and the claims and noticing agent in these chapter 11 cases, Epiq Bankruptcy Solutions, LLC, as well as the Clerk of this Court are authorized to take any and all actions that are necessary or appropriate to give effect to this Order.

5. Nothing in this Order shall be construed as or in any way constitute a waiver of the Post-Effective Date Debtors' right to assert any objections to any claims or proofs of claim including those identified on <u>Exhibit A</u>, on any additional ground whatsoever, and all such rights are reserved and preserved.

6. The Court retains jurisdiction with to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Date: September 28, 2011
New York, New York

        **/s/Martin Glenn**
        MARTIN GLENN
        United States Bankruptcy Judge

**EXHIBIT A**

*In re Mesa Air Group, Inc., et al.*
*Case No. 10-10018*

**Exhibit A**
to Order Granting
Omnibus Objection of Mesa Air Group, Inc., et al. to Duplicative Indenture Trustee Claims
(Omnibus Objection No. 14)

All Surviving Claims have been allowed pursuant to prior order of this Court. Surviving Claim Amounts may include claims related to multiple aircraft. Nothing in this Objection is intended to alter the Surviving Claims in any way.

| Claim to be Expunged and Disallowed | Claimant Name and Address | Debtor | Amount of Claim | Tail No. | Surviving Claim No(s). | Surviving Claim Amount | Surviving Claimant Name and Address |
|---|---|---|---|---|---|---|---|
| 778 | U.S. BANK NATIONAL ASSOCIATION, AS TTEE ATTN: ROBERT C. BUTZIER, VICE PRESIDENT ONE FEDERAL STREET BOSTON, MA 02110 | | 6,051.76 | N17337 | 1100 | 23,555,825.00 | JPMORGAN CHASE BANK TRANSFEROR: U.S. BANK NA ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - Flr 26 NEW YORK, NY 10005 |
| 779 | U.S. BANK NATIONAL ASSOCIATION, AS TTEE ATTN: ROBERT C. BUTZIER, VICE PRESIDENT ONE FEDERAL STREET BOSTON, MA 02110 | Mesa Airlines, Inc. | 5,648.82 | N17217 | 1090 | 92,601,383.12 | CONTRARIAN FUNDS, LLC TRANSFEROR: US BANK NATIONAL ASSOCIATION ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH, CT 06830 |
| 789 | U.S. BANK NATIONAL ASSOCIATION, AS TTEE ATTN: ROBERT C. BUTZIER, VICE PRESIDENT ONE FEDERAL STREET BOSTON, MA 02110 | Mesa Airlines, Inc. | 5,691.32 | N37208 | 1090 | 92,601,383.12 | CONTRARIAN FUNDS, LLC TRANSFEROR: US BANK NATIONAL ASSOCIATION ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH, CT 06830 |
| 793 | U.S. BANK NATIONAL ASSOCIATION, AS TTEE ATTN: ROBERT C. BUTZIER, VICE PRESIDENT ONE FEDERAL STREET BOSTON, MA 02110 | Mesa Airlines, Inc. | 5,343.82 | N27191 | 1090 | 92,601,383.12 | CONTRARIAN FUNDS, LLC TRANSFEROR: US BANK NATIONAL ASSOCIATION ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH, CT 06830 |
| 797 | U.S. BANK NATIONAL ASSOCIATION, AS TTEE ATTN: ROBERT C. BUTZIER, VICE PRESIDENT ONE FEDERAL STREET BOSTON, MA 02110 | Mesa Airlines, Inc. | 5,824.32 | N37218 | 1090 | 92,601,383.12 | CONTRARIAN FUNDS, LLC TRANSFEROR: US BANK NATIONAL ASSOCIATION ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH, CT 06830 |
| 803 | U.S. BANK NATIONAL ASSOCIATION, AS TTEE ATTN: ROBERT C. BUTZIER, VICE PRESIDENT ONE FEDERAL STREET BOSTON, MA 02110 | Mesa Airlines, Inc. | 5,343.82 | N47239 | 1090 | 92,601,383.12 | CONTRARIAN FUNDS, LLC TRANSFEROR: US BANK NATIONAL ASSOCIATION ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH, CT 06830 |
| 804 | U.S. BANK NATIONAL ASSOCIATION, AS TTEE ATTN: ROBERT C. BUTZIER, VICE PRESIDENT ONE FEDERAL STREET BOSTON, MA 02110 | Mesa Airlines, Inc. | 5,714.32 | N47202 | 1090 | 92,601,383.12 | CONTRARIAN FUNDS, LLC TRANSFEROR: US BANK NATIONAL ASSOCIATION ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH, CT 06830 |
| 807 | U.S. BANK NATIONAL ASSOCIATION, AS TTEE ATTN: ROBERT C. BUTZIER, VICE PRESIDENT ONE FEDERAL STREET BOSTON, MA 02110 | Mesa Airlines, Inc. | 5,806.84 | N77278 | 1479 | 5,180,277.81 | KITTY HAWK MASTER FUND II LTD. TRANSFEROR: U.S. BANK NATIONAL ASSOC. C/O BRIGADE CAPITAL MGMT - NEAL GOLDMAN 399 PARK AVENUE NEW YORK, NY 10022 |
| | | | | | | 895,225.40 | KITTY HAWK MASTER FUND LTD. TRANSFEROR: U.S. BANK NATIONAL ASSOC. C/O BRIGADE CAPITAL MGMT - NEAL GOLDMAN 399 PARK AVENUE NEW YORK, NY 10022 |
| | | | | | | 6,075,503.21 | BRIGADE LEVERAGED CAPITAL STRUCTURES FUNDS LTD. - ATTN: NEAL GOLDMAN TRANSFEROR: U.S. BANK NATIONAL ASSOC. 399 PARK AVENUE NEW YORK, NY 10022 |

56772-003\DOCS_LA:245011v1

*In re Mesa Air Group, Inc., et al.*
*Case No. 10-10018*

**Exhibit A**
to Order Granting
Omnibus Objection of Mesa Air Group, Inc., et al. to Duplicative Indenture Trustee Claims
(Omnibus Objection No. 14)

All Surviving Claims have been allowed pursuant to prior order of this Court. Surviving Claim Amounts may include claims related to multiple aircraft. Nothing in this Objection is intended to alter the Surviving Claims in any way.

| Claim to be Expunged and Disallowed | Claimant Name and Address | Debtor | Amount of Claim | Tail No. | Surviving Claim No(s). | Surviving Claim Amount | Surviving Claimant Name and Address |
|---|---|---|---|---|---|---|---|
| 815 | U.S. BANK NATIONAL ASSOCIATION, AS TTEE ATTN: ROBERT C. BUTZIER, VICE PRESIDENT ONE FEDERAL STREET BOSTON, MA 02110 | Mesa Airlines, Inc. | 6,209.26 | N77331 | 1100 | 23,555,825.00 | JPMORGAN CHASE BANK TRANSFEROR: U.S. BANK NA ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - Flr 26 NEW YORK, NY 10005 |
| 822 | U.S. BANK NATIONAL ASSOCIATION, AS TTEE ATTN: ROBERT C. BUTZIER, VICE PRESIDENT ONE FEDERAL STREET BOSTON, MA 02110 | Mesa Airlines, Inc. | 5,366.82 | N77195 | 1090 | 92,601,383.12 | CONTRARIAN FUNDS, LLC TRANSFEROR: US BANK NATIONAL ASSOCIATION ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH, CT 06830 |
| 824 | U.S. BANK NATIONAL ASSOCIATION, AS TTEE ATTN: ROBERT C. BUTZIER, VICE PRESIDENT ONE FEDERAL STREET BOSTON, MA 02110 | Mesa Airlines, Inc. | 5,366.82 | N37228 | 1090 | 92,601,383.12 | CONTRARIAN FUNDS, LLC TRANSFEROR: US BANK NATIONAL ASSOCIATION ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH, CT 06830 |
| 850 | U.S. BANK NATIONAL ASSOCIATION, AS TTEE ATTN: ROBERT C. BUTZIER, VICE PRESIDENT ONE FEDERAL STREET BOSTON, MA 02110 | Mesa Air Group, Inc. | 5,366.82 | N37228 | 1093 | 92,601,383.12 | RIVA RIDGE MASTER FUND, LTD TRANSFEROR: US BANK NATIONAL ASSOCIATION ATTN: PETER FINELLI 55 FIFTH AVENUE, 18TH FLOOR NEW YORK, NY 10003 |
| 852 | U.S. BANK NATIONAL ASSOCIATION, AS TTEE ATTN: ROBERT C. BUTZIER, VICE PRESIDENT ONE FEDERAL STREET BOSTON, MA 02110 | Mesa Air Group, Inc. | 5,366.82 | N77195 | 1093 | 92,601,383.12 | RIVA RIDGE MASTER FUND, LTD TRANSFEROR: US BANK NATIONAL ASSOCIATION ATTN: PETER FINELLI 55 FIFTH AVENUE, 18TH FLOOR NEW YORK, NY 10003 |
| 888 | U.S. BANK NATIONAL ASSOCIATION, AS TTEE ATTN: ROBERT C. BUTZIER, VICE PRESIDENT ONE FEDERAL STREET BOSTON, MA 02110 | Mesa Air Group, Inc. | 5,182.26 | N87353 | 1196 | 14,083,094.29 | U.S. BANK NATIONAL ASSOCIATION, AS LOAN TRUSTEE ATTN: ROBERT C. BUTZIER, VICE PRESIDENT ONE FEDERAL STREET-3RD FLOOR BOSTON, MA 02110 |
| 893 | U.S. BANK NATIONAL ASSOCIATION, AS TTEE ATTN: ROBERT C. BUTZIER, VICE PRESIDENT ONE FEDERAL STREET BOSTON, MA 02110 | Mesa Air Group, Inc. | 6,051.76 | N17337 | 1076 | 23,555,825.00 | UBS AG, STANFORD BRANCH TRANSFEROR: U.S. BANK NATIONAL ASSOCIATI STEPHEN SCANAPIECO 677 WASHINGTON BLVD STAMFORD, CT 06901 |
| 894 | U.S. BANK NATIONAL ASSOCIATION, AS TTEE ATTN: ROBERT C. BUTZIER, VICE PRESIDENT ONE FEDERAL STREET BOSTON, MA 02110 | Mesa Air Group, Inc. | 5,471.32 | N17175 | 1093 | 92,601,383.12 | RIVA RIDGE MASTER FUND, LTD TRANSFEROR: US BANK NATIONAL ASSOCIATION ATTN: PETER FINELLI 55 FIFTH AVENUE, 18TH FLOOR NEW YORK, NY 10003 |
| 895 | U.S. BANK NATIONAL ASSOCIATION, AS TTEE ATTN: ROBERT C. BUTZIER, VICE PRESIDENT ONE FEDERAL STREET BOSTON, MA 02110 | Mesa Air Group, Inc. | 5,648.82 | N17217 | 1093 | 92,601,383.12 | RIVA RIDGE MASTER FUND, LTD TRANSFEROR: US BANK NATIONAL ASSOCIATION ATTN: PETER FINELLI 55 FIFTH AVENUE, 18TH FLOOR NEW YORK, NY 10003 |
| 900 | U.S. BANK NATIONAL ASSOCIATION, AS TTEE ATTN: ROBERT C. BUTZIER, VICE PRESIDENT ONE FEDERAL STREET BOSTON, MA 02110 | Mesa Air Group, Inc. | 5,343.82 | N27191 | 1093 | 92,601,383.12 | RIVA RIDGE MASTER FUND, LTD TRANSFEROR: US BANK NATIONAL ASSOCIATION ATTN: PETER FINELLI 55 FIFTH AVENUE, 18TH FLOOR NEW YORK, NY 10003 |
| 904 | U.S. BANK NATIONAL ASSOCIATION, AS TTEE ATTN: ROBERT C. BUTZIER, VICE PRESIDENT ONE FEDERAL STREET BOSTON, MA 02110 | Mesa Air Group, Inc. | 5,691.32 | N37208 | 1093 | 92,601,383.12 | RIVA RIDGE MASTER FUND, LTD TRANSFEROR: US BANK NATIONAL ASSOCIATION ATTN: PETER FINELLI 55 FIFTH AVENUE, 18TH FLOOR NEW YORK, NY 10003 |

56772-003\DOCS_LA:245011v1

*In re Mesa Air Group, Inc., et al.*
*Case No. 10-10018*

**Exhibit A**
to Order Granting
Omnibus Objection of Mesa Air Group, Inc., et al. to Duplicative Indenture Trustee Claims
(Omnibus Objection No. 14)

All Surviving Claims have been allowed pursuant to prior order of this Court. Surviving Claim Amounts may include claims related to multiple aircraft. Nothing in this Objection is intended to alter the Surviving Claims in any way.

| Claim to be Expunged and Disallowed | Claimant Name and Address | Debtor | Amount of Claim | Tail No. | Surviving Claim No(s). | Surviving Claim Amount | Surviving Claimant Name and Address |
|---|---|---|---|---|---|---|---|
| 905 | U.S. BANK NATIONAL ASSOCIATION, AS TTEE ATTN: ROBERT C. BUTZIER, VICE PRESIDENT ONE FEDERAL STREET BOSTON, MA 02110 | Mesa Air Group, Inc. | 5,824.32 | N37218 | 1093 | 92,601,383.12 | RIVA RIDGE MASTER FUND, LTD TRANSFEROR: US BANK NATIONAL ASSOCIATION ATTN: PETER FINELLI 55 FIFTH AVENUE, 18TH FLOOR NEW YORK, NY 10003 |
| 912 | U.S. BANK NATIONAL ASSOCIATION, AS TTEE ATTN: ROBERT C. BUTZIER, VICE PRESIDENT ONE FEDERAL STREET BOSTON, MA 02110 | Mesa Air Group, Inc. | 6,209.26 | N77331 | 1076 | 23,555,825.00 | UBS AG, STANFORD BRANCH TRANSFEROR: U.S. BANK NATIONAL ASSOCIATI STEPHEN SCANAPIECO 677 WASHINGTON BLVD STAMFORD, CT 06901 |
| 917 | U.S. BANK NATIONAL ASSOCIATION, AS TTEE ATTN: ROBERT C. BUTZIER, VICE PRESIDENT ONE FEDERAL STREET BOSTON, MA 02110 | Mesa Air Group, Inc. | 5,714.32 | N47202 | 1093 | 92,601,383.12 | RIVA RIDGE MASTER FUND, LTD TRANSFEROR: US BANK NATIONAL ASSOCIATION ATTN: PETER FINELLI 55 FIFTH AVENUE, 18TH FLOOR NEW YORK, NY 10003 |
| 919 | U.S. BANK NATIONAL ASSOCIATION, AS TTEE ATTN: ROBERT C. BUTZIER, VICE PRESIDENT ONE FEDERAL STREET BOSTON, MA 02110 | Mesa Air Group, Inc. | 5,343.82 | N47239 | 1093 | 92,601,383.12 | RIVA RIDGE MASTER FUND, LTD TRANSFEROR: US BANK NATIONAL ASSOCIATION ATTN: PETER FINELLI 55 FIFTH AVENUE, 18TH FLOOR NEW YORK, NY 10003 |
| 925 | U.S. BANK NATIONAL ASSOCIATION, AS TTEE ATTN: ROBERT C. BUTZIER, VICE PRESIDENT ONE FEDERAL STREET BOSTON, MA 02110 | Mesa Air Group, Inc. | 5,806.84 | N77278 | 1204 | 5,180,277.81 | KITTY HAWK MASTER FUND II LTD. TRANSFEROR: U.S. BANK NATIONAL ASSOC. C/O BRIGADE CAPITAL MGMT - NEAL GOLDMAN 399 PARK AVENUE NEW YORK, NY 10022 |
| | | | | | | 895,225.40 | KITTY HAWK MASTER FUND LTD. TRANSFEROR: U.S. BANK NATIONAL ASSOC. C/O BRIGADE CAPITAL MGMT - NEAL GOLDMAN 399 PARK AVENUE NEW YORK, NY 10022 |
| | | | | | | 6,075,503.21 | BRIGADE LEVERAGED CAPITAL STRUCTURES FUNDS LTD. - ATTN: NEAL GOLDMAN TRANSFEROR: U.S. BANK NATIONAL ASSOC. 399 PARK AVENUE NEW YORK, NY 10022 |
| 935 | U.S. BANK NATIONAL ASSOCIATION, AS TTEE ATTN: ROBERT C. BUTZIER, VICE PRESIDENT ONE FEDERAL STREET BOSTON, MA 02110 | Mesa Airlines, Inc. | 5,471.32 | N17175 | 1090 | 92,601,383.12 | CONTRARIAN FUNDS, LLC TRANSFEROR: US BANK NATIONAL ASSOCIATION ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH, CT 06830 |
| 1275 | WELLS FARGO BANK NORTHWEST, NA, AS OWNER TRUSTEE ATTN: VAL ORTON, VICE PRESIDENT 299 SOUTH MAIN STREET, 12TH FLOOR SALT LAKE CITY, UT 84111 | Mesa Air Group, Inc. | 13,158,658.28 | N77337 | 1076 | 23,555,825.00 | UBS AG, STANFORD BRANCH TRANSFEROR: U.S. BANK NATIONAL ASSOCIATI STEPHEN SCANAPIECO 677 WASHINGTON BLVD STAMFORD, CT 06901 |
| 1276 | WELLS FARGO BANK NORTHWEST, NA, AS OWNER TRUSTEE ATTN: VAL ORTON, VICE PRESIDENT 299 SOUTH MAIN STREET, 12TH FLOOR SALT LAKE CITY, UT 84111 | Mesa Airlines, Inc. | 13,158,658.28 | N77337 | 1100 | 23,555,825.00 | JPMORGAN CHASE BANK TRANSFEROR: U.S. BANK NA ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - Flr 26 NEW YORK, NY 10005 |

*In re Mesa Air Group, Inc., et al.*
*Case No. 10-10018*

**Exhibit A**
to Order Granting
Omnibus Objection of Mesa Air Group, Inc., et al. to Duplicative Indenture Trustee Claims
(Omnibus Objection No. 14)

All Surviving Claims have been allowed pursuant to prior order of this Court. Surviving Claim Amounts may include claims related to multiple aircraft. Nothing in this Objection is intended to alter the Surviving Claims in any way.

| Claim to be Expunged and Disallowed | Claimant Name and Address | Debtor | Amount of Claim | Tail No. | Surviving Claim No(s). | Surviving Claim Amount | Surviving Claimant Name and Address |
|---|---|---|---|---|---|---|---|
| 1279 | WELLS FARGO BANK NORTHWEST, NA, AS OWNER TRUSTEE ATTN: VAL ORTON, VICE PRESIDENT 299 SOUTH MAIN STREET, 12TH FLOOR SALT LAKE CITY, UT 84111 | Mesa Air Group, Inc. | 13,041,702.20 | N77331 | 1076 | 23,555,825.00 | UBS AG, STANFORD BRANCH TRANSFEROR: U.S. BANK NATIONAL ASSOCIATI STEPHEN SCANAPIECO 677 WASHINGTON BLVD STAMFORD, CT 06901 |
| 1280 | WELLS FARGO BANK NORTHWEST, NA, AS OWNER TRUSTEE ATTN: VAL ORTON, VICE PRESIDENT 299 SOUTH MAIN STREET, 12TH FLOOR SALT LAKE CITY, UT 84111 | Mesa Airlines, Inc. | 13,041,702.20 | N77331 | 1100 | 23,555,825.00 | JPMORGAN CHASE BANK TRANSFEROR: U.S. BANK NA ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - Flr 26 NEW YORK, NY 10005 |
| 1067 | WELLS FARGO BANK NORTHWEST, NATIONAL ASSOCIATION AS OWNER TRUSTEE 299 SOUTH MAIN STREET 12TH FLOOR SALT LAKE CITY, UT 84111 | Mesa Airlines, Inc. | 10,989,661.71 | 841MJ | 1576 | 12,733,511.53 | MARBLEGATE SPECIAL OPP. MASTER FUND LP TRANSFEROR: US BANK NA AS SECURITY TTEE ATTN: MARK ZOLDAN 80 FIELD POINT RD, SUITE 101 GREENWICH, CT 06830 |
| 671 | WELLS FARGO BANK NORTHWEST, NATIONAL ASSOCIATION AS OWNER TRUSTEE 299 SOUTH MAIN STREET SALT LAKE CITY, UT 84111 | Mesa Air Group, Inc. | 10,989,661.71 | N841MJ | 1540 | 12,733,511.53 | MARBLEGATE SPECIAL OPP. MASTER FUND LP TRANSFEROR: US BANK NA AS SECURITY TTEE ATTN: MARK ZOLDAN 80 FIELD POINT RD, SUITE 101 GREENWICH, CT 06830 |
| 672 | WELLS FARGO BANK NORTHWEST, NATIONAL ASSOCIATION AS OWNER TRUSTEE 299 SOUTH MAIN STREET SALT LAKE CITY, UT 84111 | Mesa Air Group, Inc. | 11,028,960.23 | N840MJ | 1539 | 13,499,414.00 | MARBLEGATE SPECIAL OPP. MASTER FUND LP TRANSFEROR: US BANK NA AS SECURITY TTEE ATTN: MARK ZOLDAN 80 FIELD POINT RD, SUITE 101 GREENWICH, CT 06830 |

56772-003\DOCS_LA:245011v1

*In re Mesa Air Group, Inc., et al.*
*Case No. 10-10018*

**Exhibit A**
to Order Granting
Omnibus Objection of Mesa Air Group, Inc., et al. to Duplicative Indenture Trustee Claims
(Omnibus Objection No. 14)

All Surviving Claims have been allowed pursuant to prior order of this Court. Surviving Claim Amounts may include claims related to multiple aircraft. Nothing in this Objection is intended to alter the Surviving Claims in any way.

| Claim to be Expunged and Disallowed | Claimant Name and Address | Debtor | Amount of Claim | Tail No. | Surviving Claim No(s). | Surviving Claim Amount | Surviving Claimant Name and Address |
|---|---|---|---|---|---|---|---|
| 741 | WELLS FARGO BANK NORTHWEST, NATIONAL ASSOCIATION AS OWNER TRUSTEE<br>299 SOUTH MAIN STREET<br>SALT LAKE CITY, UT 84111 | Mesa Airlines, Inc. | 13,588,724.00 | N832MJ | 1567 | 2,740,162.08 | OHA STRATEGIC CREDIT MASTER FUND II, LP<br>TRANSFEROR: US BANK NA AS SECURITY TTEE<br>ATTN: GREGORY S. RUBIN<br>1114 AVENUE OF THE AMERICAS, 27TH FL<br>NEW YORK, NY 10036 |
| | | | | | | 9,956,706.90 | OHA STRATEGIC CREDIT MASTER FUND, LP<br>TRANSFEROR: US BANK NA AS SECURITY TTEE<br>ATTN: GREGORY S. RUBIN<br>1114 AVENUE OF THE AMERICAS, 27TH FL<br>NEW YORK, NY 10036 |
| | | | | N836MJ | 1571 | 12,606,462.16 | WB CLAIMS HOLDINGS, LLC<br>TRANSFEROR: US BANK NA AS SECURITY TTEE<br>WHITEBOX ADVISORS LLC - DALE WILLENBRING<br>3033 EXCELSIOR BLVD<br>MINNEAPOLIS, MN 55405 |
| | | | | N835MJ | 1570 | 9,007,107.11 | BLUEMOUNTAIN CREDIT ALTERNATIVES MASTER FUND, LP.<br>FUND, LP - ATTN: MICHAEL ABATEMARCO<br>TRANSFEROR: US BANK NA, AS SECURITY TTEE<br>280 PARK AVENUE, 5TH FLOOR EAST<br>NEW YORK, NY 10017 |
| | | | | | | 2,291,308.59 | BLUE MOUNTAIN DISTRESSEDMASTER FUND<br>TRANSFEROR: US BANK NA, AS SECURITY TTEE<br>ATTN: MICHAEL ABATEMARCO<br>280 PARK AVENUE, 5TH FLOOR EAST<br>NEW YORK, NY 10017 |
| | | | | | | 1,204,405.80 | BLUEMOUNTAIN LONG/SHORT CREDIT MASTER<br>FUND, LP - ATTN: MICHAEL ABATEMARCO<br>TRANSFEROR: US BANK NA, AS SECURITY TTEE<br>280 PARK AVENUE, 5TH FLOOR EAST<br>NEW YORK, NY 10017 |
| | | | | | | 2,115,054.08 | BLUEMOUNTAIN TIMBERLINE, LTD<br>TRANSFEROR: US BANK NA, AS SECURITY TTEE<br>ATTN: MICHAEL ABATEMARCO<br>280 PARK AVENUE, 5TH FLOOR EAST<br>NEW YORK, NY 10017 |
| 1432 | WELLS FARGO BANK NORTHWEST, NATIONAL ASSOCIATION AS OWNER TRUSTEE<br>299 SOUTH MAIN STREET<br>SALT LAKE CITY, UT 84111 | Mesa Air Group, Inc. | 10,989,661.71 | N841MJ | 1540 | 12,733,511.53 | MARBLEGATE SPECIAL OPP. MASTER FUND LP<br>TRANSFEROR: US BANK NA AS SECURITY TTEE<br>ATTN: MARK ZOLDAN<br>80 FIELD POINT RD, SUITE 101<br>GREENWICH, CT 06830 |
| 1457 | WELLS FARGO BANK NORTHWEST, NATIONAL, OWNER TRUSTEE<br>ASSOCIATION AS OWNER TRUSTEE<br>ATTN: CORPORATE TRUST DEPARTMENT<br>299 SOUTH MAIN STREET<br>SALT LAKE CITY, UT 84111 | Mesa Air Group, Inc. | 11,028,960.23 | N840MJ | 1539 | 13,499,414.00 | MARBLEGATE SPECIAL OPP. MASTER FUND LP<br>TRANSFEROR: US BANK NA AS SECURITY TTEE<br>ATTN: MARK ZOLDAN<br>80 FIELD POINT RD, SUITE 101<br>GREENWICH, CT 06830 |

*In re Mesa Air Group, Inc., et al.*
*Case No. 10-10018*

**Exhibit A**
to Order Granting
Omnibus Objection of Mesa Air Group, Inc., et al. to Duplicative Indenture Trustee Claims
(Omnibus Objection No. 14)

**All Surviving Claims have been allowed pursuant to prior order of this Court. Surviving Claim Amounts may include claims related to multiple aircraft. Nothing in this Objection is intended to alter the Surviving Claims in any way.**

| Claim to be Expunged and Disallowed | Claimant Name and Address | Debtor | Amount of Claim | Tail No. | Surviving Claim No(s). | Surviving Claim Amount | Surviving Claimant Name and Address |
|---|---|---|---|---|---|---|---|
| 1433 | WELLS FARGO BANK NORTHWEST, NATIONAL ASSOCIATION AS OWNER TRUSTEE 299 SOUTH MAIN STREET 12TH FLOOR SALT LAKE CITY, UT 84111 | Mesa Airlines, Inc. | 10,989,661.71 | N841MJ | 1576 | 12,733,511.53 | MARBLEGATE SPECIAL OPP. MASTER FUND LP TRANSFEROR: US BANK NA AS SECURITY TTEE ATTN: MARK ZOLDAN 80 FIELD POINT RD, SUITE 101 GREENWICH, CT 06830 |
| 1456 | WELLS FARGO BANK NATIONAL ASSOCIATION, AS OWNER TRUSTEE 299 SOUTH MAIN STREET 12TH FLOOR SALT LAKE CITY, UT 84111 | Mesa Airlines, Inc. | 11,028,960.23 | N840MJ | 1575 | 13,499,414.00 | MARBLEGATE SPECIAL OPP. MASTER FUND LP TRANSFEROR: US BANK NA AS SECURITY TTEE ATTN: MARK ZOLDAN 80 FIELD POINT RD, SUITE 101 GREENWICH, CT 06830 |
| 1066 | WELLS FARGO BANK NATIONAL ASSOCIATION, AS OWNER TRUSTEE 299 SOUTH MAIN STREET 12TH FLOOR SALT LAKE CITY, UT 84111 | Mesa Airlines, Inc. | 11,028,960.23 | 840MJ | 1575 | 13,499,414.00 | MARBLEGATE SPECIAL OPP. MASTER FUND LP TRANSFEROR: US BANK NA AS SECURITY TTEE ATTN: MARK ZOLDAN 80 FIELD POINT RD, SUITE 101 GREENWICH, CT 06830 |

56772-003\DOCS_LA:245011v1